UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TROY SMITH, individually and on behalf of all others similarly situated, BRENDAN C. HANEY, individually and on behalf of all others similarly situated, and GERALD E. REED, IV, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

Case No. 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC., a Florida corporation,

    Defendant.

## **O R D E R**

This case is before the Court on Defendant Costa Del Mar Inc.'s Unopposed Motion to Extend Settlement Deadlines. (Doc. 85). On February 21, 2020, this Court held a hearing to discuss the parties' settlement agreement and corresponding deadlines. (Docs. 80; 81). The Court set the filing deadline for the Joint Motion for Preliminary Approval as **March 9, 2020**. Id. The parties have requested an extension to **April 10, 2020**. (Doc. 85 at 2).

Under Federal Rule of Civil Procedure 6(b), the Court may extend the deadline for "good cause," or a showing of diligence by the moving party. See Ware v. Pine State Mortg. Corp., 754 F. App'x 831, 833 (11th Cir. 2018). Defendants aver that they are working through three business lines due to a recent merger and faced technical issues in the process of finding an appropriate administrator. (Doc. 85 at 2). Additionally, the parties have exchanged drafts and held telephonic and in person meetings with the goal of finalizing an agreement in the time since the February 21, 2020 hearing. Id. Thus, the Court finds that the parties have exercised appropriate diligence and finds good cause for an extension.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion to Extend Settlement Deadlines (Doc. 85) is **GRANTED**.

2. The deadline for the parties to file a Joint Motion for Preliminary Approval of settlement terms is extended to **April 10, 2020**.

**DONE AND ORDERED** in Jacksonville, Florida the 10th day of March, 2020.

                                        TIMOTHY J. CORRIGAN
                                        United States District Judge

tnm
Copies:

Counsel of record