# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRENDAN HANEY, GERALD REED, and
TROY SMITH, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.                                                                    Case No.: 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC.,
a Florida corporation,

      Defendant.

_____/

## SETTLEMENT AGREEMENT

This Settlement Agreement (all terms as defined below)[1] is made and entered into by and

among Brendan Haney, Gerald Reed, and Troy Smith, individually and on behalf of themselves

and each of the Class Members, and Costa Del Mar, Inc..

## I.    RECITALS

A.    **WHEREAS**, on July 28, 2017, former class plaintiff Nicholas Howland filed a

class action complaint in the Circuit Court, Fourth Judicial Circuit, in and for Duval County.

Through an amendment to the Complaint, Plaintiff Brendan C. Haney was substituted in as class

plaintiff.  That case is now captioned *Brendan Haney v. Costa Del Mar Inc.*, Case No. 16-2017-

CA-004794-XXXX-MA.   The Complaint, filed on behalf of (i) Florida consumers who

purchased Costa non-prescription, non-promotional, sunglasses ("**plano sunglasses**"), and (ii)

Florida consumers who were charged a fee by Costa to repair their Costa plano sunglasses,

alleges that Costa's statement that it replaces scratched lenses, frames and other parts damaged

by accident, normal wear and tear, or misuse for a "nominal fee" is false, deceptive, and

---

[1] All capitalized terms are either defined herein or within the Definition section as set forth in Section II., *supra*.

1

misleading, in violation of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. §§ 501.201, *et seq.*, and constitutes a breach of warranty under the Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. §§ 2301, *et seq*. Costa denied and continues to deny liability in the *Haney* Action and further raised several defenses;

B.      **WHEREAS**, on April 12, 2019, the court in the *Haney* Action granted class certification following briefing and a hearing ("*Haney* Order");

C.      **WHEREAS**, Costa appealed the *Haney* Order to Florida's First District Court of Appeal, which appeal was fully briefed and oral argument heard on February 11, 2020;

D.      **WHEREAS**, on August 20, 2018, class plaintiff Troy Smith filed a class action complaint in the United States District Court for the Middle District of Florida, Jacksonville Division captioned *Troy Smith v. Costa Del Mar, Inc.*, Case No. 3:18-cv-1011-J-32JRK.  The Complaint, filed on behalf of a nationwide class of consumers whose non-prescription sunglasses were repaired by Costa for a manufacturer's defect, alleges that Costa's purported "Lifetime Warranty" against manufacturer's defects violates the substantive requirements of the MMWA, 15 U.S.C. §§ 2301, *et seq.*, because customers must pay a fee to take advantage of the Lifetime Warranty. Costa denied and continues to deny liability in the *Smith* Action and further raised several defenses;

E.      **WHEREAS**, on April 3, 2019, former class plaintiff James Seaman filed a class action complaint in the United States District Court for the Middle District of Florida, Jacksonville Division.  Through an amendment to the Complaint, Plaintiff Gerald E. Reed IV was substituted in as class plaintiff.  That case was transferred *sua sponte* to the Orlando Division in September 2019, and is now captioned *Gerald E. Reed IV v. Costa Del Mar, Inc.*, Case No. 6:19-cv-1751-Orl-37LRH. The Complaint, filed on behalf of a nationwide class of

consumers (excluding Florida consumers – the subject of the *Haney* Action) who were charged a fee by Costa to repair their Costa plano sunglasses, alleges that Costa's statement that it replaces scratched lenses, frames, and other parts damaged by accident, normal wear and tear, or misuse for a "nominal fee" is false, deceptive, and misleading, and violates FDUTPA, Fla. Stat. §§ 501.201, *et seq.* Costa denied and continues to deny liability in the *Reed* Action and further raised several defenses;

F.     **WHEREAS**, in the *Haney*, *Smith*, and *Reed* Actions, the Parties engaged in comprehensive discovery, including the exchange of written discovery, voluminous document productions, the taking of numerous depositions (including the deposition of each of the Plaintiffs, Costa employees, third parties, and expert witnesses), and extensive motion practice including class certification briefing in the *Haney* and *Smith* Actions, and summary judgment and *Daubert* briefing in the *Smith* Action;

G.     **WHEREAS,** as a result of the Litigation, but without any admission of liability, Costa has changed certain consumer-facing marketing materials and product packaging, including: (i) covering the "nominal fee" language printed on shipping boxes for plano sunglasses with a sticker; (ii) discontinuing the distribution of plano sunglasses in shipping boxes containing the "nominal fee" language; (iii) disposing of shipping boxes in inventory containing the "nominal fee" language; (iv) discontinuing the description on Costa's website of its warranty on plano sunglasses as a "Lifetime Warranty"; (v) creating new sunglass shipping boxes that removes any reference to a "nominal fee" language related to repairs of sunglasses; and (vi) modifying the repair section of Costa's website to disclose repair pricing to the consumer and describe such prices;

H.      **WHEREAS**, the negotiations leading up to this Settlement began in the early phases of the *Haney* Action, and continued on July 9, 2019, at the office of Terry White (court-appointed mediator) in Ormond Beach, Florida.   After the in-person mediation, the Parties continued to discuss the possibility of settlement;

I.      **WHEREAS**, on February 11, 2020, the Parties reached an agreement in principle to globally resolve the Litigation. Thereafter, the parties worked on documenting the settlement;

J.      **WHEREAS**, to effectuate the terms of this Settlement, on March 2, 2020, an Amended Complaint was filed in the *Smith* Action, adding the claims, Plaintiffs, and classes from the *Haney* and *Reed* Actions.   The Global Action consolidated, for settlement purposes only, all of the Plaintiffs, classes, and claims in the Litigation.

K.      **WHEREAS**, Plaintiffs seek certification of the Classes, as defined and discussed further below;

L.      **WHEREAS**, Plaintiffs are represented by Plaintiffs' Class Counsel Holland & Knight LLP;

M.      **WHEREAS**, as a result of arm's-length negotiations, Plaintiffs, Plaintiffs' Class Counsel, and Defendant have entered into this Agreement;

N.      **WHEREAS**, Plaintiffs' Class Counsel have investigated the facts and underlying events relating to the subject matter of the Litigation, have carefully analyzed the applicable legal principles, and have concluded, based upon their investigation, and taking into account the risks, uncertainties, burdens and costs of further prosecution of the Litigation, as well as having evaluated the strengths and weaknesses of Plaintiffs' claims and Costa's defenses, and taking into account the substantial benefits to be received pursuant to this Agreement as set forth below, which, in the view of Plaintiffs and Plaintiffs' Class Counsel, is designed for the purpose of

4

putting to rest all controversies with Costa that were or could have been alleged relating to the Litigation and the Global Action, that a resolution and compromise on the terms set forth herein is fair, reasonable, adequate, and in the best interests of Plaintiffs and the Class;

O.    **WHEREAS**, Costa, for the purpose of avoiding the burden, expense, risk, and uncertainty of continuing to litigate the Litigation, and for the purpose of putting to rest all controversies with Plaintiffs, the Class, the Litigation and/or the Global Action that were or could have been alleged relating to the Litigation or the Global Action, and without any admission of liability or wrongdoing, desires to enter into this Agreement;

P.    **WHEREAS**, Plaintiffs' Class Counsel represent and warrant that they are fully authorized to enter into this Agreement on behalf of Plaintiffs and the Class, and that Plaintiffs' Class Counsel have consulted with and confirmed that Plaintiffs fully support this Agreement; and

Q.    **WHEREAS**, it is agreed that this Agreement shall not be deemed or construed to be an admission, concession, or evidence of any violation of any federal, state, or local statute, regulation, rule, or other law, or principle of common law or equity, or of any liability or wrongdoing whatsoever, by Costa or any of the Released Parties (as defined below), or of the truth or validity of any of the claims that Plaintiffs have asserted;

R.    **NOW, THEREFORE**, without any admission or concession by Plaintiffs or Plaintiffs' Class Counsel of any lack of merit to their allegations and claims, and without any admission or concession by Costa of any liability or wrongdoing or lack of merit in their defenses, in consideration of the mutual covenants and terms contained herein, and subject to the final approval of the Court, Plaintiffs, Plaintiffs' Class Counsel, and Costa agree as follows:

## II.   **DEFINITIONS**

A.     As used in this Agreement and the attached exhibits (which are an integral part of this Agreement and are incorporated in their entirety by reference), the following terms have the following meanings, unless this Agreement specifically provides otherwise:

1.     "**Agreement**" or "**Settlement Agreement**" means this Settlement Agreement and the exhibits attached hereto and incorporated herein, including any amendments and any exhibits to such amendments, which constitute the settlement and resolution of the Litigation and the Global Action and all claims of the putative Class therein (the "**Settlement**").

2.     "**Attorneys' Fees, Costs, and Expenses**" means such funds as may be approved by the Court to compensate Plaintiffs' Class Counsel, who have assisted in conferring the benefits upon the Class under this Settlement, for their fees and expenses incurred and to be incurred by Plaintiffs' Class Counsel in connection with the Litigation and the Global Action and the Settlement, as described in Section X. of this Agreement.   Attorneys' Fees, Costs and Expenses do not include and are separate from and in addition to the Incentive Awards to be paid to Plaintiffs.   No other attorneys' fees or related costs and expenses of counsel are contemplated by this Settlement.

3.     "**CAFA Notice**" means the notice to the appropriate federal and state officials identified in 28 U.S.C. § 1715(a) required under the Class Action Fairness Act of 2005, in substantially the form as attached hereto as **Exhibit 4**.

4.     "**Claim**" means the claim of a Class Member or his or her or its representative submitted on a claim form as provided in Section VII. of this Agreement.

5.     "**Claim Period**" means the period of time running nine (9) months from the date the Long Form Notice is first provided to any Class Member by the Settlement

Administrator, during which a Class Member may submit a Claim, and after which Claims submitted will be considered untimely and invalid.

6.      "**Claim Process**" means the process for submitting and reviewing Claims described in this Agreement.

7.      "**Claimant**" means a Class Member who has submitted a Claim.

8.      "**Class**" means, for settlement purposes only, all of the below-listed subclasses:

a.      The "**Florida Repair Class**" means all citizens of the State of Florida who: (i) purchased Costa plano sunglasses before January 1, 2018; and (ii) were charged a fee by Costa, from July 28, 2012 through the date of entry of the Court's Final Order, to repair or replace their Costa plano sunglasses damaged by accident, normal wear and tear, or misuse.

b.      The "**Nationwide Repair Class**" means all citizens of the United States (excluding citizens of the State of Florida) who: (i) purchased Costa plano sunglasses before January 1, 2018, and (ii) were charged a repair fee by Costa, from April 3, 2015 through the date of entry of the Court's Final Order, to repair or replace their Costa plano sunglasses damaged by accident, normal wear and tear, or misuse.

c.      The "**Florida Purchase Class**" mean all citizens of the State of Florida who purchased Costa plano sunglasses from July 28, 2013 to January 31, 2018.

d.      The "**Warranty Class**" means all citizens of the United States who: (i) purchased non-prescription Costa sunglasses prior to January 1, 2016; and (ii) paid Costa a warranty fee to repair or replace non-prescription sunglasses damaged by a manufacturer's defect from August 20, 2013 through the date of entry of the Court's Final Order.

e.      Excluded from the Class are: (1) Costa, any entity or division in which Costa has a controlling interest, and their legal representatives, officers, directors, assigns, and successors; (2) the judge(s) to whom Litigation is or has previously been assigned and each judge's respective staff; (3) counsel for each of the Parties in this case; and (4) persons who timely and properly exclude themselves from the Class.[2]

9.      "**Class Member**" means a member of the Class.

10.     "**Costa**" means Costa Del Mar, Inc., the named party to the Global Action.

11.     "**Costa's Counsel**" means McGuireWoods LLP.

12.      "**Court**" means the United States District Court for the Middle District of Florida, Jacksonville Division.

13.     "**Cy Pres Payment**" means payment(s) to one or more charitable organizations determined by Costa consisting of either (i) the remaining amount of the Settlement Fund after satisfaction of any approved and valid Claims, and the payment of approved Attorneys' Fees, Costs and Expenses, Incentive Awards, and costs of class administration and notice; or (ii) One Million and no/100 Dollars ($1,000,000), whichever amount is less.

14.     "**Cy Pres Recipient**" means one or more charitable organizations to be determined by Costa.

15.     "**Defendant**" has the same meaning as "Costa."

16.     "**Defendant's Counsel**" means McGuireWoods LLP.

---

[2] Promotional items excluded from the Florida Purchase Class, Florida Repair Class, and Nationwide Repair Class are as follows: USA Limited Edition, Kenny Chesney Limited Edition, Ocearch Special Collection. Additionally, none of the classes subject to this Agreement include sunglasses in the Del Mar and Untangled collections, as these collections were released after the applicable class periods.

17.    "**Fairness Hearing**" means the final hearing for the purposes of the Court determining whether to approve this Agreement as fair, reasonable, and adequate.

18.    "**Final Effective Date**" means the latest date on which the Final Order and/or Final Judgment approving this Agreement becomes final. For purposes of this Agreement:

a.    if no appeal has been taken from the Final Order and/or Final Judgment, "Final Effective Date" means the date on which the time to appeal therefrom has expired; or

b.    if any appeal has been taken from the Final Order and/or Final Judgment, "Final Effective Date" means the date on which all appeals therefrom, including petitions for rehearing or re-argument, petitions for rehearing en banc and petitions for certiorari or any other form of review, have been finally disposed of in a manner that affirms the Final Order or Final Judgment; or

c.    subject to Court approval, if Plaintiffs' Class Counsel and Defendant agree in writing, the "Final Effective Date" can occur on any other agreed date.

19.    "**Final Judgment**" means the Court's final judgment as described in Section XI. of this Agreement.

20.    "**Final Order**" means the Court's order approving the Settlement and this Agreement, as described in Section XI. of this Agreement.

21.    "**Global Action**" means the class action lawsuit pending in the United States District Court for the Middle District of Florida, Jacksonville Division, captioned *Brendan Haney, Gerald Reed, & Troy Smith v. Costa Del Mar, Inc.*, Case No. 3:18-cv-1011-J-32JRK.

22.     "_**Haney** Action_" means the class action lawsuit pending in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, captioned _Brendan Haney v. Costa Del Mar, Inc._, Case No. 16-2017-CA-004794-XXXX-MA.

23.     "**Incentive Awards**" means the amounts to be paid to Plaintiffs for bringing the _Haney_, _Smith_, and _Reed_ Actions and for their time and effort in connection with the Litigation.

24.     "**Litigation**" refers collectively to the _Haney_ Action, the _Smith_ Action, and the _Reed_ Action;

25.     "**Long Form Notice**" means the Long Form Notice substantially in the form attached hereto as **Exhibit 2**.

26.     "**Notice Program**" means the notice program described in Section V.

27.     "**Parties**" means Plaintiffs, the Class Members, and Defendant, collectively, as each of those terms is defined in this Agreement.

28.     "**Plaintiffs**" mean Brendan Haney, Troy Smith, and Gerald E. Reed IV, as named parties to the Global Action, and each of their respective actions in the Litigation.

29.      "**Plaintiffs' Class Counsel**" means Holland & Knight LLP, and excludes any and all counsel for any Class Member objectors to the Settlement.

30.     "**Preliminary Approval Order**" means the order to be entered by the Court preliminarily approving the Settlement as outlined in Section III. of this Agreement.

31.     "**Product Vouchers**" means the non-personalized, stackable, transferrable vouchers for Costa merchandise, as set forth in Section IV. of this Agreement.

32.     "***Reed* Action**" means the class action lawsuit pending in the United States District Court for the Middle District of Florida, Orlando Division captioned *Gerald E. Reed IV v. Costa Del Mar, Inc.*, Case No. 6:19-cv-1751-Orl-37LRH.

33.     "**Release**" means the release and waiver set forth in Section XII. of this Agreement and in the Final Judgment and Final Order.

34.     "**Released Parties**" or "**Released Party**" means Defendant in the Litigation and the Global Action, Costa, its past, present and future parents, predecessors, parent and affiliated companies, successors, assigns, spin-offs, subsidiaries, holding companies, joint-ventures and joint-venturers, partnerships and partners, including but not limited to EssilorLuxottica SA, and each of their respective past, present and future parents, predecessors, successors, affiliates, assigns, spin-offs, direct and indirect subsidiaries, holding companies, joint-ventures and joint-venturers, partnerships and partners, officers, directors, employees, and attorneys. The Parties expressly acknowledge that each of the foregoing is included as a Released Party even though not identified by name herein.

35.     "**Settlement Administrator**" means the third-party agent or administrator agreed to by the Parties and appointed by the Court to give notice to the Class and process the Claims and requirements of this Agreement, subject to the Court's approval. The Parties agree that Epiq shall serve as Settlement Administrator, subject to approval by the Court.

36.     "**Settlement Fund**" means the agreed upon total fund of Forty Million and No/100 Dollars ($40,000,000) forming the basis of the settlement of the Litigation and the Global Action, from which approved and valid Claims will be paid, and approved Attorneys' Fees, Costs and Expenses, Incentive Awards, and costs of class administration and notice will be paid, and, if due to be paid in accordance with the terms of this Agreement, the Cy Pres Payment.

11

37.     "**Settlement Website**" means an Internet website established and maintained by the Settlement Administrator for the purpose of facilitating notice to, and communicating with, the Class.

38.     "***Smith* Action**" means the class action lawsuit pending in the United States District Court for the Middle District of Florida, Jacksonville Division captioned *Troy Smith v. Costa Del Mar, Inc.*, Case No. 3:18-cv-1011-J-32JRK.

39.     "**Summary Notice**" means the short form notice substantially in the form as attached hereto as **Exhibit 1**.

B.     Other capitalized terms used in this Agreement but not defined in this Section II. shall have the meanings ascribed to them elsewhere in this Agreement.

C.     The terms "he or she" and "his or her" include "it" or "its" where applicable.

D.     Where appropriate, the singular shall include the plural, and vice versa.

III.    **CERTIFICATION OF THE CLASS, PRELIMINARY APPROVAL**

A.     The Parties agree that within 14 days after the execution of this Agreement by all Parties, and for purposes of this Agreement only (and without any finding of admission or wrongdoing or fault by Defendant), Plaintiffs shall seek from the Court, and Defendant will expressly consent to and not oppose, a Preliminary Approval Order that shall, among other things:

1.     preliminarily certify the Florida Repair Class, Nationwide Repair Class, Florida Purchase Class, and Warranty Class, approve Plaintiffs as class representatives and appoint Plaintiffs' Class Counsel as counsel for the Class, pursuant to Federal Rule of Civil Procedure 23;

2.     preliminarily approve the Settlement;

3.      determine that the Notice Program complies with all legal requirements, including, but not limited to, the Due Process Clause of the United States Constitution;

4.      schedule a date and time for a Fairness Hearing to determine whether the Settlement should be finally approved by the Court;

5.      establish a schedule for the Parties to seek to obtain from the Court a Final Judgment and Final Order;

6.      appoint the Settlement Administrator; and

7.      issue other related orders to effectuate the preliminary approval of the Agreement.

B.      Certification of the Class is conditional on the Court's preliminary and final approval of this Agreement. In the event the Court does not approve all terms of the Agreement, or if for any reason the Court does not grant final approval of the Settlement, or if final approval is not granted following appeal of any order or judgment by the Court, or if the Court construes the settlement as a "coupon" settlement such that the provisions of 28 U.S.C. § 1712 apply, then the certification shall be void and this Agreement and all orders entered in connection therewith, including but not limited to any order conditionally certifying the Class, shall become null and void and shall be of no further force and effect, and each Party shall retain all their respective rights as they existed prior to the execution of the Agreement as set forth in further detail in Section XIII. of this Agreement.

IV.     **SETTLEMENT RELIEF**

A.      **Establishment of Settlement Fund.**  In consideration for the dismissal of the Litigation and the Global Action with prejudice, and for the full and complete Release, Final Judgment and Final Order provided below, Defendant further agrees to dedicate a Settlement Fund in the amount of $40,000,000 (Forty Million and No/100 Dollars), from which the

13

following will be paid:  (i) payments to the Class Members in the form of Product Vouchers, as discussed in Sections D. and E. below; (ii) Incentive Awards to Plaintiffs; (iii) payments to Plaintiffs' Class Counsel for approved Attorneys' Fees, Costs, and Expenses; (iv) any costs associated with disseminating the notice and otherwise implementing the notice program and claims administration specified in Section V.; and (v) if due to be paid in accordance with the terms of this Agreement, the Cy Pres Payment.  The Parties agree and understand that this Agreement provides additional non-cash benefits to the Class in addition to the Settlement Fund, as set forth below.  Except for the Initial Fund (discussed below), the payments specified above in subsections (ii), (iii), and (iv) will be funded within twenty (20) days after the Final Effective Date.

B.      **Initial Fund.** Within 15 days of entry of the Preliminary Approval Order of this Agreement by the Court, Costa will fund the initial costs of class notice and administration in an amount to be set based on the anticipated amount of such initial costs and any deposits required following negotiations with the selected Settlement Administrator (the "**Initial Fund**").  This Initial Fund will be credited against the Settlement Fund.

C.      **Agreement Regarding the "Nominal Fee" and "Lifetime Warranty" Language on Shipping Boxes and in Marketing Materials.**  As a result of this Litigation, Costa modified its product packaging and marketing materials as set forth in Whereas Clause G., above.  In further consideration for the dismissal of the Litigation and the Global Action with prejudice, and for the full and complete Release, Final Judgment and Final Order provided below, Defendant agrees, on its shipping boxes and in marketing materials to: (i) not title its warranty for Costa's plano sunglasses as a "Lifetime Warranty" for so long as the terms and conditions of such warranty are substantially the same as currently offered by Costa; and (ii)

refrain from describing fees for replacement of scratched lenses, frames and other parts caused by accidental damage, wear and tear, or misuse as "nominal" fees. Nothing in this Agreement shall prohibit Costa from offering different warranties on later manufactured products or defined collections.

D.    **Product Vouchers.**  Following the Final Effective Date, Claimants who submit a valid, timely, and complete Claim shall be entitled to receive from the Settlement Fund a Product Voucher(s) with a two-year expiration date from the date of issuance of the Product Voucher, which can be redeemed via Costa's online webstore or via a toll-free number for Costa merchandise.  The Parties intend for the Product Vouchers to be redeemable for certain Costa whole good merchandise (as opposed to a discount or coupon off the purchase price) without the necessity for Class Members to pay any amount to Costa, separate and apart from the Product Voucher, in order to receive Costa merchandise.  Claimants will not be required to travel to any retail establishment to redeem the Product Vouchers.  Product(s) claimed using the Product Vouchers will not be assessed sales tax and will be shipped free of charge.  Product Vouchers may also be used to purchase any Costa products in excess of the Product Voucher amount, and the Claimant need only to pay the price difference, plus applicable sales tax.  A non-exhaustive list of Costa merchandise that Class Members may be able to obtain based on the value or number of Product Vouchers received is delineated on **Exhibit 3**. It is acknowledged and understood that, given the expiration period of the Product Vouchers, merchandise availability may vary over time.  The Parties agree that merchandise can be updated or modified by Costa provided the substituted merchandise is of a reasonably similar quality and manufacturer's suggested retail price ("MSRP") value and is available to Claimants through and until the

| Class | Estimated Minimum Product Voucher Value |
|---|---|
| Florida Repair Class | $19.99 |
| Nationwide Repair Class | $19.99 |
| Florida Purchase Class | $10.00 |
| Warranty Class | $8.99 |

E.     **Multiple Vouchers.** A Claimant who, by definition, would fall into both the Florida Repair Class and Florida Purchase Class shall only be entitled to Product Voucher(s) from the Florida Repair Class.  A Claimant, if they qualify and submit a timely and valid Claim, may receive Product Vouchers from either of the Florida Repair Class or the Nationwide Repair Class as well as the Warranty Class. Similarly a Claimant, if they qualify and submit a timely and valid Claim, may receive multiple Product Vouchers within each Class to which they are eligible to receive Product Vouchers according to the prior two sentences.  However, the total number of Product Vouchers that any one Claimant may be entitled to in the Florida Purchase Class shall not exceed five (5) Product Vouchers, unless the Claimant submits verifiable proof of purchase for more than (5) purchases, as acceptable to the Settlement Administrator.

F.     **Stackable, Transferable, Use as Credit.**  The Parties intend for this Agreement to provide each Claimant with flexibility in connection with the use of the Product Vouchers.  In that regard, the Product Vouchers will be non-personalized, transferrable, and stackable. Claimants with multiple Product Vouchers may combine the value of the Product Vouchers received to obtain higher value merchandise, if desired by the Claimant.  The Product Vouchers are also intended to operate, in the alternative, akin to a gift card, which can be used to offset the cost of merchandise of a higher value, if desired by the Claimant and solely within their

16

discretion.  Whereas each separate Product Voucher is subject to one-time use with no residual value, a Claimant may use multiple Product Vouchers at different times prior to their expiration, or stack some or all of the Product Vouchers to obtain higher valued products at no cost to the Claimant.

G.  **Free Shipping.**  In connection with the redemption of the Product Voucher(s), Costa shall bear the cost of standard shipping, handling and processing of merchandise ordered by and delivered to the Claimants under this Agreement in connection with the redemption of the Product Voucher(s).  The costs of such standard shipping, handling, and processing shall not be deducted from the Settlement Fund.

H.  **Claims for Product Vouchers and Issuance.** Product Vouchers will be issued to Claimants who make valid, timely, and complete Claims within the Claim Period.  Product Vouchers will be issued by the Settlement Administrator beginning no earlier than thirty (30) days after the Final Effective Date and proceeding on an ongoing basis until either (1) all Claimants have been provided the Product Voucher(s) to which they are entitled, or (2) the date on which the Product Vouchers issued, if all redeemed, would exhaust the remaining balance of the Settlement Fund, whichever is earlier.

I.  **Cy Pres Payment.**  If the Settlement Fund has not been exhausted after all Claimants have been provided the Product Voucher(s) to which they are entitled, Costa agrees to make a charitable contribution to the Cy Pres Recipients, equal to either the remaining amount of the Settlement Fund, or One Million and No/100 Dollars ($1,000,000), whichever is less.  The breakdown of the Cy Pres Payment between the Cy Pres Recipients is at the discretion of Costa.

V.  <u>**NOTICE TO THE CLASS**</u>

A.  Following entry of the Preliminary Approval Order, and to comply with all applicable laws, including but not limited to, Federal Rule of Civil Procedure 23, the Due

Process Clause of the United States Constitution, and any other applicable statute, law or rule, the Settlement Administrator shall take the following below actions in connection with disseminating notice to Class Members , unless otherwise specified or provided for as set forth in the Preliminary Approval Order. The costs of disseminating the notices and otherwise implementing the notices specified in this Section V. of this Agreement shall be paid by Costa from the Settlement Fund.

1.      **Summary Notice.**

The Settlement Administrator shall cause the publication of the Summary Notice as described in the Declaration of the Settlement Administrator within thirty (30) days following entry of the Preliminary Approval Order, and in such additional newspapers, magazines and/or other media outlets as shall be agreed upon by the Parties. The form of Summary Notice agreed upon by the Parties is in the form substantially similar to the one attached to this Agreement as **Exhibit 1**.

2.      **Long Form Notice.**

Where addresses are reasonably and readily available to Costa through its own databases or other such lists as it may possess, the Settlement Administrator shall send the Long Form Notice within thirty (30) days following entry of the Preliminary Approval Order to potential Class Members thus identified by email or by first-class mail. The Long Form Notice shall be in a form substantially similar to the document attached to this Agreement as **Exhibit 2**, which contains a plain and concise description of the nature of the Global Action, the history of the litigation of the claims and the terms of the Settlement, including how the Settlement would provide relief to the Class and Class Members, the rights of Class Members to opt out of or object to the Settlement, and the deadlines and procedures for exercising those rights. The

Settlement Administrator shall also send the Long Form Notice by first-class mail to any persons who request it in writing or through the toll-free telephone number. The Long Form Notice shall be available on the Settlement Website.

3.     **CAFA Notice.**

Defendant shall send CAFA Notice substantially in the form as attached hereto as **Exhibit 4** to the appropriate federal and state officials as identified in 28 U.S.C. § 1715(a) not later than ten (10) days after this Settlement Agreement is filed with the Court,.

4.     **Settlement Website.**

The Settlement Administrator shall establish the Settlement Website to inform Class Members of the terms of this Agreement, their rights and the deadlines by which those rights must be exercised, important dates, and related information. The Settlement Website shall include a copy of the operative Complaint in the Global Action, the Long Form Notice, the Settlement Agreement, Frequently Asked Questions and Answers, and other materials agreed upon by the Parties and/or required by the Court. The Settlement Website shall also provide an online claim portal through which a Class Member can submit a Claim.  The Settlement Website shall be accessible at least five (5) days prior to mailing the Long Form Notice described above.

5.     **Toll-Free Telephone Number.**

The Settlement Administrator shall establish a toll-free telephone number that will provide settlement-related information to Class Members using an automated response system.

6.     **Internet Banner Notifications.**

The Settlement Administrator shall establish banner notifications on the internet that will provide settlement-related information to Class Members.

7.     **Notice Procedures.**

Costa shall use commercially reasonable efforts to review its records and identify each individual meeting the Class definitions.  The list produced at the end of this process shall be a complete list of the members of the Nationwide Repair Class, the Florida Repair Class, and the Warranty Class.

## VI.     <u>ADMINISTRATION OF THE SETTLEMENT</u>

A.     The Settlement Administrator shall be responsible for, without limitation:

1.     arranging for the publication of the Summary Notice;

2.     establishing a Post Office box for the receipt of any correspondence;

3.     emailing, printing, mailing and/or arranging for the mailing of the Long Form Notice;

4.     handling returned mail not delivered to Class Members, including attempting to obtain updated address information for any Long Form Notices returned without a forwarding address;

5.     responding to requests for the Long Form Notice;

6.     making any additional emails or mailings required under the terms of this Agreement;

7.     receiving and maintaining on behalf of the Court any Class Member correspondence regarding requests for exclusion and/or objections to the Settlement, and providing copies of any requests for exclusion, objections and/or related correspondence to the Parties promptly upon receipt;

8.     establishing the Settlement Website and a toll-free interactive voice response unit with message capabilities to which Class Members may refer for information about the Global Action and the Settlement;

9.      establishing Internet banner notifications and for consulting on the Notice Program;

10.     forwarding written inquiries to Plaintiffs' Class Counsel or their designee for a response, if warranted;

11.     responding to requests from Plaintiffs' Class Counsel and/or Costa's Counsel; and

12.     otherwise implementing and/or assisting with the dissemination of the Long Form Notice and Summary Notice of the Settlement.

B.      The Settlement Administrator shall also be responsible for, without limitation, implementing the terms of the Claim Process and related administrative activities.

C.      At least fourteen (14) days before the date of the Fairness Hearing, the Settlement Administrator shall prepare a declaration detailing the scope, method and results of the Notice Program and Claim Process, and containing a list of those persons who have excluded themselves from the Settlement, and the Parties shall file the declaration with the Court.

D.      The Settlement Administrator may retain one or more persons to assist in the completion of his or her responsibilities.

E.      The Settlement Administrator shall minimize costs in effectuating the terms of this Agreement.

F.      If the Settlement Administrator makes a material or fraudulent misrepresentation, conceals requested material information, or fails to perform adequately on behalf of Defendant or the Class, the Parties may agree to remove and replace the Settlement Administrator. Disputes regarding the retention or dismissal of the Settlement Administrator shall be referred to the Court for resolution.

## VII.    CLAIM PROCESS

A.    Persons or entities who believe that they are Class Members may complete and submit a Claim form indicating that they wish to be eligible for the relief provided in this Settlement Agreement.

B.    The Claim form shall be available on the Settlement Website both as a downloadable .pdf document, which can be completed and submitted to the Settlement Administrator by mail, and as an online claim portal enabling Class Members to directly submit claims electronically through the Settlement Website. Commencing on the date on which the Long Form Notice is first issued to the Class by email or first-class mail, Class Members who have not excluded themselves from the Settlement may submit a Claim to the Settlement Administrator for review. The Claim form will be available during the Claim Period.

C.    The Settlement Administrator shall receive and process Claims to determine whether submitted Claims are timely, valid, and complete. The Settlement Administrator shall use its best efforts to complete its review of each Claim within thirty (30) days of receipt.

D.    The Settlement Administrator shall review Claims on a first-come, first-serve basis and shall have sole authority to determine whether submitted Claims are timely, valid, and complete. If the Settlement Administrator determines that a Claim is incomplete or invalid, or if a Claim is received either (i) after the Settlement Fund has been or would be exhausted based on the value of Product Vouchers issued, or (ii) after the Claim Period, whichever is earlier, the Claim shall be denied without further notice to the Class Member. The online claim portal shall be configured to only accept Claims that are deemed to be timely and complete. Class Members who submit a Claim by means other than through the online claim portal that is determined to be untimely, invalid, or incomplete will be notified by mail or email of the deficiency(ies) in their Claim and will have the opportunity to correct the deficiency(ies) thus identified by responding

22

to such notice by mail or email to the Settlement Administrator within twenty-one (21) days of the date of the Settlement Administrator's notice. A timely, valid, and complete Claim will not ensure acceptance and issuance of Product Vouchers if all conditions of redemption, as described herein, have not been met.

E.     Beginning thirty (30) days after the occurrence of the Final Effective Date, and thereafter on a quarterly basis until the nine (9) month Claim Period has elapsed, the Settlement Administrator shall notify the Parties of the number of approved and denied Claims. A Claim shall be considered approved when the Administrator deems it is timely, valid, and complete. Plaintiffs have the right to request reasonable additional data or information on denied claims.

F.     Within thirty (30) days of first notifying Costa of the number of approved Claims received, the Settlement Administrator shall issue to each Claimant whose approved Claim was reported to Costa, by electronic mail or, if elected by the Claimant, first-class mail, the appropriate Product Voucher(s) equal to the number of Product Vouchers claimed and approved in accordance with this Agreement. Thereafter, the Settlement Administrator shall issue Product Vouchers on a quarterly basis to each Class Member whose Claim was newly approved.  Any Product Vouchers returned to the Settlement Administrator with a forwarding address will be re-mailed to the new address provided. The Settlement Administrator shall not be obligated to conduct additional research to locate Class Members whose Product Voucher is returned as undeliverable with no forwarding address or to provide any notification to Class Members whose Product Vouchers are returned.

G.     No person shall have any claim against Plaintiffs, Plaintiffs' Class Counsel, Costa, Costa's Counsel, or the Settlement Administrator based on any eligibility determinations made in accordance with the Agreement.

## VIII.   REQUESTS FOR EXCLUSION

A.      Any potential Class Member who wishes to be excluded from the Class must mail a written request for exclusion to the Settlement Administrator at the address provided in the Long Form Notice, such that it is received no later than twenty-one (21) days before the date of the Fairness Hearing. Exclusion requests may not be submitted by phone, email, or fax. The written request for exclusion shall include (a) the potential Class Member's full name, telephone number, and address (the potential Class Member's actual residential address must be included); (b) a statement that the potential Class Member wishes to be excluded from the Settlement; and (c) the potential Class Member's dated, and handwritten or electronically validated signature. The Settlement Administrator shall promptly forward copies of any written requests for exclusion to Plaintiffs' Class Counsel and Costa's Counsel. If a potential Class Member files a request for exclusion, he or she may not file an objection under Section IX., nor may he or she submit a Claim.  If a Class Member submits a Claim after filing a request for exclusion, the request for exclusion is considered waived and void.

B.      Any potential Class Member who does not file a timely written request for exclusion as provided in this Section VIII. shall be bound by all subsequent proceedings, orders and judgments, including, but not limited to, the Release, Final Judgment and Final Order in the Global Action.

C.      In the event that more than 5% of the Class Members submit elections to opt-out of the Settlement, Costa will have the right to rescind and terminate the Settlement without prejudice to its pre-settlement positions and defenses in the Litigation.  Should the 5% threshold for opt-outs be exceeded, the Settlement Administrator shall notify lead counsel for all Parties via email immediately.  If Costa exercises this right to rescind the Settlement, it will pay all reasonable settlement administration costs incurred by the Settlement Administrator to that date.

## IX.   **OBJECTIONS TO SETTLEMENT**

A.    Any Class Member who has not filed a timely written request for exclusion and who wishes to object to the fairness, reasonableness, or adequacy of this Settlement Agreement, the requested award of Attorneys' Fees, Costs, and Expenses, or the requested Incentive Awards to Plaintiffs, must file with the Court and provide copies to Plaintiffs' Class Counsel and Costa's Counsel a written statement of his or her objections, such that it is received by all Parties no later than twenty-one (21) days before the date of the Fairness Hearing. The written objection of any Class Member must include: (a) a heading which refers to the Global Action; (b) the objector's full name, telephone number, and address (the objector's actual residential address must be included); (c) if represented by counsel, the full name, telephone number, and address of all counsel; (d) a statement that the objector is a Class Member, including when and where the Class Member's eligible sunglasses were purchased and date(s) of any repair or warranty claims on such eligible sunglasses; (e) all of the reasons for his or her objection; (f) whether the objector intends to appear at the Fairness Hearing on his or her own behalf or through counsel; and (g) the objector's dated, and handwritten or electronically validated signature. Any documents supporting the objection must also be attached to the objection. If any testimony is proposed to be given in support of the objection, the names of all persons who will testify must be set forth in the objection. Class Members may object either on their own or through an attorney retained at their own expense. The objection must include proof that the Class Member falls within the definition of the Class.

B.    Any Class Member who files and serves a written objection, as described in the preceding Section IX.A., may appear at the Fairness Hearing, either in person or through personal counsel hired at the Class Member's expense, to object to the fairness, reasonableness, or adequacy of this Agreement or the Settlement, or to the award of Attorneys' Fees, Costs and

Expenses or the award to Plaintiffs. Class Members or their attorneys who intend to make an appearance at the Fairness Hearing must deliver a notice of intention to appear to Plaintiffs' Class Counsel and to Costa's Counsel identified in the Long Form Notice, and file said notice with the Court, on a date ordered by the Court.

C.      Any Class Member who objects to the Settlement shall be entitled to all of the benefits of the Settlement (with the exception noted below) if this Agreement and the terms contained herein are approved, as long as the objecting Class Member complies with all requirements of this Agreement applicable to Class Members, including the timely submission of a Claim and other requirements herein.  However, the Parties hereto agree that a Class Member who objects to the Settlement shall not be entitled to recovery of all or any portion of Attorneys' Fees, Costs and Expenses, and that the equitable common-fund doctrine does not apply to this Settlement.

D.      No later than fourteen (14) days before the date of the Fairness Hearing, Plaintiffs' Class Counsel shall file with the Court their responses to any timely and valid objections received.

## X.      ATTORNEYS' FEES, COSTS, AND EXPENSES AND PLAINTIFFS' INCENTIVE AWARDS

A.      After agreeing to the principal terms set forth in this Settlement Agreement, the Parties' counsel negotiated the amount of Attorneys' Fees, Costs, and Expenses that, separate and apart from the consideration for this Settlement, following application to the Court and subject to Court approval, would be paid by Costa as the fee award and costs award to Plaintiffs' Class Counsel. As a result of negotiations, Plaintiffs' Class Counsel agrees to make and Defendant agrees not to oppose, an application for an award of Attorneys' Fees, Costs, and Expenses in the Global Action equal to 30% (thirty percent) of the total Settlement Fund. This

Attorneys' Fees, Costs and Expenses award shall be the sole compensation paid by Costa for all Plaintiffs' Class Counsel work and/or for all other work incurred that inured to the benefit of the Class, and shall be payable to Holland & Knight LLP. These Attorneys' Fees, Costs and Expenses do not include the Incentive Award payments to Plaintiffs set forth in the paragraph below which shall separately and additionally be paid by Costa out of the Settlement Fund.  Any reduction by the Court in the amount of Attorneys' Fees, Costs, and Expenses to be awarded to Plaintiffs' Class Counsel shall inure to the benefit of the Class.

B.     In recognition of the time and effort Plaintiffs expended in pursuing the *Haney* Action, the *Smith* Action, and the *Reed* Action, in participating in discovery, including having depositions taken, in fulfilling their obligations and responsibilities as class representatives, and all of the benefits conferred on all the members of the Class, Plaintiffs' Class Counsel will ask the Court to award an Incentive Award to each Plaintiff in an amount not to exceed $10,000.00 per Plaintiff.  Defendant agrees not to oppose such application. These Incentive Awards are to be paid by Costa out of the Settlement Fund and are separate from and in addition to the Attorneys' Fees, Costs and Expenses to be paid by Costa, as set forth in the paragraph above.

C.     Within fourteen (14) days after the Final Effective Date, Costa shall pay the Attorneys' Fees, Costs, and Expenses, plus the separate and additional Incentive Awards that are awarded by the Court, to Holland & Knight LLP. Thereafter, Plaintiffs' Class Counsel shall distribute the Incentive Awards to Plaintiffs.

## XI.    **FINAL JUDGMENT AND FINAL ORDER**

A.     At least fourteen (14) days before the date of the Fairness Hearing, Plaintiffs' Class Counsel, after consulting with Costa's Counsel, shall file with the Court their motion for final approval of the Settlement seeking to obtain a Final Judgment and Final Order. The Final Judgment and Final Order shall, among other things:

1.      find that the Court has personal jurisdiction over Plaintiffs, the Class Members, and Defendant, that the Court has subject matter jurisdiction over the claims asserted in the Global Action, and that venue is proper;

2.      finally approve the parties' agreement as memorialized in this Settlement Agreement, pursuant to Federal Rule of Civil Procedure 23;

3.      finally certify the Class for settlement purposes only;

4.      find that the notice and the notice dissemination methodology complies with all laws, including, but not limited to, the Due Process Clause of the United States Constitution;

5.      dismiss the Global Action with prejudice and without costs (except as provided for herein as to costs);

6.      order the Parties to take all steps necessary to ensure that the *Reed* and *Haney* Actions are dismissed with prejudice and without costs (except as provided herein as to costs), including the pending appeal in the *Haney* Action;

7.      incorporate the Release set forth in the Agreement and make the Release effective as of the date of the Final Judgment and Final Order;

8.      authorize the Parties to implement the terms of the Settlement Agreement;

9.      retain jurisdiction relating to the administration, consummation, enforcement, and interpretation of the Agreement, the Final Judgment and Final Order, and for any other necessary purpose;

10.      issue related Orders to effectuate the final approval of the Agreement and its implementation; and

11.     make a determination on Plaintiffs' Counsel's unopposed request for Attorneys' Fees, Costs, and Expenses and Plaintiffs' Incentive Awards.

## XII.   <u>RELEASE AND WAIVER</u>

A.     The Parties agree to the following release and waiver, which shall take effect upon entry of the Final Judgment and Final Order.

B.     In consideration for the Settlement, Plaintiffs and each Class Member, on behalf of themselves and each of their present, former, and future heirs, executors, administrators, partners, co-obligors, co-guarantors, guarantors, sureties, family members, spouses, attorneys, insurers, agents, representatives, predecessors, successors, assigns, and all those who claim through them or could claim through them, agree to fully, finally and forever release, relinquish, acquit, discharge and hold harmless the Released Parties from any and all claims and damages of any kind and/or type that was or could have been brought related to Costa's "nominal fee" marketing language or Costa's "lifetime warranty", including any and all claims that arise out of or relate to the facts and circumstances giving rise to the claims which were brought or could have been brought in the Litigation, including, but not limited to, compensatory, exemplary, punitive, expert and/or attorneys' fees or by multipliers, whether past, present, contingent or non-contingent, asserted or un-asserted, whether based on federal, state or local law, statute, ordinance, regulation, code, contract, common law, violations of any state's deceptive, unlawful, or unfair business or trade practices, false, misleading or fraudulent advertising, consumer fraud or consumer protection statutes, any breaches of express, implied or any other warranties, RICO, FDUTPA, or the Magnuson-Moss Warranty Act (the "**<u>Released Claims</u>**").

C.     Notwithstanding the foregoing, the Released Parties shall be held harmless by any Plaintiffs or Class Members for any Released Claim asserted against the Released Parties, by

those Plaintiffs or Class Members, either directly or by any legal or natural persons who claim by, through, or under those Plaintiffs or Class Members.

D.      The Final Judgment and Final Order will reflect these terms.

E.      Plaintiffs and each Class Member expressly agree that this Release, the Final Order, and/or the Final Judgment is, will be, and may be raised as a complete defense to matters released through this Settlement or related to the Released Claims, and will preclude any action or proceeding encompassed by, this Release.

F.      Plaintiffs and each Class Member shall not now or hereafter institute, maintain, prosecute, assert, and/or cooperate in the institution, commencement, filing, or prosecution of any suit, action, and/or proceeding, against the Released Parties, either directly or indirectly, on their own behalf, on behalf of a class or on behalf of any other person or entity with respect to the claims, causes of action and/or any other matters released through this Settlement or related to the Released Claims.

G.      In connection with this Agreement, Plaintiffs and each Class Member acknowledge that they may hereafter discover claims presently unknown or unsuspected, or facts in addition to or different from those that they now know or believe to be true concerning the Released Claims or the subject matter of the Global Action and/or the Release herein. Nevertheless, it is the intention of Plaintiffs' Class Counsel, Plaintiffs, and each Class Member to fully, finally and forever to settle, release, discharge, and hold harmless all such matters, and all claims relating thereto which exist, hereafter may exist, or might have existed (whether or not previously or currently asserted in any action or proceeding) with respect to the Global Action and Released Claims.

H.     Plaintiffs represent and warrant that they are the sole and exclusive owner of all claims that they personally are releasing under this Agreement. Plaintiffs further acknowledge that they have not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or claim arising out of or in any way whatsoever pertaining to the Global Action or Released Claims, including without limitation, any claim for benefits, proceeds or value under the Global Action and Released Claims, and that Plaintiffs are not aware of anyone other than themselves claiming any interest, in whole or in part, in the Global Action and Released Claims or in any benefits, proceeds or values under the Global Action and Released Claims. Class Members submitting a Claim form shall represent and warrant therein that they are the sole and exclusive owner of all claims that they personally are releasing under the Settlement and that they have not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or claim arising out of or in any way whatsoever pertaining to the Global Action or Released Claims, including without limitation, any claim for benefits, proceeds or value under the Global Action and Released Claims, and that such Class Member(s) are not aware of anyone other than themselves claiming any interest, in whole or in part, in the Global Action and Released Claims or in any benefits, proceeds or values under the Global Action and Released Claims.

I.     Without in any way limiting its scope, and, except to the extent otherwise specified in the Agreement, this Release covers by example and without limitation, any and all claims for attorneys' fees, costs, expert fees, or consultant fees, interest, or litigation fees, costs or any other fees, costs, and/or disbursements incurred by any attorneys, Plaintiffs' Class Counsel, Plaintiffs, or Class Members who claim to have assisted in conferring the benefits under this Settlement upon the Class.

J.      In consideration for the Settlement, the Released Parties shall be deemed to have, and by operation of the Final Approval Order shall have, released Plaintiffs' Class Counsel and each current and former Plaintiffs from any and all causes of action that were or could have been asserted pertaining solely to the conduct in filing and prosecuting the litigation or in settling the Global Action.

K.      Plaintiffs' Class Counsel who receive attorneys' fees and costs from this Settlement acknowledge that they have conducted sufficient independent investigation to enter into this Settlement Agreement and, by executing this Settlement Agreement, state that they have not relied upon any statements or representations made by the Released Parties or any person or entity representing the Released Parties, other than as set forth in this Settlement Agreement.

L.      In accordance with and further to the existing stay orders in the Litigation, the Parties specifically understand that there may be further pleadings, discovery requests and responses, testimony, or other matters or materials owed by the Parties pursuant to existing pleading requirements, discovery requests, or pretrial rules, procedures, or orders, and that, by entering into this Agreement, the Parties expressly waive any right to receive, hear, or inspect such pleadings, testimony, discovery, or other matters or materials.

M.      Nothing in this Section shall preclude any action to enforce the terms of the Agreement, including participation in any of the processes detailed herein.

N.      Plaintiffs and Plaintiffs' Class Counsel hereby agree and acknowledge that the provisions of this Section, including the Release herein, together constitute an essential and material term of the Agreement and shall be included in any Final Judgment and Final Order entered by the Court.

## XIII. MODIFICATION OR TERMINATION OF THIS AGREEMENT

A.     The terms and provisions of this Agreement may be amended, modified, or expanded by written agreement of the Parties and approval of the Court; provided, however, that after entry of the Final Judgment and Final Order, the Parties may by written agreement effect such amendments, modifications, or expansions of this Agreement and its implementing documents (including all exhibits hereto) without further notice to the Class or approval by the Court if such changes are consistent with the Court's Final Judgment and Final Order and do not limit the rights of Class Members under this Agreement.

B.     If an option to withdraw from and terminate this Agreement arises under this Section XIII. above, neither Costa nor Plaintiffs are required for any reason or under any circumstance to exercise that option and any exercise of that option shall be in good faith.

C.     If, but only if, this Agreement is not approved pursuant to Sections III. and XI. above, then:

1.     This Agreement shall be null and void and shall have no force or effect, and no Party to this Agreement shall be bound by any of its terms;

2.     The Parties will petition the courts in the *Haney* and *Reed* Actions to have any stay orders entered in the *Haney* and *Reed* Actions pursuant to this Agreement lifted;

3.     Plaintiff Smith will file a Second Amended Complaint returning the claims, class definitions and allegations to the form originally filed in the *Smith* Action, and Plaintiffs Haney and Reed will pursue their respective claims in the *Haney* Action and the *Reed* Action;

4.     All of its provisions, and all negotiations, statements, and proceedings relating to it shall be without prejudice to the rights of Costa, Plaintiffs, or any Class Member, all of whom shall be restored to their respective positions existing immediately before the execution

of this Agreement, except that the Parties shall cooperate in requesting that the Court set a new scheduling order such that no Party's substantive or procedural rights are prejudiced by the settlement negotiations and proceedings;

5.     The Released Parties expressly and affirmatively reserve all defenses, arguments, and motions as to all claims that have been or might later be asserted in the Litigation, including, without limitation, the argument that the Global Action and/or Litigation may not be litigated as a class action;

6.     Plaintiffs and all other Class Members, on behalf of themselves and each of their present, former, and future heirs, executors, administrators, partners, co-obligors, co-guarantors, guarantors, sureties, family members, spouses, attorneys, insurers, agents, representatives, predecessors, successors, assigns, and all those who claim through them or could claim through them, expressly and affirmatively reserve and do not waive all motions as to, and arguments in support of, all claims, causes of actions or remedies that have been or might later be asserted in the Litigation or Global Action including, without limitation, any argument concerning class certification, and other damages;

7.     Costa, and the other Released Parties, expressly and affirmatively reserve and do not waive all motions and positions as to, and arguments in support of, all defenses to the causes of action or remedies that have been sought or might be later asserted in the Litigation, including without limitation, any argument or position opposing class certification, liability, or damages;

8.     Neither this Agreement, the fact of its having been made, nor the negotiations leading to it, nor any discovery or action taken by a Party or Class Member pursuant to this Agreement, shall be admissible or entered into evidence for any purpose whatsoever.

## XIV.   GENERAL MATTERS AND RESERVATIONS

A.     The obligation of the Parties to conclude the Settlement is and shall be contingent upon each of the following:

1.     Entry by the Court of the Final Judgment and Final Order approving the Settlement, from which the time to appeal has expired or which has remained unmodified after any appeal(s); and

2.     Any other conditions stated in this Agreement.

B.     Costa's execution of this Agreement shall not be construed to release – and Costa expressly does not intend to release – any claim Costa may have or make against any insurer for any cost or expense incurred in connection with this Settlement, including, without limitation, for attorneys' fees and costs.

C.     Plaintiffs' Class Counsel represent that: (1) they are authorized by Plaintiffs to enter into this Agreement with respect to the claims in this Global Action and Litigation; and (2) they are seeking to protect the interests of the Class.

D.     The Parties acknowledge and agree that no opinion concerning the tax consequences of the Settlement to Class Members is given or will be given by the Parties, nor are any representations or warranties in this regard made by virtue of this Agreement. Each Class Member's tax obligations, and the determination thereof, are the sole responsibility of the Class Member, each Class Member will be solely responsible for correctly characterizing this payment for tax purposes and for paying any taxes owed on this payment, and it is understood that the tax consequences may vary depending on the particular circumstances of each individual Class Member.

E.     Costa represents and warrants that the individual(s) executing this Agreement is authorized to enter into this Agreement on behalf of Costa.

F.     This Agreement, complete with its exhibits, sets forth the sole and entire agreement among the Parties with respect to its subject matter, and it may not be altered, amended, or modified except by written instrument executed by counsel for each of the Parties. The Parties expressly acknowledge that no other agreements, arrangements, or understandings not expressed in this Agreement exist among or between them, and that in deciding to enter into this Agreement, they rely solely upon their judgment and knowledge. This Agreement supersedes any prior agreements, understandings, or undertakings (written or oral) by and between the Parties regarding the subject matter of this Agreement.

G.     This Agreement and any amendments thereto shall be governed by and interpreted according to the laws of Florida, notwithstanding its conflict of laws provisions.

H.     Any disagreement and/or action to enforce this Agreement shall be commenced and maintained only in the United States District Court for the Middle District of Florida, Jacksonville Division.

I.     Whenever this Agreement requires or contemplates that one of the Parties shall or may give notice to the other, notice shall be deemed effective upon receipt and provided by e-mail and/or next-day (excluding Saturdays, Sundays and Federal Holidays) express delivery service as follows:

    1.     If to Plaintiffs, then to:

        Peter P. Hargitai
        Holland & Knight LLP
        50 North Laura Street, Suite 3900
        Jacksonville, Florida 32202
        Tel.: 904-353-2000
        Fax: 904-358-1872
        E-mail: Peter.Hargitai@hklaw.com

    2.     If to Costa, then to:

        Sara F. Holladay-Tobias

McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Tel.: 904-798-3200
Fax: 904-798-3207
E-mail: stobias@mcguirewoods.com

J.      All time periods set forth herein shall be computed in calendar days unless otherwise expressly provided. In computing any period of time prescribed or allowed by this Agreement or by order of the Court, the day of the act, event, or default from which the designated period of time begins to run shall not be included. The last day of the period so computed shall be included, unless it is a Saturday, a Sunday or a Federal Holiday, or, when the act to be done is the filing of a paper in court, a day on which weather or other conditions have made the office of the clerk of the court inaccessible, in which event the period shall run until the end of the next day that is not one of the aforementioned days. As used in this Section XIV., "Federal Holiday" includes New Year's Day, Birthday of Martin Luther King, Jr., Presidents' Day, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans Day, Patriot's Day, Thanksgiving Day, Christmas Day, and any other day appointed as a holiday by the President, the Congress of the United States or the Clerk of the United States District Court for the Middle District of Florida.

K.      The Parties reserve the right, subject to the Court's approval, to agree to any reasonable extensions of time that might be necessary to carry out any of the provisions of this Agreement.

L.      The Class, the Parties, and their respective counsel shall not be deemed to be the sole drafter of this Agreement or of any particular provision, nor shall they argue that any particular provision should be construed against its drafter. All Parties agree that this Agreement was drafted by counsel for the Parties during extensive arm's length negotiations. No parol or

37

other evidence may be offered to explain, construe, contradict, or clarify its terms, the intent of the Parties or their counsel, or the circumstances under which this Agreement was made or executed.

M.      The Parties expressly acknowledge and agree that this Agreement and its exhibits, along with all related drafts, motions, pleadings, conversations, negotiations, and correspondence, constitute an offer of compromise and a compromise within the meaning of Federal Rule of Evidence 408 and any equivalent rule of evidence in any state. In no event shall this Agreement, any of its provisions or any negotiations, statements or court proceedings relating to its provisions in any way be construed as, offered as, received as, used as, or deemed to be evidence of any kind in the Global Action, any other action, or in any judicial, administrative, regulatory or other proceeding, except in a proceeding to enforce this Agreement or the rights of the Parties or their counsel. Without limiting the foregoing, neither this Agreement nor any related negotiations, statements, or court proceedings shall be construed as, offered as, received as, used as or deemed to be evidence or an admission or concession of any liability or wrongdoing whatsoever on the part of any person or entity, including, but not limited to, the Released Parties, Plaintiffs, or the Class; or as a waiver by the Released Parties, Plaintiffs, or the Class of any applicable privileges, claims, or defenses.

N.      Plaintiffs expressly affirm that the allegations contained in the operative complaints were made in good faith, but consider it desirable for the Global Action and Litigation to be settled and dismissed because of the substantial benefits that the Settlement will provide to Class Members.

O.      The Parties, their successors and assigns, and their counsel undertake to implement the terms of this Agreement in good faith, and to use good faith in resolving any disputes that may arise in the implementation of the terms of this Agreement.

P.      The waiver by one Party of any breach of this Agreement by another Party shall not be deemed a waiver of any prior or subsequent breach of this Agreement.

Q.      If one Party to this Agreement considers another Party to be in breach of its obligations under this Agreement, that Party must provide the breaching Party with written notice of the alleged breach and provide a reasonable opportunity to cure the breach before taking any action to enforce any rights under this Agreement.

R.      The Parties, their successors and assigns, and their counsel agree to cooperate with one another in seeking Court approval of this Agreement, and to use their best efforts to effect the prompt consummation of this Agreement and the Settlement.

S.      This Agreement may be signed with a facsimile signature and in counterparts, each of which shall constitute a duplicate original.

T.      In the event any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision if Costa, on behalf of Defendant, and Plaintiffs' Class Counsel, on behalf of Plaintiffs and Class Members, mutually agree in writing to proceed as if such invalid, illegal, or unenforceable provision had never been included in this Agreement. Any such agreement shall be reviewed and approved by the Court before it becomes effective.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

Agreed to on the date indicated below.

APPROVED AND AGREED TO BY PLAINTIFFS' CLASS COUNSEL
AS AUTHORIZED BY PLAINTIFFS

BY _____          DATE:  April ____, 2020
PETER P. HARGITAI
HOLLAND & KNIGHT LLP


BY _____          DATE: April____, 2020
BRENDAN C. HANEY


BY _____          DATE: April ____, 2020
GERALD E. REED, IV


BY _____          DATE: April ____, 2020
TROY SMITH


APPROVED AND AGREED TO BY COSTA DEL MAR, INC.

BY _____          DATE: April 30 , 2020
SARA HOLLADAY-TOBIAS
MCGUIREWOODS LLP

BY _____          DATE: April 30 , 2020
KATHY RISMILLER
SVP, FINANCE AND ADMINISTRATION
COSTA DEL MAR, INC.

Agreed to on the date indicated below.

APPROVED AND AGREED TO BY PLAINTIFFS' CLASS COUNSEL
AS AUTHORIZED BY PLAINTIFFS

BY _____          DATE: April 27, 2020
PETER P. HARGITAI
HOLLAND & KNIGHT LLP


BY _____          DATE: April____, 2020
BRENDAN C. HANEY


BY _____          DATE: April ____, 2020
GERALD E. REED, IV


BY _____          DATE: April 27, 2020
TROY SMITH


APPROVED AND AGREED TO BY COSTA DEL MAR, INC.


BY _____          DATE: April ____, 2020
SARA HOLLADAY-TOBIAS
MCGUIREWOODS LLP


BY _____          DATE: April ____, 2020
KATHY RISMILLER
SVP, FINANCE AND ADMINISTRATION
COSTA DEL MAR, INC.

40

Agreed to on the date indicated below.

APPROVED AND AGREED TO BY PLAINTIFFS' CLASS COUNSEL
AS AUTHORIZED BY PLAINTIFFS


BY                                                      DATE:  April _____, 2020
PETER P. HARGITAI
HOLLAND & KNIGHT LLP


BY                                                      DATE: April **27**, 2020
BRENDAN C. HANEY


BY                                                      DATE: April _____, 2020
GERALD E. REED, IV


BY                                                      DATE: April _____, 2020
TROY SMITH


APPROVED AND AGREED TO BY COSTA DEL MAR, INC.


BY                                                      DATE: April _____, 2020
SARA HOLLADAY-TOBIAS
MCGUIREWOODS LLP


BY                                                      DATE: April _____, 2020
KATHY RISMILLER
SVP, FINANCE AND ADMINISTRATION
COSTA DEL MAR, INC.

writing to proceed as if such invalid, illegal, or unenforceable provision had never been included in this Agreement. Any such agreement shall be reviewed and approved by the Court before it becomes effective.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

Agreed to on the date indicated below.

APPROVED AND AGREED TO BY PLAINTIFFS' CLASS COUNSEL
AS AUTHORIZED BY PLAINTIFFS


BY          DATE: April _____, 2020
PETER P. HARGITAI
HOLLAND & KNIGHT LLP


BY          DATE: April_____, 2020
BRENDAN C. HANEY


BY          DATE: April 27, 2020
GERALD E. REED, IV


BY          DATE: April _____, 2020
TROY SMITH


APPROVED AND AGREED TO BY COSTA DEL MAR, INC.


BY          DATE: April _____, 2020
SARA HOLLADAY-TOBIAS
MCGUIREWOODS LLP


BY          DATE: April _____, 2020
KATHY RISMILLER
SVP, FINANCE AND ADMINISTRATION
COSTA DEL MAR, INC.


1

# EXHIBIT 1

**LEGAL NOTICE**

You have been identified as a potential Settlement Class Member in a lawsuit, and you may be entitled to receive one or more product vouchers in connection with the settlement of that lawsuit.  The lawsuit relates to whether Costa Del Mar, Inc. ("Costa") improperly  (i) charged more than a "nominal" fee for repairs to Costa sunglasses damaged by accident or normal wear and tear, or misuse, and (ii) charged fees for warranty repairs on Costa sunglasses backed by a "Lifetime Warranty." Costa denied and continues to deny the claims, but the parties have decided to settle rather than go to trial.  Class Members have legal rights and options, and you may need to take action to protect your rights.

**WHO IS INCLUDED:**  The Settlement Class includes four separate classes, (1) **Florida Repair Class**: all citizens of Florida who: (i) purchased Costa non-prescription, non-promotional ("plano") sunglasses before January 1, 2018; and (ii) were charged a fee by Costa, from July 28, 2012 through the date of entry of the Court's Final Order, to repair or replace their Costa plano sunglasses damaged by accident, normal wear and tear, or misuse; (2) **Nationwide Repair Class**: all citizens of the United States (except Florida) who: (i) purchased Costa plano sunglasses before January 1, 2018, and (ii) were charged a repair fee by Costa, from April 3, 2015 through the date of entry of the Court's Final Order, to repair or replace their Costa plano sunglasses damaged by accident, normal wear and tear, or misuse; (3) **Florida Purchase Class**: all citizens of Florida who purchased Costa plano sunglasses from July 28, 2013 to January 31, 2018; and (4) **Warranty Class**: all citizens of the United States who: (i) purchased non-prescription Costa sunglasses prior to January 1, 2016; and (ii) paid Costa a warranty fee to repair or replace non-prescription sunglasses damaged by a manufacturer's defect from August 20, 2013 through the date of entry of the Court's Final Order.

**SETTLEMENT BENEFITS:**  Class members can receive one or more product vouchers between $8.99 and $19.99 based on the class in which the class member qualifies.  The product vouchers are transferable and can be combined to claim items available for sale on Costa's website.  Claim Forms must be postmarked or received by March 15, 2021.

**MORE INFORMATION:**  Detailed information regarding the proposed Settlement is available at [INSERT WEBSITE].  Settlement Class Members may also submit a Claim Form on the website or download a Form to submit by mail or email.  If you have questions, you may call the Settlement Administrator at [INSERT PHONE NO.].

If you do not want to be legally bound by the settlement, you must exclude yourself by August 31, 2020.  If you stay in the Settlement, you may object by August 31, 2020.  The Court will hold a hearing on October 5, 2020 (approx.) to consider the Settlement.  More information about excluding yourself from the Settlement or objecting is in the Class Action Notice, available at [INSERT WEBSITE].

**QUESTIONS?  CALL [PHONE NUMBER]TOLL-FREE, OR VISIT [INSERT WEBSITE]**

---

**IMPORTANT NOTICE
REGARDING
A CLASS ACTION
SETTLEMENT**

**If you purchased Costa sunglasses, or paid for repairs or warranty work for Costa sunglasses, you could get a benefit from a class action settlement.**

**Costa Settlement**
c/o [CLASS ADMINISTRATOR]

List ID:

FIRST CLASS
MAIL
US POSTAGE
PAID
Permit#__

[IM Barcode]
[CLASS MEMBER NAME]
[ADDRESS_1]
[ADDRESS_2]
[CITY], [STATE]  [ZIP]

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TROY SMITH, individually and
on behalf of all others similarly situated,
GERALD E. REED IV, individually and
on behalf of all others similarly situated, *and*
BRENDAN C. HANEY, individually and
on behalf of all others similarly situated,

      Plaintiffs,

                                      Case No. 3:18-cv-1011-TJC-JRK

vs.

COSTA DEL MAR, INC.,
a Florida corporation,

      Defendant.

_____

<u>**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**</u>

**PLEASE READ THIS NOTICE CAREFULLY.  IT EXPLAINS YOUR RIGHTS AND
OPTIONS TO PARTICIPATE IN A CLASS SETTLEMENT ("SETTLEMENT")**

**THIS IS <u>NOT</u> A NOTICE OF A LAWSUIT AGAINST YOU.**

- Costa Del Mar, Inc. ("Costa") settled a class action lawsuit related to whether Costa improperly (i) charged more than a "nominal" fee for repairs to Costa sunglasses damaged by accident, normal wear and tear, or misuse, and (ii) charged fees for warranty repairs on Costa sunglasses backed by a "Lifetime Warranty."

- You may be entitled to receive one or more product vouchers between $8.99 and $19.99, based on certain eligibility requirements discussed below.

- Please read this notice carefully.  Your legal rights are affected whether you act, or don't act.

**BASIC INFORMATION**

| 1.   **Why was this Notice issued?** |
|---|

A court authorized this Notice because you may have a right to know about a proposed Settlement of this class action lawsuit and about all of your options before the Court decides whether to give final approval to the Settlement.  This Notice explains the lawsuit, the Settlement, and your legal rights.  You are NOT being sued.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | Submit a claim form to get the benefits for which you may be eligible.  This is the only way to get a product voucher(s).<br><br>**DEADLINE: March 15, 2021** |
| **EXCLUDE YOURSELF** | Ask to get out (opt out) of the proposed Settlement.  If you do this, you will receive no benefits, but you will retain any rights you may currently have to sue Costa about the claims in this case.<br><br>**DEADLINE: August 31, 2020** |
| **OBJECT** | Write to the Court explaining why you don't like the Settlement.<br><br>**DEADLINE: August 31, 2020** |
| **GO TO THE FAIRNESS HEARING** | Provide advance written notice to speak in Court about your opinion of the Settlement.<br><br>**DEADLINE: August 31, 2020**<br>**HEARING DATE: October 5, 2020 (approx.)** |
| **DO NOTHING** | You will not receive Settlement benefits that you may otherwise be eligible for, and you give up your rights to sue Costa about the claims in this case. |

## 2.   What is a Class Action?

In a class action, one or more people called "Class Representatives" (in this case, Troy Smith, Brendan Haney, and Gerald Reed) sue on behalf of all people who have similar claims.  The people included in the class action are called a "Class" or "Class Members".  One court resolves the issues for all Class Members, except those people who exclude themselves from the Settlement.

The Honorable Timothy J. Corrigan of the United States District Court for the Middle District of Florida, Jacksonville Division, is overseeing this class action.  The case is known as *Troy Smith, et. al. v. Costa Del Mar, Inc.*, Case No. 3:18-cv-01011-TJC-JRK.

## 3.   What is this lawsuit about?

The lawsuit claims that (i) Costa's statement that it replaces scratched lenses, frames and other parts damaged by accident, normal wear and tear, or misuse for a "nominal fee" is false, deceptive, and misleading in violation of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. §§ 501.201, *et seq.*, and constitutes a breach of warranty under the Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. §§ 2301, *et seq.*; and (ii) Costa's purported "Lifetime Warranty" against manufacturer's defects violates the substantive requirements of the MMWA, 15 U.S.C. §§ 2301, *et seq.*, because customers must pay a fee to take advantage of the "Lifetime Warranty."

Costa has denied and continues to deny all of the claims in the lawsuit and raised several defenses.

| **4.   Why is there a Settlement?** |
|---|

The Court did not decide in favor of Plaintiffs or Costa.  Instead, both sides agreed to a Settlement.  The Settlement allows both Plaintiffs and Costa to avoid the uncertainty, cost, and risk of a trial, and offers benefits to those affected.  The Class Representatives and their attorneys think the Settlement is in the best interest of the Class.

## WHO IS INCLUDED IN THE SETTLEMENT

| **5.   How do I know if I am part of the Settlement?** |
|---|

The Settlement includes individual consumers, excluding officers and attorneys for Costa, judges presiding over the case, and Plaintiffs' counsel, who meet one or more of the following criteria:

- Florida Repair Class - all citizens of the State of Florida who: (i) purchased non-prescription, non-promotional Costa sunglasses before January 1, 2018; and (ii) were charged a fee by Costa, from July 28, 2012 through the date of entry of the Court's Final Order, to repair or replace their Costa sunglasses damaged by accident, normal wear and tear, or misuse.

- Nationwide Repair Class - all citizens of the United States (excluding citizens of the State of Florida) who: (i) purchased non-prescription, non-promotional Costa sunglasses before January 1, 2018, and (ii) were charged a repair fee by Costa, from April 3, 2015 through the date of entry of the Court's Final Order, to repair or replace their Costa sunglasses damaged by accident, normal wear and tear, or misuse.

- Florida Purchase Class - all citizens of the State of Florida who purchased non-prescription, non-promotional Costa sunglasses from July 28, 2013 to January 31, 2018.

- Warranty Class - all citizens of the United States who: (i) purchased a pair of non-prescription Costa sunglasses prior to January 1, 2016; and (ii) paid Costa a warranty fee to repair or replace non-prescription sunglasses damaged by a manufacturer's defect from August 20, 2013 through the date of entry of the Court's Final Order.

| **6.   How do I know if my sunglasses are included?** |
|---|

All Costa brand non-prescription, non-promotional sunglasses ("plano sunglasses") are included in the "Florida Purchase Class," "Florida Repair Class," and "Nationwide Repair Class," as those classes are described in question 5.  The Florida Purchase Class, Florida Repair Class, and Nationwide Repair Class do not include USA Limited Edition, Kenny Chesney Limited Edition, and Ocearch Special Collection sunglasses.

All Costa brand non-prescription sunglasses are included in the "Warranty Class" as described in question 5.

| 7.    What can I get from the Settlement? |
|---|

Class Members can receive one or more product vouchers between $8.99 and $19.99 based on the class in which the class member qualifies. The vouchers are non-personalized, transferable, and may be combined (if you are eligible for multiple vouchers).  The vouchers may be used to claim any items available for sale as of the date of use on the website of Costa (www.costadelmar.com) at a price equal to or less than the value of your voucher(s). Product(s) claimed using the vouchers will not be assessed sales tax and will be shipped to you free of charge.  In other words, you can shop online for Costa products at absolutely no cost or charge to you, and without leaving your home.  You may also use the vouchers to purchase any Costa product on the website in excess of the voucher amounts – you just have to pay the difference, plus applicable sales tax on such difference.

All class action Settlement product vouchers will expire and become void two (2) years after they are issued.

You can read a detailed description of the product vouchers and their limitations in the Settlement Agreement.  The Settlement Agreement is available at [insert website].

Vouchers will be provided only if the Court finally approves the Settlement and after any appeal period expires or any appeals are resolved in favor of the Settlement.

| 8.    What am I giving up in exchange for the Settlement? |
|---|

If the Settlement is approved and becomes final, and you did not exclude yourself, all of the Court's orders will apply to you and legally bind you.  That means you will not be able to sue, continue to sue, or be part of another lawsuit against Costa for the same claims asserted or which could have been asserted based on the factual allegations raised in the lawsuit.  The specific rights you are giving up are called "Released Claims".  The Released Claims are described in more detail in Paragraph XII(B) of the Settlement Agreement.  The Settlement Agreement is available at [insert website].  If you have questions about the Released Claims or what they mean, you can talk to Class Counsel listed in Question 16 for free, or you can talk with your own lawyer.

### HOT TO GET A PRODUCT VOUCHER – SUBMITTING A CLAIM FORM

| 9.    How do I get a Product Voucher? |
|---|

To get a product voucher from the Settlement, you must submit a Claim Form by March 15, 2021. You may access the Claim Form at [insert website].  Claims Forms are also available by calling [INSERT NUMBER] or writing to the Claims Administrator at the address below. You may complete and submit your Claim Form through the website, email, fax, or by mailing it to the Claims Administrator, [INSERT ADDRESS].

To be considered valid, your Claim Form must include all of the requested information and your signature (physical or electronic) must be submitted or postmarked by March 15, 2021 .  The

specific claim procedures are described in more detail in Paragraphs VII(A) through (G) of the Settlement Agreement.

| 10.  When will I get my Product Voucher(s)? |
|---|

You will receive your Product Voucher(s) after the Court approves the Settlement and any appeals are exhausted.  The Court will hold a hearing on [INSERT DATE] to decide whether to approve the Settlement.  If the Court approves the Settlement, there may be appeals.  It is always uncertain whether the appeals can be resolved and resolving them can take time.  Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| 11.  How do I get out of the Settlement? |
|---|

If you want to keep the right to sue or continue to sue Costa for the same claims in a different lawsuit, you must take steps to get out of the Class.  This is called excluding yourself or opting-out of the Class.

To exclude yourself from the Settlement, you must send a letter by mail stating you want to be excluded from the *Troy Smith, et. al. v. Costa Del Mar, Inc.* lawsuit.  Be sure to include your name, address, telephone number, and your signature.  Your letter must be received by August 31, 2020, to: Costa Exclusions, c/o [INSERT CLASS ADMIN ADDRESS].

You cannot exclude yourself by phone or email.

| 12.  If I exclude myself, can I get a Product Voucher from this Settlement? |
|---|

No.  If you exclude yourself, you are telling the Court you do not want to be part of the Class in this Settlement.  You can only get a product voucher if you stay in the Class and submit a Claim Form.

| 13. If I do not exclude myself, can I sue Costa for the same thing later? |
|---|

No.

## THE LAWYERS REPRESENTING YOU

| 14. Do I have a lawyer in this case? |
|---|

Yes, the Court appointed the law firm of Holland & Knight LLP to represent you and other Class Members.  The lawyers are referred to as "Class Counsel".  You will not be charged for the services of these lawyers in this case.  If you want to be represented by your own lawyer, you may hire one at your own expense.

| 15.  How will the lawyers be paid? |
| --- |

Class Counsel has not been paid for any of their work in this lawsuit.  Class Counsel will ask the Court to award them attorney's fees and expenses of up to $12,000,000.  They will also ask the Court for a payment of up to $10,000 for each of the three named Plaintiffs and Class Representatives (for a total of $30,000), for bringing the lawsuit and representing the Class.  The Court may award less than these amounts.  All of these amounts, as well as the cost to administer the Settlement, will be paid by Costa from the total settlement fund.

## OBJECTING TO THE SETTLEMENT

| 16.  How do I tell the Court that I do not like the Settlement? |
| --- |

If you are a Class Member, you can object to the Settlement.  You can give reasons why you think the Court should not approve it.  The Court will consider your views before making a decision.  Objections must be submitted in writing, must be signed and include:

1)  The case name and number (*Troy Smith, et. al. v. Costa Del Mar, Inc.*, Case No. 3:18-cv-01011-TJC-JRK);
2)  Your full name, current address, telephone number, and signature;
3)  An explanation of the basis upon which you claim to be a Class Member and proof you are a Class Member;
4)  The basis of your objection;
5)  A statement confirming whether you intend to personally appear and/or testify at the Fairness Hearing;
6)  The names, addresses, and phone numbers of all witnesses whom you or your attorney intends to call at the Fairness Hearing; and
7)  A list of exhibits which you may use.

Your formal objection letter must be mailed to all of the locations listed below, received no later than August 31, 2020:

| Claims Administrator | Class Counsel | Costa's Counsel |
| --- | --- | --- |
| Epiq | Peter Hargitai<br>Holland & Knight LLP<br>50 N. Laura Street, Suite 3900<br>Jacksonville, FL 32202 | Sara F. Holladay-Tobias<br>McGuireWoods LLP<br>50 N. Laura Street, Suite 3300<br>Jacksonville, FL 32202 |

If you plan to appear at the Fairness Hearing, you must file with the Claims Administrator a notice of intention to appear no later than August 31, 2020.  If you plan to appear with your attorney, you must include their name, address, and telephone number.

| **17.  What is the difference between objecting and asking to be excluded?** |
| --- |

Objecting is telling the Court you do not like something about the Settlement.  You can object only if you stay in the Class (do not exclude yourself).  Excluding yourself is telling the Court you do not want to be part of the Class.  If you exclude yourself, you cannot object because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

| **18.  When and where will the Court decide whether to approve the Settlement?** |
| --- |

The Court will hold a hearing (known as a "Fairness Hearing") to decide whether to approve the Settlement.  You may attend, but you do not have to.

The Court will hold a Fairness Hearing at ___ a.m./p.m. on _____, at the United States District Court for the Middle District of Florida, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, in Courtroom 10D. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  If there are objections, the Court will consider them.  The Court will listen to people who have asked to speak at the Fairness Hearing (*see* Question 16).  The Court may also decide how much to pay Class Counsel and/or the three named Plaintiffs.  After the Fairness Hearing, the Court will decide whether to approve the Settlement.  We do not know how long these decisions will take.

The Fairness hearing may be moved to a different time or date without notice.  Changes will be posted at [insert website].

| **19.  Do I have to come to the Fairness Hearing?** |
| --- |

No. Class Counsel will answer any questions the Court may have.  You are welcome to attend at your own expense.  If you send an objection, you do not have to appear in Court to talk about it.  As long as you filed your written objection on time, the Court will consider it.  You may also pay your own lawyers to attend, but it is not necessary.

| **20.  May I speak at the Fairness Hearing?** |
| --- |

Yes. You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must file a notice of intention to appear with the Claims Administrator (*see* Question 16) by August 31, 2020.  Be sure to include your name, address, telephone number, and your signature.  You cannot speak at the hearing if you exclude yourself.

| **21. What will happen if the Court does not approve the Settlement?** |
| --- |

If the Court does not approve the Settlement, or if it approves the Settlement and the approval is reversed on appeal, or if the Settlement does not become final for some other reason, you will

receive no benefits and the case will continue.  The parties may negotiate a different settlement or the case may go to trial.

## IF YOU DO NOTHING

| **22. What happens if I do nothing at all?** |
| --- |

If you do nothing, you will not get any benefit from this Settlement.  If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you.  That means you will give up your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Costa about the same legal issues raised in this case.

## GETTING MORE INFORMATION

| **23.  How do I get more information?** |
| --- |

This Notice summarizes the proposed Settlement.  More details are in the documents filed with the Court.  You can get many of those documents and a Claim Form at [insert website]. You may also review the Court's file in this case at the Office of the Clerk, United States District Court for the Middle District of Florida, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202.  You can also call [insert number] toll free; write to the Costa Class Administrator, c/o [Insert name and address]; or contact Class Counsel.  Please do not call the Judge about this case.  **Neither the Judge, nor the Clerk of Court, will be able to give you advice about this case.  Furthermore, Costa's attorneys do not represent you and they cannot give you legal advice.**

Dated: _____

By Order of the Court
United States District Court
Middle District of Florida

# EXHIBIT 3

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | product-id | UPC | Collection | Item Description | Amount |
| 2 | DECAL 43 | 97963813594 | 2020 CATALOG | DECAL COSTA FLORIDA SM | $    6.99 |
| 3 | DECAL 25 | 97963521031 | 2020 CATALOG | DECAL COSTA LOGO C-FLAG SMALL | $    6.99 |
| 4 | DECAL 46 | 97963813624 | 2020 CATALOG | DECAL COSTA REFLECTIVE SILVER SM | $    6.99 |
| 5 | DECAL 45 | 97963813617 | 2020 CATALOG | DECAL COSTA REFLTIVE COSTA BLUE SM | $    6.99 |
| 6 | DECAL 44 | 97963813600 | 2020 CATALOG | DECAL COSTA TEXAS SM | $    6.99 |
| 7 | DECAL SHEET 41 | 97963813570 | 2020 CATALOG | DECAL SHEET AMERICANA 7 PIECE | $    6.99 |
| 8 | DECAL SHEET 42 | 97963813587 | 2020 CATALOG | DECAL SHEET COSTA BLUE 8 PIECE | $    6.99 |
| 9 | CS 41 | 97963850254 | 2020 CATALOG | RECYCLED MICROFIBER CLOTH CASE VINTAGE FISH BLUE | $    6.99 |
| 10 | CS 40 | 97963850247 | 2020 CATALOG | RECYCLED MICROFIBER CLOTH CASE TOPO GRAY | $    6.99 |
| 11 | CS 42 | 97963850261 | 2020 CATALOG | RECYCLED MICROFIBER CLOTH CASE NEW WAVE BLUE | $    6.99 |
| 12 | OP 13 | 97963850308 | 2020 CATALOG | COSTA 5X7 RECYCLED MICROFIBER CLEANING CLOTH VINTAGE FISH BLUE | $    6.99 |
| 13 | OP 14 | 97963850315 | 2020 CATALOG | COSTA 5X7 RECYCLED MICROFIBER CLEANING CLOTH TOPO GRAY | $    6.99 |
| 14 | OP 12 | 97963850292 | 2020 CATALOG | COSTA 5X7 RECYCLED MICROFIBER CLEANING CLOTH NEW WAVE BLUE | $    6.99 |
| 15 | OP 15 | 97963850322 | 2020 CATALOG | COSTA 5X7 RECYCLED MICROFIBER CLEANING CLOTH HANDWRITING BLUE | $    6.99 |
| 16 | DECAL 20PK | 97963513395 | 2020 CATALOG | DECAL COSTA LOGO SM MOSSY OAK SGB - RETAIL PACK | $    6.99 |
| 17 | DECAL 23PK | 97963513425 | OLD | DECAL COSTA LOGO - RETAIL PACK OF 2 | $    6.99 |
| 18 | LY 11 | 97963510509 | 2020 CATALOG | COSTA LANYARD BLACK (WHITE LOGO) | $    7.99 |
| 19 | LY 46 | 97963510516 | 2020 CATALOG | COSTA LANYARD BLUE (WHITE LOGO) | $    7.99 |
| 20 | LY 44 | 97963510547 | 2020 CATALOG | COSTA LANYARD PINK (WHITE LOGO) | $    7.99 |
| 21 | CR 11 | 97963429009 | 2020 CATALOG | NEOPRENE CLASSIC BLACK | $    7.99 |
| 22 | CK 17 | 97963428804 | 2020 CATALOG | COSTA UPCYCLED COTTON KEEPER RETAINER BLUE | $    7.99 |
| 23 | CK 11 | 97963428606 | 2020 CATALOG | COSTA UPCYCLED COTTON KEEPER RETAINER BLACK | $    7.99 |
| 24 | CG 11 | 97963428958 | 2020 CATALOG | COSTA GRIPPER | $    7.99 |
| 25 | LY 01 | 97963850032 | 2020 CATALOG | AMERICANA LANYARD | $    8.99 |
| 26 | LY 23O | 97963514606 | 2020 CATALOG | COSTA MOSSY OAK NEW BREAK UP (ORANGE LOGO) | $    8.99 |
| 27 | CR 69O | 97963510455 | 2020 CATALOG | NEOPRENE CLASSIC REALTREE XTRA CAMO - ORANGE LOGO | $    8.99 |
| 28 | CR 65O | 97963510486 | 2020 CATALOG | NEOPRENE CLASSIC MOSSY OAK SGB CAMO - ORANGE LOGO | $    8.99 |
| 29 | CF 29 | 97963510394 | 2020 CATALOG | FATHOM CORD ORANGE | $    8.99 |
| 30 | CF 32 | 97963510417 | 2020 CATALOG | FATHOM CORD CORAL | $    8.99 |
| 31 | CF 46 | 97963510400 | 2020 CATALOG | FATHOM CORD BLUE | $    8.99 |
| 32 | CF 11 | 97963428613 | 2020 CATALOG | FATHOM CORD | $    8.99 |
| 33 | MP 01 | 97963850001 | 2020 CATALOG | COSTA MEGAPRENE RETAINER VINTAGE FISH BLUE | $    8.99 |
| 34 | MP 02 | 97963850025 | 2020 CATALOG | COSTA MEGAPRENE RETAINER DOT MATRIX  CAMO BLUE | $    8.99 |
| 35 | MP 03 | 97963850018 | 2020 CATALOG | COSTA MEGAPRENE RETAINER BLACK | $    8.99 |
| 36 | CE 18 | 97963485500 | 2020 CATALOG | COSTA C-LINE SILVER | $    8.99 |
| 37 | CE 11 | 97963476874 | 2020 CATALOG | COSTA C-LINE BLACK | $    8.99 |
| 38 | CM 26 | 97963485517 | 2020 CATALOG | C-MONO RETAINER YELLOW | $    8.99 |
| 39 | CM 27 | 97963510349 | 2020 CATALOG | C-MONO RETAINER RED | $    8.99 |
| 40 | CM 29 | 97963500807 | 2020 CATALOG | C-MONO RETAINER ORANGE | $    8.99 |
| 41 | CM 17 | 97963510325 | 2020 CATALOG | C-MONO RETAINER GREEN | $    8.99 |
| 42 | CM 46 | 97963510356 | 2020 CATALOG | C-MONO RETAINER COSTA BLUE | $    8.99 |
| 43 | DECAL 51 | 97963850377 | 2020 CATALOG | DECAL BOAT VINYL COSTA LOGO SMALL 12" | $    9.99 |
| 44 | DECAL 65PK | 97963513449 | 2020 CATALOG | DECAL COSTA C LG MOSSY OAK SGB - RETAIL PACK | $    9.99 |
| 45 | HY 18 | 97963554060 | 2020 CATALOG | HALYARD WIRE RETAINER SILVER / BLUE | $    9.99 |
| 46 | HY 27 | 97963554084 | 2020 CATALOG | HALYARD WIRE RETAINER RED / BLUE | $    9.99 |
| 47 | HY 11 | 97963554077 | 2020 CATALOG | HALYARD WIRE RETAINER BLACK | $    9.99 |
| 48 | CX 11 | 97963428705 | 2020 CATALOG | COSTA STRAP | $    9.99 |
| 49 | MP 69 | 97963849999 | 2020 CATALOG | COSTA MEGAPRENE RETAINER REALTREE EXTRA EDGE | $    9.99 |
| 50 | LR 46 | 97963810845 | 2020 CATALOG | COSTA LOOP RETAINER COSTA BLUE | $    9.99 |
| 51 | LR 11 | 97963810838 | 2020 CATALOG | COSTA LOOP RETAINER BLACK | $    9.99 |
| 52 | OP 16 | 97963849982 | 2020 CATALOG | COSTA HERMIT CLOTH COSTA BLUE | $    9.99 |
| 53 | GM 11 | 97963510363 | 2020 CATALOG | COSTA C-MONO GRIPPER BLACK | $    9.99 |
| 54 | BW 150 | 97963813532 | 2020 CATALOG | BOWLINE SILICONE RETAINER SEAFOAM | $    9.99 |
| 55 | BW 03 | 97963813549 | 2020 CATALOG | BOWLINE SILICONE RETAINER NAVY | $    9.99 |
| 56 | BW 97 | 97963813525 | 2020 CATALOG | BOWLINE SILICONE RETAINER LIGHT BLUE | $    9.99 |
| 57 | BW 98 | 97963554107 | 2020 CATALOG | BOWLINE SILICONE RETAINER GREY / BLUE | $    9.99 |
| 58 | BW 46 | 97963813518 | 2020 CATALOG | BOWLINE SILICONE RETAINER COSTA BLUE | $    9.99 |
| 59 | BW 11 | 97963554091 | 2020 CATALOG | BOWLINE SILICONE RETAINER BLACK / BLUE | $    9.99 |
| 60 | PBO SS1 | 97963551700 | 2020 CATALOG | COSTA POCKET BOTTLE OPENER STAINLESS STEEL | $   10.00 |
| 61 | KC 01PK | 97963536103 | 2020 CATALOG | CLEANING KIT - CLOTH & LIQUID & POUCH - RETAIL PACK | $   10.99 |
| 62 | KPBAG 19BLK | 97963833554 | Ecomm Only | KP RECYCLED TOTE BAG BLACK | $   12.00 |
| 63 | HA 02B | 97963428439 | 2020 CATALOG | COSTA VISOR BLUE | $   12.99 |
| 64 | DECAL 52 | 97963850384 | 2020 CATALOG | DECAL BOAT VINYL COSTA LOGO LARGE 20" | $   12.99 |
| 65 | CA 18 | 97963663908 | 2020 CATALOG | COSTA C-LINE ADJUSTABLE RETAINER SILVER | $   12.99 |
| 66 | CA 11 | 97963663892 | 2020 CATALOG | COSTA C-LINE ADJUSTABLE RETAINER BLACK/COSTA BLUE | $   12.99 |
| 67 | CA 10 | 97963849975 | 2020 CATALOG | COSTA C-LINE ADJUSTABLE RETAINER BLACK/BLACK | $   12.99 |
| 68 | MASK DIGIB | 97963849913 | 2020 CATALOG | C-MASK COSTA DIGI CAMO BLUE | $   14.99 |
| 69 | MASK FAMILIAB | 97963849968 | 2020 CATALOG | C-MASK COSTA FAMILIA BLUE | $   14.99 |
| 70 | MASK SWELLSB | 97963849920 | 2020 CATALOG | C-MASK COSTA SWELLS BLUE | $   14.99 |
| 71 | MASK TOPOB | 97963849944 | 2020 CATALOG | C-MASK COSTA TOPO BLUE | $   14.99 |
| 72 | MASK TOPOG | 97963849951 | 2020 CATALOG | C-MASK COSTA TOPO GRAY | $   14.99 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 73 | MASK VINFISH | 97963849937 | 2020 CATALOG | C-MASK COSTA VINTAGE FISH BLUE | $ 14.99 |
| 74 | HA 15BL | 97963488631 | 2020 CATALOG | COSTA COTTON VISOR BLACK | $ 14.99 |
| 75 | HA 15CB | 97963460057 | 2020 CATALOG | COSTA COTTON VISOR CAROLINA BLUE | $ 14.99 |
| 76 | HA 15NVY | 97963546898 | 2020 CATALOG | COSTA COTTON VISOR NAVY | $ 14.99 |
| 77 | HA 15W | 97963460071 | 2020 CATALOG | COSTA COTTON VISOR WHITE | $ 14.99 |
| 78 | STOWEL 01 | 97963850346 | 2020 CATALOG | COSTA LOGO 16X25 SPORT TOWEL | $ 14.99 |
| 79 | HA 04BL | 97963484701 | 2020 CATALOG | COSTA MESH HAT - BLACK/STONE | $ 14.99 |
| 80 | HA 04B | 97963484541 | 2020 CATALOG | COSTA MESH HAT COSTA BLUE/WHITE | $ 14.99 |
| 81 | HA 04 | 97963474153 | 2020 CATALOG | COSTA MESH HAT MOSS STONE | $ 14.99 |
| 82 | HA 04SB | 97963521079 | 2020 CATALOG | COSTA MESH HAT SLATE BLUE | $ 14.99 |
| 83 | DECALP 50 | 97963850360 | 2020 CATALOG | DECAL PREMIUM COSTA VESSEL | $ 14.99 |
| 84 | DECALP 49 | 97963850353 | 2020 CATALOG | DECAL PREMIUM COSTA WAVE | $ 14.99 |
| 85 | OP 10 | 97963850278 | 2020 CATALOG | COSTA 12X12 RECYCLED MICROFIBER CLEANING CLOTH VINTAGE FISH BLUE | $ 14.99 |
| 86 | OP 11 | 97963850285 | 2020 CATALOG | COSTA 12X12 RECYCLED MICROFIBER CLEANING CLOTH TOPO GRAY | $ 14.99 |
| 87 | HA 15COB | 97963856584 | OLD | COSTA VISOR BLUE 2020 | $ 14.99 |
| 88 | SLATERK 49LM | 97963861847 | BTO 2 - Live 4/1 | BTO - SLATER LIME 49 XSMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 89 | SLATERK 50LM | 97963861854 | BTO 2 - Live 4/1 | BTO - SLATER LIME 50 SMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 90 | SLATERK 51LM | 97963861861 | BTO 2 - Live 4/1 | BTO - SLATER LIME 51 MEDIUM SS TSHIRT KIDS SU20 | $ 16.00 |
| 91 | SLATERK 52LM | 97963861878 | BTO 2 - Live 4/1 | BTO - SLATER LIME 52 LARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 92 | SLATERK 53LM | 97963861885 | BTO 2 - Live 4/1 | BTO - SLATER LIME 53 XLARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 93 | SLATERK 49RB | 97963861793 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE 49 XSMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 94 | SLATERK 50RB | 97963861809 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE 50 SMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 95 | SLATERK 51RB | 97963861816 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE 51 MEDIUM SS TSHIRT KIDS SU20 | $ 16.00 |
| 96 | SLATERK 52RB | 97963861823 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE 52 LARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 97 | SLATERK 53RB | 97963861830 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE 53 XLARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 98 | WATSONK 49LB | 97963861946 | BTO 2 - Live 4/1 | BTO - WATSON LIGHT BLUE 49 XSMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 99 | WATSONK 50LB | 97963861953 | BTO 2 - Live 4/1 | BTO - WATSON LIGHT BLUE 50 SMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 100 | WATSONK 51LB | 97963861960 | BTO 2 - Live 4/1 | BTO - WATSON LIGHT BLUE 51 MEDIUM SS TSHIRT KIDS SU20 | $ 16.00 |
| 101 | WATSONK 52LB | 97963861977 | BTO 2 - Live 4/1 | BTO - WATSON LIGHT BLUE 52 LARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 102 | WATSONK 53LB | 97963861984 | BTO 2 - Live 4/1 | BTO - WATSON LIGHT BLUE 53 XLARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 103 | WATSONK 49N | 97963861892 | BTO 2 - Live 4/1 | BTO - WATSON NAVY 49 XSMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 104 | WATSONK 50N | 97963861908 | BTO 2 - Live 4/1 | BTO - WATSON NAVY 50 SMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 105 | WATSONK 51N | 97963861915 | BTO 2 - Live 4/1 | BTO - WATSON NAVY 51 MEDIUM SS TSHIRT KIDS SU20 | $ 16.00 |
| 106 | WATSONK 52N | 97963861922 | BTO 2 - Live 4/1 | BTO - WATSON NAVY 52 LARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 107 | WATSONK 53N | 97963861939 | BTO 2 - Live 4/1 | BTO - WATSON NAVY 53 XLARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 108 | LIBERTYK 49G | 97963861649 | BTO2 Americana - Live 4/1 | BTO - LIBERTY ASH GRAY 49 XSMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 109 | LIBERTYK 50G | 97963861656 | BTO2 Americana - Live 4/1 | BTO - LIBERTY ASH GRAY 50 SMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 110 | LIBERTYK 51G | 97963861663 | BTO2 Americana - Live 4/1 | BTO - LIBERTY ASH GRAY 51 MEDIUM SS TSHIRT KIDS SU20 | $ 16.00 |
| 111 | LIBERTYK 52G | 97963861670 | BTO2 Americana - Live 4/1 | BTO - LIBERTY ASH GRAY 52 LARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 112 | LIBERTYK 53G | 97963861687 | BTO2 Americana - Live 4/1 | BTO - LIBERTY ASH GRAY 53 XLARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 113 | LIBERTYK 49W | 97963861595 | BTO2 Americana - Live 4/1 | BTO - LIBERTY WHITE 49 XSMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 114 | LIBERTYK 50W | 97963861601 | BTO2 Americana - Live 4/1 | BTO - LIBERTY WHITE 50 SMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 115 | LIBERTYK 51W | 97963861618 | BTO2 Americana - Live 4/1 | BTO - LIBERTY WHITE 51 MEDIUM SS TSHIRT KIDS SU20 | $ 16.00 |
| 116 | LIBERTYK 52W | 97963861625 | BTO2 Americana - Live 4/1 | BTO - LIBERTY WHITE 52 LARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 117 | LIBERTYK 53W | 97963861632 | BTO2 Americana - Live 4/1 | BTO - LIBERTY WHITE 53 XLARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 118 | PRIDEK 49LB | 97963861748 | BTO2 Americana - Live 4/1 | BTO - PRIDE LIGHT BLUE 49 XSMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 119 | PRIDEK 50LB | 97963861755 | BTO2 Americana - Live 4/1 | BTO - PRIDE LIGHT BLUE 50 SMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 120 | PRIDEK 51LB | 97963861762 | BTO2 Americana - Live 4/1 | BTO - PRIDE LIGHT BLUE 51 MEDIUM SS TSHIRT KIDS SU20 | $ 16.00 |
| 121 | PRIDEK 52LB | 97963861779 | BTO2 Americana - Live 4/1 | BTO - PRIDE LIGHT BLUE 52 LARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 122 | PRIDEK 53LB | 97963861786 | BTO2 Americana - Live 4/1 | BTO - PRIDE LIGHT BLUE 53 XLARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 123 | PRIDEK 49W | 97963861694 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 49 XSMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 124 | PRIDEK 50W | 97963861700 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 50 SMALL SS TSHIRT KIDS SU20 | $ 16.00 |
| 125 | PRIDEK 51W | 97963861717 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 51 MEDIUM SS TSHIRT KIDS SU20 | $ 16.00 |
| 126 | PRIDEK 52W | 97963861724 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 52 LARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 127 | PRIDEK 53W | 97963861731 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 53 XLARGE SS TSHIRT KIDS SU20 | $ 16.00 |
| 128 | OCWAVEK 49LB | 97963825443 | OLD | OCEARCH WAVE SHARK LIGHT BLUE 49 XSMALL T-SHIRT KIDS OC19 | $ 16.00 |
| 129 | HA 15C | 97963460040 | 2020 CATALOG | COSTA COTTON VISOR CAMO | $ 16.99 |
| 130 | HA 18BL | 97963535915 | 2020 CATALOG | BASS TRUCKER XL BLACK/WHITE | $ 17.99 |
| 131 | HA 18N | 97963488693 | 2020 CATALOG | BASS TRUCKER XL HAT NAVY/WHITE | $ 17.99 |
| 132 | HA 18WB | 97963668743 | 2020 CATALOG | BASS TRUCKER XL WORKING BROWN | $ 17.99 |
| 133 | HA 41BL | 97963539999 | 2020 CATALOG | COSTA TUNA TRUCKER BLACK HAT | $ 17.99 |
| 134 | HA 41G | 97963539982 | 2020 CATALOG | COSTA TUNA TRUCKER GRAY HAT | $ 17.99 |
| 135 | HA 16N | 97963668736 | 2020 CATALOG | MARLIN TRUCKER  XL HAT NAVY/RED | $ 17.99 |
| 136 | HA 16CB | 97963488655 | 2020 CATALOG | MARLIN TRUCKER XL HAT COSTA BLUE/WHITE | $ 17.99 |
| 137 | HA 17N | 97963488679 | 2020 CATALOG | TROUT TRUCKER XL HAT NAVY/WHITE | $ 17.99 |
| 138 | HA 17WB | 97963668750 | 2020 CATALOG | TROUT TRUCKER XL WORKING BROWN | $ 17.99 |
| 139 | LPLATE 01 | 97963813556 | 2020 CATALOG | COSTA AUTO LICENSE PLATE COSTA BLUE | $ 19.99 |
| 140 | HA 95CR | 97963815444 | 2020 CATALOG | COSTA LONGBOAT PATCH HAT CORAL | $ 19.99 |
| 141 | HA 95MT | 97963815437 | 2020 CATALOG | COSTA LONGBOAT PATCH HAT MINT | $ 19.99 |
| 142 | HA 04C | 97963488648 | 2020 CATALOG | COSTA MESH HAT CAMO/STONE | $ 19.99 |
| 143 | HA 04CBL | 97963510578 | 2020 CATALOG | COSTA MESH HAT MOSSY OAK NEW BREAKUP/BLACK | $ 19.99 |
| 144 | HA 04COR | 97963510653 | 2020 CATALOG | COSTA MESH HAT REAL TREE EDGE STONE | $ 19.99 |
| 145 | HA 75OR | 97963668835 | OLD | BASS COLORBLOCK REFLECTIVE VISOR ORANGE | $ 19.99 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 146 | AMERI 00LB | 97963848930 | 2020 CATALOG | AMERICOSTA LIGHT BLUE 00 SMALL SS T-SHIRT | $ 20.00 |
| 147 | AMERI 01LB | 97963848947 | 2020 CATALOG | AMERICOSTA LIGHT BLUE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 148 | AMERI 02LB | 97963848954 | 2020 CATALOG | AMERICOSTA LIGHT BLUE 02 LARGE SS T-SHIRT | $ 20.00 |
| 149 | AMERI 03LB | 97963848961 | 2020 CATALOG | AMERICOSTA LIGHT BLUE 03 XLARGE SS T-SHIRT | $ 20.00 |
| 150 | AMERI 04LB | 97963848978 | 2020 CATALOG | AMERICOSTA LIGHT BLUE 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 151 | AMERI 00W | 97963820837 | 2020 CATALOG | AMERICOSTA WHITE 00 SMALL SS T-SHIRT | $ 20.00 |
| 152 | AMERI 01W | 97963820844 | 2020 CATALOG | AMERICOSTA WHITE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 153 | AMERI 02W | 97963820851 | 2020 CATALOG | AMERICOSTA WHITE 02 LARGE SS T-SHIRT | $ 20.00 |
| 154 | AMERI 03W | 97963820868 | 2020 CATALOG | AMERICOSTA WHITE 03 XLARGE SS T-SHIRT SU19 | $ 20.00 |
| 155 | AMERI 04W | 97963820875 | 2020 CATALOG | AMERICOSTA WHITE 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 156 | ANTHEM 00DH | 97963821384 | 2020 CATALOG | ANTHEM DARK HEATHER 00 SMALL SS T-SHIRT | $ 20.00 |
| 157 | ANTHEM 01DH | 97963821391 | 2020 CATALOG | ANTHEM DARK HEATHER 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 158 | ANTHEM 02DH | 97963821407 | 2020 CATALOG | ANTHEM DARK HEATHER 02 LARGE SS T-SHIRT | $ 20.00 |
| 159 | ANTHEM 03DH | 97963821414 | 2020 CATALOG | ANTHEM DARK HEATHER 03 XLARGE SS T-SHIRT | $ 20.00 |
| 160 | ANTHEM 04DH | 97963821421 | 2020 CATALOG | ANTHEM DARK HEATHER 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 161 | ANTHEM 00N | 97963821438 | 2020 CATALOG | ANTHEM NAVY 00 SMALL SS T-SHIRT | $ 20.00 |
| 162 | ANTHEM 01N | 97963821445 | 2020 CATALOG | ANTHEM NAVY 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 163 | ANTHEM 02N | 97963821452 | 2020 CATALOG | ANTHEM NAVY 02 LARGE SS T-SHIRT | $ 20.00 |
| 164 | ANTHEM 03N | 97963821469 | 2020 CATALOG | ANTHEM NAVY 03 XLARGE SS T-SHIRT | $ 20.00 |
| 165 | ANTHEM 04N | 97963821476 | 2020 CATALOG | ANTHEM NAVY 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 166 | BEACH 00CAR | 97963847834 | 2020 CATALOG | BEACHSIDE SHIRT CARIBBEAN 00 SMALL SS T-SHIRT | $ 20.00 |
| 167 | BEACH 01CAR | 97963847841 | 2020 CATALOG | BEACHSIDE SHIRT CARIBBEAN 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 168 | BEACH 02CAR | 97963847858 | 2020 CATALOG | BEACHSIDE SHIRT CARIBBEAN 02 LARGE SS T-SHIRT | $ 20.00 |
| 169 | BEACH 03CAR | 97963847865 | 2020 CATALOG | BEACHSIDE SHIRT CARIBBEAN 03 XLARGE SS T-SHIRT | $ 20.00 |
| 170 | BEACH 04CAR | 97963847872 | 2020 CATALOG | BEACHSIDE SHIRT CARIBBEAN 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 171 | BEACH 00DHA | 97963672245 | 2020 CATALOG | BEACHSIDE SHIRT DARK HEATHER AQUA 00 SMALL SS T-SHIRT | $ 20.00 |
| 172 | BEACH 01DHA | 97963672252 | 2020 CATALOG | BEACHSIDE SHIRT DARK HEATHER AQUA 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 173 | BEACH 02DHA | 97963672269 | 2020 CATALOG | BEACHSIDE SHIRT DARK HEATHER AQUA 02 LARGE SS T-SHIRT | $ 20.00 |
| 174 | BEACH 03DHA | 97963672276 | 2020 CATALOG | BEACHSIDE SHIRT DARK HEATHER AQUA 03 XLARGE SS T-SHIRT | $ 20.00 |
| 175 | BEACH 04DHA | 97963672283 | 2020 CATALOG | BEACHSIDE SHIRT DARK HEATHER AQUA 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 176 | BEACH 00NT | 97963847780 | 2020 CATALOG | BEACHSIDE SHIRT NATURAL 00 SMALL SS T-SHIRT | $ 20.00 |
| 177 | BEACH 01NT | 97963847797 | 2020 CATALOG | BEACHSIDE SHIRT NATURAL 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 178 | BEACH 02NT | 97963847803 | 2020 CATALOG | BEACHSIDE SHIRT NATURAL 02 LARGE SS T-SHIRT | $ 20.00 |
| 179 | BEACH 03NT | 97963847810 | 2020 CATALOG | BEACHSIDE SHIRT NATURAL 03 XLARGE SS T-SHIRT | $ 20.00 |
| 180 | BEACH 04NT | 97963847827 | 2020 CATALOG | BEACHSIDE SHIRT NATURAL 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 181 | CHROME 00N | 97963667487 | 2020 CATALOG | CHROME NAVY 00 SMALL SS T-SHIRT | $ 20.00 |
| 182 | CHROME 01N | 97963667494 | 2020 CATALOG | CHROME NAVY 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 183 | CHROME 02N | 97963667500 | 2020 CATALOG | CHROME NAVY 02 LARGE SS T-SHIRT | $ 20.00 |
| 184 | CHROME 03N | 97963667517 | 2020 CATALOG | CHROME NAVY 03 XLARGE SS T-SHIRT | $ 20.00 |
| 185 | CHROME 04N | 97963667524 | 2020 CATALOG | CHROME NAVY 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 186 | CHROME 00RH | 97963847988 | 2020 CATALOG | CHROME RED HEATHER 00 SMALL SS T-SHIRT | $ 20.00 |
| 187 | CHROME 01RH | 97963847995 | 2020 CATALOG | CHROME RED HEATHER 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 188 | CHROME 02RH | 97963848008 | 2020 CATALOG | CHROME RED HEATHER 02 LARGE SS T-SHIRT | $ 20.00 |
| 189 | CHROME 03RH | 97963848015 | 2020 CATALOG | CHROME RED HEATHER 03 XLARGE SS T-SHIRT | $ 20.00 |
| 190 | CHROME 04RH | 97963848022 | 2020 CATALOG | CHROME RED HEATHER 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 191 | CHROMEUSA 00HG | 97963847889 | 2020 CATALOG | CHROME USA HEATHER GRAY 00 SMALL SS T-SHIRT | $ 20.00 |
| 192 | CHROMEUSA 01HG | 97963847896 | 2020 CATALOG | CHROME USA HEATHER GRAY 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 193 | CHROMEUSA 02HG | 97963847902 | 2020 CATALOG | CHROME USA HEATHER GRAY 02 LARGE SS T-SHIRT | $ 20.00 |
| 194 | CHROMEUSA 03HG | 97963847919 | 2020 CATALOG | CHROME USA HEATHER GRAY 03 XLARGE SS T-SHIRT | $ 20.00 |
| 195 | CHROMEUSA 04HG | 97963847926 | 2020 CATALOG | CHROME USA HEATHER GRAY 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 196 | CHROMEUSA 00W | 97963674478 | 2020 CATALOG | CHROME USA WHITE 00 SMALL SS T-SHIRT | $ 20.00 |
| 197 | CHROMEUSA 01W | 97963674485 | 2020 CATALOG | CHROME USA WHITE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 198 | CHROMEUSA 02W | 97963674492 | 2020 CATALOG | CHROME USA WHITE 02 LARGE SS T-SHIRT | $ 20.00 |
| 199 | CHROMEUSA 03W | 97963674508 | 2020 CATALOG | CHROME USA WHITE 03 XLARGE SS T-SHIRT | $ 20.00 |
| 200 | CHROMEUSA 04W | 97963674515 | 2020 CATALOG | CHROME USA WHITE 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 201 | CL 00CHL | 97963848039 | 2020 CATALOG | CLASSIC COSTA CHILL 00 SMALL SS T-SHIRT | $ 20.00 |
| 202 | CL 01CHL | 97963848046 | 2020 CATALOG | CLASSIC COSTA CHILL 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 203 | CL 02CHL | 97963848053 | 2020 CATALOG | CLASSIC COSTA CHILL 02 LARGE SS T-SHIRT | $ 20.00 |
| 204 | CL 03CHL | 97963848060 | 2020 CATALOG | CLASSIC COSTA CHILL 03 XLARGE SS T-SHIRT | $ 20.00 |
| 205 | CL 04CHL | 97963848077 | 2020 CATALOG | CLASSIC COSTA CHILL 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 206 | CL 00DH | 97963671590 | 2020 CATALOG | CLASSIC COSTA DARK HEATHER 00 SMALL SS T-SHIRT | $ 20.00 |
| 207 | CL 01DH | 97963671606 | 2020 CATALOG | CLASSIC COSTA DARK HEATHER 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 208 | CL 02DH | 97963671613 | 2020 CATALOG | CLASSIC COSTA DARK HEATHER 02 LARGE SS T-SHIRT | $ 20.00 |
| 209 | CL 03DH | 97963671620 | 2020 CATALOG | CLASSIC COSTA DARK HEATHER 03 XLARGE SS T-SHIRT | $ 20.00 |
| 210 | CL 04DH | 97963671637 | 2020 CATALOG | CLASSIC COSTA DARK HEATHER 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 211 | CL 00RB | 97963813716 | 2020 CATALOG | CLASSIC COSTA ROYAL BLUE 00 SMALL SS T-SHIRT | $ 20.00 |
| 212 | CL 01RB | 97963813723 | 2020 CATALOG | CLASSIC COSTA ROYAL BLUE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 213 | CL 02RB | 97963813730 | 2020 CATALOG | CLASSIC COSTA ROYAL BLUE 02 LARGE SS T-SHIRT | $ 20.00 |
| 214 | CL 03RB | 97963813747 | 2020 CATALOG | CLASSIC COSTA ROYAL BLUE 03 XLARGE SS T-SHIRT | $ 20.00 |
| 215 | CL 04RB | 97963813754 | 2020 CATALOG | CLASSIC COSTA ROYAL BLUE 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 216 | CL 00W | 97963463737 | 2020 CATALOG | CLASSIC COSTA WHITE 00 SMALL SS T-SHIRT | $ 20.00 |
| 217 | CL 01W | 97963463744 | 2020 CATALOG | CLASSIC COSTA WHITE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 218 | CL 02W | 97963463751 | 2020 CATALOG | CLASSIC COSTA WHITE 02 LARGE SS T-SHIRT | $ 20.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 219 | CL 03W | 97963463768 | 2020 CATALOG | CLASSIC COSTA WHITE 03 XL SS T-SHIRT | $ 20.00 |
| 220 | CL 04W | 97963463775 | 2020 CATALOG | CLASSIC COSTA WHITE 04 XXL SS T-SHIRT | $ 20.00 |
| 221 | COSTACAMO 00B | 97963672863 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 00 SMALL SS T-SHIRT | $ 20.00 |
| 222 | COSTACAMO 01B | 97963672870 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 223 | COSTACAMO 02B | 97963672887 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 02 LARGE SS T-SHIRT | $ 20.00 |
| 224 | COSTACAMO 03B | 97963672894 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 03 XLARGE SS T-SHIRT | $ 20.00 |
| 225 | COSTACAMO 04B | 97963672900 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 226 | COSTACAMO 00W | 97963672740 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 00 SMALL SS T-SHIRT | $ 20.00 |
| 227 | COSTACAMO 01W | 97963672757 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 228 | COSTACAMO 02W | 97963672764 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 02 LARGE SS T-SHIRT | $ 20.00 |
| 229 | COSTACAMO 03W | 97963672771 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 03 XLARGE SS T-SHIRT | $ 20.00 |
| 230 | COSTACAMO 04W | 97963672788 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 231 | RETROCAMO 00BL | 97963536462 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE BLACK 00 SMALL SS T-SHIRT | $ 20.00 |
| 232 | RETROCAMO 01BL | 97963536479 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE BLACK 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 233 | RETROCAMO 02BL | 97963536486 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE BLACK 02 LARGE SS T-SHIRT | $ 20.00 |
| 234 | RETROCAMO 03BL | 97963536493 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE BLACK 03 XL SS T-SHIRT | $ 20.00 |
| 235 | RETROCAMO 04BL | 97963536509 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE BLACK 04 XXL SS T-SHIRT | $ 20.00 |
| 236 | RETROCAMO 00W | 97963536615 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE WHITE 00 SMALL SS T-SHIRT | $ 20.00 |
| 237 | RETROCAMO 01W | 97963536622 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE WHITE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 238 | RETROCAMO 02W | 97963536639 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE WHITE 02 LARGE SS T-SHIRT | $ 20.00 |
| 239 | RETROCAMO 03W | 97963536646 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE WHITE 03 XL SS T-SHIRT | $ 20.00 |
| 240 | RETROCAMO 04W | 97963536653 | 2020 CATALOG | COSTA RETRO CAMO REALTREE EDGE WHITE 04 XXL SS T-SHIRT | $ 20.00 |
| 241 | DUVAL 00G | 97963659161 | 2020 CATALOG | DUVAL GRAY 00 SMALL SS T-SHIRT SP18 | $ 20.00 |
| 242 | DUVAL 01G | 97963659178 | 2020 CATALOG | DUVAL GRAY 01 MEDIUM SS T-SHIRT SP18 | $ 20.00 |
| 243 | DUVAL 02G | 97963659185 | 2020 CATALOG | DUVAL GRAY 02 LARGE SS T-SHIRT SP18 | $ 20.00 |
| 244 | DUVAL 03G | 97963659192 | 2020 CATALOG | DUVAL GRAY 03 XLARGE SS T-SHIRT SP18 | $ 20.00 |
| 245 | DUVAL 04G | 97963659208 | 2020 CATALOG | DUVAL GRAY 04 XXLARGE SS T-SHIRT SP18 | $ 20.00 |
| 246 | DUVAL 00NR | 97963814522 | 2020 CATALOG | DUVAL NAVY RED 00 SMALL SS T-SHIRT | $ 20.00 |
| 247 | DUVAL 01NR | 97963814539 | 2020 CATALOG | DUVAL NAVY RED 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 248 | DUVAL 02NR | 97963814546 | 2020 CATALOG | DUVAL NAVY RED 02 LARGE SS T-SHIRT | $ 20.00 |
| 249 | DUVAL 03NR | 97963814553 | 2020 CATALOG | DUVAL NAVY RED 03 XLARGE SS T-SHIRT | $ 20.00 |
| 250 | DUVAL 04NR | 97963814560 | 2020 CATALOG | DUVAL NAVY RED 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 251 | DUVAL 00WG | 97963814379 | 2020 CATALOG | DUVAL WHITE GREEN 00 SMALL SS T-SHIRT | $ 20.00 |
| 252 | DUVAL 01WG | 97963814386 | 2020 CATALOG | DUVAL WHITE GREEN 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 253 | DUVAL 02WG | 97963814393 | 2020 CATALOG | DUVAL WHITE GREEN 02 LARGE SS T-SHIRT | $ 20.00 |
| 254 | DUVAL 03WG | 97963814409 | 2020 CATALOG | DUVAL WHITE GREEN 03 XLARGE SS T-SHIRT | $ 20.00 |
| 255 | DUVAL 04WG | 97963814416 | 2020 CATALOG | DUVAL WHITE GREEN 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 256 | GEIGER 00BU | 97963848732 | 2020 CATALOG | GEIGER BUTTER 00 SMALL SS T-SHIRT | $ 20.00 |
| 257 | GEIGER 01BU | 97963848749 | 2020 CATALOG | GEIGER BUTTER 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 258 | GEIGER 02BU | 97963848756 | 2020 CATALOG | GEIGER BUTTER 02 LARGE SS T-SHIRT | $ 20.00 |
| 259 | GEIGER 03BU | 97963848763 | 2020 CATALOG | GEIGER BUTTER 03 XLARGE SS T-SHIRT | $ 20.00 |
| 260 | GEIGER 04BU | 97963848770 | 2020 CATALOG | GEIGER BUTTER 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 261 | GEIGER 00N | 97963805551 | 2020 CATALOG | GEIGER NAVY 00 SMALL SS T-SHIRT | $ 20.00 |
| 262 | GEIGER 01N | 97963805568 | 2020 CATALOG | GEIGER NAVY 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 263 | GEIGER 02N | 97963805575 | 2020 CATALOG | GEIGER NAVY 02 LARGE SS T-SHIRT | $ 20.00 |
| 264 | GEIGER 03N | 97963805582 | 2020 CATALOG | GEIGER NAVY 03 XLARGE SS T-SHIRT | $ 20.00 |
| 265 | GEIGER 04N | 97963805599 | 2020 CATALOG | GEIGER NAVY 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 266 | LOGOELMTB 00W | 97963793032 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS BLUE / WHITE 00 SMALL SS T-SHIRT | $ 20.00 |
| 267 | LOGOELMTB 01W | 97963793049 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS BLUE / WHITE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 268 | LOGOELMTB 02W | 97963793056 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS BLUE / WHITE 02 LARGE SS T-SHIRT | $ 20.00 |
| 269 | LOGOELMTB 03W | 97963793063 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS BLUE / WHITE 03 XLARGE SS T-SHIRT | $ 20.00 |
| 270 | LOGOELMTB 04W | 97963793070 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS BLUE / WHITE 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 271 | LOGOELMTG 00BL | 97963792936 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS GRAY / BLACK 00 SMALL SS T-SHIRT | $ 20.00 |
| 272 | LOGOELMTG 01BL | 97963792943 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS GRAY / BLACK 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 273 | LOGOELMTG 02BL | 97963792950 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS GRAY / BLACK 02 LARGE SS T-SHIRT | $ 20.00 |
| 274 | LOGOELMTG 03BL | 97963792967 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS GRAY / BLACK 03 XLARGE SS T-SHIRT | $ 20.00 |
| 275 | LOGOELMTG 04BL | 97963792974 | 2020 CATALOG | LOGO MOSSY OAK ELEMENTS GRAY / BLACK 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 276 | LOGORTFB 00W | 97963793230 | 2020 CATALOG | LOGO REALTREE FISHING BLUE / WHITE 00 SMALL SS T-SHIRT | $ 20.00 |
| 277 | LOGORTFB 01W | 97963793247 | 2020 CATALOG | LOGO REALTREE FISHING BLUE / WHITE 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 278 | LOGORTFB 02W | 97963793254 | 2020 CATALOG | LOGO REALTREE FISHING BLUE / WHITE 02 LARGE SS T-SHIRT | $ 20.00 |
| 279 | LOGORTFB 03W | 97963793261 | 2020 CATALOG | LOGO REALTREE FISHING BLUE / WHITE 03 XLARGE SS T-SHIRT | $ 20.00 |
| 280 | LOGORTFB 04W | 97963793278 | 2020 CATALOG | LOGO REALTREE FISHING BLUE / WHITE 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 281 | LOGORTFG 00BL | 97963793131 | 2020 CATALOG | LOGO REALTREE FISHING GRAY / BLACK 00 SMALL SS T-SHIRT | $ 20.00 |
| 282 | LOGORTFG 01BL | 97963793148 | 2020 CATALOG | LOGO REALTREE FISHING GRAY / BLACK 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 283 | LOGORTFG 02BL | 97963793155 | 2020 CATALOG | LOGO REALTREE FISHING GRAY / BLACK 02 LARGE SS T-SHIRT | $ 20.00 |
| 284 | LOGORTFG 03BL | 97963793162 | 2020 CATALOG | LOGO REALTREE FISHING GRAY / BLACK 03 XLARGE SS T-SHIRT | $ 20.00 |
| 285 | LOGORTFG 04BL | 97963793179 | 2020 CATALOG | LOGO REALTREE FISHING GRAY / BLACK 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 286 | MIRA 00CHL | 97963848183 | 2020 CATALOG | MIRAMAR CHILL 00 SMALL SS T-SHIRT | $ 20.00 |
| 287 | MIRA 01CHL | 97963848190 | 2020 CATALOG | MIRAMAR CHILL 01 MEDIUM SS T-SHIRT | $ 20.00 |
| 288 | MIRA 02CHL | 97963848206 | 2020 CATALOG | MIRAMAR CHILL 02 LARGE SS T-SHIRT | $ 20.00 |
| 289 | MIRA 03CHL | 97963848213 | 2020 CATALOG | MIRAMAR CHILL 03 XLARGE SS T-SHIRT | $ 20.00 |
| 290 | MIRA 04CHL | 97963848220 | 2020 CATALOG | MIRAMAR CHILL 04 XXLARGE SS T-SHIRT | $ 20.00 |
| 291 | MIRA 00G | 97963659567 | 2020 CATALOG | MIRAMAR GRAY 00 SMALL SS T-SHIRT | $ 20.00 |

| | A | B | C | D | E | |
|---|---|---|---|---|---|---|
| 292 | MIRA 01G | 97963659574 | 2020 CATALOG | MIRAMAR GRAY 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 293 | MIRA 02G | 97963659581 | 2020 CATALOG | MIRAMAR GRAY 02 LARGE SS T-SHIRT | $ | 20.00 |
| 294 | MIRA 03G | 97963659598 | 2020 CATALOG | MIRAMAR GRAY 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 295 | MIRA 04G | 97963659604 | 2020 CATALOG | MIRAMAR GRAY 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 296 | MIRA 00LB | 97963659468 | 2020 CATALOG | MIRAMAR LIGHT BLUE 00 SMALL SS T-SHIRT | $ | 20.00 |
| 297 | MIRA 01LB | 97963659475 | 2020 CATALOG | MIRAMAR LIGHT BLUE 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 298 | MIRA 02LB | 97963659482 | 2020 CATALOG | MIRAMAR LIGHT BLUE 02 LARGE SS T-SHIRT | $ | 20.00 |
| 299 | MIRA 03LB | 97963659499 | 2020 CATALOG | MIRAMAR LIGHT BLUE 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 300 | MIRA 04LB | 97963659505 | 2020 CATALOG | MIRAMAR LIGHT BLUE 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 301 | MONTBASS 00FG | 97963839402 | 2020 CATALOG | MONTAGE BASS FOREST GREEN 00 SMALL SS TSHIRT | $ | 20.00 |
| 302 | MONTBASS 01FG | 97963839419 | 2020 CATALOG | MONTAGE BASS FOREST GREEN 01 MEDIUM SS TSHIRT | $ | 20.00 |
| 303 | MONTBASS 02FG | 97963839426 | 2020 CATALOG | MONTAGE BASS FOREST GREEN 02 LARGE SS TSHIRT | $ | 20.00 |
| 304 | MONTBASS 03FG | 97963839433 | 2020 CATALOG | MONTAGE BASS FOREST GREEN 03 XLARGE SS TSHIRT | $ | 20.00 |
| 305 | MONTBASS 04FG | 97963839440 | 2020 CATALOG | MONTAGE BASS FOREST GREEN 04 XXLARGE SS TSHIRT | $ | 20.00 |
| 306 | MONTBASS 00HG | 97963848138 | 2020 CATALOG | MONTAGE BASS HEATHER GRAY 00 SMALL SS T-SHIRT | $ | 20.00 |
| 307 | MONTBASS 01HG | 97963848145 | 2020 CATALOG | MONTAGE BASS HEATHER GRAY 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 308 | MONTBASS 02HG | 97963848152 | 2020 CATALOG | MONTAGE BASS HEATHER GRAY 02 LARGE SS T-SHIRT | $ | 20.00 |
| 309 | MONTBASS 03HG | 97963848169 | 2020 CATALOG | MONTAGE BASS HEATHER GRAY 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 310 | MONTBASS 04HG | 97963848176 | 2020 CATALOG | MONTAGE BASS HEATHER GRAY 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 311 | MONTSAIL 00LB | 97963848084 | 2020 CATALOG | MONTAGE SAILFISH LIGHT BLUE 00 SMALL SS TSHIRT | $ | 20.00 |
| 312 | MONTSAIL 01LB | 97963848091 | 2020 CATALOG | MONTAGE SAILFISH LIGHT BLUE 01 MEDIUM SS TSHIRT | $ | 20.00 |
| 313 | MONTSAIL 02LB | 97963848107 | 2020 CATALOG | MONTAGE SAILFISH LIGHT BLUE 02 LARGE SS TSHIRT | $ | 20.00 |
| 314 | MONTSAIL 03LB | 97963848114 | 2020 CATALOG | MONTAGE SAILFISH LIGHT BLUE 03 XLARGE SS TSHIRT | $ | 20.00 |
| 315 | MONTSAIL 04LB | 97963848121 | 2020 CATALOG | MONTAGE SAILFISH LIGHT BLUE 04 XXLARGE SS TSHIRT | $ | 20.00 |
| 316 | MONTSAIL 00N | 97963839303 | 2020 CATALOG | MONTAGE SAILFISH NAVY 00 SMALL SS TSHIRT | $ | 20.00 |
| 317 | MONTSAIL 01N | 97963839310 | 2020 CATALOG | MONTAGE SAILFISH NAVY 01 MEDIUM SS TSHIRT | $ | 20.00 |
| 318 | MONTSAIL 02N | 97963839327 | 2020 CATALOG | MONTAGE SAILFISH NAVY 02 LARGE SS TSHIRT | $ | 20.00 |
| 319 | MONTSAIL 03N | 97963839334 | 2020 CATALOG | MONTAGE SAILFISH NAVY 03 XLARGE SS TSHIRT | $ | 20.00 |
| 320 | MONTSAIL 04N | 97963839341 | 2020 CATALOG | MONTAGE SAILFISH NAVY 04 XXLARGE SS TSHIRT | $ | 20.00 |
| 321 | OCCIRCLE 00N | 97963825849 | 2020 CATALOG | OCEARCH CIRCLE SHARK NAVY 00 SMALL SS T-SHIRT OC19 | $ | 20.00 |
| 322 | OCCIRCLE 01N | 97963825856 | 2020 CATALOG | OCEARCH CIRCLE SHARK NAVY 01 MEDIUM SS T-SHIRT OC19 | $ | 20.00 |
| 323 | OCCIRCLE 02N | 97963825863 | 2020 CATALOG | OCEARCH CIRCLE SHARK NAVY 02 LARGE SS T-SHIRT OC19 | $ | 20.00 |
| 324 | OCCIRCLE 03N | 97963825870 | 2020 CATALOG | OCEARCH CIRCLE SHARK NAVY 03 XLARGE SS T-SHIRT OC19 | $ | 20.00 |
| 325 | OCCIRCLE 04N | 97963825887 | 2020 CATALOG | OCEARCH CIRCLE SHARK NAVY 04 XXLARGE SS T-SHIRT OC19 | $ | 20.00 |
| 326 | OCCIRCLE 00W | 97963825795 | 2020 CATALOG | OCEARCH CIRCLE SHARK WHITE 00 SMALL SS T-SHIRT OC19 | $ | 20.00 |
| 327 | OCCIRCLE 01W | 97963825801 | 2020 CATALOG | OCEARCH CIRCLE SHARK WHITE 01 MEDIUM SS T-SHIRT OC19 | $ | 20.00 |
| 328 | OCCIRCLE 02W | 97963825818 | 2020 CATALOG | OCEARCH CIRCLE SHARK WHITE 02 LARGE SS T-SHIRT OC19 | $ | 20.00 |
| 329 | OCCIRCLE 03W | 97963825825 | 2020 CATALOG | OCEARCH CIRCLE SHARK WHITE 03 XLARGE SS T-SHIRT OC19 | $ | 20.00 |
| 330 | OCCIRCLE 04W | 97963825832 | 2020 CATALOG | OCEARCH CIRCLE SHARK WHITE 04 XXLARGE SS T-SHIRT OC19 | $ | 20.00 |
| 331 | OCWAVE 00LB | 97963825948 | 2020 CATALOG | OCEARCH WAVE SHARK LIGHT BLUE 00 SMALL SS T-SHIRT OC19 | $ | 20.00 |
| 332 | OCWAVE 01LB | 97963825955 | 2020 CATALOG | OCEARCH WAVE SHARK LIGHT BLUE 01 MEDIUM SS T-SHIRT OC19 | $ | 20.00 |
| 333 | OCWAVE 02LB | 97963825962 | 2020 CATALOG | OCEARCH WAVE SHARK LIGHT BLUE 02 LARGE SS T-SHIRT OC19 | $ | 20.00 |
| 334 | OCWAVE 03LB | 97963825979 | 2020 CATALOG | OCEARCH WAVE SHARK LIGHT BLUE 03 XLARGE SS T-SHIRT OC19 | $ | 20.00 |
| 335 | OCWAVE 04LB | 97963825986 | 2020 CATALOG | OCEARCH WAVE SHARK LIGHT BLUE 04 XXLARGE SS T-SHIRT OC19 | $ | 20.00 |
| 336 | OCWAVE 00RB | 97963825894 | 2020 CATALOG | OCEARCH WAVE SHARK ROYAL BLUE 00 SMALL SS T-SHIRT OC19 | $ | 20.00 |
| 337 | OCWAVE 01RB | 97963825900 | 2020 CATALOG | OCEARCH WAVE SHARK ROYAL BLUE 01 MEDIUM SS T-SHIRT OC19 | $ | 20.00 |
| 338 | OCWAVE 02RB | 97963825917 | 2020 CATALOG | OCEARCH WAVE SHARK ROYAL BLUE 02 LARGE SS T-SHIRT OC19 | $ | 20.00 |
| 339 | OCWAVE 03RB | 97963825924 | 2020 CATALOG | OCEARCH WAVE SHARK ROYAL BLUE 03 XLARGE SS T-SHIRT OC19 | $ | 20.00 |
| 340 | OCWAVE 04RB | 97963825931 | 2020 CATALOG | OCEARCH WAVE SHARK ROYAL BLUE 04 XXLARGE SS T-SHIRT OC19 | $ | 20.00 |
| 341 | PRADO 00CAR | 97963848985 | 2020 CATALOG | PRADO CARIBBEAN 00 SMALL SS T-SHIRT | $ | 20.00 |
| 342 | PRADO 01CAR | 97963848992 | 2020 CATALOG | PRADO CARIBBEAN 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 343 | PRADO 02CAR | 97963849005 | 2020 CATALOG | PRADO CARIBBEAN 02 LARGE SS T-SHIRT | $ | 20.00 |
| 344 | PRADO 03CAR | 97963849012 | 2020 CATALOG | PRADO CARIBBEAN 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 345 | PRADO 04CAR | 97963849029 | 2020 CATALOG | PRADO CARIBBEAN 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 346 | PRADO 00DH | 97963832007 | 2020 CATALOG | PRADO DARK HEATHER 00 SMALL SS T-SHIRT | $ | 20.00 |
| 347 | PRADO 01DH | 97963832014 | 2020 CATALOG | PRADO DARK HEATHER 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 348 | PRADO 02DH | 97963832021 | 2020 CATALOG | PRADO DARK HEATHER 02 LARGE SS T-SHIRT | $ | 20.00 |
| 349 | PRADO 03DH | 97963832038 | 2020 CATALOG | PRADO DARK HEATHER 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 350 | PRADO 04DH | 97963832045 | 2020 CATALOG | PRADO DARK HEATHER 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 351 | SPSHIELD 00BU | 97963848435 | 2020 CATALOG | SPECIES SHIELD BUTTER 00 SMALL SS T-SHIRT | $ | 20.00 |
| 352 | SPSHIELD 01BU | 97963848442 | 2020 CATALOG | SPECIES SHIELD BUTTER 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 353 | SPSHIELD 02BU | 97963848459 | 2020 CATALOG | SPECIES SHIELD BUTTER 02 LARGE SS T-SHIRT | $ | 20.00 |
| 354 | SPSHIELD 03BU | 97963848466 | 2020 CATALOG | SPECIES SHIELD BUTTER 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 355 | SPSHIELD 04BU | 97963848473 | 2020 CATALOG | SPECIES SHIELD BUTTER 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 356 | SPSHIELD 00CHL | 97963848336 | 2020 CATALOG | SPECIES SHIELD CHILL 00 SMALL SS T-SHIRT | $ | 20.00 |
| 357 | SPSHIELD 01CHL | 97963848343 | 2020 CATALOG | SPECIES SHIELD CHILL 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 358 | SPSHIELD 02CHL | 97963848350 | 2020 CATALOG | SPECIES SHIELD CHILL 02 LARGE SS T-SHIRT | $ | 20.00 |
| 359 | SPSHIELD 03CHL | 97963848367 | 2020 CATALOG | SPECIES SHIELD CHILL 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 360 | SPSHIELD 04CHL | 97963848374 | 2020 CATALOG | SPECIES SHIELD CHILL 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 361 | SPSHIELD 00DH | 97963814126 | 2020 CATALOG | SPECIES SHIELD DARK HEATHER 00 SMALL SS T-SHIRT | $ | 20.00 |
| 362 | SPSHIELD 01DH | 97963814133 | 2020 CATALOG | SPECIES SHIELD DARK HEATHER 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 363 | SPSHIELD 02DH | 97963814140 | 2020 CATALOG | SPECIES SHIELD DARK HEATHER 02 LARGE SS T-SHIRT | $ | 20.00 |
| 364 | SPSHIELD 03DH | 97963814157 | 2020 CATALOG | SPECIES SHIELD DARK HEATHER 03 XLARGE SS T-SHIRT | $ | 20.00 |

| | A | B | C | D | E | |
|---|---|---|---|---|---|---|
| 365 | SPSHIELD 04DH | 97963814164 | 2020 CATALOG | SPECIES SHIELD DARK HEATHER 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 366 | SPSHIELD 00HG | 97963848237 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 00 SMALL SS T-SHIRT | $ | 20.00 |
| 367 | SPSHIELD 01HG | 97963848244 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 368 | SPSHIELD 02HG | 97963848251 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 02 LARGE SS T-SHIRT | $ | 20.00 |
| 369 | SPSHIELD 03HG | 97963848268 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 370 | SPSHIELD 04HG | 97963848275 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 371 | SPSHIELD 00RH | 97963814027 | 2020 CATALOG | SPECIES SHIELD RED HEATHER 00 SMALL SS T-SHIRT | $ | 20.00 |
| 372 | SPSHIELD 01RH | 97963814034 | 2020 CATALOG | SPECIES SHIELD RED HEATHER 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 373 | SPSHIELD 02RH | 97963814041 | 2020 CATALOG | SPECIES SHIELD RED HEATHER 02 LARGE SS T-SHIRT | $ | 20.00 |
| 374 | SPSHIELD 03RH | 97963814058 | 2020 CATALOG | SPECIES SHIELD RED HEATHER 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 375 | SPSHIELD 04RH | 97963814065 | 2020 CATALOG | SPECIES SHIELD RED HEATHER 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 376 | TOP 00BU | 97963848534 | 2020 CATALOG | TOPWATER BUTTER 00 SMALL SS T-SHIRT | $ | 20.00 |
| 377 | TOP 01BU | 97963848541 | 2020 CATALOG | TOPWATER BUTTER 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 378 | TOP 02BU | 97963848558 | 2020 CATALOG | TOPWATER BUTTER 02 LARGE SS T-SHIRT | $ | 20.00 |
| 379 | TOP 03BU | 97963848565 | 2020 CATALOG | TOPWATER BUTTER 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 380 | TOP 04BU | 97963848572 | 2020 CATALOG | TOPWATER BUTTER 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 381 | TOP 00CHL | 97963848480 | 2020 CATALOG | TOPWATER CHILL 00 SMALL SS T-SHIRT | $ | 20.00 |
| 382 | TOP 01CHL | 97963848497 | 2020 CATALOG | TOPWATER CHILL 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 383 | TOP 02CHL | 97963848503 | 2020 CATALOG | TOPWATER CHILL 02 LARGE SS T-SHIRT | $ | 20.00 |
| 384 | TOP 03CHL | 97963848510 | 2020 CATALOG | TOPWATER CHILL 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 385 | TOP 04CHL | 97963848527 | 2020 CATALOG | TOPWATER CHILL 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 386 | TOP 00DH | 97963660617 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 00 SMALL SS T-SHIRT | $ | 20.00 |
| 387 | TOP 01DH | 97963660624 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 388 | TOP 02DH | 97963660631 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 02 LARGE SS T-SHIRT | $ | 20.00 |
| 389 | TOP 03DH | 97963660648 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 390 | TOP 04DH | 97963660655 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 391 | TOP 00HG | 97963848589 | 2020 CATALOG | TOPWATER HEATHER GRAY 00 SMALL SS T-SHIRT | $ | 20.00 |
| 392 | TOP 01HG | 97963848596 | 2020 CATALOG | TOPWATER HEATHER GRAY 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 393 | TOP 02HG | 97963848602 | 2020 CATALOG | TOPWATER HEATHER GRAY 02 LARGE SS T-SHIRT | $ | 20.00 |
| 394 | TOP 03HG | 97963848619 | 2020 CATALOG | TOPWATER HEATHER GRAY 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 395 | TOP 04HG | 97963848626 | 2020 CATALOG | TOPWATER HEATHER GRAY 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 396 | TOP 00NVY | 97963813778 | 2020 CATALOG | TOPWATER NAVY 00 SMALL SS T-SHIRT | $ | 20.00 |
| 397 | TOP 01NVY | 97963813785 | 2020 CATALOG | TOPWATER NAVY 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 398 | TOP 02NVY | 97963813792 | 2020 CATALOG | TOPWATER NAVY 02 LARGE SS T-SHIRT | $ | 20.00 |
| 399 | TOP 03NVY | 97963813808 | 2020 CATALOG | TOPWATER NAVY 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 400 | TOP 04NVY | 97963813815 | 2020 CATALOG | TOPWATER NAVY 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 401 | TOP 00RWB | 97963671996 | 2020 CATALOG | TOPWATER SHIRT RED/WHITE/BLUE 00 SMALL SS T-SHIRT | $ | 20.00 |
| 402 | TOP 01RWB | 97963672009 | 2020 CATALOG | TOPWATER SHIRT RED/WHITE/BLUE 01 MEDIUM SS T-SHIRT | $ | 20.00 |
| 403 | TOP 02RWB | 97963672016 | 2020 CATALOG | TOPWATER SHIRT RED/WHITE/BLUE 02 LARGE SS T-SHIRT | $ | 20.00 |
| 404 | TOP 03RWB | 97963672023 | 2020 CATALOG | TOPWATER SHIRT RED/WHITE/BLUE 03 XLARGE SS T-SHIRT | $ | 20.00 |
| 405 | TOP 04RWB | 97963672030 | 2020 CATALOG | TOPWATER SHIRT RED/WHITE/BLUE 04 XXLARGE SS T-SHIRT | $ | 20.00 |
| 406 | HUDDLEBASS 00HG | 97963850995 | BTO 1 | BTO - HUDDLE BASS HEATHER GREY 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 407 | HUDDLEBASS 01HG | 97963851008 | BTO 1 | BTO - HUDDLE BASS HEATHER GREY 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 408 | HUDDLEBASS 02HG | 97963851015 | BTO 1 | BTO - HUDDLE BASS HEATHER GREY 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 409 | HUDDLEBASS 03HG | 97963851022 | BTO 1 | BTO - HUDDLE BASS HEATHER GREY 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 410 | HUDDLEBASS 04HG | 97963851039 | BTO 1 | BTO - HUDDLE BASS HEATHER GREY 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 411 | HUDDLEBASS 00N | 97963851046 | BTO 1 | BTO - HUDDLE BASS NAVY 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 412 | HUDDLEBASS 01N | 97963851053 | BTO 1 | BTO - HUDDLE BASS NAVY 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 413 | HUDDLEBASS 02N | 97963851060 | BTO 1 | BTO - HUDDLE BASS NAVY 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 414 | HUDDLEBASS 03N | 97963851077 | BTO 1 | BTO - HUDDLE BASS NAVY 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 415 | HUDDLEBASS 04N | 97963851084 | BTO 1 | BTO - HUDDLE BASS NAVY 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 416 | INVERSE 00RB | 97963851091 | BTO 1 | BTO - INVERSE ROYAL BLUE 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 417 | INVERSE 01RB | 97963851107 | BTO 1 | BTO - INVERSE ROYAL BLUE 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 418 | INVERSE 02RB | 97963851114 | BTO 1 | BTO - INVERSE ROYAL BLUE 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 419 | INVERSE 03RB | 97963851121 | BTO 1 | BTO - INVERSE ROYAL BLUE 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 420 | INVERSE 04RB | 97963851138 | BTO 1 | BTO - INVERSE ROYAL BLUE 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 421 | INVERSE 00S | 97963851145 | BTO 1 | BTO - INVERSE SILVER 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 422 | INVERSE 01S | 97963851152 | BTO 1 | BTO - INVERSE SILVER 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 423 | INVERSE 02S | 97963851169 | BTO 1 | BTO - INVERSE SILVER 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 424 | INVERSE 03S | 97963851176 | BTO 1 | BTO - INVERSE SILVER 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 425 | INVERSE 04S | 97963851183 | BTO 1 | BTO - INVERSE SILVER 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 426 | LENSPALM 00BU | 97963851893 | BTO 1 | BTO - LENS PALM BUTTER 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 427 | LENSPALM 01BU | 97963851909 | BTO 1 | BTO - LENS PALM BUTTER 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 428 | LENSPALM 02BU | 97963851916 | BTO 1 | BTO - LENS PALM BUTTER 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 429 | LENSPALM 03BU | 97963851923 | BTO 1 | BTO - LENS PALM BUTTER 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 430 | LENSPALM 04BU | 97963851930 | BTO 1 | BTO - LENS PALM BUTTER 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 431 | LENSPALM 00CAR | 97963851947 | BTO 1 | BTO - LENS PALM CARIBBEAN 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 432 | LENSPALM 01CAR | 97963851954 | BTO 1 | BTO - LENS PALM CARIBBEAN 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 433 | LENSPALM 02CAR | 97963851961 | BTO 1 | BTO - LENS PALM CARIBBEAN 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 434 | LENSPALM 03CAR | 97963851978 | BTO 1 | BTO - LENS PALM CARIBBEAN 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 435 | LENSPALM 04CAR | 97963851985 | BTO 1 | BTO - LENS PALM CARIBBEAN 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 436 | LENSTARP 00HG | 97963852043 | BTO 1 | BTO - LENS TARPON HEATHER GREY 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 437 | LENSTARP 01HG | 97963852050 | BTO 1 | BTO - LENS TARPON HEATHER GREY 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |

| | A | B | C | D | E | |
|---|---|---|---|---|---|---|
| 438 | LENSTARP 02HG | 97963852067 | BTO 1 | BTO - LENS TARPON HEATHER GREY 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 439 | LENSTARP 03HG | 97963852074 | BTO 1 | BTO - LENS TARPON HEATHER GREY 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 440 | LENSTARP 04HG | 97963852081 | BTO 1 | BTO - LENS TARPON HEATHER GREY 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 441 | RADIAL 00BU | 97963851398 | BTO 1 | BTO - RADIAL BUTTER 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 442 | RADIAL 01BU | 97963851404 | BTO 1 | BTO - RADIAL BUTTER 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 443 | RADIAL 02BU | 97963851411 | BTO 1 | BTO - RADIAL BUTTER 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 444 | RADIAL 03BU | 97963851428 | BTO 1 | BTO - RADIAL BUTTER 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 445 | RADIAL 04BU | 97963851435 | BTO 1 | BTO - RADIAL BUTTER 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 446 | RADIAL 00CAR | 97963851442 | BTO 1 | BTO - RADIAL CARIBBEAN 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 447 | RADIAL 01CAR | 97963851459 | BTO 1 | BTO - RADIAL CARIBBEAN 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 448 | RADIAL 02CAR | 97963851466 | BTO 1 | BTO - RADIAL CARIBBEAN 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 449 | RADIAL 03CAR | 97963851473 | BTO 1 | BTO - RADIAL CARIBBEAN 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 450 | RADIAL 04CAR | 97963851480 | BTO 1 | BTO - RADIAL CARIBBEAN 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 451 | TRANQ 00CHL | 97963852197 | BTO 1 | BTO - TRANQUILO CHILL 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 452 | TRANQ 01CHL | 97963852203 | BTO 1 | BTO - TRANQUILO CHILL 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 453 | TRANQ 02CHL | 97963852210 | BTO 1 | BTO - TRANQUILO CHILL 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 454 | TRANQ 03CHL | 97963852227 | BTO 1 | BTO - TRANQUILO CHILL 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 455 | TRANQ 04CHL | 97963852234 | BTO 1 | BTO - TRANQUILO CHILL 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 456 | TRANQ 00LB | 97963852241 | BTO 1 | BTO - TRANQUILO LIGHT BLUE 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 457 | TRANQ 01LB | 97963852258 | BTO 1 | BTO - TRANQUILO LIGHT BLUE 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 458 | TRANQ 02LB | 97963852265 | BTO 1 | BTO - TRANQUILO LIGHT BLUE 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 459 | TRANQ 03LB | 97963852272 | BTO 1 | BTO - TRANQUILO LIGHT BLUE 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 460 | TRANQ 04LB | 97963852289 | BTO 1 | BTO - TRANQUILO LIGHT BLUE 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 461 | WILSON 00CHL | 97963851497 | BTO 1 | BTO - WILSON CHILL 00 SMALL SS TSHIRT SP20 | $ | 20.00 |
| 462 | WILSON 01CHL | 97963851503 | BTO 1 | BTO - WILSON CHILL 01 MEDIUM SS TSHIRT SP20 | $ | 20.00 |
| 463 | WILSON 02CHL | 97963851510 | BTO 1 | BTO - WILSON CHILL 02 LARGE SS TSHIRT SP20 | $ | 20.00 |
| 464 | WILSON 03CHL | 97963851527 | BTO 1 | BTO - WILSON CHILL 03 XLARGE SS TSHIRT SP20 | $ | 20.00 |
| 465 | WILSON 04CHL | 97963851534 | BTO 1 | BTO - WILSON CHILL 04 XXLARGE SS TSHIRT SP20 | $ | 20.00 |
| 466 | CROCKETT 00CHL | 97963860390 | BTO 2 - Live 4/1 | BTO - CROCKETT CHILL 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 467 | CROCKETT 01CHL | 97963860406 | BTO 2 - Live 4/1 | BTO - CROCKETT CHILL 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 468 | CROCKETT 02CHL | 97963860413 | BTO 2 - Live 4/1 | BTO - CROCKETT CHILL 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 469 | CROCKETT 03CHL | 97963860420 | BTO 2 - Live 4/1 | BTO - CROCKETT CHILL 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 470 | CROCKETT 04CHL | 97963860437 | BTO 2 - Live 4/1 | BTO - CROCKETT CHILL 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 471 | CROCKETT 00LB | 97963860444 | BTO 2 - Live 4/1 | BTO - CROCKETT LIGHT BLUE 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 472 | CROCKETT 01LB | 97963860451 | BTO 2 - Live 4/1 | BTO - CROCKETT LIGHT BLUE 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 473 | CROCKETT 02LB | 97963860468 | BTO 2 - Live 4/1 | BTO - CROCKETT LIGHT BLUE 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 474 | CROCKETT 03LB | 97963860475 | BTO 2 - Live 4/1 | BTO - CROCKETT LIGHT BLUE 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 475 | CROCKETT 04LB | 97963860482 | BTO 2 - Live 4/1 | BTO - CROCKETT LIGHT BLUE 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 476 | FEZ 00BU | 97963860895 | BTO 2 - Live 4/1 | BTO - FEZ BUTTER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 477 | FEZ 01BU | 97963860901 | BTO 2 - Live 4/1 | BTO - FEZ BUTTER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 478 | FEZ 02BU | 97963860918 | BTO 2 - Live 4/1 | BTO - FEZ BUTTER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 479 | FEZ 03BU | 97963860925 | BTO 2 - Live 4/1 | BTO - FEZ BUTTER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 480 | FEZ 04BU | 97963860932 | BTO 2 - Live 4/1 | BTO - FEZ BUTTER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 481 | FEZ 00LB | 97963860949 | BTO 2 - Live 4/1 | BTO - FEZ LIGHT BLUE 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 482 | FEZ 01LB | 97963860956 | BTO 2 - Live 4/1 | BTO - FEZ LIGHT BLUE 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 483 | FEZ 02LB | 97963860963 | BTO 2 - Live 4/1 | BTO - FEZ LIGHT BLUE 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 484 | FEZ 03LB | 97963860970 | BTO 2 - Live 4/1 | BTO - FEZ LIGHT BLUE 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 485 | FEZ 04LB | 97963860987 | BTO 2 - Live 4/1 | BTO - FEZ LIGHT BLUE 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 486 | FORMAN 00DH | 97963860642 | BTO 2 - Live 4/1 | BTO - FORMAN DARK HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 487 | FORMAN 01DH | 97963860659 | BTO 2 - Live 4/1 | BTO - FORMAN DARK HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 488 | FORMAN 02DH | 97963860666 | BTO 2 - Live 4/1 | BTO - FORMAN DARK HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 489 | FORMAN 03DH | 97963860673 | BTO 2 - Live 4/1 | BTO - FORMAN DARK HEATHER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 490 | FORMAN 04DH | 97963860680 | BTO 2 - Live 4/1 | BTO - FORMAN DARK HEATHER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 491 | FORMAN 00HG | 97963860598 | BTO 2 - Live 4/1 | BTO - FORMAN GRAY HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 492 | FORMAN 01HG | 97963860604 | BTO 2 - Live 4/1 | BTO - FORMAN GRAY HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 493 | FORMAN 02HG | 97963860611 | BTO 2 - Live 4/1 | BTO - FORMAN GRAY HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 494 | FORMAN 03HG | 97963860628 | BTO 2 - Live 4/1 | BTO - FORMAN GRAY HEATHER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 495 | FORMAN 04HG | 97963860635 | BTO 2 - Live 4/1 | BTO - FORMAN GRAY HEATHER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 496 | KELSO 00NT | 97963860796 | BTO 2 - Live 4/1 | BTO - KELSO NATURAL HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 497 | KELSO 01NT | 97963860802 | BTO 2 - Live 4/1 | BTO - KELSO NATURAL HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 498 | KELSO 02NT | 97963860819 | BTO 2 - Live 4/1 | BTO - KELSO NATURAL HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 499 | KELSO 03NT | 97963860826 | BTO 2 - Live 4/1 | BTO - KELSO NATURAL HEATHER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 500 | KELSO 04NT | 97963860833 | BTO 2 - Live 4/1 | BTO - KELSO NATURAL HEATHER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 501 | KELSO 00N | 97963860840 | BTO 2 - Live 4/1 | BTO - KELSO NAVY 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 502 | KELSO 01N | 97963860857 | BTO 2 - Live 4/1 | BTO - KELSO NAVY 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 503 | KELSO 02N | 97963860864 | BTO 2 - Live 4/1 | BTO - KELSO NAVY 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 504 | KELSO 03N | 97963860871 | BTO 2 - Live 4/1 | BTO - KELSO NAVY 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 505 | KELSO 04N | 97963860888 | BTO 2 - Live 4/1 | BTO - KELSO NAVY 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 506 | MAVERICK 00LB | 97963859394 | BTO 2 - Live 4/1 | BTO - MAVERICK LIGHT BLUE 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 507 | MAVERICK 01LB | 97963859400 | BTO 2 - Live 4/1 | BTO - MAVERICK LIGHT BLUE 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 508 | MAVERICK 02LB | 97963859417 | BTO 2 - Live 4/1 | BTO - MAVERICK LIGHT BLUE 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 509 | MAVERICK 03LB | 97963859424 | BTO 2 - Live 4/1 | BTO - MAVERICK LIGHT BLUE 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 510 | MAVERICK 04LB | 97963859431 | BTO 2 - Live 4/1 | BTO - MAVERICK LIGHT BLUE 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |

| | A | B | C | D | E | |
|---|---|---|---|---|---|---|
| 511 | MAVERICK 00N | 97963859448 | BTO 2 - Live 4/1 | BTO - MAVERICK NAVY 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 512 | MAVERICK 01N | 97963859455 | BTO 2 - Live 4/1 | BTO - MAVERICK NAVY 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 513 | MAVERICK 02N | 97963859462 | BTO 2 - Live 4/1 | BTO - MAVERICK NAVY 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 514 | MAVERICK 03N | 97963859479 | BTO 2 - Live 4/1 | BTO - MAVERICK NAVY 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 515 | MAVERICK 04N | 97963859486 | BTO 2 - Live 4/1 | BTO - MAVERICK NAVY 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 516 | PACIFICA 00BU | 97963859493 | BTO 2 - Live 4/1 | BTO - PACIFICA BUTTER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 517 | PACIFICA 01BU | 97963859509 | BTO 2 - Live 4/1 | BTO - PACIFICA BUTTER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 518 | PACIFICA 02BU | 97963859516 | BTO 2 - Live 4/1 | BTO - PACIFICA BUTTER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 519 | PACIFICA 03BU | 97963859523 | BTO 2 - Live 4/1 | BTO - PACIFICA BUTTER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 520 | PACIFICA 04BU | 97963859530 | BTO 2 - Live 4/1 | BTO - PACIFICA BUTTER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 521 | PACIFICA 00RB | 97963859547 | BTO 2 - Live 4/1 | BTO - PACIFICA ROYAL BLUE 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 522 | PACIFICA 01RB | 97963859554 | BTO 2 - Live 4/1 | BTO - PACIFICA ROYAL BLUE 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 523 | PACIFICA 02RB | 97963859561 | BTO 2 - Live 4/1 | BTO - PACIFICA ROYAL BLUE 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 524 | PACIFICA 03RB | 97963859578 | BTO 2 - Live 4/1 | BTO - PACIFICA ROYAL BLUE 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 525 | PACIFICA 04RB | 97963859585 | BTO 2 - Live 4/1 | BTO - PACIFICA ROYAL BLUE 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 526 | SLAMBASS 03DH | 97963859929 | BTO 2 - Live 4/1 | BTO - SLAM BASS DARK HEATEHR 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 527 | SLAMBASS 00DH | 97963859899 | BTO 2 - Live 4/1 | BTO - SLAM BASS DARK HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 528 | SLAMBASS 01DH | 97963859905 | BTO 2 - Live 4/1 | BTO - SLAM BASS DARK HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 529 | SLAMBASS 02DH | 97963859912 | BTO 2 - Live 4/1 | BTO - SLAM BASS DARK HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 530 | SLAMBASS 04DH | 97963859936 | BTO 2 - Live 4/1 | BTO - SLAM BASS DARK HEATHER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 531 | SLAMBASS 00W | 97963859943 | BTO 2 - Live 4/1 | BTO - SLAM BASS WHITE 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 532 | SLAMBASS 01W | 97963859950 | BTO 2 - Live 4/1 | BTO - SLAM BASS WHITE 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 533 | SLAMBASS 02W | 97963859967 | BTO 2 - Live 4/1 | BTO - SLAM BASS WHITE 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 534 | SLAMBASS 03W | 97963859974 | BTO 2 - Live 4/1 | BTO - SLAM BASS WHITE 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 535 | SLAMBASS 04W | 97963859981 | BTO 2 - Live 4/1 | BTO - SLAM BASS WHITE 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 536 | SLAMMAHI 00N | 97963859998 | BTO 2 - Live 4/1 | BTO - SLAM MAHI NAVY 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 537 | SLAMMAHI 01N | 97963860000 | BTO 2 - Live 4/1 | BTO - SLAM MAHI NAVY 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 538 | SLAMMAHI 02N | 97963860017 | BTO 2 - Live 4/1 | BTO - SLAM MAHI NAVY 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 539 | SLAMMAHI 03N | 97963860024 | BTO 2 - Live 4/1 | BTO - SLAM MAHI NAVY 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 540 | SLAMMAHI 04N | 97963860031 | BTO 2 - Live 4/1 | BTO - SLAM MAHI NAVY 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 541 | SLAMMAHI 00RB | 97963860048 | BTO 2 - Live 4/1 | BTO - SLAM MAHI ROYAL BLUE 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 542 | SLAMMAHI 01RB | 97963860055 | BTO 2 - Live 4/1 | BTO - SLAM MAHI ROYAL BLUE 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 543 | SLAMMAHI 02RB | 97963860062 | BTO 2 - Live 4/1 | BTO - SLAM MAHI ROYAL BLUE 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 544 | SLAMMAHI 03RB | 97963860079 | BTO 2 - Live 4/1 | BTO - SLAM MAHI ROYAL BLUE 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 545 | SLAMMAHI 04RB | 97963860086 | BTO 2 - Live 4/1 | BTO - SLAM MAHI ROYAL BLUE 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 546 | SLAMTUNA 00CAR | 97963860093 | BTO 2 - Live 4/1 | BTO - SLAM TUNA CARIBBEAN 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 547 | SLAMTUNA 01CAR | 97963860109 | BTO 2 - Live 4/1 | BTO - SLAM TUNA CARIBBEAN 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 548 | SLAMTUNA 02CAR | 97963860116 | BTO 2 - Live 4/1 | BTO - SLAM TUNA CARIBBEAN 02 LARGEG SS TSHIRT SU20 | $ | 20.00 |
| 549 | SLAMTUNA 03CAR | 97963860123 | BTO 2 - Live 4/1 | BTO - SLAM TUNA CARIBBEAN 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 550 | SLAMTUNA 04CAR | 97963860130 | BTO 2 - Live 4/1 | BTO - SLAM TUNA CARIBBEAN 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 551 | SLAMTUNA 00S | 97963860147 | BTO 2 - Live 4/1 | BTO - SLAM TUNA SILVER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 552 | SLAMTUNA 01S | 97963860154 | BTO 2 - Live 4/1 | BTO - SLAM TUNA SILVER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 553 | SLAMTUNA 02S | 97963860161 | BTO 2 - Live 4/1 | BTO - SLAM TUNA SILVER 02 LARGEG SS TSHIRT SU20 | $ | 20.00 |
| 554 | SLAMTUNA 03S | 97963860178 | BTO 2 - Live 4/1 | BTO - SLAM TUNA SILVER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 555 | SLAMTUNA 04S | 97963860185 | BTO 2 - Live 4/1 | BTO - SLAM TUNA SILVER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 556 | VICE 00DH | 97963860246 | BTO 2 - Live 4/1 | BTO - VICE DARK HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 557 | VICE 01DH | 97963860253 | BTO 2 - Live 4/1 | BTO - VICE DARK HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 558 | VICE 02DH | 97963860260 | BTO 2 - Live 4/1 | BTO - VICE DARK HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 559 | VICE 03DH | 97963860277 | BTO 2 - Live 4/1 | BTO - VICE DARK HEATHER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 560 | VICE 04DH | 97963860284 | BTO 2 - Live 4/1 | BTO - VICE DARK HEATHER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 561 | VICE 00W | 97963860192 | BTO 2 - Live 4/1 | BTO - VICE WHITE 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 562 | VICE 01W | 97963860208 | BTO 2 - Live 4/1 | BTO - VICE WHITE 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 563 | VICE 02W | 97963860215 | BTO 2 - Live 4/1 | BTO - VICE WHITE 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 564 | VICE 03W | 97963860222 | BTO 2 - Live 4/1 | BTO - VICE WHITE 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 565 | VICE 04W | 97963860239 | BTO 2 - Live 4/1 | BTO - VICE WHITE 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 566 | WATSON 00DH | 97963859691 | BTO 2 - Live 4/1 | BTO - WATSON DARK HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 567 | WATSON 01DH | 97963859707 | BTO 2 - Live 4/1 | BTO - WATSON DARK HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 568 | WATSON 02DH | 97963859714 | BTO 2 - Live 4/1 | BTO - WATSON DARK HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 569 | WATSON 03DH | 97963859721 | BTO 2 - Live 4/1 | BTO - WATSON DARK HEATHER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 570 | WATSON 04DH | 97963859738 | BTO 2 - Live 4/1 | BTO - WATSON DARK HEATHER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 571 | WATSON 00RH | 97963859745 | BTO 2 - Live 4/1 | BTO - WATSON RED HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 572 | WATSON 01RH | 97963859752 | BTO 2 - Live 4/1 | BTO - WATSON RED HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 573 | WATSON 02RH | 97963859769 | BTO 2 - Live 4/1 | BTO - WATSON RED HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 574 | WATSON 03RH | 97963859776 | BTO 2 - Live 4/1 | BTO - WATSON RED HEATHER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 575 | WATSON 04RH | 97963859783 | BTO 2 - Live 4/1 | BTO - WATSON RED HEATHER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 576 | COLONIAL 00NT | 97963858199 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL NATURAL HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 577 | COLONIAL 01NT | 97963858205 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL NATURAL HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 578 | COLONIAL 02NT | 97963858212 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL NATURAL HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |
| 579 | COLONIAL 03NT | 97963858229 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL NATURAL HEATHER 03 XLARGE SS TSHIRT SU20 | $ | 20.00 |
| 580 | COLONIAL 04NT | 97963858236 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL NATURAL HEATHER 04 XXLARGE SS TSHIRT SU20 | $ | 20.00 |
| 581 | COLONIAL 00RH | 97963858243 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL RED HEATHER 00 SMALL SS TSHIRT SU20 | $ | 20.00 |
| 582 | COLONIAL 01RH | 97963858250 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL RED HEATHER 01 MEDIUM SS TSHIRT SU20 | $ | 20.00 |
| 583 | COLONIAL 02RH | 97963858267 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL RED HEATHER 02 LARGE SS TSHIRT SU20 | $ | 20.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 584 | COLONIAL 03RH | 97963858274 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL RED HEATHER 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 585 | COLONIAL 04RH | 97963858281 | BTO2 Americana - Live 4/1 | BTO - COLONIAL SAIL RED HEATHER 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 586 | LIBERTYBASS 00DH | 97963858045 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS DARK HEATHER 00 SMALL SS TSHIRT SU20 | $ 20.00 |
| 587 | LIBERTYBASS 01DH | 97963858052 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS DARK HEATHER 01 MEDIUM SS TSHIRT SU20 | $ 20.00 |
| 588 | LIBERTYBASS 02DH | 97963858069 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS DARK HEATHER 02 LARGE SS TSHIRT SU20 | $ 20.00 |
| 589 | LIBERTYBASS 03DH | 97963858076 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS DARK HEATHER 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 590 | LIBERTYBASS 04DH | 97963858083 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS DARK HEATHER 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 591 | LIBERTYBASS 00W | 97963857994 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS WHITE 00 SMALL SS TSHIRT SU20 | $ 20.00 |
| 592 | LIBERTYBASS 01W | 97963858007 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS WHITE 01 MEDIUM SS TSHIRT SU20 | $ 20.00 |
| 593 | LIBERTYBASS 02W | 97963858014 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS WHITE 02 LARGE SS TSHIRT SU20 | $ 20.00 |
| 594 | LIBERTYBASS 03W | 97963858021 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS WHITE 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 595 | LIBERTYBASS 04W | 97963858038 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BASS WHITE 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 596 | LIBERTYBOAT 00CHL | 97963857840 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT CHILL 00 SMALL SS TSHIRT SU20 | $ 20.00 |
| 597 | LIBERTYBOAT 01CHL | 97963857857 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT CHILL 01 MEDIUM SS TSHIRT SU20 | $ 20.00 |
| 598 | LIBERTYBOAT 02CHL | 97963857864 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT CHILL 02 LARGE SS TSHIRT SU20 | $ 20.00 |
| 599 | LIBERTYBOAT 03CHL | 97963857871 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT CHILL 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 600 | LIBERTYBOAT 04CHL | 97963857888 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT CHILL 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 601 | LIBERTYBOAT 00LB | 97963857796 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT LIGHT BLUE 00 SMALL SS TSHIRT SU20 | $ 20.00 |
| 602 | LIBERTYBOAT 01LB | 97963857802 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT LIGHT BLUE 01 MEDIUM SS TSHIRT SU20 | $ 20.00 |
| 603 | LIBERTYBOAT 02LB | 97963857819 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT LIGHT BLUE 02 LARGE SS TSHIRT SU20 | $ 20.00 |
| 604 | LIBERTYBOAT 03LB | 97963857826 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT LIGHT BLUE 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 605 | LIBERTYBOAT 04LB | 97963857833 | BTO2 Americana - Live 4/1 | BTO - LIBERTY BOAT LIGHT BLUE 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 606 | LIBERTYSAIL 00HG | 97963857895 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH HEATHER GRAY 00 SMALL SS TSHIRT SU20 | $ 20.00 |
| 607 | LIBERTYSAIL 01HG | 97963857901 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH HEATHER GRAY 01 MEDIUM SS TSHIRT SU20 | $ 20.00 |
| 608 | LIBERTYSAIL 02HG | 97963857918 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH HEATHER GRAY 02 LARGE SS TSHIRT SU20 | $ 20.00 |
| 609 | LIBERTYSAIL 03HG | 97963857925 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH HEATHER GRAY 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 610 | LIBERTYSAIL 04HG | 97963857932 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH HEATHER GRAY 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 611 | LIBERTYSAIL 00W | 97963857949 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH WHITE 00 SMALL SS TSHIRT SU20 | $ 20.00 |
| 612 | LIBERTYSAIL 01W | 97963857956 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH WHITE 01 MEDIUM SS TSHIRT SU20 | $ 20.00 |
| 613 | LIBERTYSAIL 02W | 97963857963 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH WHITE 02 LARGE SS TSHIRT SU20 | $ 20.00 |
| 614 | LIBERTYSAIL 03W | 97963857970 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH WHITE 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 615 | LIBERTYSAIL 04W | 97963857987 | BTO2 Americana - Live 4/1 | BTO - LIBERTY SAILFISH WHITE 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 616 | SHINING 00CHL | 97963858298 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA CHILL 00 SMALL SS TSHIRT SU20 | $ 20.00 |
| 617 | SHINING 01CHL | 97963858304 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA CHILL 01 MEDIUM SS TSHIRT SU20 | $ 20.00 |
| 618 | SHINING 02CHL | 97963858311 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA CHILL 02 LARGE SS TSHIRT SU20 | $ 20.00 |
| 619 | SHINING 03CHL | 97963858328 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA CHILL 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 620 | SHINING 04CHL | 97963858335 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA CHILL 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 621 | SHINING 00N | 97963858342 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 00 SMALL SS TSHIRT SU20 | $ 20.00 |
| 622 | SHINING 01N | 97963858359 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 01 MEDIUM SS TSHIRT SU20 | $ 20.00 |
| 623 | SHINING 02N | 97963858366 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 02 LARGE SS TSHIRT SU20 | $ 20.00 |
| 624 | SHINING 03N | 97963858373 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 03 XLARGE SS TSHIRT SU20 | $ 20.00 |
| 625 | SHINING 04N | 97963858380 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 04 XXLARGE SS TSHIRT SU20 | $ 20.00 |
| 626 | KPSSB 19 | 97963833561 | Ecomm Only | KP STAINLESS STEEL BOTTLE | $ 20.00 |
| 627 | MASK WV | 97963540681 | OLD | C-MASK COSTA WAVES BLUE | $ 20.00 |
| 628 | MASK SHARK | 97963673143 | OLD | C-MASK COSTA SHARK BLUE | $ 20.00 |
| 629 | SCOUT 00RH | 97963787277 | OLD | SCOUT RED HEATHER 00 SMALL SS TSHIRT | $ 20.00 |
| 630 | SCOUT 01RH | 97963787284 | OLD | SCOUT RED HEATHER 01 MEDIUM SS TSHIRT | $ 20.00 |
| 631 | OCLURK 00W | 97963825641 | OLD | OCEARCH LURK WHITE 00 SMALL SS T-SHIRT OC19 | $ 20.00 |
| 632 | MONTTROUT 01CR | 97963839518 | OLD | BTO - MONTAGE TROUT CARDINAL RED 01 MEDIUM SS TSHIRT H19 | $ 20.00 |
| 633 | WEEDON 01CB | 97963840064 | OLD | BTO - WEEDON CAROLINA BLUE 01 MEDIUM SS TSHIRT H19 | $ 20.00 |
| 634 | WEEDON 03CB | 97963840088 | OLD | BTO - WEEDON CAROLINA BLUE 03 XLARGE SS TSHIRT H19 | $ 20.00 |
| 635 | WEEDON 03GH | 97963840033 | OLD | BTO - WEEDON GRAPHITE HEATHER 03 XLARGE SS TSHIRT H19 | $ 20.00 |
| 636 | DCASE 002 | 97963553759 | 2020 CATALOG | COSTA DRY CASE  BLUE / WHITE | $ 22.00 |
| 637 | DCASE 001 | 97963553742 | 2020 CATALOG | COSTA DRY CASE  BLACK / BLUE | $ 22.00 |
| 638 | PACIFICA 30W | 97963859592 | BTO 2 - Live 4/1 | BTO - PACIFICA WHITE 30 SMALL TANK SU20 | $ 22.00 |
| 639 | PACIFICA 31W | 97963859608 | BTO 2 - Live 4/1 | BTO - PACIFICA WHITE 31 MEDIUM TANK SU20 | $ 22.00 |
| 640 | PACIFICA 32W | 97963859615 | BTO 2 - Live 4/1 | BTO - PACIFICA WHITE 32 LARGE TANK SU20 | $ 22.00 |
| 641 | PACIFICA 33W | 97963859622 | BTO 2 - Live 4/1 | BTO - PACIFICA WHITE 33 XLARGE TANK SU20 | $ 22.00 |
| 642 | PACIFICA 34W | 97963859639 | BTO 2 - Live 4/1 | BTO - PACIFICA WHITE 34 XXLARGE TANK SU20 | $ 22.00 |
| 643 | VICE 30HD | 97963860345 | BTO 2 - Live 4/1 | BTO - VICE HONEY DEW 30 SMALL TANK SU20 | $ 22.00 |
| 644 | VICE 31HD | 97963860352 | BTO 2 - Live 4/1 | BTO - VICE HONEY DEW 31 MEDIUM TANK SU20 | $ 22.00 |
| 645 | VICE 32HD | 97963860369 | BTO 2 - Live 4/1 | BTO - VICE HONEY DEW 32 LARGE TANK SU20 | $ 22.00 |
| 646 | VICE 33HD | 97963860376 | BTO 2 - Live 4/1 | BTO - VICE HONEY DEW 33 XLARGE TANK SU20 | $ 22.00 |
| 647 | VICE 34HD | 97963860383 | BTO 2 - Live 4/1 | BTO - VICE HONEY DEW 34 XXLARGE TANK SU20 | $ 22.00 |
| 648 | VICE 30W | 97963860291 | BTO 2 - Live 4/1 | BTO - VICE WHITE 30 SMALL TANK SU20 | $ 22.00 |
| 649 | VICE 31W | 97963860307 | BTO 2 - Live 4/1 | BTO - VICE WHITE 31 MEDIUM TANK SU20 | $ 22.00 |
| 650 | VICE 32W | 97963860314 | BTO 2 - Live 4/1 | BTO - VICE WHITE 32 LARGE TANK SU20 | $ 22.00 |
| 651 | VICE 33W | 97963860321 | BTO 2 - Live 4/1 | BTO - VICE WHITE 33 XLARGE TANK SU20 | $ 22.00 |
| 652 | VICE 34W | 97963860338 | BTO 2 - Live 4/1 | BTO - VICE WHITE 34 XXLARGE TANK SU20 | $ 22.00 |
| 653 | SHINING 30N | 97963858441 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 30 SMALL TANK SU20 | $ 22.00 |
| 654 | SHINING 31N | 97963858458 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 31 MEDIUM TANK SU20 | $ 22.00 |
| 655 | SHINING 32N | 97963858465 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 32 LARGE TANK SU20 | $ 22.00 |
| 656 | SHINING 33N | 97963858472 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 33 XLARGE TANK SU20 | $ 22.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 657 | SHINING 34N | 97963858489 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 34 XXLARGE TANK SU20 | $ 22.00 |
| 658 | HA 56NG | 97963553605 | 2020 CATALOG | NEON TRUCKER BLACK TWILL WITH NEON GREEN STITCHING OFFSET LOGO | $ 22.99 |
| 659 | HA 56NB | 97963553582 | 2020 CATALOG | NEON TRUCKER GRAPHITE TWILL WITH NEON BLUE STITCHING OFFSET LOGO | $ 22.99 |
| 660 | HA 79G | 97963668903 | 2020 CATALOG | NEPTUNE RIPSTOP FLAT BRIM HAT GRAY | $ 22.99 |
| 661 | HA 83B | 97963669009 | 2020 CATALOG | OFFSET LOGO HD TRUCKER HAT COSTA BLUE/GRAY | $ 22.99 |
| 662 | HA 83G | 97963669023 | 2020 CATALOG | OFFSET LOGO HD TRUCKER HAT GRAPHITE | $ 22.99 |
| 663 | HA 83R | 97963669016 | 2020 CATALOG | OFFSET LOGO HD TRUCKER HAT RED/GRAY | $ 22.99 |
| 664 | HA 78G | 97963668880 | 2020 CATALOG | PALMS TWILL FLAT BRIM HAT GRAY | $ 22.99 |
| 665 | CHROME 10N | 97963792882 | 2020 CATALOG | CHROME NAVY 10 SMALL LS T-SHIRT | $ 24.00 |
| 666 | CHROME 11N | 97963792899 | 2020 CATALOG | CHROME NAVY 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 667 | CHROME 12N | 97963792905 | 2020 CATALOG | CHROME NAVY 12 LARGE LS T-SHIRT | $ 24.00 |
| 668 | CHROME 13N | 97963792912 | 2020 CATALOG | CHROME NAVY 13 XLARGE LS T-SHIRT | $ 24.00 |
| 669 | CHROME 14N | 97963792929 | 2020 CATALOG | CHROME NAVY 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 670 | CHROMEUSA 10HG | 97963847933 | 2020 CATALOG | CHROME USA HEATHER GRAY 10 SMALL LS T-SHIRT | $ 24.00 |
| 671 | CHROMEUSA 11HG | 97963847940 | 2020 CATALOG | CHROME USA HEATHER GRAY 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 672 | CHROMEUSA 12HG | 97963847957 | 2020 CATALOG | CHROME USA HEATHER GRAY 12 LARGE LS T-SHIRT | $ 24.00 |
| 673 | CHROMEUSA 13HG | 97963847964 | 2020 CATALOG | CHROME USA HEATHER GRAY 13 XLARGE LS T-SHIRT | $ 24.00 |
| 674 | CHROMEUSA 14HG | 97963847971 | 2020 CATALOG | CHROME USA HEATHER GRAY 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 675 | COSTACAMO 10B | 97963672924 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 10 SMALL LS T-SHIRT | $ 24.00 |
| 676 | COSTACAMO 11B | 97963672931 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 677 | COSTACAMO 12B | 97963672948 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 12 LARGE LS T-SHIRT | $ 24.00 |
| 678 | COSTACAMO 13B | 97963672955 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 13 XLARGE LS T-SHIRT | $ 24.00 |
| 679 | COSTACAMO 14B | 97963672962 | 2020 CATALOG | COSTA CAMO SHIRT BLACK 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 680 | COSTACAMO 10W | 97963672801 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 10 SMALL LS T-SHIRT | $ 24.00 |
| 681 | COSTACAMO 11W | 97963672818 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 682 | COSTACAMO 12W | 97963672825 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 12 LARGE LS T-SHIRT | $ 24.00 |
| 683 | COSTACAMO 13W | 97963672832 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 13 XLARGE LS T-SHIRT | $ 24.00 |
| 684 | COSTACAMO 14W | 97963672849 | 2020 CATALOG | COSTA CAMO SHIRT WHITE 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 685 | MIRA 10LB | 97963659512 | 2020 CATALOG | MIRAMAR LIGHT BLUE 10 SMALL LS T-SHIRT | $ 24.00 |
| 686 | MIRA 11LB | 97963659529 | 2020 CATALOG | MIRAMAR LIGHT BLUE 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 687 | MIRA 12LB | 97963659536 | 2020 CATALOG | MIRAMAR LIGHT BLUE 12 LARGE LS T-SHIRT | $ 24.00 |
| 688 | MIRA 13LB | 97963659543 | 2020 CATALOG | MIRAMAR LIGHT BLUE 13 XLARGE LS T-SHIRT | $ 24.00 |
| 689 | MIRA 14LB | 97963659550 | 2020 CATALOG | MIRAMAR LIGHT BLUE 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 690 | MIRA 10W | 97963807869 | 2020 CATALOG | MIRAMAR WHITE 10 SMALL LS TSHIRT WITH SH | $ 24.00 |
| 691 | MIRA 11W | 97963807876 | 2020 CATALOG | MIRAMAR WHITE 11 MEDIUM LS TSHIRT WITH SH | $ 24.00 |
| 692 | MIRA 12W | 97963807883 | 2020 CATALOG | MIRAMAR WHITE 12 LARGE LS TSHIRT WITH SH | $ 24.00 |
| 693 | MIRA 13W | 97963807890 | 2020 CATALOG | MIRAMAR WHITE 13 XLARGE LS TSHIRT WITH SH | $ 24.00 |
| 694 | MIRA 14W | 97963807906 | 2020 CATALOG | MIRAMAR WHITE 14 XXLARGE LS TSHIRT WITH SH | $ 24.00 |
| 695 | SPSHIELD 10CHL | 97963848381 | 2020 CATALOG | SPECIES SHIELD CHILL 00 SMALL LS T-SHIRT | $ 24.00 |
| 696 | SPSHIELD 11CHL | 97963848398 | 2020 CATALOG | SPECIES SHIELD CHILL 01 MEDIUM LS T-SHIRT | $ 24.00 |
| 697 | SPSHIELD 12CHL | 97963848404 | 2020 CATALOG | SPECIES SHIELD CHILL 02 LARGE LS T-SHIRT | $ 24.00 |
| 698 | SPSHIELD 13CHL | 97963848411 | 2020 CATALOG | SPECIES SHIELD CHILL 03 XLARGE LS T-SHIRT | $ 24.00 |
| 699 | SPSHIELD 14CHL | 97963848428 | 2020 CATALOG | SPECIES SHIELD CHILL 04 XXLARGE LS T-SHIRT | $ 24.00 |
| 700 | SPSHIELD 10HG | 97963848282 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 10 SMALL LS T-SHIRT | $ 24.00 |
| 701 | SPSHIELD 11HG | 97963848299 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 702 | SPSHIELD 12HG | 97963848305 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 12 LARGE LS T-SHIRT | $ 24.00 |
| 703 | SPSHIELD 13HG | 97963848312 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 13 XLARGE LS T-SHIRT | $ 24.00 |
| 704 | SPSHIELD 14HG | 97963848329 | 2020 CATALOG | SPECIES SHIELD HEATHER GRAY 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 705 | TOP 10CHL | 97963848688 | 2020 CATALOG | TOPWATER CHILL 10 SMALL LS T-SHIRT | $ 24.00 |
| 706 | TOP 11CHL | 97963848695 | 2020 CATALOG | TOPWATER CHILL 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 707 | TOP 12CHL | 97963848701 | 2020 CATALOG | TOPWATER CHILL 12 LARGE LS T-SHIRT | $ 24.00 |
| 708 | TOP 13CHL | 97963848718 | 2020 CATALOG | TOPWATER CHILL 13 XLARGE LS T-SHIRT | $ 24.00 |
| 709 | TOP 14CHL | 97963848725 | 2020 CATALOG | TOPWATER CHILLY 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 710 | TOP 10DH | 97963660716 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 10 SMALL LS T-SHIRT | $ 24.00 |
| 711 | TOP 11DH | 97963660723 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 712 | TOP 12DH | 97963660730 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 12 LARGE LS T-SHIRT | $ 24.00 |
| 713 | TOP 13DH | 97963660747 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 13 XLARGE LS T-SHIRT | $ 24.00 |
| 714 | TOP 14DH | 97963660754 | 2020 CATALOG | TOPWATER DARK GRAY HEATHER 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 715 | TOP 10HG | 97963848633 | 2020 CATALOG | TOPWATER HEATHER GRAY 10 SMALL LS T-SHIRT | $ 24.00 |
| 716 | TOP 11HG | 97963848640 | 2020 CATALOG | TOPWATER HEATHER GRAY 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 717 | TOP 12HG | 97963848657 | 2020 CATALOG | TOPWATER HEATHER GRAY 12 LARGE LS T-SHIRT | $ 24.00 |
| 718 | TOP 13HG | 97963848664 | 2020 CATALOG | TOPWATER HEATHER GRAY 13 XLARGE LS T-SHIRT | $ 24.00 |
| 719 | TOP 14HG | 97963848671 | 2020 CATALOG | TOPWATER HEATHER GRAY 14 XXLARGE LS T-SHIRT | $ 24.00 |
| 720 | CL 11W | 97963463799 | OLD | CLASSIC COSTA WHITE 11 MEDIUM LS T-SHIRT | $ 24.00 |
| 721 | CL 12W | 97963463805 | OLD | CLASSIC COSTA WHITE 12 LARGE LS T-SHIRT | $ 24.00 |
| 722 | CL 14W | 97963463829 | OLD | CLASSIC COSTA WHITE 14 XXL LS T-SHIRT | $ 24.00 |
| 723 | OCCIRCLEF 00CH | 97963825245 | OLD | OCEARCH CIRCLE SHARK HEATHER CHARCOAL 00 SMALL VNECK FEMALE OC19 | $ 24.00 |
| 724 | OCCIRCLEF 00RBH | 97963825290 | OLD | OCEARCH CIRCLE SHARK HEATHER ROYAL 00 SMALL VNECK FEMALE OC19 | $ 24.00 |
| 725 | OCCIRCLEF 01RBH | 97963825306 | OLD | OCEARCH CIRCLE SHARK HEATHER ROYAL 01 MEDIUM VNECK FEMALE OC19 | $ 24.00 |
| 726 | OCCIRCLEF 02CH | 97963825269 | OLD | OCEARCH CIRCLE SHARK HEATHER CHARCOAL 02 LARGE VNECK FEMALE OC19 | $ 24.00 |
| 727 | OCCIRCLEF 03CH | 97963825276 | OLD | OCEARCH CIRCLE SHARK HEATHER CHARCOAL 03 XLARGE VNECK FEMALE OC19 | $ 24.00 |
| 728 | OCCIRCLEF 04RBH | 97963825337 | OLD | OCEARCH CIRCLE SHARK HEATHER ROYAL 04 XXLARGE VNECK FEMALE OC19 | $ 24.00 |
| 729 | CHICORAF 02CHH | 97963841627 | OLD | BTO - CHICORA HEATHER CHARCOAL 02 LARGE VNECK FEMALE SS SHIRT H19 | $ 24.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 730 | IRENEOF 02CHH | 97963841528 | OLD | BTO - IRENEO HEATHER CHARCOAL 02 LARGE VNECK FEMALE SS SHIRT H19 | $ 24.00 |
| 731 | SABLEF 01RH | 97963841719 | OLD | BTO - SABLE RED HEATHER 01 MEDIUM VNECK FEMALE SS SHIRT H19 | $ 24.00 |
| 732 | COMPASS 13LB | 97963842754 | OLD | BTO - COMPASS LIGHT BLUE 13 XLARGE LS TSHIRT H19 | $ 24.00 |
| 733 | HA 120B | 97963854115 | 2020 CATALOG | COSTA XL TRUCKER FEET IN THE WATER HAT BLUE | $ 24.99 |
| 734 | HA 101B | 97963815512 | 2020 CATALOG | COSTA BAJA STRIPE TRUCKER BLUE | $ 24.99 |
| 735 | HA 90BL | 97963793339 | 2020 CATALOG | COSTA CHATHAM SHARK TWILL TRUCKER HAT BLACK | $ 24.99 |
| 736 | HA 90N | 97963793346 | 2020 CATALOG | COSTA CHATHAM SHARK TWILL TRUCKER HAT NAVY | $ 24.99 |
| 737 | HA 109W | 97963815598 | 2020 CATALOG | COSTA CHESAPEAKE STRETCH TRUCKER WHITE | $ 24.99 |
| 738 | HA 93G | 97963815406 | 2020 CATALOG | COSTA CLINCH TRUCKER GRAY | $ 24.99 |
| 739 | HA 93R | 97963815413 | 2020 CATALOG | COSTA CYPRESS HAT RED | $ 24.99 |
| 740 | HA 94N | 97963815420 | 2020 CATALOG | COSTA ESTABLISHED PERFORMANCE HAT NAVY | $ 24.99 |
| 741 | HA 132G | 97963854139 | 2020 CATALOG | COSTA FLAT BRIM KAILUA HAT GRAY | $ 24.99 |
| 742 | HA 140BLK | 97963854221 | 2020 CATALOG | COSTA FLEX FIT LOGO TRUCKER HAT BLACK | $ 24.99 |
| 743 | HA 140W | 97963854214 | 2020 CATALOG | COSTA FLEX FIT LOGO TRUCKER HAT WHITE | $ 24.99 |
| 744 | HA 131M | 97963854122 | 2020 CATALOG | COSTA FOAM FRONT TRUCKER RUBY HAT MAROON | $ 24.99 |
| 745 | HA 102G | 97963815529 | 2020 CATALOG | COSTA FREESTONE TRUCKER GRAY | $ 24.99 |
| 746 | HA 91B | 97963793353 | 2020 CATALOG | COSTA MOSSY OAK ELEMENTS FISHING CAMO MESH CAP BLUE | $ 24.99 |
| 747 | HA 91G | 97963793360 | 2020 CATALOG | COSTA MOSSY OAK ELEMENTS FISHING CAMO MESH CAP GRAY | $ 24.99 |
| 748 | HA 92B | 97963793377 | 2020 CATALOG | COSTA REAL TREE FISHING CAMO MESH CAP BLUE | $ 24.99 |
| 749 | HA 92G | 97963793384 | 2020 CATALOG | COSTA REAL TREE FISHING CAMO MESH CAP GRAY | $ 24.99 |
| 750 | HA 124LB | 97963854016 | 2020 CATALOG | COSTA REGULAR FIT NEOPRENE LOGO PERFORMANCE HAT LIGHT BLUE | $ 24.99 |
| 751 | HA 124N | 97963854009 | 2020 CATALOG | COSTA REGULAR FIT NEOPRENE LOGO PERFORMANCE HAT NAVY | $ 24.99 |
| 752 | HA 128G | 97963854085 | 2020 CATALOG | COSTA REGULAR FIT TRUCKER HIGH GRADE HAT GRAY | $ 24.99 |
| 753 | HA 130G | 97963854108 | 2020 CATALOG | COSTA REGULAR FIT TRUCKER WAVE HAT GRAY | $ 24.99 |
| 754 | HA 96B | 97963815468 | 2020 CATALOG | COSTA ROANOKE CORD HAT BLUE | $ 24.99 |
| 755 | HA 104BL | 97963815550 | 2020 CATALOG | COSTA STEALTH BASS BLACK | $ 24.99 |
| 756 | HA 105B | 97963815567 | 2020 CATALOG | COSTA STEALTH DORADO BLUE | $ 24.99 |
| 757 | HA 107WB | 97963815581 | 2020 CATALOG | COSTA STEALTH REDFISH WORKING BROWN | $ 24.99 |
| 758 | HA 60SK | 97963815574 | 2020 CATALOG | COSTA STEALTH TARPON SKY | $ 24.99 |
| 759 | HA 126M | 97963854047 | 2020 CATALOG | COSTA TWILL TRUCKER PRIDE LOGO HAT MOSS/STONE | $ 24.99 |
| 760 | HA 126NH | 97963854054 | 2020 CATALOG | COSTA TWILL TRUCKER PRIDE LOGO HAT NAVY/HEATHER | $ 24.99 |
| 761 | HA 127CB | 97963854078 | 2020 CATALOG | COSTA TWILL TRUCKER TRADITIONS HAT COSTA BLUE/WHITE | $ 24.99 |
| 762 | HA 127M | 97963854061 | 2020 CATALOG | COSTA TWILL TRUCKER TRADITIONS HAT MOSS/STONE | $ 24.99 |
| 763 | HA 129B | 97963854092 | 2020 CATALOG | COSTA WOVEN TRUCKER SWORD HAT BLUE | $ 24.99 |
| 764 | HA 133B | 97963854146 | 2020 CATALOG | COSTA XL FIT TOPO TRUCKER COCO PALMS HAT BLUE | $ 24.99 |
| 765 | HA 134GR | 97963854153 | 2020 CATALOG | COSTA XL FIT TOPO TRUCKER PATCH BASS GREEN HEATHER | $ 24.99 |
| 766 | HA 138G | 97963854191 | 2020 CATALOG | COSTA XL FIT TOPO TRUCKER PATCH DORADO GRAY HEATHER | $ 24.99 |
| 767 | HA 136N | 97963854177 | 2020 CATALOG | COSTA XL FIT TOPO TRUCKER PATCH SAILFISH NAVY HEATHER | $ 24.99 |
| 768 | HA 135G | 97963854160 | 2020 CATALOG | COSTA XL FIT TOPO TRUCKER PATCH STRIPER GRAY HEATHER | $ 24.99 |
| 769 | HA 139G | 97963854207 | 2020 CATALOG | COSTA XL FIT TOPO TRUCKER PATCH TARPON GRAY HEATHER | $ 24.99 |
| 770 | HA 137N | 97963854184 | 2020 CATALOG | COSTA XL FIT TOPO TRUCKER PATCH TUNA NAVY HEATHER | $ 24.99 |
| 771 | HA 125G | 97963854023 | 2020 CATALOG | COSTA XL TRUCKER GRADIENT LOGO PERFORMANCE HAT GRAY | $ 24.99 |
| 772 | HA 125RB | 97963854030 | 2020 CATALOG | COSTA XL TRUCKER GRADIENT LOGO PERFORMANCE HAT ROYAL BLUE | $ 24.99 |
| 773 | HA 52G | 97963546768 | 2020 CATALOG | MARLIN FITTED GRAY/WHITE STRETCH TRUCKER | $ 24.99 |
| 774 | HA 55NB | 97963553575 | 2020 CATALOG | NEON TRUCKER GRAPHITE TWILL WITH NEON BLUE STITCHING | $ 24.99 |
| 775 | HA 55NG | 97963553568 | 2020 CATALOG | NEON TRUCKER GRAPHITE TWILL WITH NEON GREEN STITICHING | $ 24.99 |
| 776 | HA 69G | 97963652148 | 2020 CATALOG | OCEARCH BLITZ GRAY HAT | $ 24.99 |
| 777 | HA 113G | 97963826112 | 2020 CATALOG | OCEARCH CIRCLE SHARK TRUCKER HAT GRAY/GRAY OC19 | $ 24.99 |
| 778 | HA 111CB | 97963826099 | 2020 CATALOG | OCEARCH HUDDLE TRUCKER HAT COSTA BLUE/WHITE OC19 | $ 24.99 |
| 779 | HA 65M | 97963557528 | 2020 CATALOG | ORIGINAL PATCH BASS MOSS/STONE | $ 24.99 |
| 780 | HA 65N | 97963557535 | 2020 CATALOG | ORIGINAL PATCH BASS NAVY/WHITE | $ 24.99 |
| 781 | HA 57BL | 97963557344 | 2020 CATALOG | STEALTH MARLIN BLACK | $ 24.99 |
| 782 | HA 146G | 97963863018 | BTO2 Americana - Live 4/1 | ALL WEATHER USA 6P PERFORMANCE GRAY HAT | $ 24.99 |
| 783 | HA 145LB | 97963863001 | BTO2 Americana - Live 4/1 | HUDDLE BASS USA SNAPBACK LIGHT BLUE HAT | $ 24.99 |
| 784 | HA 148G | 97963863032 | BTO2 Americana - Live 4/1 | LIBERTY SAIL USA 6P TRUCKER GRAY HAT | $ 24.99 |
| 785 | HA 147N | 97963863025 | BTO2 Americana - Live 4/1 | SCRIPTED USA 6P USA SNAPBACK NAVY HAT | $ 24.99 |
| 786 | HA 77G | 97963668866 | OLD | NEOPRENE COSTA TEXT HAT GRAY | $ 24.99 |
| 787 | HA 64BL | 97963557498 | OLD | ORIGINAL PATCH TUNA BLACK/BLACK | $ 24.99 |
| 788 | HA 77N | 97963668873 | OLD | NEOPRENE COSTA TEXT HAT NAVY | $ 24.99 |
| 789 | HA 112N | 97963826105 | OLD | OCEARCH SHARK WAVE TRUCKER HAT NAVY OC19 | $ 24.99 |
| 790 | HA 114N | 97963826129 | OLD | OCEARCH STONEHAM HAT NAVY/WHITE OC19 | $ 24.99 |
| 791 | CAROF 30CHL | 97963858694 | BTO2 Americana - Live 4/1 | BTO - CAROLINE CHILL 30 SMALL RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 792 | CAROF 31CHL | 97963858700 | BTO2 Americana - Live 4/1 | BTO - CAROLINE CHILL 31 MEDIUM RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 793 | CAROF 32CHL | 97963858717 | BTO2 Americana - Live 4/1 | BTO - CAROLINE CHILL 32 LARGE RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 794 | CAROF 33CHL | 97963858724 | BTO2 Americana - Live 4/1 | BTO - CAROLINE CHILL 33 XLARGE RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 795 | CAROF 34CHL | 97963858731 | BTO2 Americana - Live 4/1 | BTO - CAROLINE CHILL 34 XXLARGE RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 796 | CAROF 30W | 97963858748 | BTO2 Americana - Live 4/1 | BTO - CAROLINE WHITE 30 SMALL RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 797 | CAROF 31W | 97963858755 | BTO2 Americana - Live 4/1 | BTO - CAROLINE WHITE 31 MEDIUM RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 798 | CAROF 32W | 97963858762 | BTO2 Americana - Live 4/1 | BTO - CAROLINE WHITE 32 LARGE RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 799 | CAROF 33W | 97963858779 | BTO2 Americana - Live 4/1 | BTO - CAROLINE WHITE 33 XLARGE RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 800 | CAROF 34W | 97963858786 | BTO2 Americana - Live 4/1 | BTO - CAROLINE WHITE 34 XXLARGE RACERBACK TANK FEMALE SU20 | $ 25.00 |
| 801 | ONECOAST 00RBH | 97963673099 | OLD | ONE COAST ROYAL BLUE HEATHER BLEND 00 SMALL TSHIRT | $ 25.00 |
| 802 | ONECOAST 01RBH | 97963673105 | OLD | ONE COAST ROYAL BLUE HEATHER BLEND 01 MEDIUM TSHIRT | $ 25.00 |

| | A | B | C | D | E | |
|---|---|---|---|---|---|---|
| 803 | ONECOAST 02RBH | 97963673112 | OLD | ONE COAST ROYAL BLUE HEATHER BLEND 02 LARGE TSHIRT | $ | 25.00 |
| 804 | ONECOAST 03RBH | 97963673129 | OLD | ONE COAST ROYAL BLUE HEATHER BLEND 03 XLARGE TSHIRT | $ | 25.00 |
| 805 | ONECOAST 04RBH | 97963673136 | OLD | ONE COAST ROYAL BLUE HEATHER BLEND 04 XXLARGE TSHIRT | $ | 25.00 |
| 806 | ONECOAST B0HG | 97963817813 | OLD | ONE COAST HEATHER GRAY BLEND 00 SMALL TSHIRT | $ | 25.00 |
| 807 | ONECOAST B1HG | 97963817820 | OLD | ONE COAST HEATHER GRAY BLEND 01 MEDIUM TSHIRT | $ | 25.00 |
| 808 | ONECOAST B2HG | 97963817837 | OLD | ONE COAST HEATHER GRAY BLEND 02 LARGE TSHIRT | $ | 25.00 |
| 809 | ONECOAST B4HG | 97963817851 | OLD | ONE COAST HEATHER GRAY BLEND 04 XLARGE TSHIRT | $ | 25.00 |
| 810 | OCHYANNISF 34LB | 97963825382 | OLD | OCEARCH HYANNIS LIGHT BLUE 34 XXLARGE RACER BACK TANK FEMALE OC19 | $ | 25.00 |
| 811 | ARRAYF 30CHL | 97963849630 | 2020 CATALOG | ARRAY CHILL 30 SMALL FEMALE TANK | $ | 26.00 |
| 812 | ARRAYF 31CHL | 97963849647 | 2020 CATALOG | ARRAY CHILL 31 MEDIUM FEMALE TANK | $ | 26.00 |
| 813 | ARRAYF 32CHL | 97963849654 | 2020 CATALOG | ARRAY CHILL 32 LARGE FEMALE TANK | $ | 26.00 |
| 814 | ARRAYF 33CHL | 97963849661 | 2020 CATALOG | ARRAY CHILL 33 XLARGE FEMALE TANK | $ | 26.00 |
| 815 | ARRAYF 34CHL | 97963849678 | 2020 CATALOG | ARRAY CHILL 34 XXLARGE FEMALE TANK | $ | 26.00 |
| 816 | ARRAYF 30W | 97963849586 | 2020 CATALOG | ARRAY WHITE 30 SMALL FEMALE TANK | $ | 26.00 |
| 817 | ARRAYF 31W | 97963849593 | 2020 CATALOG | ARRAY WHITE 31 MEDIUM FEMALE TANK | $ | 26.00 |
| 818 | ARRAYF 32W | 97963849609 | 2020 CATALOG | ARRAY WHITE 32 LARGE FEMALE TANK | $ | 26.00 |
| 819 | ARRAYF 33W | 97963849616 | 2020 CATALOG | ARRAY WHITE 33 XLARGE FEMALE TANK | $ | 26.00 |
| 820 | ARRAYF 34W | 97963849623 | 2020 CATALOG | ARRAY WHITE 34 XXLARGE FEMALE TANK | $ | 26.00 |
| 821 | MONTSAILF 00MAV | 97963849432 | 2020 CATALOG | MONTAGE SAILFISH MAUVELOUS 00 SMALL FEMALE SHIRT | $ | 26.00 |
| 822 | MONTSAILF 01MAV | 97963849449 | 2020 CATALOG | MONTAGE SAILFISH MAUVELOUS 01 MEDIUM FEMALE SHIRT | $ | 26.00 |
| 823 | MONTSAILF 02MAV | 97963849456 | 2020 CATALOG | MONTAGE SAILFISH MAUVELOUS 02 LARGE FEMALE SHIRT | $ | 26.00 |
| 824 | MONTSAILF 03MAV | 97963849463 | 2020 CATALOG | MONTAGE SAILFISH MAUVELOUS 03 XLARGE FEMALE SHIRT | $ | 26.00 |
| 825 | MONTSAILF 04MAV | 97963849470 | 2020 CATALOG | MONTAGE SAILFISH MAUVELOUS 04 XXLARGE FEMALE SHIRT | $ | 26.00 |
| 826 | MONTSAILF 00TI | 97963849388 | 2020 CATALOG | MONTAGE SAILFISH TITANIUM 00 SMALL FEMALE SHIRT | $ | 26.00 |
| 827 | MONTSAILF 01TI | 97963849395 | 2020 CATALOG | MONTAGE SAILFISH TITANIUM 01 MEDIUM FEMALE SHIRT | $ | 26.00 |
| 828 | MONTSAILF 02TI | 97963849401 | 2020 CATALOG | MONTAGE SAILFISH TITANIUM 02 LARGE FEMALE SHIRT | $ | 26.00 |
| 829 | MONTSAILF 03TI | 97963849418 | 2020 CATALOG | MONTAGE SAILFISH TITANIUM 03 XLARGE FEMALE SHIRT | $ | 26.00 |
| 830 | MONTSAILF 04TI | 97963849425 | 2020 CATALOG | MONTAGE SAILFISH TITANIUM 04 XXLARGE FEMALE SHIRT | $ | 26.00 |
| 831 | PRTAILF 00N | 97963849289 | 2020 CATALOG | PRICE TAIL NAVY 00 SMALL SS FEMALE SHIRT | $ | 26.00 |
| 832 | PRTAILF 01N | 97963849296 | 2020 CATALOG | PRICE TAIL NAVY 01 MEDIUM SS FEMALE SHIRT | $ | 26.00 |
| 833 | PRTAILF 02N | 97963849302 | 2020 CATALOG | PRICE TAIL NAVY 02 LARGE SS FEMALE SHIRT | $ | 26.00 |
| 834 | PRTAILF 03N | 97963849319 | 2020 CATALOG | PRICE TAIL NAVY 03 XLARGE SS FEMALE SHIRT | $ | 26.00 |
| 835 | PRTAILF 04N | 97963849326 | 2020 CATALOG | PRICE TAIL NAVY 04 XXLARGE SS FEMALE SHIRT | $ | 26.00 |
| 836 | PRTAILF 00BUR | 97963849333 | 2020 CATALOG | PRICE TAIL VINTAGE BURGUNDY 00 SMALL FEMALE SHIRT | $ | 26.00 |
| 837 | PRTAILF 01BUR | 97963849340 | 2020 CATALOG | PRICE TAIL VINTAGE BURGUNDY 01 MEDIUM FEMALE SHIRT | $ | 26.00 |
| 838 | PRTAILF 02BUR | 97963849357 | 2020 CATALOG | PRICE TAIL VINTAGE BURGUNDY 02 LARGE FEMALE SHIRT | $ | 26.00 |
| 839 | PRTAILF 03BUR | 97963849364 | 2020 CATALOG | PRICE TAIL VINTAGE BURGUNDY 03 XLARGE FEMALE SHIRT | $ | 26.00 |
| 840 | PRTAILF 04BUR | 97963849371 | 2020 CATALOG | PRICE TAIL VINTAGE BURGUNDY 04 XXLARGE FEMALE SHIRT | $ | 26.00 |
| 841 | PRIDE B0CHH | 97963672443 | 2020 CATALOG | PRIDE SHIRT CHARCOAL HEATHER BLEND 00 SMALL SS T-SHIRT | $ | 26.00 |
| 842 | PRIDE B1CHH | 97963672450 | 2020 CATALOG | PRIDE SHIRT CHARCOAL HEATHER BLEND 01 MEDIUM SS T-SHIRT | $ | 26.00 |
| 843 | PRIDE B2CHH | 97963672467 | 2020 CATALOG | PRIDE SHIRT CHARCOAL HEATHER BLEND 02 LARGE SS T-SHIRT | $ | 26.00 |
| 844 | PRIDE B3CHH | 97963672474 | 2020 CATALOG | PRIDE SHIRT CHARCOAL HEATHER BLEND 03 XLARGE SS T-SHIRT | $ | 26.00 |
| 845 | PRIDE B4CHH | 97963672481 | 2020 CATALOG | PRIDE SHIRT CHARCOAL HEATHER BLEND 04 XXLARGE SS T-SHIRT | $ | 26.00 |
| 846 | PRIDE B0RH | 97963672399 | 2020 CATALOG | PRIDE SHIRT RED HEATHER BLEND 00 SMALL SS T-SHIRT | $ | 26.00 |
| 847 | PRIDE B1RH | 97963672405 | 2020 CATALOG | PRIDE SHIRT RED HEATHER BLEND 01 MEDIUM SS T-SHIRT | $ | 26.00 |
| 848 | PRIDE B2RH | 97963672412 | 2020 CATALOG | PRIDE SHIRT RED HEATHER BLEND 02 LARGE SS T-SHIRT | $ | 26.00 |
| 849 | PRIDE B3RH | 97963672429 | 2020 CATALOG | PRIDE SHIRT RED HEATHER BLEND 03 XLARGE SS T-SHIRT | $ | 26.00 |
| 850 | PRIDE B4RH | 97963672436 | 2020 CATALOG | PRIDE SHIRT RED HEATHER BLEND 04 XXLARGE SS T-SHIRT | $ | 26.00 |
| 851 | PRIDE B1RBH | 97963672351 | 2020 CATALOG | PRIDE SHIRT ROYAL BLUE HEAHTER BLEND 01 MEDIUM SS T-SHIRT | $ | 26.00 |
| 852 | PRIDE B0RBH | 97963672344 | 2020 CATALOG | PRIDE SHIRT ROYAL BLUE HEATHER BLEND 00 SMALL SS T-SHIRT | $ | 26.00 |
| 853 | PRIDE B2RBH | 97963672368 | 2020 CATALOG | PRIDE SHIRT ROYAL BLUE HEATHER BLEND 02 LARGE SS T-SHIRT | $ | 26.00 |
| 854 | PRIDE B3RBH | 97963672375 | 2020 CATALOG | PRIDE SHIRT ROYAL BLUE HEATHER BLEND 03 XLARGE SS T-SHIRT | $ | 26.00 |
| 855 | PRIDE B4RBH | 97963672382 | 2020 CATALOG | PRIDE SHIRT ROYAL BLUE HEATHER BLEND 04 XXLARGE SS T-SHIRT | $ | 26.00 |
| 856 | SAWYERF 00HG | 97963849531 | 2020 CATALOG | SAWYER HEATHER GRAY 00 SMALL V-NECK FEMALE SHIRT | $ | 26.00 |
| 857 | SAWYERF 01HG | 97963849548 | 2020 CATALOG | SAWYER HEATHER GRAY 01 MEDIUM V-NECK FEMALE SHIRT | $ | 26.00 |
| 858 | SAWYERF 02HG | 97963849555 | 2020 CATALOG | SAWYER HEATHER GRAY 02 LARGE V-NECK FEMALE SHIRT | $ | 26.00 |
| 859 | SAWYERF 03HG | 97963849562 | 2020 CATALOG | SAWYER HEATHER GRAY 03 XLARGE V-NECK FEMALE SHIRT | $ | 26.00 |
| 860 | SAWYERF 04HG | 97963849579 | 2020 CATALOG | SAWYER HEATHER GRAY 04 XXLARGE V-NECK FEMALE SHIRT | $ | 26.00 |
| 861 | SAWYERF 00MET | 97963849487 | 2020 CATALOG | SAWYER HEAVY METAL 00 SMALL V-NECK FEMALE SHIRT | $ | 26.00 |
| 862 | SAWYERF 01MET | 97963849494 | 2020 CATALOG | SAWYER HEAVY METAL 01 MEDIUM V-NECK FEMALE SHIRT | $ | 26.00 |
| 863 | SAWYERF 02MET | 97963849500 | 2020 CATALOG | SAWYER HEAVY METAL 02 LARGE V-NECK FEMALE SHIRT | $ | 26.00 |
| 864 | SAWYERF 03MET | 97963849517 | 2020 CATALOG | SAWYER HEAVY METAL 03 XLARGE V-NECK FEMALE SHIRT | $ | 26.00 |
| 865 | SAWYERF 04MET | 97963849524 | 2020 CATALOG | SAWYER HEAVY METAL 04 XXLARGE V-NECK FEMALE SHIRT | $ | 26.00 |
| 866 | STRAND B0CHH | 97963787321 | 2020 CATALOG | STRAND CHARCOAL HEATHER BLEND 00 SMALL SS TSHIRT | $ | 26.00 |
| 867 | STRAND B1CHH | 97963787338 | 2020 CATALOG | STRAND CHARCOAL HEATHER BLEND 01 MEDIUM SS TSHIRT | $ | 26.00 |
| 868 | STRAND B2CHH | 97963787345 | 2020 CATALOG | STRAND CHARCOAL HEATHER BLEND 02 LARGE SS TSHIRT | $ | 26.00 |
| 869 | STRAND B3CHH | 97963787352 | 2020 CATALOG | STRAND CHARCOAL HEATHER BLEND 03 XLARGE SS TSHIRT | $ | 26.00 |
| 870 | STRAND B4CHH | 97963787369 | 2020 CATALOG | STRAND CHARCOAL HEATHER BLEND 04 XXLARGE SS TSHIRT | $ | 26.00 |
| 871 | STRAND B0RH | 97963787376 | 2020 CATALOG | STRAND RED HEATHER BLEND 00 SMALL SS TSHIRT | $ | 26.00 |
| 872 | STRAND B1RH | 97963787383 | 2020 CATALOG | STRAND RED HEATHER BLEND 01 MEDIUM SS TSHIRT | $ | 26.00 |
| 873 | STRAND B2RH | 97963787390 | 2020 CATALOG | STRAND RED HEATHER BLEND 02 LARGE SS TSHIRT | $ | 26.00 |
| 874 | STRAND B3RH | 97963787406 | 2020 CATALOG | STRAND RED HEATHER BLEND 03 XLARGE SS TSHIRT | $ | 26.00 |
| 875 | STRAND B4RH | 97963787413 | 2020 CATALOG | STRAND RED HEATHER BLEND 04 XXLARGE SS TSHIRT | $ | 26.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 876 | FURY B0NH | 97963850896 | BTO 1 | BTO - FURY HEATHER NAVY 00 SMALL SS BLEND TSHIRT SP20 | $ 26.00 |
| 877 | FURY B1NH | 97963850902 | BTO 1 | BTO - FURY HEATHER NAVY 01 MEDIUM SS BLEND TSHIRT SP20 | $ 26.00 |
| 878 | FURY B2NH | 97963850919 | BTO 1 | BTO - FURY HEATHER NAVY 02 LARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 879 | FURY B3NH | 97963850926 | BTO 1 | BTO - FURY HEATHER NAVY 03 XLARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 880 | FURY B4NH | 97963850933 | BTO 1 | BTO - FURY HEATHER NAVY 04 XXLARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 881 | FURY B0RH | 97963850940 | BTO 1 | BTO - FURY RED HEATHER 00 SMALL SS BLEND TSHIRT SP20 | $ 26.00 |
| 882 | FURY B1RH | 97963850957 | BTO 1 | BTO - FURY RED HEATHER 01 MEDIUM SS BLEND TSHIRT SP20 | $ 26.00 |
| 883 | FURY B2RH | 97963850964 | BTO 1 | BTO - FURY RED HEATHER 02 LARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 884 | FURY B3RH | 97963850971 | BTO 1 | BTO - FURY RED HEATHER 03 XLARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 885 | FURY B4RH | 97963850988 | BTO 1 | BTO - FURY RED HEATHER 04 XXLARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 886 | MORGAN B0ABH | 97963851244 | BTO 1 | BTO - MORGAN HEATHER ATHLETIC BLUE 00 SMALL SS BLEND TSHIRT SP20 | $ 26.00 |
| 887 | MORGAN B1ABH | 97963851251 | BTO 1 | BTO - MORGAN HEATHER ATHLETIC BLUE 01 MEDIUM SS BLEND TSHIRT SP20 | $ 26.00 |
| 888 | MORGAN B2ABH | 97963851268 | BTO 1 | BTO - MORGAN HEATHER ATHLETIC BLUE 02 LARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 889 | MORGAN B3ABH | 97963851275 | BTO 1 | BTO - MORGAN HEATHER ATHLETIC BLUE 03 XLARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 890 | MORGAN B4ABH | 97963851282 | BTO 1 | BTO - MORGAN HEATHER ATHLETIC BLUE 04 XXLARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 891 | MORGAN B0RH | 97963851190 | BTO 1 | BTO - MORGAN RED HEATHER 00 SMALL SS BLEND TSHIRT SP20 | $ 26.00 |
| 892 | MORGAN B1RH | 97963851206 | BTO 1 | BTO - MORGAN RED HEATHER 01 MEDIUM SS BLEND TSHIRT SP20 | $ 26.00 |
| 893 | MORGAN B2RH | 97963851213 | BTO 1 | BTO - MORGAN RED HEATHER 02 LARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 894 | MORGAN B3RH | 97963851220 | BTO 1 | BTO - MORGAN RED HEATHER 03 XLARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 895 | MORGAN B4RH | 97963851237 | BTO 1 | BTO - MORGAN RED HEATHER 04 XXLARGE SS BLEND TSHIRT SP20 | $ 26.00 |
| 896 | FORMANF 00A | 97963860994 | BTO 2 - Live 4/1 | BTO - FORMAN ASH 00 SMALL SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 897 | FORMANF 01A | 97963861007 | BTO 2 - Live 4/1 | BTO - FORMAN ASH 01 MEDIUM SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 898 | FORMANF 02A | 97963861014 | BTO 2 - Live 4/1 | BTO - FORMAN ASH 02 LARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 899 | FORMANF 03A | 97963861021 | BTO 2 - Live 4/1 | BTO - FORMAN ASH 03 XLARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 900 | FORMANF 04A | 97963861038 | BTO 2 - Live 4/1 | BTO - FORMAN ASH 04 XXLARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 901 | FORMANF 00ID | 97963861045 | BTO 2 - Live 4/1 | BTO - FORMAN VINTAGE INDIGO 00 SMALL SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 902 | FORMANF 01ID | 97963861052 | BTO 2 - Live 4/1 | BTO - FORMAN VINTAGE INDIGO 01 MEDIUM SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 903 | FORMANF 02ID | 97963861069 | BTO 2 - Live 4/1 | BTO - FORMAN VINTAGE INDIGO 02 LARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 904 | FORMANF 03ID | 97963861076 | BTO 2 - Live 4/1 | BTO - FORMAN VINTAGE INDIGO 03 XLARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 905 | FORMANF 04ID | 97963861083 | BTO 2 - Live 4/1 | BTO - FORMAN VINTAGE INDIGO 04 XXLARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 906 | HYDE B0ABH | 97963860741 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER ATHLETIC BLUE 00 SMALL SS BLEND TSHIRT SU20 | $ 26.00 |
| 907 | HYDE B1ABH | 97963860758 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER ATHLETIC BLUE 01 MEDIUM SS BLEND TSHIRT SU20 | $ 26.00 |
| 908 | HYDE B2ABH | 97963860765 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER ATHLETIC BLUE 02 LARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 909 | HYDE B3ABH | 97963860772 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER ATHLETIC BLUE 03 XLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 910 | HYDE B4ABH | 97963860789 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER ATHLETIC BLUE 04 XXLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 911 | HYDE B0HB | 97963860697 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER BROWN 00 SMALL SS BLEND TSHIRT SU20 | $ 26.00 |
| 912 | HYDE B1HB | 97963860703 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER BROWN 01 MEDIUM SS BLEND TSHIRT SU20 | $ 26.00 |
| 913 | HYDE B2HB | 97963860710 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER BROWN 02 LARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 914 | HYDE B3HB | 97963860727 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER BROWN 02 XLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 915 | HYDE B4HB | 97963860734 | BTO 2 - Live 4/1 | BTO - HYDE HEATHER BROWN 03 XXLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 916 | RICOF 00BU | 97963861397 | BTO 2 - Live 4/1 | BTO - RICO BUTTER 00 SMALL SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 917 | RICOF 01BU | 97963861403 | BTO 2 - Live 4/1 | BTO - RICO BUTTER 01 MEDIUM SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 918 | RICOF 02BU | 97963861410 | BTO 2 - Live 4/1 | BTO - RICO BUTTER 02 LARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 919 | RICOF 03BU | 97963861427 | BTO 2 - Live 4/1 | BTO - RICO BUTTER 03 XLARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 920 | RICOF 04BU | 97963861434 | BTO 2 - Live 4/1 | BTO - RICO BUTTER 04 XXLARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 921 | RICOF 00RB | 97963861441 | BTO 2 - Live 4/1 | BTO - RICO ROYAL BLUE 00 SMALL SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 922 | RICOF 01RB | 97963861458 | BTO 2 - Live 4/1 | BTO - RICO ROYAL BLUE 01 MEDIUM SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 923 | RICOF 02RB | 97963861465 | BTO 2 - Live 4/1 | BTO - RICO ROYAL BLUE 02 LARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 924 | RICOF 03RB | 97963861472 | BTO 2 - Live 4/1 | BTO - RICO ROYAL BLUE 03 XLARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 925 | RICOF 04RB | 97963861489 | BTO 2 - Live 4/1 | BTO - RICO ROYAL BLUE 04 XXLARGE SS CREW FEMALE TSHIRT SU20 | $ 26.00 |
| 926 | SLATER B0RH | 97963859790 | BTO 2 - Live 4/1 | BTO - SLATER RED HEATHER 00 SMALL SS BLEND TSHIRT SU20 | $ 26.00 |
| 927 | SLATER B1RH | 97963859806 | BTO 2 - Live 4/1 | BTO - SLATER RED HEATHER 01 MEDIUM SS BLEND TSHIRT SU20 | $ 26.00 |
| 928 | SLATER B2RH | 97963859813 | BTO 2 - Live 4/1 | BTO - SLATER RED HEATHER 02 LARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 929 | SLATER B3RH | 97963859820 | BTO 2 - Live 4/1 | BTO - SLATER RED HEATHER 03 XLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 930 | SLATER B4RH | 97963859837 | BTO 2 - Live 4/1 | BTO - SLATER RED HEATHER 04 XXLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 931 | SLATER B0RBH | 97963859844 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE HEATHER 00 SMALL SS BLEND TSHIRT SU20 | $ 26.00 |
| 932 | SLATER B1RBH | 97963859851 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE HEATHER 01 MEDIUM SS BLEND TSHIRT SU20 | $ 26.00 |
| 933 | SLATER B2RBH | 97963859868 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE HEATHER 02 LARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 934 | SLATER B3RBH | 97963859875 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE HEATHER 03 XLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 935 | SLATER B4RBH | 97963859882 | BTO 2 - Live 4/1 | BTO - SLATER ROYAL BLUE HEATHER 04 XXLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 936 | VICEF 30D | 97963861342 | BTO 2 - Live 4/1 | BTO - VICE DENIM 30 SMALL FEMALE TANK SU20 | $ 26.00 |
| 937 | VICEF 31D | 97963861359 | BTO 2 - Live 4/1 | BTO - VICE DENIM 31 MEDIUM FEMALE TANK SU20 | $ 26.00 |
| 938 | VICEF 33D | 97963861373 | BTO 2 - Live 4/1 | BTO - VICE DENIM 33 XLARGE FEMALE TANK SU20 | $ 26.00 |
| 939 | VICEF 34D | 97963861380 | BTO 2 - Live 4/1 | BTO - VICE DENIM 34 XXLARGE FEMALE TANK SU20 | $ 26.00 |
| 940 | VICEF 32D | 97963861366 | BTO 2 - Live 4/1 | BTO - VICE DENIM DEW 32 LARGE FEMALE TANK SU20 | $ 26.00 |
| 941 | VICEF 30W | 97963861298 | BTO 2 - Live 4/1 | BTO - VICE WHITE 30 SMALL TANK FEMALE SU20 | $ 26.00 |
| 942 | VICEF 31W | 97963861304 | BTO 2 - Live 4/1 | BTO - VICE WHITE 31 MEDIUM FEMALE TANK SU20 | $ 26.00 |
| 943 | VICEF 32W | 97963861311 | BTO 2 - Live 4/1 | BTO - VICE WHITE 32 LARGE FEMALE TANK SU20 | $ 26.00 |
| 944 | VICEF 33W | 97963861328 | BTO 2 - Live 4/1 | BTO - VICE WHITE 33 XLARGE FEMALE TANK SU20 | $ 26.00 |
| 945 | VICEF 34W | 97963861335 | BTO 2 - Live 4/1 | BTO - VICE WHITE 34 XXLARGE FEMALE TANK SU20 | $ 26.00 |
| 946 | PRIDEUSA B0RH | 97963858496 | BTO2 Americana - Live 4/1 | BTO - PRIDE RED HEATHER 00 SMALL SS BLEND TSHIRT SU20 | $ 26.00 |
| 947 | PRIDEUSA B1RH | 97963858502 | BTO2 Americana - Live 4/1 | BTO - PRIDE RED HEATHER 01 MEDIUM SS BLEND TSHIRT SU20 | $ 26.00 |
| 948 | PRIDEUSA B2RH | 97963858519 | BTO2 Americana - Live 4/1 | BTO - PRIDE RED HEATHER 02 LARGE SS BLEND TSHIRT SU20 | $ 26.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 949 | PRIDEUSA B3RH | 97963858526 | BTO2 Americana - Live 4/1 | BTO - PRIDE RED HEATHER 03 XLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 950 | PRIDEUSA B4RH | 97963858533 | BTO2 Americana - Live 4/1 | BTO - PRIDE RED HEATHER 04 XXLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 951 | PRIDEUSA B0W | 97963858540 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 00 SMALL SS BLEND TSHIRT SU20 | $ 26.00 |
| 952 | PRIDEUSA B1W | 97963858557 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 01 MEDIUM SS BLEND TSHIRT SU20 | $ 26.00 |
| 953 | PRIDEUSA B2W | 97963858564 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 02 LARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 954 | PRIDEUSA B3W | 97963858571 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 03 XLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 955 | PRIDEUSA B4W | 97963858588 | BTO2 Americana - Live 4/1 | BTO - PRIDE WHITE 04 XXLARGE SS BLEND TSHIRT SU20 | $ 26.00 |
| 956 | SHININGF 00N | 97963858793 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 00 SMALL VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 957 | SHININGF 01N | 97963858809 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 01 MEDIUM VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 958 | SHININGF 02N | 97963858816 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 02 LARGE  VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 959 | SHININGF 03N | 97963858823 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 03 XLARGE VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 960 | SHININGF 04N | 97963858830 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA NAVY 04 XXLARGE VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 961 | SHININGF 00W | 97963858847 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA WHITE 00 SMALL VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 962 | SHININGF 01W | 97963858854 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA WHITE 01 MEDIUM VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 963 | SHININGF 02W | 97963858861 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA WHITE 02 LARGE  VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 964 | SHININGF 03W | 97963858878 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA WHITE 03 XLARGE VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 965 | SHININGF 04W | 97963858885 | BTO2 Americana - Live 4/1 | BTO - SHINING SEA WHITE 04 XXLARGE VNECK FEMALE SHIRT SU20 | $ 26.00 |
| 966 | OCDEPTHS P0LB | 97963837309 | Ecomm Only | OCEARCH DEPTHS LIGHT BLUE 00 SMALL SS PREMIUM TSHIRT OC19 - WEB EXLCU | $ 26.00 |
| 967 | OCDEPTHS P1LB | 97963837316 | Ecomm Only | OCEARCH DEPTHS LIGHT BLUE 10 MEDIUM SS PREMIUM TSHIRT OC19 - WEB EXCLU | $ 26.00 |
| 968 | OCDEPTHS P2LB | 97963837323 | Ecomm Only | OCEARCH DEPTHS LIGHT BLUE 11 LARGE SS PREMIUM TSHIRT OC19 - WEB EXCLU | $ 26.00 |
| 969 | OCDEPTHS P3LB | 97963837330 | Ecomm Only | OCEARCH DEPTHS LIGHT BLUE 12 XLARGE SS PREMIUM TSHIRT OC19 - WEB EXCLU | $ 26.00 |
| 970 | OCDEPTHS P4LB | 97963837347 | Ecomm Only | OCEARCH DEPTHS LIGHT BLUE 13 XXLARGE SS PREMIUM TSHIRT OC19 - WEB EXCLU | $ 26.00 |
| 971 | STRAND B0RBH | 97963814676 | OLD | STRAND ROYAL HEATHER BLEND 00 SMALL SS T-SHIRT | $ 26.00 |
| 972 | STRAND B1RBH | 97963814683 | OLD | STRAND ROYAL HEATHER BLEND 01 MEDIUM SS T-SHIRT | $ 26.00 |
| 973 | STRAND B2RBH | 97963814690 | OLD | STRAND ROYAL HEATHER BLEND 02 LARGE SS T-SHIRT | $ 26.00 |
| 974 | STRAND B3RBH | 97963814706 | OLD | STRAND ROYAL HEATHER BLEND 03 XLARGE SS T-SHIRT | $ 26.00 |
| 975 | STRAND B4RBH | 97963814713 | OLD | STRAND ROYAL HEATHER BLEND 04 XXLARGE SS T-SHIRT | $ 26.00 |
| 976 | BROADSIDE P1HG | 97963840668 | OLD | BTO - BROADSIDE HEATHER GRAY 01 MEDIUM PREMIUM SS TSHIRT H19 | $ 26.00 |
| 977 | COMPASS B1NH | 97963841061 | OLD | BTO - COMPASS HEATHER NAVY 01 MEDIUM BLEND SS TSHIRT H19 | $ 26.00 |
| 978 | INTHEWATER B0HBUR | 97963841252 | OLD | BTO - FEET IN THE WATER HEATHER BURGUNDY 00 SMALL BLEND SS TSHIRT H19 | $ 26.00 |
| 979 | INTHEWATER B2HBUR | 97963841276 | OLD | BTO - FEET IN THE WATER HEATHER BURGUNDY 02 LARGE BLEND SS TSHIRT H19 | $ 26.00 |
| 980 | INTHEWATER B4HBUR | 97963841290 | OLD | BTO - FEET IN THE WATER HEATHER BURGUNDY 04 XXLARGE BLEND SS TSHIRT H19 | $ 26.00 |
| 981 | INTHEWATER B4HN | 97963841245 | OLD | BTO - FEET IN THE WATER HEATHER NAVY 04 XXLARGE  BLEND SS TSHIRT H19 | $ 26.00 |
| 982 | IRENEO P3M | 97963840989 | OLD | BTO - IRENEO MAROON 03 XLARGE PREMIUM SS TSHIRT H19 | $ 26.00 |
| 983 | ODESSA B0W | 97963840408 | OLD | BTO - ODESSA WHITE 00 SMALL BLEND SS TSHIRT H19 | $ 26.00 |
| 984 | THBASS C0CM | 97963850391 | BTO 1 | BTO - HACKETT BASS COMFORT COLOR CHALKY MINT 00 SMALL SS TSHIRT SP20 | $ 28.00 |
| 985 | THBASS C1CM | 97963850407 | BTO 1 | BTO - HACKETT BASS COMFORT COLOR CHALKY MINT 01 MEDIUM SS TSHIRT SP20 | $ 28.00 |
| 986 | THBASS C2CM | 97963850414 | BTO 1 | BTO - HACKETT BASS COMFORT COLOR CHALKY MINT 02 LARGE SS TSHIRT SP20 | $ 28.00 |
| 987 | THBASS C3CM | 97963850421 | BTO 1 | BTO - HACKETT BASS COMFORT COLOR CHALKY MINT 03 XLARGE SS TSHIRT SP20 | $ 28.00 |
| 988 | THBASS C4CM | 97963850438 | BTO 1 | BTO - HACKETT BASS COMFORT COLOR CHALKY MINT 04 XXLARGE SS TSHIRT SP20 | $ 28.00 |
| 989 | THMARLIN C0W | 97963850445 | BTO 1 | BTO - HACKETT MARLIN COMFORT COLOR WHITE 00 SMALL SS TSHIRT SP20 | $ 28.00 |
| 990 | THMARLIN C1W | 97963850452 | BTO 1 | BTO - HACKETT MARLIN COMFORT COLOR WHITE 01 MEDIUM SS TSHIRT SP20 | $ 28.00 |
| 991 | THMARLIN C2W | 97963850469 | BTO 1 | BTO - HACKETT MARLIN COMFORT COLOR WHITE 02 LARGE SS TSHIRT SP20 | $ 28.00 |
| 992 | THMARLIN C3W | 97963850476 | BTO 1 | BTO - HACKETT MARLIN COMFORT COLOR WHITE 03 XLARGE SS TSHIRT SP20 | $ 28.00 |
| 993 | THMARLIN C4W | 97963850483 | BTO 1 | BTO - HACKETT MARLIN COMFORT COLOR WHITE 04 XXLARGE SS TSHIRT SP20 | $ 28.00 |
| 994 | PCWAVE C0BS | 97963851848 | BTO 1 | BTO - POSTCARD WAVE BRIGHT SALMON COMFORT COLOR 00 SMALL SS TSHIRT SP20 | $ 28.00 |
| 995 | PCWAVE C1BS | 97963851855 | BTO 1 | BTO - POSTCARD WAVE BRIGHT SALMON COMFORT COLOR 01 MEDIUM SS TSHIRT SP20 | $ 28.00 |
| 996 | PCWAVE C2BS | 97963851862 | BTO 1 | BTO - POSTCARD WAVE BRIGHT SALMON COMFORT COLOR 02 LARGE SS TSHIRT SP20 | $ 28.00 |
| 997 | PCWAVE C3BS | 97963851879 | BTO 1 | BTO - POSTCARD WAVE BRIGHT SALMON COMFORT COLOR 03 XLARGE SS TSHIRT SP20 | $ 28.00 |
| 998 | PCWAVE C4BS | 97963851886 | BTO 1 | BTO - POSTCARD WAVE BRIGHT SALMON COMFORT COLOR 04 XXLARGE SS TSHIRT SP20 | $ 28.00 |
| 999 | PCWAVE C0MD | 97963851794 | BTO 1 | BTO - POSTCARD WAVE MIDNIGHT COMFORT COLOR 00 SMALL SS TSHIRT SP20 | $ 28.00 |
| 1000 | PCWAVE C1MD | 97963851800 | BTO 1 | BTO - POSTCARD WAVE MIDNIGHT COMFORT COLOR 01 MEDIUM SS TSHIRT SP20 | $ 28.00 |
| 1001 | PCWAVE C2MD | 97963851817 | BTO 1 | BTO - POSTCARD WAVE MIDNIGHT COMFORT COLOR 02 LARGE SS TSHIRT SP20 | $ 28.00 |
| 1002 | PCWAVE C3MD | 97963851824 | BTO 1 | BTO - POSTCARD WAVE MIDNIGHT COMFORT COLOR 03 XLARGE SS TSHIRT SP20 | $ 28.00 |
| 1003 | PCWAVE C4MD | 97963851831 | BTO 1 | BTO - POSTCARD WAVE MIDNIGHT COMFORT COLOR 04 XXLARGE SS TSHIRT SP20 | $ 28.00 |
| 1004 | ANGLERB C0D | 97963859196 | BTO 2 - Live 4/1 | BTO - ANGLER BASS DENIM 00 SMALL COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1005 | ANGLERB C1D | 97963859202 | BTO 2 - Live 4/1 | BTO - ANGLER BASS DENIM 01 MEDIUM COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1006 | ANGLERB C2D | 97963859219 | BTO 2 - Live 4/1 | BTO - ANGLER BASS DENIM 02 LARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1007 | ANGLERB C3D | 97963859226 | BTO 2 - Live 4/1 | BTO - ANGLER BASS DENIM 03 XLARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1008 | ANGLERB C4D | 97963859233 | BTO 2 - Live 4/1 | BTO - ANGLER BASS DENIM 04 XXLARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1009 | ANGLERB C0SF | 97963859240 | BTO 2 - Live 4/1 | BTO - ANGLER BASS SEAFOAM 00 SMALL COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1010 | ANGLERB C1SF | 97963859257 | BTO 2 - Live 4/1 | BTO - ANGLER BASS SEAFOAM 01 MEDIUM COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1011 | ANGLERB C2SF | 97963859264 | BTO 2 - Live 4/1 | BTO - ANGLER BASS SEAFOAM 02 LARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1012 | ANGLERB C3SF | 97963859271 | BTO 2 - Live 4/1 | BTO - ANGLER BASS SEAFOAM 03 XLARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1013 | ANGLERB C4SF | 97963859288 | BTO 2 - Live 4/1 | BTO - ANGLER BASS SEAFOAM 04 XXLARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1014 | ANGLERR C0C | 97963859295 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH CUMIN 00 SMALL COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1015 | ANGLERR C1C | 97963859301 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH CUMIN 01 MEDIUM COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1016 | ANGLERR C2C | 97963859318 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH CUMIN 02 LARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1017 | ANGLERR C3C | 97963859325 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH CUMIN 03 XLARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1018 | ANGLERR C4C | 97963859332 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH CUMIN 04 XXLARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1019 | ANGLERR C0GR | 97963859349 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH GRANITE 00 SMALL COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1020 | ANGLERR C1GR | 97963859356 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH GRANITE 01 MEDIUM COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1021 | ANGLERR C2GR | 97963859363 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH GRANITE 02 LARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1022 | ANGLERR C3GR | 97963859370 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH GRANITE 03 XLARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1023 | ANGLERR C4GR | 97963859387 | BTO 2 - Live 4/1 | BTO - ANGLER REDFISH GRANITE 04 XXLARGE COMFORT COLOR SS TSHIRT SU20 | $ 28.00 |
| 1024 | HYDEF 00M | 97963861090 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/MAROON 00 SMALL SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1025 | HYDEF 01M | 97963861106 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/MAROON 01 MEDIUM SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1026 | HYDEF 02M | 97963861113 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/MAROON 02 LARGE SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1027 | HYDEF 03M | 97963861120 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/MAROON 03 XLARGE SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1028 | HYDEF 04M | 97963861137 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/MAROON 04 XXLARGE SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1029 | HYDEF 00N | 97963861144 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/NAVY 00 SMALL SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1030 | HYDEF 01N | 97963861151 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/NAVY 01 MEDIUM SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1031 | HYDEF 02N | 97963861168 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/NAVY 02 LARGE SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1032 | HYDEF 03N | 97963861175 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/NAVY 03 XLARGE SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1033 | HYDEF 04N | 97963861182 | BTO 2 - Live 4/1 | BTO - HYDE NATURAL/NAVY 04 XXLARGE SS RIB-CREW FEMALE TSHIRT SU20 | $ 28.00 |
| 1034 | SCHOOLIN CUPSS | 97963837439 | Ecomm Only | COSTA SCHOOLIN INSULATED TUMBLER WITH STRAW 16 OZ STAINLESS STEAL | $ 29.99 |
| 1035 | SCHOOLIN CUPBLK | 97963837446 | Ecomm Only | COSTA SCHOOLIN INSULATED TUMBLER WITH STRAW 16OZ  MATTE BLACK | $ 29.99 |
| 1036 | TECHTRINITY 00G | 97963848831 | 2020 CATALOG | TECHNICAL TRINITY CATIONIC GRAY 00 SMALL SS SHIRT | $ 30.00 |
| 1037 | TECHTRINITY 01G | 97963848848 | 2020 CATALOG | TECHNICAL TRINITY CATIONIC GRAY 01 MEDIUM SS SHIRT | $ 30.00 |
| 1038 | TECHTRINITY 02G | 97963848855 | 2020 CATALOG | TECHNICAL TRINITY CATIONIC GRAY 02 LARGE SS SHIRT | $ 30.00 |
| 1039 | TECHTRINITY 03G | 97963848862 | 2020 CATALOG | TECHNICAL TRINITY CATIONIC GRAY 03 XLARGE SS SHIRT | $ 30.00 |
| 1040 | TECHTRINITY 04G | 97963848879 | 2020 CATALOG | TECHNICAL TRINITY CATIONIC GRAY 04 XXLARGE SS SHIRT | $ 30.00 |
| 1041 | TECHTRINITY 00MT | 97963848886 | 2020 CATALOG | TECHNICAL TRINITY MINT 00 SMALL SS SHIRT | $ 30.00 |
| 1042 | TECHTRINITY 01MT | 97963848893 | 2020 CATALOG | TECHNICAL TRINITY MINT 01 MEDIUM SS SHIRT | $ 30.00 |
| 1043 | TECHTRINITY 02MT | 97963848909 | 2020 CATALOG | TECHNICAL TRINITY MINT 02 LARGE SS SHIRT | $ 30.00 |
| 1044 | TECHTRINITY 03MT | 97963848916 | 2020 CATALOG | TECHNICAL TRINITY MINT 03 XLARGE SS SHIRT | $ 30.00 |
| 1045 | TECHTRINITY 04MT | 97963848923 | 2020 CATALOG | TECHNICAL TRINITY MINT 04 XXLARGE SS SHIRT | $ 30.00 |
| 1046 | TECHTRINITY 00RB | 97963848787 | 2020 CATALOG | TECHNICAL TRINITY ROYAL BLUE 00 SMALL SS SHIRT | $ 30.00 |
| 1047 | TECHTRINITY 01RB | 97963848794 | 2020 CATALOG | TECHNICAL TRINITY ROYAL BLUE 01 MEDIUM SS SHIRT | $ 30.00 |
| 1048 | TECHTRINITY 02RB | 97963848800 | 2020 CATALOG | TECHNICAL TRINITY ROYAL BLUE 02 LARGE SS SHIRT | $ 30.00 |
| 1049 | TECHTRINITY 03RB | 97963848817 | 2020 CATALOG | TECHNICAL TRINITY ROYAL BLUE 03 XLARGE SS SHIRT | $ 30.00 |
| 1050 | TECHTRINITY 04RB | 97963848824 | 2020 CATALOG | TECHNICAL TRINITY ROYAL BLUE 04 XXLARGE SS SHIRT | $ 30.00 |
| 1051 | CARMELF 00P | 97963861199 | BTO 2 - Live 4/1 | BTO - CARMEL DESERT PINK 00 SMALL SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1052 | CARMELF 01P | 97963861205 | BTO 2 - Live 4/1 | BTO - CARMEL DESERT PINK 01 MEDIUM SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1053 | CARMELF 02P | 97963861212 | BTO 2 - Live 4/1 | BTO - CARMEL DESERT PINK 02 LARGE SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1054 | CARMELF 03P | 97963861229 | BTO 2 - Live 4/1 | BTO - CARMEL DESERT PINK 03 XLARGE SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1055 | CARMELF 04P | 97963861236 | BTO 2 - Live 4/1 | BTO - CARMEL DESERT PINK 04 XXLARGE SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1056 | CARMELF 00MT | 97963861243 | BTO 2 - Live 4/1 | BTO - CARMEL MINT 00 SMALL SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1057 | CARMELF 01MT | 97963861250 | BTO 2 - Live 4/1 | BTO - CARMEL MINT 01 MEDIUM SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1058 | CARMELF 02MT | 97963861267 | BTO 2 - Live 4/1 | BTO - CARMEL MINT 02 LARGE SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1059 | CARMELF 03MT | 97963861274 | BTO 2 - Live 4/1 | BTO - CARMEL MINT 03 XLARGE SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1060 | CARMELF 04MT | 97963861281 | BTO 2 - Live 4/1 | BTO - CARMEL MINT 04 XXLARGE SS DOLMAN FEMALE TSHIRT SU20 | $ 30.00 |
| 1061 | HA 123B | 97963843348 | limited edition | FLIP PALLOT NEW SCHOOL HAT BLUE | $ 30.00 |
| 1062 | HA 122BL | 97963843331 | limited edition | FLIP PALLOT OLD SCHOOL HAT BLACK | $ 30.00 |
| 1063 | HA 84G | 97963669047 | 2020 CATALOG | COSTA BOONIE HAT GRAY - LARGE | $ 32.00 |
| 1064 | HA 84GXL | 97963671538 | 2020 CATALOG | COSTA BOONIE HAT GRAY - XLARGE | $ 32.00 |
| 1065 | HA 84K | 97963669030 | 2020 CATALOG | COSTA BOONIE HAT KHAKI - LARGE | $ 32.00 |
| 1066 | HA 84KXL | 97963671521 | 2020 CATALOG | COSTA BOONIE HAT KHAKI - XLARGE | $ 32.00 |
| 1067 | TOWEL 01 | 97963850339 | 2020 CATALOG | COSTA SPRAY 32X60 BEACH TOWEL | $ 32.00 |
| 1068 | TECHCREW 10AB | 97963662949 | 2020 CATALOG | TECHNICAL CREW ARCTIC BLUE 10 SMALL LS SHIRT | $ 35.00 |
| 1069 | TECHCREW 11AB | 97963662956 | 2020 CATALOG | TECHNICAL CREW ARCTIC BLUE 11 MEDIUM LS SHIRT | $ 35.00 |
| 1070 | TECHCREW 12AB | 97963662963 | 2020 CATALOG | TECHNICAL CREW ARCTIC BLUE 12 LARGE LS SHIRT | $ 35.00 |
| 1071 | TECHCREW 13AB | 97963662970 | 2020 CATALOG | TECHNICAL CREW ARCTIC BLUE 13 XLARGE LS SHIRT | $ 35.00 |
| 1072 | TECHCREW 14AB | 97963662987 | 2020 CATALOG | TECHNICAL CREW ARCTIC BLUE 14 XXLARGE LS SHIRT | $ 35.00 |
| 1073 | TECHCAT 10B | 97963847537 | 2020 CATALOG | TECHNICAL CREW CATONIC BLUE 10 SMALL LS SHIRT | $ 35.00 |
| 1074 | TECHCAT 11B | 97963847544 | 2020 CATALOG | TECHNICAL CREW CATONIC BLUE 11 MEDIUM LS SHIRT | $ 35.00 |
| 1075 | TECHCAT 12B | 97963847551 | 2020 CATALOG | TECHNICAL CREW CATONIC BLUE 12 LARGE LS SHIRT | $ 35.00 |
| 1076 | TECHCAT 13B | 97963847568 | 2020 CATALOG | TECHNICAL CREW CATONIC BLUE 13 XLARGE LS SHIRT | $ 35.00 |
| 1077 | TECHCAT 14B | 97963847575 | 2020 CATALOG | TECHNICAL CREW CATONIC BLUE 14 XXLARGE LS SHIRT | $ 35.00 |
| 1078 | TECHCAT 10G | 97963847483 | 2020 CATALOG | TECHNICAL CREW CATONIC GRAY 10 SMALL LS SHIRT | $ 35.00 |
| 1079 | TECHCAT 11G | 97963847490 | 2020 CATALOG | TECHNICAL CREW CATONIC GRAY 11 MEDIUM LS SHIRT | $ 35.00 |
| 1080 | TECHCAT 12G | 97963847506 | 2020 CATALOG | TECHNICAL CREW CATONIC GRAY 12 LARGE LS SHIRT | $ 35.00 |
| 1081 | TECHCAT 13G | 97963847513 | 2020 CATALOG | TECHNICAL CREW CATONIC GRAY 13 XLARGE LS SHIRT | $ 35.00 |
| 1082 | TECHCAT 14G | 97963847520 | 2020 CATALOG | TECHNICAL CREW CATONIC GRAY 14 XXLARGE LS SHIRT | $ 35.00 |
| 1083 | TECHCREW 10G | 97963662741 | 2020 CATALOG | TECHNICAL CREW GRAY 10 SMALL LS SHIRT | $ 35.00 |
| 1084 | TECHCREW 11G | 97963662758 | 2020 CATALOG | TECHNICAL CREW GRAY 11 MEDIUM LS SHIRT | $ 35.00 |
| 1085 | TECHCREW 12G | 97963662765 | 2020 CATALOG | TECHNICAL CREW GRAY 12 LARGE LS SHIRT | $ 35.00 |
| 1086 | TECHCREW 13G | 97963662772 | 2020 CATALOG | TECHNICAL CREW GRAY 13 XLARGE LS SHIRT | $ 35.00 |
| 1087 | TECHCREW 14G | 97963662789 | 2020 CATALOG | TECHNICAL CREW GRAY 14 XXLARGE LS SHIRT | $ 35.00 |
| 1088 | TECHCREW 10MT | 97963662895 | 2020 CATALOG | TECHNICAL CREW MINT 10 SMALL LS SHIRT | $ 35.00 |
| 1089 | TECHCREW 11MT | 97963662901 | 2020 CATALOG | TECHNICAL CREW MINT 11 MEDIUM LS SHIRT | $ 35.00 |
| 1090 | TECHCREW 12MT | 97963662918 | 2020 CATALOG | TECHNICAL CREW MINT 12 LARGE LS SHIRT | $ 35.00 |
| 1091 | TECHCREW 13MT | 97963662925 | 2020 CATALOG | TECHNICAL CREW MINT 13 XLARGE LS SHIRT | $ 35.00 |
| 1092 | TECHCREW 14MT | 97963662932 | 2020 CATALOG | TECHNICAL CREW MINT 14 XXLARGE LS SHIRT | $ 35.00 |
| 1093 | TECHCREW 10Y | 97963847438 | 2020 CATALOG | TECHNICAL CREW PALE YELLOW 10 SMALL LS SHIRT | $ 35.00 |
| 1094 | TECHCREW 11Y | 97963847445 | 2020 CATALOG | TECHNICAL CREW PALE YELLOW 11 MEDIUM LS SHIRT | $ 35.00 |

| | A | B | C | D | E | |
|---|---|---|---|---|---|---|
| 1095 | TECHCREW 12Y | 97963847452 | 2020 CATALOG | TECHNICAL CREW PALE YELLOW 12 LARGE LS SHIRT | $ | 35.00 |
| 1096 | TECHCREW 13Y | 97963847469 | 2020 CATALOG | TECHNICAL CREW PALE YELLOW 13 XLARGE LS SHIRT | $ | 35.00 |
| 1097 | TECHCREW 14Y | 97963847476 | 2020 CATALOG | TECHNICAL CREW PALE YELLOW 14 XXLARGE LS SHIRT | $ | 35.00 |
| 1098 | TECHCREW 10RB | 97963662796 | 2020 CATALOG | TECHNICAL CREW ROYAL BLUE 10 SMALL LS SHIRT | $ | 35.00 |
| 1099 | TECHCREW 11RB | 97963662802 | 2020 CATALOG | TECHNICAL CREW ROYAL BLUE 11 MEDIUM LS SHIRT | $ | 35.00 |
| 1100 | TECHCREW 12RB | 97963662819 | 2020 CATALOG | TECHNICAL CREW ROYAL BLUE 12 LARGE LS SHIRT | $ | 35.00 |
| 1101 | TECHCREW 13RB | 97963662826 | 2020 CATALOG | TECHNICAL CREW ROYAL BLUE 13 XLARGE LS SHIRT | $ | 35.00 |
| 1102 | TECHCREW 14RB | 97963662833 | 2020 CATALOG | TECHNICAL CREW ROYAL BLUE 14 XXLARGE LS SHIRT | $ | 35.00 |
| 1103 | TECHCREW 10SAL | 97963847384 | 2020 CATALOG | TECHNICAL CREW SALMON 10 SMALL LS SHIRT | $ | 35.00 |
| 1104 | TECHCREW 11SAL | 97963847391 | 2020 CATALOG | TECHNICAL CREW SALMON 11 MEDIUM LS SHIRT | $ | 35.00 |
| 1105 | TECHCREW 12SAL | 97963847407 | 2020 CATALOG | TECHNICAL CREW SALMON 12 LARGE LS SHIRT | $ | 35.00 |
| 1106 | TECHCREW 13SAL | 97963847414 | 2020 CATALOG | TECHNICAL CREW SALMON 13 XLARGE LS SHIRT | $ | 35.00 |
| 1107 | TECHCREW 14SAL | 97963847421 | 2020 CATALOG | TECHNICAL CREW SALMON 14 XXLARGE LS SHIRT | $ | 35.00 |
| 1108 | TECHFLOF 10CB | 97963849838 | 2020 CATALOG | TECHNICAL FLOTILLA COLUMBIA BLUE 10 SMALL LS FEMALE SHIRT | $ | 35.00 |
| 1109 | TECHFLOF 11CB | 97963849845 | 2020 CATALOG | TECHNICAL FLOTILLA COLUMBIA BLUE 11 MEDIUM LS FEMALE SHIRT | $ | 35.00 |
| 1110 | TECHFLOF 12CB | 97963849852 | 2020 CATALOG | TECHNICAL FLOTILLA COLUMBIA BLUE 12 LARGE LS FEMALE SHIRT | $ | 35.00 |
| 1111 | TECHFLOF 13CB | 97963849869 | 2020 CATALOG | TECHNICAL FLOTILLA COLUMBIA BLUE 13 XLARGE LS FEMALE SHIRT | $ | 35.00 |
| 1112 | TECHFLOF 14CB | 97963849876 | 2020 CATALOG | TECHNICAL FLOTILLA COLUMBIA BLUE 14 XXLARGE LS FEMALE SHIRT | $ | 35.00 |
| 1113 | TECHFLOF 10MT | 97963849784 | 2020 CATALOG | TECHNICAL FLOTILLA MINT 10 SMALL LS FEMALE SHIRT | $ | 35.00 |
| 1114 | TECHFLOF 11MT | 97963849791 | 2020 CATALOG | TECHNICAL FLOTILLA MINT 11 MEDIUM LS FEMALE SHIRT | $ | 35.00 |
| 1115 | TECHFLOF 12MT | 97963849807 | 2020 CATALOG | TECHNICAL FLOTILLA MINT 12 LARGE LS FEMALE SHIRT | $ | 35.00 |
| 1116 | TECHFLOF 13MT | 97963849814 | 2020 CATALOG | TECHNICAL FLOTILLA MINT 13 XLARGE LS FEMALE SHIRT | $ | 35.00 |
| 1117 | TECHFLOF 14MT | 97963849821 | 2020 CATALOG | TECHNICAL FLOTILLA MINT 14 XXLARGE LS FEMALE SHIRT | $ | 35.00 |
| 1118 | TECHINSBASS 10CB | 97963850599 | BTO 1 | BTO - TECHNICAL INSIGNIA BASS CAROLINA BLUE 10 SMALL LS SHIRT SP20 | $ | 35.00 |
| 1119 | TECHINSBASS 11CB | 97963850605 | BTO 1 | BTO - TECHNICAL INSIGNIA BASS CAROLINA BLUE 11 MEDIUM LS SHIRT SP20 | $ | 35.00 |
| 1120 | TECHINSBASS 12CB | 97963850612 | BTO 1 | BTO - TECHNICAL INSIGNIA BASS CAROLINA BLUE 12 LARGE LS SHIRT SP20 | $ | 35.00 |
| 1121 | TECHINSBASS 13CB | 97963850629 | BTO 1 | BTO - TECHNICAL INSIGNIA BASS CAROLINA BLUE 13 XLARGE LS SHIRT SP20 | $ | 35.00 |
| 1122 | TECHINSBASS 14CB | 97963850636 | BTO 1 | BTO - TECHNICAL INSIGNIA BASS CAROLINA BLUE 14 XXLARGE LS SHIRT SP20 | $ | 35.00 |
| 1123 | TECHNOTLEYF 10AB | 97963861496 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY ARCTIC BLUE 10 SMALL LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1124 | TECHNOTLEYF 11AB | 97963861502 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY ARCTIC BLUE 11 MEDIUM LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1125 | TECHNOTLEYF 12AB | 97963861519 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY ARCTIC BLUE 12 LARGE LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1126 | TECHNOTLEYF 13AB | 97963861526 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY ARCTIC BLUE 13 XLARGE LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1127 | TECHNOTLEYF 14AB | 97963861533 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY ARCTIC BLUE 14 XXLARGE LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1128 | TECHNOTLEYF 10MT | 97963861540 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY MINT 10 SMALL LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1129 | TECHNOTLEYF 11MT | 97963861557 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY MINT 11 MEDIUM LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1130 | TECHNOTLEYF 12MT | 97963861564 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY MINT 12 LARGE LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1131 | TECHNOTLEYF 13MT | 97963861571 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY MINT 13 XLARGE LS SHIRT FEMALE SU20 | $ | 35.00 |
| 1132 | TECHNOTLEYF 14MT | 97963861588 | BTO 2 - Live 4/1 | BTO - TECHNICAL NOTLEY MINT 14 XXLARGE LS SHIRT FEMLAE SU20 | $ | 35.00 |
| 1133 | TECHSLATER 10N | 97963859141 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER NAVY 10 SMALL LS SHIRT SU20 | $ | 35.00 |
| 1134 | TECHSLATER 11N | 97963859158 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER NAVY 11 MEDIUM LS SHIRT SU20 | $ | 35.00 |
| 1135 | TECHSLATER 12N | 97963859165 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER NAVY 12 LARGE LS SHIRT SU20 | $ | 35.00 |
| 1136 | TECHSLATER 13N | 97963859172 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER NAVY 13 XLARGE LS SHIRT SU20 | $ | 35.00 |
| 1137 | TECHSLATER 14N | 97963859189 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER NAVY 14 XXLARGE LS SHIRT SU20 | $ | 35.00 |
| 1138 | TECHSLATER 10RB | 97963859097 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER ROYAL BLUE 10 SMALL LS SHIRT SU20 | $ | 35.00 |
| 1139 | TECHSLATER 11RB | 97963859103 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER ROYAL BLUE 11 MEDIUM LS SHIRT SU20 | $ | 35.00 |
| 1140 | TECHSLATER 12RB | 97963859110 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER ROYAL BLUE 12 LARGE LS SHIRT SU20 | $ | 35.00 |
| 1141 | TECHSLATER 13RB | 97963859127 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER ROYAL BLUE 13 XLARGE LS SHIRT SU20 | $ | 35.00 |
| 1142 | TECHSLATER 14RB | 97963859134 | BTO 2 - Live 4/1 | BTO - TECHNICAL SLATER ROYAL BLUE 14 XXLARGE LS SHIRT SU20 | $ | 35.00 |
| 1143 | TECHFIRE 10AB | 97963858991 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS ARCTIC BLUE 10 SMALL LS SHIRT SU20 | $ | 35.00 |
| 1144 | TECHFIRE 11AB | 97963859004 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS ARCTIC BLUE 11 MEDIUM LS SHIRT SU20 | $ | 35.00 |
| 1145 | TECHFIRE 12AB | 97963859011 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS ARCTIC BLUE 12 LARGE LS SHIRT SU20 | $ | 35.00 |
| 1146 | TECHFIRE 13AB | 97963859028 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS ARCTIC BLUE 13 XLARGE LS SHIRT SU20 | $ | 35.00 |
| 1147 | TECHFIRE 14AB | 97963859035 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS ARCTIC BLUE 14 XXLARGE LS SHIRT SU20 | $ | 35.00 |
| 1148 | TECHFIRE 10G | 97963859042 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS PEARL GRAY 10 SMALL LS SHIRT SU20 | $ | 35.00 |
| 1149 | TECHFIRE 11G | 97963859059 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS PEARL GRAY 11 MEDIUM LS SHIRT SU20 | $ | 35.00 |
| 1150 | TECHFIRE 12G | 97963859066 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS PEARL GRAY 12 LARGE LS SHIRT SU20 | $ | 35.00 |
| 1151 | TECHFIRE 13G | 97963859073 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS PEARL GRAY 13 XLARGE LS SHIRT SU20 | $ | 35.00 |
| 1152 | TECHFIRE 14G | 97963859080 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL FIREWORKS PEARL GRAY 14 XXLARGE LS SHIRT SU20 | $ | 35.00 |
| 1153 | TECHSTREAM 10G | 97963858892 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER CARBON GRAY 10 SMALL LS SHIRT SU20 | $ | 35.00 |
| 1154 | TECHSTREAM 11G | 97963858908 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER CARBON GRAY 11 MEDIUM LS SHIRT SU20 | $ | 35.00 |
| 1155 | TECHSTREAM 12G | 97963858915 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER CARBON GRAY 12 LARGE LS SHIRT SU20 | $ | 35.00 |
| 1156 | TECHSTREAM 13G | 97963858922 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER CARBON GRAY 13 XLARGE LS SHIRT SU20 | $ | 35.00 |
| 1157 | TECHSTREAM 14G | 97963858939 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER CARBON GRAY 14 XXLARGE LS SHIRT SU20 | $ | 35.00 |
| 1158 | TECHSTREAM 10MT | 97963858946 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER MINT 10 SMALL LS SHIRT SU20 | $ | 35.00 |
| 1159 | TECHSTREAM 11MT | 97963858953 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER MINT 11 MEDIUM LS SHIRT SU20 | $ | 35.00 |
| 1160 | TECHSTREAM 12MT | 97963858960 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER MINT 12 LARGE LS SHIRT SU20 | $ | 35.00 |
| 1161 | TECHSTREAM 13MT | 97963858977 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER MINT 13 XLARGE LS SHIRT SU20 | $ | 35.00 |
| 1162 | TECHSTREAM 14MT | 97963858984 | BTO2 Americana - Live 4/1 | BTO - TECHNICAL STREAMER MINT 14 XXLARGE LS SHIRT SU20 | $ | 35.00 |
| 1163 | TECHCOLONIAL 10N | 97963870108 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL COLONIAL SAIL NAVY 10 SMALL LS SHIRT SU20 | $ | 35.00 |
| 1164 | TECHCOLONIAL 11N | 97963870115 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL COLONIAL SAIL NAVY 11 MEDIUM LS SHIRT SU20 | $ | 35.00 |
| 1165 | TECHCOLONIAL 12N | 97963870122 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL COLONIAL SAIL NAVY 12 LARGE LS SHIRT SU20 | $ | 35.00 |
| 1166 | TECHCOLONIAL 13N | 97963870139 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL COLONIAL SAIL NAVY 13 XLARGE LS SHIRT SU20 | $ | 35.00 |
| 1167 | TECHCOLONIAL 14N | 97963870146 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL COLONIAL SAIL NAVY 14 XXLARGE LS SHIRT SU20 | $ | 35.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1168 | TECHFIREF 10CB | 97963870054 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL FIREWORKS COLUMBIA BLUE 10 SMALL LS SHIRT FEMALE SU20 | $ 35.00 |
| 1169 | TECHFIREF 11CB | 97963870061 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL FIREWORKS COLUMBIA BLUE 11 MEDIUM LS SHIRT FEMALE SU20 | $ 35.00 |
| 1170 | TECHFIREF 12CB | 97963870078 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL FIREWORKS COLUMBIA BLUE 12 LARGE LS SHIRT FEMALE SU20 | $ 35.00 |
| 1171 | TECHFIREF 13CB | 97963870085 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL FIREWORKS COLUMBIA BLUE 13 XLARGE LS SHIRT FEMALE SU20 | $ 35.00 |
| 1172 | TECHFIREF 14CB | 97963870092 | BTO2 Americana - Live 4/1 | WEB - TECHNICAL FIREWORKS COLUMBIA BLUE 14 XXLARGE LS SHIRT FEMALE SU20 | $ 35.00 |
| 1173 | TECHAMERI 11W | 97963820998 | OLD | BTO - TECHNICAL AMERICOSTA WHITE 11 MEDIUM LS SHIRT SU19 | $ 35.00 |
| 1174 | TECHAMERI 12W | 97963821001 | OLD | BTO - TECHNICAL AMERICOSTA WHITE 12 LARGE LS SHIRT SU19 | $ 35.00 |
| 1175 | TECHAMERI 13W | 97963821018 | OLD | BTO - TECHNICAL AMERICOSTA WHITE 13 XLARGE LS SHIRT SU19 | $ 35.00 |
| 1176 | TECHPARA 13MT | 97963823043 | OLD | BTO - TECHNICAL PARAISO MINT 13 XLARGE LS SHIRT FEMALE SU19 | $ 35.00 |
| 1177 | TECHPRIDE 10AB | 97963821087 | OLD | BTO - TECHNICAL PRIDE ARCTIC BLUE 10 SMALL LS SHIRT SU19 | $ 35.00 |
| 1178 | TECHPRIDE 11GR | 97963821049 | OLD | BTO - TECHNICAL PRIDE GRAY 11 MEDIUM LS SHIRT SU19 | $ 35.00 |
| 1179 | TECHPRIDE 12AB | 97963821100 | OLD | BTO - TECHNICAL PRIDE ARCTIC BLUE 12 LARGE LS SHIRT SU19 | $ 35.00 |
| 1180 | TECHPRIDE 12GR | 97963821056 | OLD | BTO - TECHNICAL PRIDE GRAY 12 LARGE LS SHIRT SU19 | $ 35.00 |
| 1181 | TECHPRIDE 14GR | 97963821070 | OLD | BTO - TECHNICAL PRIDE GRAY 14 XXLARGE LS SHIRT SU19 | $ 35.00 |
| 1182 | BROADSIDEF 10FB | 97963849739 | 2020 CATALOG | BROADSIDE FLO BLUE 10 SMALL LS FEMALE TSHIRT | $ 36.00 |
| 1183 | BROADSIDEF 11FB | 97963849746 | 2020 CATALOG | BROADSIDE FLO BLUE 11 MEDIUM LS FEMALE TSHIRT | $ 36.00 |
| 1184 | BROADSIDEF 12FB | 97963849753 | 2020 CATALOG | BROADSIDE FLO BLUE 12 LARGE LS FEMALE TSHIRT | $ 36.00 |
| 1185 | BROADSIDEF 13FB | 97963849760 | 2020 CATALOG | BROADSIDE FLO BLUE 13 XLARGE LS FEMALE TSHIRT | $ 36.00 |
| 1186 | BROADSIDEF 14FB | 97963849777 | 2020 CATALOG | BROADSIDE FLO BLUE 14 XXLARGE LS FEMALE TSHIRT | $ 36.00 |
| 1187 | BROADSIDEF 10WAT | 97963849685 | 2020 CATALOG | BROADSIDE WATERMELON 10 SMALL LS FEMALE TSHIRT | $ 36.00 |
| 1188 | BROADSIDEF 11WAT | 97963849692 | 2020 CATALOG | BROADSIDE WATERMELON 11 MEDIUM LS FEMALE TSHIRT | $ 36.00 |
| 1189 | BROADSIDEF 12WAT | 97963849708 | 2020 CATALOG | BROADSIDE WATERMELON 12 LARGE LS FEMALE TSHIRT | $ 36.00 |
| 1190 | BROADSIDEF 13WAT | 97963849722 | 2020 CATALOG | BROADSIDE WATERMELON 13 XLARGE LS FEMALE TSHIRT | $ 36.00 |
| 1191 | BROADSIDEF 14WAT | 97963849715 | 2020 CATALOG | BROADSIDE WATERMELON 14 XXLARGE LS FEMALE TSHIRT | $ 36.00 |
| 1192 | SAWYER 10BER | 97963846622 | OLD | SMU - SAWYER BERRY COMFORT COLOR 10 SMALL LS H19 | $ 36.00 |
| 1193 | SAWYER 11CB | 97963846585 | OLD | SMU - SAWYER CHINA BLUE COMFORT COLOR 11 MEDIUM LS H19 | $ 36.00 |
| 1194 | SCHOOLIN CUPBLK 20 | 97963846561 | Ecomm Only | COSTA SCHOOLIN INSULATED TUMBLER WITH STRAW 20OZ MATTE BLACK | $ 37.99 |
| 1195 | OCTECHWAVE 10G | 97963825993 | 2020 CATALOG | OCEARCH TECHNICAL WAVE SHARK 10 SMALL LS SHIRT OC19 | $ 40.00 |
| 1196 | OCTECHWAVE 11G | 97963826006 | 2020 CATALOG | OCEARCH TECHNICAL WAVE SHARK 11 MEDIUM LS SHIRT OC19 | $ 40.00 |
| 1197 | OCTECHWAVE 12G | 97963826013 | 2020 CATALOG | OCEARCH TECHNICAL WAVE SHARK 12 LARGE LS SHIRT OC19 | $ 40.00 |
| 1198 | OCTECHWAVE 13G | 97963826020 | 2020 CATALOG | OCEARCH TECHNICAL WAVE SHARK 13 XLARGE LS SHIRT OC19 | $ 40.00 |
| 1199 | OCTECHWAVE 14G | 97963826037 | 2020 CATALOG | OCEARCH TECHNICAL WAVE SHARK 14 XXLARGE LS SHIRT OC19 | $ 40.00 |
| 1200 | TECHBASS19 10G | 97963815154 | 2020 CATALOG | TECHNICAL BASS GRAY 10 SMALL LS SHIRT 19 | $ 40.00 |
| 1201 | TECHBASS19 11G | 97963815161 | 2020 CATALOG | TECHNICAL BASS GRAY 11 MEDIUM LS SHIRT 19 | $ 40.00 |
| 1202 | TECHBASS19 12G | 97963815178 | 2020 CATALOG | TECHNICAL BASS GRAY 12 LARGE LS SHIRT 19 | $ 40.00 |
| 1203 | TECHBASS19 13G | 97963815185 | 2020 CATALOG | TECHNICAL BASS GRAY 13 XLARGE LS SHIRT 19 | $ 40.00 |
| 1204 | TECHBASS19 14G | 97963815192 | 2020 CATALOG | TECHNICAL BASS GRAY 14 XXLARGE LS SHIRT 19 | $ 40.00 |
| 1205 | TECHDORA19 10LB | 97963815208 | 2020 CATALOG | TECHNICAL DORADO LIGHT BLUE 10 SMALL LS SHIRT 19 | $ 40.00 |
| 1206 | TECHDORA19 11LB | 97963815215 | 2020 CATALOG | TECHNICAL DORADO LIGHT BLUE 11 MEDIUM LS SHIRT 19 | $ 40.00 |
| 1207 | TECHDORA19 12LB | 97963815222 | 2020 CATALOG | TECHNICAL DORADO LIGHT BLUE 12 LARGE LS SHIRT 19 | $ 40.00 |
| 1208 | TECHDORA19 13LB | 97963815239 | 2020 CATALOG | TECHNICAL DORADO LIGHT BLUE 13 XLARGE LS SHIRT 19 | $ 40.00 |
| 1209 | TECHDORA19 14LB | 97963815246 | 2020 CATALOG | TECHNICAL DORADO LIGHT BLUE 14 XXLARGE LS SHIRT 19 | $ 40.00 |
| 1210 | TECHDOT 10CB | 97963847582 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO COSTA BLUE 10 SMALL LS SHIRT | $ 40.00 |
| 1211 | TECHDOT 11CB | 97963847599 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO COSTA BLUE 11 MEDIUM LS SHIRT | $ 40.00 |
| 1212 | TECHDOT 12CB | 97963847605 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO COSTA BLUE 12 LARGE LS SHIRT | $ 40.00 |
| 1213 | TECHDOT 13CB | 97963847612 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO COSTA BLUE 13 XLARGE LS SHIRT | $ 40.00 |
| 1214 | TECHDOT 14CB | 97963847629 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO COSTA BLUE 14 XXLARGE LS SHIRT | $ 40.00 |
| 1215 | TECHDOT 10GR | 97963847636 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO GREEN 10 SMALL LS SHIRT | $ 40.00 |
| 1216 | TECHDOT 11GR | 97963847643 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO GREEN 11 MEDIUM LS SHIRT | $ 40.00 |
| 1217 | TECHDOT 12GR | 97963847650 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO GREEN 12 LARGE LS SHIRT | $ 40.00 |
| 1218 | TECHDOT 13GR | 97963847667 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO GREEN 13 XLARGE LS SHIRT | $ 40.00 |
| 1219 | TECHDOT 14GR | 97963847674 | 2020 CATALOG | TECHNICAL DOT MATRIX CAMO GREEN 14 XXLARGE LS SHIRT | $ 40.00 |
| 1220 | TECHFAMILIA 10B | 97963847681 | 2020 CATALOG | TECHNICAL FAMILIA BLUE 10 SMALL LS SHIRT | $ 40.00 |
| 1221 | TECHFAMILIA 11B | 97963847698 | 2020 CATALOG | TECHNICAL FAMILIA BLUE 11 MEDIUM LS SHIRT | $ 40.00 |
| 1222 | TECHFAMILIA 12B | 97963847704 | 2020 CATALOG | TECHNICAL FAMILIA BLUE 12 LARGE LS SHIRT | $ 40.00 |
| 1223 | TECHFAMILIA 13B | 97963847711 | 2020 CATALOG | TECHNICAL FAMILIA BLUE 13 XLARGE LS SHIRT | $ 40.00 |
| 1224 | TECHFAMILIA 14B | 97963847728 | 2020 CATALOG | TECHNICAL FAMILIA BLUE 14 XXLARGE LS SHIRT | $ 40.00 |
| 1225 | TECHFAMILIA 10GR | 97963847735 | 2020 CATALOG | TECHNICAL FAMILIA GREEN 10 SMALL LS SHIRT | $ 40.00 |
| 1226 | TECHFAMILIA 11GR | 97963847742 | 2020 CATALOG | TECHNICAL FAMILIA GREEN 11 MEDIUM LS SHIRT | $ 40.00 |
| 1227 | TECHFAMILIA 12GR | 97963847759 | 2020 CATALOG | TECHNICAL FAMILIA GREEN 12 LARGE LS SHIRT | $ 40.00 |
| 1228 | TECHFAMILIA 13GR | 97963847766 | 2020 CATALOG | TECHNICAL FAMILIA GREEN 13 XLARGE LS SHIRT | $ 40.00 |
| 1229 | TECHFAMILIA 14GR | 97963847773 | 2020 CATALOG | TECHNICAL FAMILIA GREEN 14 XXLARGE LS SHIRT | $ 40.00 |
| 1230 | TECHSAIL19 10RB | 97963815253 | 2020 CATALOG | TECHNICAL SAILFISH ROYAL BLUE 10 SMALL LS SHIRT 19 | $ 40.00 |
| 1231 | TECHSAIL19 11RB | 97963815260 | 2020 CATALOG | TECHNICAL SAILFISH ROYAL BLUE 11 MEDIUM LS SHIRT 19 | $ 40.00 |
| 1232 | TECHSAIL19 12RB | 97963815277 | 2020 CATALOG | TECHNICAL SAILFISH ROYAL BLUE 12 LARGE LS SHIRT 19 | $ 40.00 |
| 1233 | TECHSAIL19 13RB | 97963815284 | 2020 CATALOG | TECHNICAL SAILFISH ROYAL BLUE 13 XLARGE LS SHIRT 19 | $ 40.00 |
| 1234 | TECHSAIL19 14RB | 97963815291 | 2020 CATALOG | TECHNICAL SAILFISH ROYAL BLUE 14 XXLARGE LS SHIRT 19 | $ 40.00 |
| 1235 | TECHTAR19 10G | 97963815307 | 2020 CATALOG | TECHNICAL TARPON GRAY 10 SMALL LS SHIRT 19 | $ 40.00 |
| 1236 | TECHTAR19 11G | 97963815314 | 2020 CATALOG | TECHNICAL TARPON GRAY 11 MEDIUM LS SHIRT 19 | $ 40.00 |
| 1237 | TECHTAR19 12G | 97963815321 | 2020 CATALOG | TECHNICAL TARPON GRAY 12 LARGE LS SHIRT 19 | $ 40.00 |
| 1238 | TECHTAR19 13G | 97963815338 | 2020 CATALOG | TECHNICAL TARPON GRAY 13 XLARGE LS SHIRT 19 | $ 40.00 |
| 1239 | TECHTAR19 14G | 97963815345 | 2020 CATALOG | TECHNICAL TARPON GRAY 14 XXLARGE LS SHIRT 19 | $ 40.00 |
| 1240 | TECHTOPO 10B | 97963815055 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC BLUE 10 SMALL LS SHIRT | $ 40.00 |

| | A | B | C | D | E | |
|---|---|---|---|---|---|---|
| 1241 | TECHTOPO 11B | 97963815062 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC BLUE 11 MEDIUM LS SHIRT | $ | 40.00 |
| 1242 | TECHTOPO 12B | 97963815079 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC BLUE 12 LARGE LS SHIRT | $ | 40.00 |
| 1243 | TECHTOPO 13B | 97963815086 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC BLUE 13 XLARGE LS SHIRT | $ | 40.00 |
| 1244 | TECHTOPO 14B | 97963815093 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC BLUE 14 XXLARGE LS SHIRT | $ | 40.00 |
| 1245 | TECHTOPO 10G | 97963815109 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC GRAY 10 SMALL LS SHIRT | $ | 40.00 |
| 1246 | TECHTOPO 11G | 97963815116 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC GRAY 11 MEDIUM LS SHIRT | $ | 40.00 |
| 1247 | TECHTOPO 12G | 97963815123 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC GRAY 12 LARGE LS SHIRT | $ | 40.00 |
| 1248 | TECHTOPO 13G | 97963815130 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC GRAY 13 XLARGE LS SHIRT | $ | 40.00 |
| 1249 | TECHTOPO 14G | 97963815147 | 2020 CATALOG | TECHNICAL TOPOGRAPHIC GRAY 14 XXLARGE LS SHIRT | $ | 40.00 |
| 1250 | TECHCAMO 10C | 97963789974 | 2020 CATALOG | TECHNICAL CAMO MOSSY OAK BREAKUP 10 SMALL LS SHIRT | $ | 45.00 |
| 1251 | TECHCAMO 11C | 97963789981 | 2020 CATALOG | TECHNICAL CAMO MOSSY OAK BREAKUP 11 MEDIUM LS SHIRT | $ | 45.00 |
| 1252 | TECHCAMO 12C | 97963789998 | 2020 CATALOG | TECHNICAL CAMO MOSSY OAK BREAKUP 12 LARGE LS SHIRT | $ | 45.00 |
| 1253 | TECHCAMO 13C | 97963790000 | 2020 CATALOG | TECHNICAL CAMO MOSSY OAK BREAKUP 13 XLARGE LS SHIRT | $ | 45.00 |
| 1254 | TECHCAMO 14C | 97963790017 | 2020 CATALOG | TECHNICAL CAMO MOSSY OAK BREAKUP 14 X XLARGE LS SHIRT | $ | 45.00 |
| 1255 | TECHHOOD 10AB | 97963663045 | 2020 CATALOG | TECHNICAL HOOD ARCTIC BLUE 10 SMALL LS SHIRT | $ | 45.00 |
| 1256 | TECHHOOD 11AB | 97963663052 | 2020 CATALOG | TECHNICAL HOOD ARCTIC BLUE 11 MEDIUM LS SHIRT | $ | 45.00 |
| 1257 | TECHHOOD 12AB | 97963663069 | 2020 CATALOG | TECHNICAL HOOD ARCTIC BLUE 12 LARGE LS SHIRT | $ | 45.00 |
| 1258 | TECHHOOD 13AB | 97963663076 | 2020 CATALOG | TECHNICAL HOOD ARCTIC BLUE 13 XLARGE LS SHIRT | $ | 45.00 |
| 1259 | TECHHOOD 14AB | 97963663083 | 2020 CATALOG | TECHNICAL HOOD ARCTIC BLUE 14 XXLARGE LS SHIRT | $ | 45.00 |
| 1260 | TECHHOOD 10G | 97963815352 | 2020 CATALOG | TECHNICAL HOOD GRAY 10 SMALL LS SHIRT | $ | 45.00 |
| 1261 | TECHHOOD 11G | 97963815369 | 2020 CATALOG | TECHNICAL HOOD GRAY 11 MEDIUM LS SHIRT | $ | 45.00 |
| 1262 | TECHHOOD 12G | 97963815376 | 2020 CATALOG | TECHNICAL HOOD GRAY 12 LARGE LS SHIRT | $ | 45.00 |
| 1263 | TECHHOOD 13G | 97963815383 | 2020 CATALOG | TECHNICAL HOOD GRAY 13 XLARGE LS SHIRT | $ | 45.00 |
| 1264 | TECHHOOD 14G | 97963815390 | 2020 CATALOG | TECHNICAL HOOD GRAY 14 XXLARGE LS SHIRT | $ | 45.00 |
| 1265 | TECHMOE 10B | 97963814959 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO BLUE 10 SMALL LS SHIRT | $ | 45.00 |
| 1266 | TECHMOE 11B | 97963814966 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO BLUE 11 MEDIUM LS SHIRT | $ | 45.00 |
| 1267 | TECHMOE 12B | 97963814973 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO BLUE 12 LARGE LS SHIRT | $ | 45.00 |
| 1268 | TECHMOE 13B | 97963814980 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO BLUE 13 XLARGE LS SHIRT | $ | 45.00 |
| 1269 | TECHMOE 14B | 97963814997 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO BLUE 14 XXLARGE LS SHIRT | $ | 45.00 |
| 1270 | TECHMOE 10G | 97963815000 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO GRAY 10 SMALL LS SHIRT | $ | 45.00 |
| 1271 | TECHMOE 11G | 97963815017 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO GRAY 11 MEDIUM LS SHIRT | $ | 45.00 |
| 1272 | TECHMOE 12G | 97963815024 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO GRAY 12 LARGE LS SHIRT | $ | 45.00 |
| 1273 | TECHMOE 13G | 97963815031 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO GRAY 13 XLARGE LS SHIRT | $ | 45.00 |
| 1274 | TECHMOE 14G | 97963815048 | 2020 CATALOG | TECHNICAL MOSSY OAK ELEMENTS CAMO GRAY 14 XXLARGE LS SHIRT | $ | 45.00 |
| 1275 | CLOGO 10HD | 97963850148 | Ecomm Only | WEB - C LOGO CREWNECK SWEATSHIRT HEATHER DUST 10 SMALL LS SHIRT | $ | 45.00 |
| 1276 | CLOGO 11HD | 97963850155 | Ecomm Only | WEB - C LOGO CREWNECK SWEATSHIRT HEATHER DUST 11 MEDIUM LS SHIRT | $ | 45.00 |
| 1277 | CLOGO 12HD | 97963850162 | Ecomm Only | WEB - C LOGO CREWNECK SWEATSHIRT HEATHER DUST 12 LARGE LS SHIRT | $ | 45.00 |
| 1278 | CLOGO 13HD | 97963850179 | Ecomm Only | WEB - C LOGO CREWNECK SWEATSHIRT HEATHER DUST 13 XLARGE LS SHIRT | $ | 45.00 |
| 1279 | CLOGO 14HD | 97963850186 | Ecomm Only | WEB - C LOGO CREWNECK SWEATSHIRT HEATHER DUST 14 XXLARGE LS SHIRT | $ | 45.00 |
| 1280 | TECHSCHOOLIN 10MT | 97963850049 | Ecomm Only | WEB - TECHNICAL SCHOOLIN REPREVE MINT 10 SMALL LS SHIRT | $ | 45.00 |
| 1281 | TECHSCHOOLIN 11MT | 97963850056 | Ecomm Only | WEB - TECHNICAL SCHOOLIN REPREVE MINT 11 MEDIUM LS SHIRT | $ | 45.00 |
| 1282 | TECHSCHOOLIN 12MT | 97963850063 | Ecomm Only | WEB - TECHNICAL SCHOOLIN REPREVE MINT 12 LARGE LS SHIRT | $ | 45.00 |
| 1283 | TECHSCHOOLIN 13MT | 97963850070 | Ecomm Only | WEB - TECHNICAL SCHOOLIN REPREVE MINT 13 XLARGE LS SHIRT | $ | 45.00 |
| 1284 | TECHSCHOOLIN 14MT | 97963850087 | Ecomm Only | WEB - TECHNICAL SCHOOLIN REPREVE MINT 14 XXLARGE LS SHIRT | $ | 45.00 |
| 1285 | BROADSIDE 20BL | 97963849081 | 2020 CATALOG | BROADSIDE BLACK 20 SMALL HOODY | $ | 50.00 |
| 1286 | BROADSIDE 21BL | 97963849098 | 2020 CATALOG | BROADSIDE BLACK 21 MEDIUM HOODY | $ | 50.00 |
| 1287 | BROADSIDE 22BL | 97963849104 | 2020 CATALOG | BROADSIDE BLACK 22 LARGE HOODY | $ | 50.00 |
| 1288 | BROADSIDE 23BL | 97963849111 | 2020 CATALOG | BROADSIDE BLACK 23 XLARGE HOODY | $ | 50.00 |
| 1289 | BROADSIDE 24BL | 97963849128 | 2020 CATALOG | BROADSIDE BLACK 24 XLARGE HOODY | $ | 50.00 |
| 1290 | BROADSIDE 20HG | 97963849135 | 2020 CATALOG | BROADSIDE HEATHER GRAY 20 SMALL HOODY | $ | 50.00 |
| 1291 | BROADSIDE 21HG | 97963849142 | 2020 CATALOG | BROADSIDE HEATHER GRAY 21 MEDIUM HOODY | $ | 50.00 |
| 1292 | BROADSIDE 22HG | 97963849159 | 2020 CATALOG | BROADSIDE HEATHER GRAY 22 LARGE HOODY | $ | 50.00 |
| 1293 | BROADSIDE 23HG | 97963849166 | 2020 CATALOG | BROADSIDE HEATHER GRAY 23 XLARGE HOODY | $ | 50.00 |
| 1294 | BROADSIDE 24HG | 97963849173 | 2020 CATALOG | BROADSIDE HEATHER GRAY 24 XXLARGE HOODY | $ | 50.00 |
| 1295 | SPSHIELD 23HG | 97963849210 | 2020 CATALOG | SPIECES SHIELD HEATHER GRAY 23 XLARGE ZIP HOOD | $ | 55.00 |
| 1296 | SPSHIELD 23N | 97963849265 | 2020 CATALOG | SPIECES SHIELD NAVY 23 XLARGE ZIP HOOD | $ | 55.00 |
| 1297 | SPSHIELD 20HG | 97963849180 | 2020 CATALOG | SPIECES SHIELD HEATHER GRAY 20 SMALL ZIP HOOD | $ | 55.00 |
| 1298 | SPSHIELD 21HG | 97963849197 | 2020 CATALOG | SPIECES SHIELD HEATHER GRAY 21 MEDIUM ZIP HOOD | $ | 55.00 |
| 1299 | SPSHIELD 22HG | 97963849203 | 2020 CATALOG | SPIECES SHIELD HEATHER GRAY 22 LARGE ZIP HOOD | $ | 55.00 |
| 1300 | SPSHIELD 24HG | 97963849227 | 2020 CATALOG | SPIECES SHIELD HEATHER GRAY 24 XXLARGE ZIP HOOD | $ | 55.00 |
| 1301 | SPSHIELD 20N | 97963849234 | 2020 CATALOG | SPIECES SHIELD NAVY 20 SMALL ZIP HOOD | $ | 55.00 |
| 1302 | SPSHIELD 21N | 97963849241 | 2020 CATALOG | SPIECES SHIELD NAVY 21 MEDIUM ZIP HOOD | $ | 55.00 |
| 1303 | SPSHIELD 22N | 97963849258 | 2020 CATALOG | SPIECES SHIELD NAVY 22 LARGE ZIP HOOD | $ | 55.00 |
| 1304 | SPSHIELD 24N | 97963849272 | 2020 CATALOG | SPIECES SHIELD NAVY 24 XXLARGE ZIP HOOD | $ | 55.00 |
| 1305 | BBAG GRY | 97963653435 | 2020 CATALOG | COSTA BEACH BAG - GRAY | $ | 59.99 |
| 1306 | BP20 BLK | 97963847193 | 2020 CATALOG | COSTA BACKPACK 20-LITER BLACK | $ | 79.99 |
| 1307 | BP20 KB | 97963653411 | 2020 CATALOG | COSTA BACKPACK 20-LITER GRAY | $ | 79.99 |
| 1308 | DU 45G | 97963808521 | 2020 CATALOG | COSTA DUFFLE BAG 45-LITER GRAY | $ | 99.00 |
| 1309 | BP30 BLK | 97963847209 | 2020 CATALOG | COSTA BACKPACK 30-LITER BLACK | $ | 99.99 |

## BEACHSIDE
6OZ 100% COMBED RING SPUN COTTON JERSEY

**DARK HEATHER:**
S: BEACH 00DHA
M: BEACH 01DHA
L: BEACH 02DHA
XL: BEACH 03DHA
XXL: BEACH 04DHA

**CARIBBEAN:**
S: BEACH 00CAR
M: BEACH 01CAR
L: BEACH 02CAR
XL: BEACH 03CAR
XXL: BEACH 04CAR

**NATURAL:**
S: BEACH 00NT
M: BEACH 01NT
L: BEACH 02NT
XL: BEACH 03NT
XXL: BEACH 04NT



  

LEFT CHEST

## MIRAMAR
6OZ 100% COMBED RING SPUN COTTON JERSEY
6OZ 50% COTTON / 50% POLYESTER (HEATHER COLORS)

**CHILL:**
S: MIRA 00CHL
M: MIRA 01CHL
L: MIRA 02CHL
XL: MIRA 03CHL
XXL: MIRA 04CHL

**GRAY HEATHER:**
S: MIRA 00G
M: MIRA 01G
L: MIRA 02G
XL: MIRA 03G
XXL: MIRA 04G

**LIGHT BLUE:**
S: MIRA 00LB
M: MIRA 01LB
L: MIRA 02LB
XL: MIRA 03LB
XXL: MIRA 04LB

**LIGHT BLUE:**
S: MIRA 10LB
M: MIRA 11LB
L: MIRA 12LB
XL: MIRA 13LB
XXL: MIRA 14LB

**WHITE:**
S: MIRA 10W
M: MIRA 11W
L: MIRA 12W
XL: MIRA 13W
XXL: MIRA 14W

LONG SLEEVE



   

LEFT CHEST

## TECH HOOD
4.1OZ 100% MICROFIBER POLYESTER

**GRAY:**
S: TECHHOOD 10G
M: TECHHOOD 11G
L: TECHHOOD 12G
XL: TECHHOOD 13G
XXL: TECHHOOD 14G

**ARCTIC BLUE:**
S: TECHHOOD 10AB
M: TECHHOOD 11AB
L: TECHHOOD 12AB
XL: TECHHOOD 13AB
XXL: TECHHOOD 14AB

LONG SLEEVE









---

## TECH TRINITY  NEW
4.1OZ 100% MICROFIBER POLYESTER

**ROYAL BLUE:**
S: TECHTRINITY 00RB
M: TECHTRINITY 01RB
L: TECHTRINITY 02RB
XL: TECHTRINITY 03RB
XXL: TECHTRINITY 04RB

**CATIONIC GRAY:**
S: TECHTRINITY 00G
M: TECHTRINITY 01G
L: TECHTRINITY 02G
XL: TECHTRINITY 03G
XXL: TECHTRINITY 04G

**MINT:**
S: TECHTRINITY 00MT
M: TECHTRINITY 01MT
L: TECHTRINITY 02MT
XL: TECHTRINITY 03MT
XXL: TECHTRINITY 04MT







LEFT CHEST

## BROADSIDE FLEECE
100% POLYESTER 265GM FLEECE PULLOVER HOOD



**HEATHER GRAY:**
S: BROADSIDE 20HG
M: BROADSIDE 21HG
L: BROADSIDE 22HG
XL: BROADSIDE 23HG
XXL: BROADSIDE 24HG

**BLACK:**
S: BROADSIDE 20BL
M: BROADSIDE 21BL
L: BROADSIDE 22BL
XL: BROADSIDE 23BL
XXL: BROADSIDE 24BL

LONG SLEEVE





## SPECIES SHIELD FLEECE
100% POLYESTER 265GM FLEECE FULL ZIP HOOD



**NAVY:**
S: SPSHIELD 20N
M: SPSHIELD 21N
L: SPSHIELD 22N
XL: SPSHIELD 23N
XXL: SPSHIELD 24N

**HEATHER GRAY:**
S: SPSHIELD 20HG
M: SPSHIELD 21HG
L: SPSHIELD 22HG
XL: SPSHIELD 23HG
XXL: SPSHIELD 24HG

LONG SLEEVE






LEFT CHEST

## SAWYER VEE
100% COMBED RING-SPUN COTTON
90% COTTON / 10% POLYESTER (HEATHER COLOR)

**HEAVY METAL:**
S: SAWYERF 00MET
M: SAWYERF 01MET
L: SAWYERF 02MET
XL: SAWYERF 03MET
XXL: SAWYERF 04MET

**HEATHER GRAY:**
S: SAWYERF 00HG
M: SAWYERF 01HG
L: SAWYERF 02HG
XL: SAWYERF 03HG
XXL: SAWYERF 04HG



## ARRAY TANK
5.5 OZ. 100% COMBED RINGSPUN COTTON

**CHILL:**
S: ARRAYF 30CHL
M: ARRAYF 31CHL
L: ARRAYF 32CHL
XL: ARRAYF 33CHL
XXL: ARRAYF 34CHL

**WHITE:**
S: ARRAYF 30W
M: ARRAYF 31W
L: ARRAYF 32W
XL: ARRAYF 33W
XXL: ARRAYF 34W




## COSTA MESH TRUCKER HAT

Regular fit washed cotton twill.
Embroidered Costa logo.
Adjustable closure.



REALTREE® EDGE™ CAMO + STONE
**HA 04COR**

MOSS + STONE
**HA 04**

COSTA BLUE + WHITE
**HA 04B**

MOSSY OAK® NEW BREAK UP™ BLACK + BLACK
**HA 04CBL**

SLATE BLUE + WHITE
**HA 04SB**

BLACK + STONE
**HA 04BL**

MOSSY OAK® NEW BREAK UP™ + STONE
**HA 04C**

## OFFSET LOGO TRUCKER

XL fit.
High-density front logo.
Embroidered left side wordmark.
Adjustable strap.



GRAPHITE + GRAPHITE
**HA 83G**



RED + GRAY
**HA 83R**



COSTA BLUE + GRAY
**HA 83B**

**LONGBOAT HAT**

Six-panel solid twill cap.
Woven label front patch.
Adjustable back strap.



MINT
HA 95MT



CORAL
HA 95CR

**COSTA COTTON VISOR**

Cotton twill.
Embroidered Costa logo.
Adjustable closure.



CAROLINA BLUE + MINT
HA 15CB

NAVY
HA 15NVY

BLACK
HA 15BL

MOSSY OAK® NEW BREAK UP™ CAMO
HA 15C

COSTA BLUE
HA 15COB

WHITE
HA 15W

**LIFEGUARD HAT – 6 PIECE PACK**

Woven natural fiber provides a comfortable fit.
Contrasting branded front label and edge binding.
- Sold in packs only
- No single units
- 1 pack = 6 hats



STRAW
**HA 85PK**

---

**BOONIE HAT**
L=59cm or 7³/₈"
XL=61cm or 7⁵/₈"



KHAKI
**HA 84K**
**HA 84KXL**



GRAY
**HA 84G**
**HA 84GXL**

## COSTA C DECALS FOR RESALE















**A] FLAG**
PACKAGED FOR RESALE
SMALL - 4.25"W x 2.5"H – DECAL 25

**B] TEXAS FLAG**
PACKAGED FOR RESALE
SMALL - 4.25"W x 2.5"H – DECAL 44

**C] FLORIDA FLAG**
PACKAGED FOR RESALE
SMALL - 4.25"W x 2.5"H – DECAL 43

**D] REALTREE® XTRA® CAMO**
PACKAGED FOR RESALE
SMALL - 4.25"W x 2.5"H – DECAL 21PK

**E] MOSSY OAK® SHADOW GRASS®
BLADES™ CAMO**
PACKAGED FOR RESALE
SMALL - 4.25"W x 2.5"H – DECAL 20PK
LARGE - 12"W x 7.125"H – DECAL 65PK

**F] REFLECTIVE COSTA BLUE LOGO**
PACKAGED FOR RESALE
SMALL - 4.25"W x 2.5"H – DECAL 45

**G] REFLECTIVE SILVER LOGO**
PACKAGED FOR RESALE
SMALL - 4.25"W x 2.5"H – DECAL 46

---



BOAT DECAL 
PACKAGED FOR RESALE
+  THERMAL CUT VINYL DECAL LAMINATED LAYER PROVIDES
   ADDED WEATHER RESISTANCE IN MARINE ENVIRONMENTS
SMALL - 12" – DECAL 51
LARGE - 20" – DECAL 52



AMERICANA MULTI-DECAL SHEET
PACKAGED FOR RESALE
+  7"W x 4.25"H
**DECAL SHEET 41**



COSTA BLUE MULTI-DECAL SHEET
PACKAGED FOR RESALE
+  7"W x 4.25"H
**DECAL SHEET 42**

## PRICE TAIL CREW 
5.5 OZ. 100% COMBED RINGSPUN COTTON

**NAVY:**
S: PRTAILF 00N
M: PRTAILF 01N
L: PRTAILF 02N
XL: PRTAILF 03N
XXL: PRTAILF 04N

**VINTAGE BURGUNDY:**
S: PRTAILF 00BUR
M: PRTAILF 01BUR
L: PRTAILF 02BUR
XL: PRTAILF 03BUR
XXL: PRTAILF 04BUR



LEFT CHEST          LEFT CHEST

## MONTAGE SAILFISH CREW 
5.5 OZ. 100% COMBED RINGSPUN COTTON

**MAUVELOUS:**
S: MONTSAILF 00MAV
M: MONTSAILF 01MAV
L: MONTSAILF 02MAV
XL: MONTSAILF 03MAV
XXL: MONTSAILF 04MAV

**TITANIUM:**
S: MONTSAILF 00TI
M: MONTSAILF 01TI
L: MONTSAILF 02TI
XL: MONTSAILF 03TI
XXL: MONTSAILF 04TI



## COSTA DUFFEL BAGS

Highly water- and abrasion-resistant fabric. Reinforced side haul handles. Inner mesh compartments. Separate side compartments with zip closures. Removable shoulder straps.



COSTA 45L DUFFEL BAG

BLACK – **DU 45G**

COSTA 75L DUFFEL BAG

BLACK – **DU 75G**

## COSTA BACKPACKS

Highly water- and abrasion-resistant fabric. Reinforced top haul handle. Soft tricot-lined top sunglass pocket. Heavy-duty Costa molded back panel for comfort. Inner padded laptop/tablet compartment. Side water bottle pockets. Reinforced daisy chains.



COSTA 30L BACKPACK

BLACK – **BP30 BLK**

COSTA 20L BACKPACK

GRAY + BLUE – **BP20 KB**

COSTA 20L BACKPACK

BLACK – **BP20 BLK**

## COSTA BEACH BAG

Highly water- and abrasion-resistant fabric. Reinforced top haul handle. Soft tricot-lined top sunglass pocket. Heavy-duty Costa molded back panel for comfort. Inner padded laptop/tablet compartment. Side water bottle pockets. Reinforced daisy chains.



COSTA BEACH BAG

GRAY + BLUE – **BBAG GRY**

**BEACH TOWEL - SPRAY** 

100% COTTON

500GM TERRY VELOUR

32" x 60" BEACH TOWEL

**TOWEL 01**



**SPORT TOWEL** 

100% COTTON

500GM TERRY VELOUR

16" x 25" SPORT TOWEL

**STOWEL 01**



## BROADSIDE CREW 

6.1 OZ. 100% RING SPUN COTTON JERSEY
UNISEX FIT

**FLO BLUE:**
S: BROADSIDEF 10FB
M: BROADSIDEF 11FB
L: BROADSIDEF 12FB
XL: BROADSIDEF 13FB
XXL: BROADSIDEF 14FB

**WATERMELON:**
S: BROADSIDEF 10WAT
M: BROADSIDEF 11WAT
L: BROADSIDEF 12WAT
XL: BROADSIDEF 13WAT
XXL: BROADSIDEF 14WAT

LONG SLEEVE



LEFT CHEST                    LEFT CHEST

## WOMEN'S TECH FLOTILLA CREW

4.1 OZ. 100% MICROFIBER POLYESTER

**COLUMBIA BLUE:**
S: TECHFLOF 10CB
M: TECHFLOF 11CB
L: TECHFLOF 12CB
XL: TECHFLOF 13CB
XXL: TECHFLOF 14CB

**MINT:**
S: TECHFLOF 10MT
M: TECHFLOF 11MT
L: TECHFLOF 12MT
XL: TECHFLOF 13MT
XXL: TECHFLOF 14MT

LONG SLEEVE








LEFT CHEST                    LEFT CHEST

## STRAND

3.6 OZ. | 65% POLYESTER / 35% RING SPUN COTTON

**RED HEATHER:**
S: STRAND B0RH
M: STRAND B1RH
L: STRAND B2RH
XL: STRAND B3RH
XXL: STRAND B4RH

**DARK HEATHER:**
S: STRAND B0CHH
M: STRAND B1CHH
L: STRAND B2CHH
XL: STRAND B3CHH
XXL: STRAND B4CHH



 

LEFT CHEST

## COSTA CLASSIC

6OZ 100% COMBED RING SPUN COTTON JERSEY
6OZ 50% COTTON / 50% POLYESTER (HEATHER COLORS)

**ROYAL BLUE:**
S: CL 00RB
M: CL 01RB
L: CL 02RB
XL: CL 03RB
XXL: CL 04RB

**CHILL:**
S: CL 00CHL
M: CL 01CHL
L: CL 02CHL
XL: CL 03CHL
XXL: CL 04CHL

**DARK HEATHER:**
S: CL 00DH
M: CL 01DH
L: CL 02DH
XL: CL 03DH
XXL: CL 04DH

**WHITE:**
S: CL 00W
M: CL 01W
L: CL 02W
XL: CL 03W
XXL: CL 04W



   

LEFT CHEST



PREMIUM DECAL - WAVE 

+ PREMIUM METALLIC 3" LOGO DECAL
+ PLATED AND PAINTED TEXTURED SURFACE
+ HIGHLY WEATHER RESISTANT
+ RECCOMENDED FOR FLAT SURFACES
+ PERMANENT ADHESIVE

**DECALP 49**



PREMIUM DECAL - VESSEL NEW

+ PREMIUM METALLIC 3" LOGO DECAL
+ PLATED AND PAINTED TEXTURED SURFACE
+ HIGHLY WEATHER RESISTANT
+ RECCOMENDED FOR FLAT SURFACES
+ PERMANENT ADHESIVE

**DECALP 50**

COSTA ACRYLIC LICENSE PLATE

PACKAGED FOR RESALE

+ 12"W x 6"H

**LPLATE 01**



## COSTA DRY CASES

+ 3.02"H x 7.84"W x 4.33"D

### COSTA POCKET
### BOTTLE OPENER

METAL BOTTLE OPENER WITH COSTA LOGO

**PBO SS1**





BLACK + BLUE
**DCASE 001**

BLUE + WHITE
**DCASE 002**




## TECH FAMILIA
4.1OZ 100% MICROFIBER POLYESTER

**BLUE:**
S: TECHFAMILIA 10B
M: TECHFAMILIA 11B
L: TECHFAMILIA 12B
XL: TECHFAMILIA 13B
XXL: TECHFAMILIA 14B

**GREEN:**
S: TECHFAMILIA 10GR
M: TECHFAMILIA 11GR
L: TECHFAMILIA 12GR
XL: TECHFAMILIA 13GR
XXL: TECHFAMILIA 14GR

LONG SLEEVE








## TECH DOT MATRIX
4.1OZ 100% MICROFIBER POLYESTER

**COSTA BLUE:**
S: TECHDOT 10CB
M: TECHDOT 11CB
L: TECHDOT 12CB
XL: TECHDOT 13CB
XXL: TECHDOT 14CB

**GREEN:**
S: TECHDOT 10GR
M: TECHDOT 11GR
L: TECHDOT 12GR
XL: TECHDOT 13GR
XXL: TECHDOT 14GR

LONG SLEEVE







**NEW**

## TOPO TRUCKER

XL fit six-panel trucker.
Deeper crown for larger sizes.
Comfortably fits up to size 7 3/4.
Adjustable snapback closure.
Structured front.
Sublimated front patch.
Embroidered logo at left temple.



LIGHT GRAY HEATHER DORADO
**HA 138G**



NAVY HEATHER SAILFISH
**HA 136N**



NAVY HEATHER TUNA
**HA 137N**



MID GRAY HEATHER TARPON
**HA 139G**



MID GRAY HEATHER STRIPED BASS
**HA 135G**



GREEN HEATHER LARGEMOUTH BASS
**HA 134GR**

## ORIGINAL PATCH TRUCKER

XL fit.
Cotton twill.
Sewn-on woven patch.
Adjustable snapback closure.
Structured front.



MOSS + STONE
**HA 65M**



NAVY + WHITE
**HA 65N**

## SPECIES SHIELD

60Z 100% COMBED RING SPUN COTTON JERSEY
60Z 50% COTTON / 50% POLYESTER (HEATHER COLORS)

**BUTTER:**
S: SPSHIELD 00BU
M: SPSHIELD 01BU
L: SPSHIELD 02BU
XL: SPSHIELD 03BU
XXL: SPSHIELD 04BU

**RED HEATHER:**
S: SPSHIELD 00RH
M: SPSHIELD 01RH
L: SPSHIELD 02RH
XL: SPSHIELD 03RH
XXL: SPSHIELD 04RH

**CHILL:**
S: SPSHIELD 00CHL
M: SPSHIELD 01CHL
L: SPSHIELD 02CHL
XL: SPSHIELD 03CHL
XXL: SPSHIELD 04CHL

**CHILL:**
S: SPSHIELD 10CHL
M: SPSHIELD 11CHL
L: SPSHIELD 12CHL
XL: SPSHIELD 13CHL
XXL: SPSHIELD 14CHL

**LONG SLEEVE**

**DARK HEATHER:**
S: SPSHIELD 00DH
M: SPSHIELD 01DH
L: SPSHIELD 02DH
XL: SPSHIELD 03DH
XXL: SPSHIELD 04DH

**GRAY HEATHER:**
S: SPSHIELD 10HG
M: SPSHIELD 11HG
L: SPSHIELD 12HG
XL: SPSHIELD 13HG
XXL: SPSHIELD 14HG

**GRAY HEATHER:**
S: SPSHIELD 00HG
M: SPSHIELD 01HG
L: SPSHIELD 02HG
XL: SPSHIELD 03HG
XXL: SPSHIELD 04HG



    

LEFT CHEST

## DUVAL

60Z 100% COMBED RING SPUN COTTON JERSEY
60Z 50% COTTON / 50% POLYESTER (HEATHER COLORS)

**NAVY:**
S: DUVAL 00NR
M: DUVAL 01NR
L: DUVAL 02NR
XL: DUVAL 03NR
XXL: DUVAL 04NR

**GRAY HEATHER:**
S: DUVAL 00G
M: DUVAL 01G
L: DUVAL 02G
XL: DUVAL 03G
XXL: DUVAL 04G

**WHITE:**
S: DUVAL 00WG
M: DUVAL 01WG
L: DUVAL 02WG
XL: DUVAL 03WG
XXL: DUVAL 04WG



  

LEFT CHEST

## ADJUSTABLE RETAINERS

Ultrathin, lightweight coated wire logo adjustable bead sliders provide a streamlined profile when worn flat; low-profile temple attachments.



BLACK + COSTA BLUE – **CA 11**

SILVER + COSTA BLUE – **CA 18**

BLACK – **CA 10**

**NEW**

## COSTA C-LINE™ RETAINERS

Ultrathin, lightweight wire retainer with logo bead. Flat, low-profile temple attachments.



BLACK – **CE 11**

SILVER – **CE 18**

## COSTA C-MONO™ RETAINERS

High tenacity monofilament retainer with logo bead. Sleek and ultra-lightweight, flat, low-profile temple attachments.



YELLOW – **CM 26**

GREEN – **CM 17**

ORANGE – **CM 29**

RED – **CM 27**

COSTA BLUE – **CM 46**

## LOOP RETAINER

Minimal retainer designed for sunglasses with larger temple holes. Molded center clasp separates to thread through the end loops.



COSTA BLUE – **LR 46**

BLACK – **LR 11**

## HALYARD WIRE RETAINERS

Ultrathin, lightweight wire retainer with streamlined temple attachments.



SILVER + BLUE – **HY 18**

BLACK – **HY 11**

RED + BLUE – **HY 27**

## BOW-LINE SILICONE RETAINERS

Streamlined silicone retainer. Flexible, durable and lightweight with sliding bead.



BLACK + BLUE – **BW 11**

GRAY + BLUE – **BW 98**

NAVY – **BW 03**

COSTA BLUE – **BW 46**

SEAFOAM GREEN – **BW 150**

LIGHT BLUE – **BW 97**

## COSTA C-MONO™ GRIPPERS™

High-tenacity monofilament retainer with logo bead. Sleek and ultra-lightweight. Swivel locking hook attachment.

FITS CAT CAY AND CUT.



BLACK – **GM 11**

## TECH TOPOGRAPHIC
4.1OZ 100% MICROFIBER POLYESTER

**GRAY:**
S: TECHTOPO 10G
M: TECHTOPO 11G
L: TECHTOPO 12G
XL: TECHTOPO 13G
XXL: TECHTOPO 14G

**BLUE:**
S: TECHTOPO 10B
M: TECHTOPO 11B
L: TECHTOPO 12B
XL: TECHTOPO 13B
XXL: TECHTOPO 14B

LONG SLEEVE










**FLEX FIT LOGO TRUCKER** 

Six-panel flex fit trucker.

Stretch headband.

Embroidered front logo and back wordmark.

OSFM 57-60cm in circumference.

WHITE
**HA 140W**

BLACK
**HA 140BLK**

**NEON TRUCKER**

XL fit.

Cotton twill.

Adjustable closure.

Stretch mesh and stretch inner sweatband.

Structured front.





NEON BLUE
**HA 55NB**

NEON GREEN
**HA 55NG**

**NEON OFFSET LOGO TRUCKER**

XL fit.

Cotton twill.

Adjustable closure.

Structured front.



GRAPHITE + NEON BLUE
**HA 56NB**

GRAPHITE + NEON GREEN
**HA 56NG**

### CHESAPEAKE TRUCKER HAT

XL fit.
Cotton twill.
Adjustable closure.
Stretch mesh and stretch inner sweatband.
Structured front.

### ESTABLISHED PERFORMANCE HAT

Regular fit five-panel performance hat.
High-density print front graphic.
Embroidered logo at left temple.
Adjustable back strap.
Unstructured front.



WHITE
**HA 109W**



NAVY
**HA 94N**



### PRIDE LOGO TRUCKER

Five-panel cotton twill trucker.
High-density print graphic.
Adjustable snapback closure.
Structured front.
Embroidered logo at left temple.



MOSS + STONE
**HA 126M**



NAVY + HEATHER
**HA 126NH**

## TOPWATER

6OZ 100% COMBED RING SPUN COTTON JERSEY
6OZ 50% COTTON / 50% POLYESTER (HEATHER COLORS)

**WHITE:**
S: TOP 00RWB
M: TOP 01RWB
L: TOP 02RWB
XL: TOP 03RWB
XXL: TOP 04RWB

**BUTTER:**
S: TOP 00BU
M: TOP 01BU
L: TOP 02BU
XL: TOP 03BU
XXL: TOP 04BU

**CHILL:**
S: TOP 00CHL
M: TOP 01CHL
L: TOP 02CHL
XL: TOP 03CHL
XXL: TOP 04CHL

**DARK HEATHER:**
S: TOP 00DH
M: TOP 01DH
L: TOP 02DH
XL: TOP 03DH
XXL: TOP 04DH

**GRAY HEATHER:**
S: TOP 00HG
M: TOP 01HG
L: TOP 02HG
XL: TOP 03HG
XXL: TOP 04HG

**NAVY:**
S: TOP 00NVY
M: TOP 01NVY
L: TOP 02NVY
XL: TOP 03NVY
XXL: TOP 04NVY

**CHILL:**
S: TOP 10CHL
M: TOP 11CHL
L: TOP 12CHL
XL: TOP 13CHL
XXL: TOP 14CHL

**DARK HEATHER:**
S: TOP 10DH
M: TOP 11DH
L: TOP 12DH
XL: TOP 13DH
XXL: TOP 14DH

**GRAY HEATHER:**
S: TOP 10HG
M: TOP 11HG
L: TOP 12HG
XL: TOP 13HG
XXL: TOP 14HG

LONG SLEEVE



    

LEFT CHEST



## MONTAGE SAILFISH



6OZ 100% COMBED RING SPUN COTTON JERSEY

**LIGHT BLUE:**
S: MONTSAIL 00LB
M: MONTSAIL 01LB
L: MONTSAIL 02LB
XL: MONTSAIL 03LB
XXL: MONTSAIL 04LB

**NAVY:**
S: MONTSAIL 00N
M: MONTSAIL 01N
L: MONTSAIL 02N
XL: MONTSAIL 03N
XXL: MONTSAIL 04N

 

LEFT CHEST



## MONTAGE BASS



6OZ 100% COMBED RING SPUN COTTON JERSEY

**FOREST GREEN:**
S: MONTBASS 00FG
M: MONTBASS 01FG
L: MONTBASS 02FG
XL: MONTBASS 03FG
XXL: MONTBASS 04FG

**GRAY HEATHER:**
S: MONTBASS 00HG
M: MONTBASS 01HG
L: MONTBASS 02HG
XL: MONTBASS 03HG
XXL: MONTBASS 04HG

 

LEFT CHEST

**FATHOM CORDS**

Marine grade, soft nylon cord retainer with adjustable logo bead and slip fit attachments. Designed to fit most styles with co-injected temples.



BLACK – **CF 11**

ORANGE – **CF 29**

COSTA BLUE – **CF 46**

CORAL – **CF 32**

## MEGAPRENE™ 

3mm thick neoprene retainer.
1.25" wide x 17" long.
Sublimated graphic with Costa logo and wordmark.



VINTAGE FISH – **MP 01**

BLACK – **MP 03**

DOT MATRIX BLUE – **MP 02**

REALTREE® XTRA® EDGE™ – **MP 69**

## UPCYCLED COTTON KEEPER RETAINER 

Upcycled cotton keeper with adjustable bead and Costa woven label.
50% upcycled cotton, 47% recycled polyester & 3% other fibers.





BLUE – **CK 17**

BLACK – **CK 11**

## PRADO



6OZ 100% COMBED RING SPUN COTTON JERSEY
6OZ 50% COTTON / 50% POLYESTER (HEATHER COLORS)

**DARK HEATHER:**
S: PRADO 00DH
M: PRADO 01DH
L: PRADO 02DH
XL: PRADO 03DH
XXL: PRADO 04DH

**CARIBBEAN:**
S: PRADO 00CAR
M: PRADO 01CAR
L: PRADO 02CAR
XL: PRADO 03CAR
XXL: PRADO 04CAR

 

LEFT CHEST

## GEIGER





6OZ 100% COMBED RING SPUN COTTON JERSEY

**BUTTER:**
S: GEIGER 00BU
M: GEIGER 01BU
L: GEIGER 02BU
XL: GEIGER 03BU
XXL: GEIGER 04BU

**NAVY:**
S: GEIGER 00N
M: GEIGER 01N
L: GEIGER 02N
XL: GEIGER 03N
XXL: GEIGER 04N

 

LEFT CHEST

W E   L O V E   O U R   D E A L E R S   **127**

## PRIDE
3.6 OZ. | 65% POLY / 35% RING SPUN COTTON

**HEATHER RED:**
S: PRIDE B0RH
M: PRIDE B1RH
L: PRIDE B2RH
XL: PRIDE B3RH
XXL: PRIDE B4RH

**HEATHER ROYAL:**
S: PRIDE B0RBH
M: PRIDE B1RBH
L: PRIDE B2RBH
XL: PRIDE B3RBH
XXL: PRIDE B4RBH

**HEATHER CHARCOAL:**
S: PRIDE B0CHH
M: PRIDE B1CHH
L: PRIDE B2CHH
XL: PRIDE B3CHH
XXL: PRIDE B4CHH



  

LEFT CHEST

## ANTHEM 
6OZ 100% COMBED RING SPUN COTTON JERSEY
6OZ 50% COTTON / 50% POLYESTER (HEATHER COLORS)

**NAVY:**
S: ANTHEM 00N
M: ANTHEM 01N
L: ANTHEM 02N
XL: ANTHEM 03N
XXL: ANTHEM 04N

**DARK HEATHER:**
S: ANTHEM 00DH
M: ANTHEM 01DH
L: ANTHEM 02DH
XL: ANTHEM 03DH
XXL: ANTHEM 04DH



 

LEFT CHEST

**RECYCLED MICROFIBER POUCH** 

4.25" x 7.75" 250gm recycled microfiber sunglass
pouch with cord and toggle closure.







TOPO GRAY – **CS 40**

VINTAGE FISH – **CS 41**

SWELLS – **CS 42**

**RECYCLED MICROFIBER
12 x 12 CLEANING CLOTH**

12" x 12" 250gm recycled microfiber cleaning cloth.







TOPO GRAY – **OP 11**

VINTAGE FISH – **OP 10**

**RECYCLED MICROFIBER
SINGLE CLEANING CLOTH**

5" x 7" 250gm recycled microfiber cleaning cloth.





SWELLS – **OP 12**

VINTAGE FISH – **OP 13**





TOPO GRAY – **OP 14**

FAMILIA BLUE – **OP 15**

## C-MASKS

100% microfiber polyester.

Tubular knit.









**DIGI BLUE**

MASK DIGIB

**MASK FAMILIA**

MASK FAMILIAB

**SWELLS**

MASK SWELLSB







**TOPO BLUE**

MASK TOPOB

**TOPO GRAY**

MASK TOPOG

**VINTAGE FISH**

MASK VINFISH

## AMERICOSTA

6OZ 100% COMBED RING SPUN COTTON JERSEY

**WHITE:**
S: AMERI 00W
M: AMERI 01W
L: AMERI 02W
XL: AMERI 03W
XXL: AMERI 04W

**LIGHT BLUE:**
S: AMERI 00LB
M: AMERI 01LB
L: AMERI 02LB
XL: AMERI 03LB
XXL: AMERI 04LB



 

LEFT CHEST

## CHROME

6OZ 100% COMBED RING SPUN COTTON JERSEY
6OZ 50% COTTON / 50% POLYESTER (HEATHER COLORS)

**GRAY HEATHER USA:**
S: CHROMEUSA 00HG
M: CHROMEUSA 01HG
L: CHROMEUSA 02HG
XL: CHROMEUSA 03HG
XXL: CHROMEUSA 04HG

**GRAY HEATHER USA:** (LONG SLEEVE)
S: CHROMEUSA 10HG
M: CHROMEUSA 11HG
L: CHROMEUSA 12HG
XL: CHROMEUSA 13HG
XXL: CHROMEUSA 14HG

**NAVY:**
S: CHROME 00N
M: CHROME 01N
L: CHROME 02N
XL: CHROME 03N
XXL: CHROME 04N

**NAVY:**
S: CHROME 10N
M: CHROME 11N
L: CHROME 12N
XL: CHROME 13N
XXL: CHROME 14N

**RED HEATHER:**
S: CHROME 00RH
M: CHROME 01RH
L: CHROME 02RH
XL: CHROME 03RH
XXL: CHROME 04RH



  

LEFT CHEST

## REALTREE® EDGE™ COSTA CAMO
6OZ 100% COMBED RING SPUN COTTON JERSEY

**BLACK REALTREE®**
**EDGE™ CAMO:**
S: COSTACAMO 00B
M: COSTACAMO 01B
L: COSTACAMO 02B
XL: COSTACAMO 03B
XXL: COSTACAMO 04B

**BLACK REALTREE®**
**EDGE™ CAMO:**
S: COSTACAMO 10B
M: COSTACAMO 11B
L: COSTACAMO 12B
XL: COSTACAMO 13B
XXL: COSTACAMO 14B

L O N G   S L E E V E

**WHITE REALTREE®**
**EDGE™ CAMO:**
S: COSTACAMO 00W
M: COSTACAMO 01W
L: COSTACAMO 02W
XL: COSTACAMO 03W
XXL: COSTACAMO 04W

**WHITE REALTREE®**
**EDGE™ CAMO:**
S: COSTACAMO 10W
M: COSTACAMO 11W
L: COSTACAMO 12W
XL: COSTACAMO 13W
XXL: COSTACAMO 14W



 

LEFT CHEST

## REALTREE® EDGE™ RETRO CAMO
6OZ 100% COMBED RING SPUN COTTON

**REALTREE® EDGE™**
**CAMO WHITE:**
S: RETROCAMO 00W
M: RETROCAMO 01W
L: RETROCAMO 02W
XL: RETROCAMO 03W
XXL: RETROCAMO 04W

**REALTREE® EDGE™**
**CAMO BLACK:**
S: RETROCAMO 00BL
M: RETROCAMO 01BL
L: RETROCAMO 02BL
XL: RETROCAMO 03BL
XXL: RETROCAMO 04BL



 

LEFT CHEST

### OCEARCH BLITZ TRUCKER

XL fit.
Six-panel trucker.
Woven label front graphic.
Embroidered logo at left temple.
Adjustable closure.
Structured front.



GRAY
**HA 69G**

---

### OCEARCH CIRCLE SHARK TRUCKER 

XL fit.
Six-panel trucker.
Woven label front graphic.
Embroidered logo at left temple.
Adjustable closure.
Structured front.



GRAY
**HA 113G**

### OCEARCH HUDDLE SHARK TRUCKER 

Regular fit.
Five-panel cotton twill trucker.
High-density printed graphic.
Adjustable closure.
Structured front.



COSTA BLUE
**HA 111CB**

---

### CHATHAM TRUCKER

XL fit.
Six-panel trucker.
Woven label front graphic.
Embroidered logo at left temple.
Adjustable snapback closure.
Structured front.



BLACK
**HA 90BL**



NAVY
**HA 90N**

### REALTREE® FISHING™ CAMO TRUCKER

Regular fit.
Six-panel printed twill trucker.
Embroidered offset logo.
Adjustable snapback closure.
Structured front.





GRAY
**HA 92G**

BLUE
**HA 92B**

### MOSSY OAK® ELEMENTS™ CAMO TRUCKER

Regular fit.
Six-panel printed twill trucker.
Embroidered offset logo.
Adjustable snapback closure.
Structured front.





GRAY
**HA 91G**

BLUE
**HA 91B**

## REALTREE® FISHING™ CAMO
6OZ 100% COMBED RING SPUN COTTON JERSEY

**WHITE:**
S: LOGORTFB 00W
M: LOGORTFB 01W
L: LOGORTFB 02W
XL: LOGORTFB 03W
XXL: LOGORTFB 04W

**BLACK:**
S: LOGORTFG 00BL
M: LOGORTFG 01BL
L: LOGORTFG 02BL
XL: LOGORTFG 03BL
XXL: LOGORTFG 04BL



 

LEFT CHEST

## MOSSY OAK® ELEMENTS™ CAMO
6OZ 100% COMBED RING SPUN COTTON JERSEY

**WHITE:**
S: LOGOELMTB 00W
M: LOGOELMTB 01W
L: LOGOELMTB 02W
XL: LOGOELMTB 03W
XXL: LOGOELMTB 04W

**BLACK:**
S: LOGOELMTG 00BL
M: LOGOELMTG 01BL
L: LOGOELMTG 02BL
XL: LOGOELMTG 03BL
XXL: LOGOELMTG 04BL



 

LEFT CHEST

## COSTA GRIPPERS™

Braided nylon cord retainer with logo bead. Swivel and locking hook attachment.

BLACK – **CG 11**





## COSTA LANYARDS

+ 1"W x 36"L

+ SWIVEL SNAP HOOK



BLACK – **LY 11**



COSTA BLUE – **LY 46**



HOT PINK – **LY 44**



MOSSY OAK® NEW BREAK UP™ CAMO – ORANGE – **LY 230**



**NEW**

RED/WHITE/BLUE – **LY 01**

## COSTA CLEANING KIT

PACKAGED FOR RESALE

+ MICROFIBER CLEANING CLOTH

+ ANTI-REFLECTIVE LENS CLEANER FOR GLASS OR PLASTIC LENSES

+ DURABLE CARRYING CASE

**KC 01PK**



## HERMIT CLOTH   **NEW**

Branded silicone casing with clasp and solid microfiber cleaning cloth.

**OP 16**



## COSTA STRAP

Braided nylon cord retainer with logo bead. Molded tips for a versatile fit.

BLACK – **CX 11**

## OCEARCH® CIRCLE SHARK 
6OZ 100% COMBED RING SPUN COTTON JERSEY

**NAVY:**
S: OCCIRCLE 00N
M: OCCIRCLE 01N
L: OCCIRCLE 02N
XL: OCCIRCLE 03N
XXL: OCCIRCLE 04N

**WHITE:**
S: OCCIRCLE 00W
M: OCCIRCLE 01W
L: OCCIRCLE 02W
XL: OCCIRCLE 03W
XXL: OCCIRCLE 04W






LEFT CHEST

LEFT CHEST

## OCEARCH® WAVE SHARK 
6OZ 100% COMBED RING SPUN COTTON JERSEY

**LIGHT BLUE:**
S: OCWAVE 00LB
M: OCWAVE 01LB
L: OCWAVE 02LB
XL: OCWAVE 03LB
XXL: OCWAVE 04LB

**ROYAL BLUE:**
S: OCWAVE 00RB
M: OCWAVE 01RB
L: OCWAVE 02RB
XL: OCWAVE 03RB
XXL: OCWAVE 04RB






LEFT CHEST

LEFT CHEST

**BAJA STRIPE TRUCKER**

Regular fit.

Five-panel trucker.

Offset woven label patch.

Adjustable snapback closure.

Structured front.



BLUE
HA 101B

**COCO PALMS TRUCKER** 

XL fit.

Six-panel trucker.

Deeper crown for larger sizes.

Costa-branded taping inside crown.

Comfortably fits up to size 7 $\frac{3}{4}$.

Adjustable snapback closure.

Structured front.

Cork front patch.

NAVY
HA 133B

**RUBY FOAM FRONT TRUCKER** 

Regular fit.

Five-panel foam front trucker.

Embroidered front graphic.

Adjustable snapback closure.

Costa-branded taping inside crown.



MAROON
HA 131M

**SWORD TRUCKER**

Five-panel ripstop woven trucker.

Sublimated front swordfish graphic.

Contrast back trucker mesh.

Dyed to match snapback closure.

Costa-branded taping inside crown.



BLUE
HA 129B

**HIGH GRADE TRUCKER**

Regular fit.

Gray chambray front trucker.

Woven label front patch.

Natural snapback closure.

Costa-branded taping inside crown.



GRAY
HA 128G



### CLINCH TRUCKER

Six-panel trucker.

Embroidered appliqué patch.

Adjustable snapback closure with branded loop label.

Structured front.



GRAY
**HA 93G**

### FEET IN THE WATER

**NEW**

Regular fit.

Six-panel trucker.

Adjustable snapback closure.

Structured front.

Costa-branded taping inside crown.

BLUE
**HA 120B**

### WAVE LOGO TRUCKER

**NEW**

Regular fit.

Six-panel front trucker

Sublimated front embroidery

Snapback closure

Costa-branded taping inside crown

Embroidered wordmark at left temple



GRAY
**HA 130G**

### FREESTONE TRUCKER

Six-panel trucker.

Reflective transfer offset logo.

Adjustable snapback closure.

Structured front.



GRAY
**HA 102G**

### ROANOKE CORD HAT

Six-panel Bedford cord hat.

Cork appliqué front patch.

Left temple logo.

Adjustable back closure.

Structured front.



BLUE
**HA 96B**

## OCEARCH® TECH WAVE NEW

4.1OZ 100% MICROFIBER POLYESTER

**GRAY:**
S: OCTECHWAVE 10G
M: OCTECHWAVE 11G
L: OCTECHWAVE 12G
XL: OCTECHWAVE 13G
XXL: OCTECHWAVE 14G

LONG SLEEVE







LEFT CHEST

---

## TECH CREW

4.1OZ 100% MICROFIBER POLYESTER

| **SALMON:** | **MINT:** |
|---|---|
| S: TECHCREW 10SAL | S: TECHCREW 10MT |
| M: TECHCREW 11SAL | M: TECHCREW 11MT |
| L: TECHCREW 12SAL | L: TECHCREW 12MT |
| XL: TECHCREW 13SAL | XL: TECHCREW 13MT |
| XXL: TECHCREW 14SAL | XXL: TECHCREW 14MT |
| | |
| **ARCTIC BLUE:** | **PALE YELLOW:** |
| S: TECHCREW 10AB | S: TECHCREW 10Y |
| M: TECHCREW 11AB | M: TECHCREW 11Y |
| L: TECHCREW 12AB | L: TECHCREW 12Y |
| XL: TECHCREW 13AB | XL: TECHCREW 13Y |
| XXL: TECHCREW 14AB | XXL: TECHCREW 14Y |
| | |
| **CATIONIC BLUE:** | **ROYAL BLUE:** |
| S: TECHCAT 10B | S: TECHCREW 10RB |
| M: TECHCAT 11B | M: TECHCREW 11RB |
| L: TECHCAT 12B | L: TECHCREW 12RB |
| XL: TECHCAT 13B | XL: TECHCREW 13RB |
| XXL: TECHCAT 14B | XXL: TECHCREW 14RB |
| | |
| **CATIONIC GRAY:** | **GRAY:** |
| S: TECHCAT 10G | S: TECHCREW 10G |
| M: TECHCAT 11G | M: TECHCREW 11G |
| L: TECHCAT 12G | L: TECHCREW 12G |
| XL: TECHCAT 13G | XL: TECHCREW 13G |
| XXL: TECHCAT 14G | XXL: TECHCREW 14G |

LONG SLEEVE







      

## TECH DORADO
4.1OZ 100% MICROFIBER POLYESTER

**LIGHT BLUE:**
S: TECHDORA19 10LB
M: TECHDORA19 11LB
L: TECHDORA19 12LB
XL: TECHDORA19 13LB
XXL: TECHDORA19 14LB

**LONG SLEEVE**









LEFT CHEST

## TECH BASS
4.1OZ 100% MICROFIBER POLYESTER

**GRAY:**
S: TECHBASS19 10G
M: TECHBASS19 11G
L: TECHBASS19 12G
XL: TECHBASS19 13G
XXL: TECHBASS19 14G

**LONG SLEEVE**









LEFT CHEST

## NEO PERFORMANCE 

Regular fit.

100% polyester performance.

Neoprene applique.

Embroidered wordmark on back strap.



LIGHT BLUE
**HA 124LB**



NAVY
**HA 124N**

## GRADIENT LOGO PERFORMANCE TRUCKER 

XL fit.

Structured performance trucker with pinhole mesh back panels.

Enhanced moisture management and breathability for added comfort in hot conditions.

Embroidered wordmark on back strap.



GRAY
**HA 125G**



ROYAL BLUE
**HA 125RB**

## TRADITIONS TRUCKER

Five-panel cotton twill trucker.

Spiral stitch embroidery graphic.

Adjustable snapback closure.

Structured front.

Embroidered logo at left temple.



COSTA BLUE + WHITE
**HA 127CB**



MOSS + STONE
**HA 127M**

## XL TRUCKER HAT

XL fit.
Deeper crown for larger sizes.
Comfortably fits up to size 7³/₄.
Adjustable snapback closure.
Structured front.

## STRETCH MARLIN

XL fit.
Deeper crown for larger sizes.
Stretch mesh and fitted stretch headband.
Brushed cotton twill.
Embroidered Costa marlin logo.

### MARLIN







COSTA BLUE + WHITE
**HA 16CB**

NAVY + WHITE
**HA 16N**

GRAY + WHITE
**HA 52G**

### BASS







NAVY + WHITE
**HA 18N**

WORKING BROWN + STONE
**HA 18WB**

BLACK + WHITE
**HA 18BL**

### TROUT





NAVY + WHITE
**HA 17N**

WORKING BROWN + STONE
**HA 17WB**

### TUNA





BLACK + BLACK
**HA 41BL**

GRAY + WHITE
**HA 41G**

## TECH SAIL
4.1OZ 100% MICROFIBER POLYESTER

**ROYAL BLUE:**
S: TECHSAIL19 10RB
M: TECHSAIL19 11RB
L: TECHSAIL19 12RB
XL: TECHSAIL19 13RB
XXL: TECHSAIL19 14RB

LONG SLEEVE











LEFT CHEST

## TECH TARPON
4.1OZ 100% MICROFIBER POLYESTER

**GRAY:**
S: TECHTAR19 10G
M: TECHTAR19 11G
L: TECHTAR19 12G
XL: TECHTAR19 13G
XXL: TECHTAR19 14G

LONG SLEEVE







LEFT CHEST

## MOSSY OAK® ELEMENTS™ TECH CREW
4.1OZ 100% MICROFIBER POLYESTER

**GRAY:**
S: TECHMOE 10G
M: TECHMOE 11G
L: TECHMOE 12G
XL: TECHMOE 13G
XXL: TECHMOE 14G

**ROYAL BLUE:**
S: TECHMOE 10B
M: TECHMOE 11B
L: TECHMOE 12B
XL: TECHMOE 13B
XXL: TECHMOE 14B

LONG SLEEVE








## MOSSY OAK® BREAK UP COUNTRY™ TECH CREW
4.1OZ 100% MICROFIBER POLYESTER

**CAMO:**
S: TECHCAMO 10C
M: TECHCAMO 11C
L: TECHCAMO 12C
XL: TECHCAMO 13C
XXL: TECHCAMO 14C

LONG SLEEVE







## STEALTH TRUCKER

Five-panel cotton twill trucker.
Raised embroidered graphic.
Adjustable snapback closure.
Structured front.

**MARLIN**



BLACK
**HA 57BL**

**BASS**



BLACK
**HA 104BL**

**DORADO**



BLUE
**HA 105B**

**TARPON**



SKY
**HA 60SK**

**REDFISH**



WORKING BROWN
**HA 107WB**



### KAILUA FLAT BRIM SNAPBACK

Regular fit.

Six-panel flat brim snapback.

Printed visor.

Front woven patch.

Embroidered logo at left temple.



GRAY
**HA 132G**

### CYPRESS HAT

Six-panel curved visor.

Woven label front graphic.

Adjustable snapback closure with branded loop label.

Structured front.



RED
**HA 93R**

### PALMS FLAT BRIM

High crown flat brim.

Woven label patch front graphic.

Branded inside seam taping.

Snapback closure with branded loop label.



GRAY
**HA 78G**

### NEPTUNE FLAT BRIM

High crown ripstop flat brim.

Embroidered front graphic.

Branded inside seam taping.

Snapback adjustable closure with branded loop label.



GRAY
**HA 79G**

# EXHIBIT 4

**McGuireWoods LLP**
Bank Of America Tower
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-
3661
Phone: 904.798.3200
Fax: 904.798.3207
www.mcguirewoods.com

# McGuireWoods

May ___, 2020

| Class Action Fairness Act – Notice to Federal and State Officials |
|---|

*Re:*   *Smith v. Costa Del Mar, Inc.*, Case No. 3:18-cv-01011-TJC-JRK

Dear Sir or Madam:

We represent Defendant Costa Del Mar, Inc. ("Costa" or "Defendant") in the above-captioned action (the "Lawsuit").[1]  Pursuant to 28 U.S.C. § 1715, this notice is to inform you of a proposed class action settlement of the Lawsuit – an action currently pending in the United States District Court for the Middle District of Florida, Jacksonville Division (Corrigan, J.).  The Lawsuit claims that (i) Costa's statement that it replaces scratched lenses, frames and other parts damaged by accident, normal wear and tear, or misuse for a "nominal fee" is false, deceptive, and misleading in violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201, et seq., and constitutes a breach of warranty under the Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. §§ 2301, et seq.; and (ii) Costa's purported "Lifetime Warranty" against manufacturer's defects violates the substantive requirements of the MMWA, 15 U.S.C. §§ 2301, et seq., because customers must pay a fee to take advantage of the "Lifetime Warranty."

In accordance with 28 U.S.C. § 1715(b), Costa states as follows:

1)  The original complaint and amended complaints in the Lawsuit, as well as all attachments thereto, are contained on the enclosed CD.  The original complaint, amended complaints, and all other pleadings and records filed in the Haney Action while it was pending before the Fourth Judicial Circuit Court are available on the Internet through the Fourth Judicial Circuit court's website at https://core.duvalclerk.com/CoreCms.aspx?mode=PublicAccess.  The briefing in connection with the appeal of the Fourth Judicial Circuit Court's granting of Haney's motion for class certification can be found on the Internet through the First DCA's website at https://www.1dca.org/Oral-Arguments/Briefs-for-Appeals-Scheduled-for-Oral-Argument/19-1787.  In addition, the original

---

[1] To facilitate and administer the settlement, the Lawsuit was amended to include the claims and class of two other actions filed against Costa: (1) *Brendan Haney v. Costa Del Mar Inc.*, Case No. 16-2017-CA-004794-XXXX-MA, filed in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida (the "Haney Action"), and (2) *Gerald E. Reed IV v. Costa Del Mar, Inc.*, Case No. 6:19-cv-1751-Orl-37LRH, pending in the United States District Court for the Middle District of Florida, Orlando Division (the "Reed Action").

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.

May ___, 2020
Page 2

complaint, amended complaints, and all other pleadings and records filed in the Reed Action are available on the Internet through the federal government's Pacer service at https://ecf.flmd.uscourts.gov/cgi-bin/login.pl.  Additional information about the Pacer service may be found at http://pacer.psc.uscourts.gov.

2) At this time, the Court has not ruled on preliminary approval of the parties' proposed class action settlement ("Preliminary Approval Order").  The motion seeking preliminary approval, along with all of the attachments to it, is included on the enclosed CD.  At this time, neither a hearing for preliminary approval nor a hearing for final approval of the settlement has been scheduled.

3) The proposed form of direct notice to class members, which provides notice of the proposed settlement and each class member's right to request exclusion from the class action, is included on the enclosed CD.

4) The parties' proposed class action settlement agreement dated as of April 30, 2020, including all exhibits ("Settlement Agreement"), is included on the enclosed CD.  The proposed Preliminary Approval Order asks the Court to find that the proposed settlement "falls within the range of reasonableness and was the product of informed, good-faith, arm's-length negotiations between the Parties and their counsel" and to preliminarily approve it as "fair, reasonable, and adequate."

5) There are no additional agreements between class counsel and counsel for Costa, other than those reflected in the Settlement Agreement.

6) No final judgment or notice of dismissal has yet been entered in the Lawsuit, Haney Action, or Reed Action.

7) At this juncture, it is not feasible to provide the name and state of residence for each class member covered by the proposed settlement.  The Settlement Agreement contemplates that the class periods runs through the date of the Final Approval Order, which has not been entered yet.

However, Costa has determined that there are _____ consumers[2] which will receive direct notice of the proposed settlement.

---

[2] The settlement classes include:

a. The "Florida Repair Class" comprised of all citizens of the State of Florida who: (i) purchased Costa brand non-prescription, non-promotional sunglasses ("plano sunglasses") before January 1, 2018; and (ii) were charged a fee by Costa, from July 28, 2012 through the date of entry of the Court's Final Order, to repair or replace their Costa plano sunglasses damaged by accident, normal wear and tear, or misuse.

b. The "Nationwide Repair Class" comprised of all citizens of the United States (excluding citizens of the State of Florida) who: (i) purchased Costa plano sunglasses before January 1, 2018, and (ii) were charged

May ___, 2020
Page 3


The proposed settlement contemplates that class members can receive one or more product vouchers ranging in value between $8.99 and $19.99 based on the class in which the class member qualifies. The vouchers are non-personalized, transferable, and may be combined (if class members are eligible for multiple vouchers).  The vouchers may be used to claim any items available for sale as of the date of use on the website of Costa ([www.costadelmar.com](www.costadelmar.com)) at a price equal to or less than the value of the voucher(s). Product(s) claimed using the vouchers will not be assessed sales tax and will be shipped to the Class member free of charge.  The value of the relief allocated to each member within each class will vary depending on the number of vouchers each class member is entitled to receive.  Accordingly, it is not feasible to estimate the proportionate share of the settlement value that each class member will receive.

8) No written judicial opinions have been issued relating to the proposed settlement as of this date.


If you have questions about this notice, the settlement, or the enclosed materials, or if you do not receive any of the above-listed materials, please contact us.

Thank you for your attention to this matter.

Sincerely,

**MCGUIREWOODS LLP**



Sara F. Holladay-Tobias
Justin Opitz

*Counsel for Costa Del Mar, Inc.*

cc:

---

a repair fee by Costa, from April 3, 2015 through the date of entry of the Court's Final Order, to repair or replace their Costa plano sunglasses damaged by accident, normal wear and tear, or misuse.
c. The "Florida Purchase Class" comprised of all citizens of the State of Florida who purchased Costa plano sunglasses from July 28, 2013 to January 31, 2018.
d. The "Warranty Class" comprised of all citizens in the United States who: (i) purchased a pair of non-prescription Costa sunglasses prior to January 1, 2016; and (ii) paid Costa a warranty fee to repair or replace non-prescription sunglasses damaged by a manufacturer's defect from August 20, 2013 through the date of entry of the Court's Final Order.