# EXHIBIT 5

**UNITED STATES
DISTRICT COURT
MIDDLE DISTRICT OF
FLORIDA
JACKSONVILLE DIVISION**

BRENDAN HANEY, GERALD REED, and
TROY SMITH, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.                           Case No.: 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC.,
a Florida corporation,

    Defendant.
_____/

**DECLARATION OF** _Travis Owens_

1. My name is _Travis Owens_. I am over eighteen years of age and competent to make this declaration.

2. Unless otherwise stated, the facts set forth herein are from my personal knowledge or my review of records related to Costa Del Mar, Inc. ("Costa.").

3. I am currently employed as the _V.P. of Sales Sport_ for Costa. I have been employed by Costa since _December 11th, 1996_. As part of my employment, I am familiar with Costa's primary consumer base, the characteristics of Costa's consumers, and the principal reasons why consumers typically purchase Costa sunglasses and are loyal to the brand.

4. Since Costa's founding by a group of fishermen in 1983, Costa has historically marketed its sunglasses to outdoor enthusiasts, many of whom use Costa sunglasses as a tool or part of their gear. Over the years, these consumers have built a strong affinity toward the Costa brand, as many are repeat purchasers of Costa sunglasses and part of Costa's "tribe" affiliation. "Tribe" affiliation which describes how consumers will often buy the sunglasses and other brand products that others in their "tribe" wear. As one of its targeted consumer

groups, Costa sunglasses are marketed towards people who fish, spend time on the water, and otherwise engage in outdoor sports.

While Costa sunglasses are purchased by consumers who do not engage in these specific outdoor activities, there is a strong tribal affiliation with regard these targeted consumers.

5. Many people who are associated with Costa are proud to be part of the Costa tribe and have a strong affinity toward the brand because of Costa's charitable and cause work, including its Kick Plastic and Ocearch campaigns.

6. Moreover, Costa has been nominated to be part of a group of brands called the "Cult Gathering." The Cult Gathering recognizes brands that have cult-like adoration from their consumers.

7. Because of the affinity that Costa enjoys among its consumers and the tribal affiliation discussed in this declaration, Costa consumers value and purchase Costa non-sunglass merchandise are often repeat purchasers of Costa products, including Costa sunglasses. Therefore Costa expects that its consumers products will readily participate in a settlement that provides them with free Costa merchandise and that many consumers may be entitled to receive multiple product vouchers.

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.

DATED this 30 day of April, 2020.

*Travis Owens*

TRAVIS OWENS

2 = 1 ""