**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TROY SMITH, individually and on behalf of all others similarly situated, BRENDAN C. HANEY, individually and on behalf of all others similarly situated, and GERALD E. REED, IV, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

COSTA DEL MAR, INC., a Florida corporation,

    Defendant.

Case No. 3:18-cv-1011-J-32JRK

**O R D E R**

This case is hereby **SET** for **HEARING** on the parties' Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of Class, Approval of Notice to Settlement Class, and Incorporated Memorandum of Law (Doc. 91) on **July 17, 2020** at **10:00 AM** before the undersigned, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1] At the hearing, the Court anticipates a discussion of various issues

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar

related to the proposed settlement terms, including but not limited to why it is necessary for class members to submit claims, why class members will be provided with vouchers instead of payments, and the basis for the parties' projections as to the total value of the settlement to the class.[2]

**DONE AND ORDERED** in Jacksonville, Florida the 18th day of June, 2020.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record

---

electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

[2] If the Court determines that the hearing cannot be conducted in-person, it will advise the parties not later than **July 9, 2020**.