UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRENDAN HANEY, GERALD REED, and
TROY SMITH, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.                                    Case No.: 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC.,
a Florida corporation,

    Defendant.
_____/

**NOTICE OF FILING REDACTED DECLARATION OF STEFAN BOEDEKER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

    Plaintiffs hereby file the attached Redacted Declaration of Stefan Boedeker in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement [Doc. 91]. The Declaration quantifies the estimated monetary value of injunctive relief related to Costa's "Lifetime Warranty" and "Nominal Fee" claims, ultimately concluding that the monetary value of the injunctive relief is between $47,618,189 and $58,210,558 for a two-year period. The Declaration is attached hereto as **Exhibit A**.

    Respectfully submitted this 10th day of July, 2020.

                                                **HOLLAND & KNIGHT LLP**

                                                /s/ Peter P. Hargitai
                                                Peter P. Hargitai (FBN 85375)
                                                peter.hargitai@hklaw.com
                                                Joshua H. Roberts (FBN 042029)
                                                joshua.roberts@hklaw.com
                                                Laura B. Renstrom (FBN 108019)
                                                laura.renstrom@hklaw.com
                                                Michael M. Gropper (FBN 105959)
                                                michael.gropper@hklaw.com
                                                50 North Laura Street, Suite 3900

Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 10, 2020, I filed the foregoing document with the Court's CM/ECF system, which will provide notice of filing to the following recipients:

Sara F. Holladay-Tobias
Florida Bar No. 0026225
stobias@mcguirewoods.com
Emily Y. Rottmann
Florida Bar No. 0093154
erottmann@mcguirewoods.com
MCGUIREWOODS LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
Secondary Service Emails:
flservice@mcguirewoods.com
clambert@mcguirewoods.com
csweeney@mcguirewoods.com

– and –

Justin R. Opitz (*admitted pro hac vice*)
jopitz@mcguirewoods.com
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
(214) 932-6471
(214) 273-7487 (fax)

– and –

Mark E. Anderson (*admitted pro hac vice*)
manderson@mcguirewoods.com
Jocelyn M. Mallette (*admitted pro hac vice*)
jmallette@mcguirewoods.com
MCGUIREWOODS LLP
434 Fayetteville Street, Suite 2600
Raleigh, North Carolina 27601

2

(919) 755-6600
(919) 755-6699 (fax)

*Attorneys and Trial Counsel for Defendant*
*Costa Del Mar, Inc.*

                                             By: */s/ Peter P. Hargitai*
                                                   Peter P. Hargitai