UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRENDAN HANEY, GERALD REED, and
TROY SMITH, individually and on behalf
of all others similarly situated,

      Plaintiff,
v.                                      Case No.: 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC.,
a Florida corporation,

      Defendant.
_____/

**JOINT NOTICE REGARDING THE PARTIES' AMENDED AND RESTATED
SETTLEMENT AGREEMENT AND THE COURT'S
PRELIMINARY APPROVAL ORDER**

Pursuant to the Court's Order (Doc. 103) of September 24, 2020, the parties hereby submit the following joint statement regarding the Eleventh Circuit's decision in *Johnson v. NPAS Sols.*, LLC, No. 18-12344, 2020 WL 5553312 (11th Cir. Sept. 17, 2020) [hereinafter, *Johnson*] and its effect on the Amended and Restated Settlement Agreement (Doc. 98-1) and the Court's Preliminary Approval Order (Doc. 102).

1.      The parties have reviewed *Johnson* and agree that, if the decision remains in effect at the time of the Final Approval Hearing in this matter, the Plaintiffs' request for Incentive Awards, as set forth in Section X(B) of the Amended and Restated Settlement Agreement, will be withdrawn.  However, one of the parties in *Johnson* has expressed an intent to seek rehearing or rehearing en banc and has received an extension, through and including October 22, 2020, in order to do so.  See *Johnson*, Unopposed Motion for Extension of Time to File Petition for Panel

Rehearing or Rehearing En Banc, **Exhibit 1**.[1]  If the Eleventh Circuit grants rehearing en banc, the *Johnson* panel opinion and judgment will be vacated.  *See* 11th Cir. R. 15-10.

    2.    In light of the uncertainty regarding whether the *Johnson* panel decision will remain in effect, the parties have agreed on the following.

        a.  If the *Johnson* panel decision remains in effect at the time of the Final Approval Hearing, the request for Incentive Awards will be withdrawn.

        b.  If the Eleventh Circuit grants rehearing en banc and vacates the *Johnson* panel decision before the Final Approval Hearing, the request for Incentive Awards will remain unchanged from the Amended and Restated Settlement Agreement.

        c.  If the Eleventh Circuit sitting en banc renders a decision in *Johnson* on or before the Final Approval Hearing, the parties will comply with the en banc decision, by either keeping the request for Incentive Awards or amending the Amended and Restated Settlement Agreement to withdraw the request for Incentive Awards (and adding them to the cy pres payment), consistent with the ruling from the en banc Eleventh Circuit.

    3.    If for whatever reason the request for Incentive Awards is withdrawn, the parties agree that the amount of the cy pres payment called for by the Amended and Restated Settlement Agreement will be increased from $1,000,000 to $1,030,000.  In other words, any withdrawal of the request for Incentive Awards will inure to the benefit of the cy pres recipient(s), not Costa.

    4.    In light of the above, the parties respectfully submit that the Amended and Restated Settlement Agreement should remain unchanged at this time, and that any decision regarding Incentive Awards should be deferred until the Final Approval Hearing.

---

[1] The Eleventh Circuit entered an order on September 28, 2020 granting the motion for extension of time.

Respectfully submitted this __ day of October, 2020.

| **HOLLAND & KNIGHT LLP** | **MCGUIREWOODS LLP** |
|---|---|
| /s/ Peter P. Hargitai<br>Peter P. Hargitai (FBN 85375)<br>peter.hargitai@hklaw.com<br>Joshua H. Roberts (FBN 042029)<br>joshua.roberts@hklaw.com<br>Laura B. Renstrom (FBN 108019)<br>laura.renstrom@hklaw.com<br>Michael M. Gropper (FBN 105959)<br>michael.gropper@hklaw.com<br>50 North Laura Street, Suite 3900<br>Jacksonville, Florida 32202<br>Telephone:  (904) 353-2000<br>Facsimile:  (904) 358-1872<br><br>*Attorneys for Plaintiffs* | /s/ Sara F. Holladay-Tobias<br>Sara F. Holladay-Tobias<br>Florida Bar No. 0026225<br>stobias@mcguirewoods.com<br>Emily Y. Rottmann<br>Florida Bar No. 0093154<br>erottmann@mcguirewoods.com<br>50 N. Laura Street, Suite 3300<br>Jacksonville, Florida 32202<br>(904) 798-3200<br>(904) 798-3207 (fax)<br>Secondary Service Emails:<br>flservice@mcguirewoods.com<br>clambert@mcguirewoods.com<br>csweeney@mcguirewoods.com<br><br>– and –<br><br>Justin R. Opitz (*admitted pro hac vice*)<br>jopitz@mcguirewoods.com<br>2000 McKinney Avenue, Suite 1400<br>Dallas, Texas 75201<br>(214) 932-6471<br>(214) 273-7487 (fax)<br><br>– and –<br><br>Mark E. Anderson (*admitted pro hac vice*)<br>manderson@mcguirewoods.com<br>Jocelyn M. Mallette (*admitted pro hac vice*)<br>jmallette@mcguirewoods.com<br>434 Fayetteville Street, Suite 2600<br>Raleigh, North Carolina 27601<br>(919) 755-6600<br>(919) 755-6699 (fax)<br>*Attorneys and Trial Counsel for Defendant* |