Dear Judge Corrigan,

I am writing to you about the Costa class action suit. I know little or nothing about law, being an 87yo retired Surgeon. My personal feeling about this suit is that I have had a perfect relationship with this company. I sat on my glasses and broke the nose piece and all they required of me was to return them and pay for shipping ($1.00) and they sent me a new pair. How much better can that be?

I also have feelings about the money involved. Even the question of $12 million for the attorneys, $30,000 for the plaintiff and a gift of $10 for me. This seems so out of whack to me.

This type thing seems so unfair and the laws don't seem to be fair at all.

I loved reading about your fine work and am proud of a Duke man and expect no less from you, even from a Wake man.

Thanks for letting me vent my spleen about this matter.

Sincerely,
Tommie L. Carine
2602 Sound Dr.
Emerald Isle, N.C.
28594

2020 OCT -8 PM 2:52
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
RECEIVED