T.L. Lam<br>
700 N Sound Dr.<br>
Emerald Isle, NC<br>
28594



Judge Timothy J. Corrigan<br>
Middle District Court<br>
300 North Hogan Street<br>
Jacksonville, Florida<br>
32202

322024247 C013