UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TROY SMITH, etc., et al.,

    Plaintiffs,

v.                                                Case No. 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC., etc.,

    Defendant.

## ORDER

On September 24, 2020, the Court requested additional briefing from the parties regarding how the Eleventh Circuit's decision in Johnson v. NPAS Sols., LLC, No. 18-12344, 2020 WL 5553312 (11th Cir. Sept. 17, 2020), may affect the proposed settlement and schedule in this class action. (Doc. 103). In response, the parties filed a notice that addressed incentive awards but did not address the scheduling issue raised by Johnson.[1] (See Doc. 104).

Johnson holds that the plain language of Federal Rule of Civil Procedure 23(h) "requires a district court to sequence filings such that class counsel file and serve their attorneys'-fee motion before any objection pertaining to fees is due." 2020 WL 5553312, at *4. In the Order Preliminarily Approving

---

[1] The Court notes that the mandate has not yet issued.

Settlement, the Court set the deadline for class members' objections as March 1, 2021, the deadline for the attorneys' fees motion as March 16, 2021, and the deadline for responses to the motion as March 31, 2021. (Doc. 102 at 11, 13).

No later than **November 13, 2020**, the parties should jointly notify the Court whether this requirement in <u>Johnson</u> has been met by the current schedule. The parties should also file copies of both the short and long form notices that were disseminated.

**DONE AND ORDERED** in Jacksonville, Florida the 29th day of October, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record