UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRENDAN HANEY, GERALD REED, and
TROY SMITH, individually and on behalf
of all others similarly situated,

     Plaintiff,
v.                                                Case No.: 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC.,
a Florida corporation,

     Defendant.
_____/

## SECOND JOINT NOTICE REGARDING THE PARTIES' AMENDED AND RESTATED SETTLEMENT AGREEMENT AND THE COURT'S PRELIMINARY APPROVAL ORDER

Pursuant to the Court's Order (Doc. 106) of October 29, 2020, the parties hereby submit the following joint statement regarding the Eleventh Circuit's decision in *Johnson v. NPAS Sols.*, LLC, No. 18-12344, 2020 WL 5553312 (11th Cir. Sept. 17, 2020) [hereinafter, *Johnson*] and its effect on the schedule in this class action.

1.    In the Preliminary Approval Order, the Court set the deadline for Class Counsel to file its Motion for Attorneys' Fees, Costs, and Expenses as March 16, 2021, and any responses to the motion as March 31, 2021. The Court set the deadline for class members' objections to the motion as March 1, 2021.

2.    The parties have reviewed *Johnson* and believe that a new deadline of February 15, 2021 should be set for Class Counsel to file its Motion for Attorneys' Fees, Costs, and Expenses. This new deadline will sequence filings such that the Motion for Attorneys' Fees, Costs, and Expenses will be due before any class-member objections pertaining to fees:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Class Counsel's Motion for Attorneys' Fees, Costs, and Expenses | March 16, 2021 | February 15, 2021 |
| Class Members' Objections | March 1, 2021 | March 1, 2021 (*unchanged*) |
| Responses to the Motion for Attorneys' Fees, Costs, and Expenses | March 31, 2021 | March 31, 2021 (*unchanged*) |

3. This change will bring the schedule into compliance with Federal Rule of Civil Procedure 23(h) and *Johnson*. The parties respectfully request that the Court amend the Preliminary Approval Order to reflect the new proposed February 15, 2021 deadline for Class Counsel's Motion for Attorneys' Fees, Costs, and Expenses.

4. Finally, attached hereto as **Exhibits 1 and 2,** respectively, are the long form and short form notices disseminated to class members.

Respectfully submitted this 2nd day of November, 2020.

**HOLLAND & KNIGHT LLP**

/s/ Peter P. Hargitai
Peter P. Hargitai (FBN 85375)
peter.hargitai@hklaw.com
Joshua H. Roberts (FBN 042029)
joshua.roberts@hklaw.com
Laura B. Renstrom (FBN 108019)
laura.renstrom@hklaw.com
Michael M. Gropper (FBN 105959)
michael.gropper@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

*Attorneys for Plaintiffs*

**MCGUIREWOODS LLP**

/s/ Sara F. Holladay-Tobias
Sara F. Holladay-Tobias
Florida Bar No. 0026225
stobias@mcguirewoods.com
Emily Y. Rottmann
Florida Bar No. 0093154
erottmann@mcguirewoods.com
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
Secondary Service Emails:
flservice@mcguirewoods.com
clambert@mcguirewoods.com
csweeney@mcguirewoods.com

– *and* –

#80026058_v1

        Justin R. Opitz (*admitted pro hac vice*)
        jopitz@mcguirewoods.com
        2000 McKinney Avenue, Suite 1400
        Dallas, Texas 75201
        (214) 932-6471
        (214) 273-7487 (fax)

        – *and* –

        Mark E. Anderson (*admitted pro hac vice*)
        manderson@mcguirewoods.com
        Jocelyn M. Mallette (*admitted pro hac vice*)
        jmallette@mcguirewoods.com
        434 Fayetteville Street, Suite 2600
        Raleigh, North Carolina 27601
        (919) 755-6600
        (919) 755-6699 (fax)
        *Attorneys and Trial Counsel for Defendant*