Smith v. Costa Del Mar, Inc. Settlement
Settlement Administrator
P.O. Box 3259
Portland, OR 97208-3259

BARCODE
NO-PRINT
ZONE

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

### **IMPORTANT NOTICE REGARDING A CLASS ACTION SETTLEMENT**

**If you purchased Costa sunglasses, or paid for repairs or warranty work for Costa sunglasses, you could get a benefit from a class action settlement.**

Unique ID: <<UniqueID>>

<<BARCODE>>

<<NAME LINE 1>>
<<NAME LINE 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

## Barcode No-Print Zone

You have been identified as a potential Settlement Class Member in a lawsuit, and you may be entitled to receive one or more product vouchers in connection with the settlement of that lawsuit. The lawsuit relates to whether Costa Del Mar, Inc. ("Costa") improperly (i) charged more than a "nominal" fee for repairs to Costa sunglasses damaged by accident or normal wear and tear, or misuse, and (ii) charged fees for warranty repairs on Costa sunglasses backed by a "Lifetime Warranty." Costa denied and continues to deny the claims, but the parties have decided to settle rather than go to trial. Class Members have legal rights and options, and you may need to take action to protect your rights.

**WHO IS INCLUDED:** The Settlement Class includes four separate classes, (1) **Florida Purchase Class**: all citizens of Florida who purchased Costa plano sunglasses from July 28, 2013 to January 31, 2018; (2) **Florida Repair Class**: all citizens of Florida who: (i) purchased Costa non-prescription, non-promotional ("plano") sunglasses before January 1, 2018; and (ii) were charged a fee by Costa, from July 28, 2012 through the date of entry of the Court's Final Order, to repair or replace their Costa plano sunglasses damaged by accident, normal wear and tear, or misuse; (3) **Nationwide Repair Class**: all citizens of the United States (except Florida) who: (i) purchased Costa plano sunglasses before January 1, 2018, and (ii) were charged a repair fee by Costa, from April 3, 2015 through the date of entry of the Court's Final Order, to repair or replace their Costa plano sunglasses damaged by accident, normal wear and tear, or misuse; and (4) **Warranty Class**: all citizens of the United States who: (i) purchased non-prescription Costa sunglasses prior to January 1, 2016; and (ii) paid Costa a warranty fee to repair or replace non-prescription sunglasses damaged by a manufacturer's defect from August 20, 2013 through the date of entry of the Court's Final Order.

**SETTLEMENT BENEFITS:** Class members can receive one or more product vouchers between $8.99 and $19.99 based on the class in which the class member qualifies. The product vouchers are transferable and can be combined to claim items available for sale on Costa's website. Members of the Nationwide Repair Class, Florida Repair Class, and Warranty Class will automatically be sent product vouchers by email or first class mail to the contact information you previously provided to Costa if the Settlement is approved and becomes final. If you believe you are a member of one or more of these classes and do not receive your product vouchers by September 15, 2021, or your contact information has changed, call the number below or access the website. Florida Purchase Class Members must submit a Claim Form at www.SunglassesSettlement.com by **January 31, 2021** to be eligible for product vouchers.

If you do not want to be legally bound by the settlement, you must exclude yourself by **January 31, 2021**. If you stay in the Settlement, you may object by **March 1, 2021**. An oral hearing will be held on April 20, 2021 to consider the Settlement.

**QUESTIONS? CALL 855-917-3479 TOLL-FREE, OR VISIT www.SunglassesSettlement.com**

AA5732 v.03