# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

TROY SMITH, etc., et al.,

     Plaintiffs,

v.                                                    Case No. 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC., etc.,

     Defendant.

_____

# O R D E R

    This case is before the Court on the parties' Second Joint Notice Regarding the Parties' Amended and Restated Settlement Agreement and the Court's Preliminary Approval Order. (Doc. 107). On October 29, 2020, the Court directed the parties to notify the Court as to whether the schedule in this case met the requirements of Johnson v. NPAS Sols., LLC, No. 18-12344, 2020 WL 5553312 (11th Cir. Sept. 17, 2020).[1] (Doc. 106). Upon review of Johnson, the parties request that the Court change the deadline from March 16, 2021 to

_____

[1] The Court initially asked that the parties advise the Court as to the impact of Johnson on the proposed settlement agreement on September 24, 2020. (Doc. 103). However, the parties' first notice (Doc. 104) did not address the scheduling issues raised by Johnson.

February 15, 2021 for Class Counsel to file its Motion for Attorneys' Fees, Costs, and Expenses. (Doc. 107).

Johnson holds that the plain language of Federal Rule of Civil Procedure 23(h) "requires a district court to sequence filings such that class counsel file and serve their attorneys'-fee motion <u>before</u> any objection pertaining to fees is due." 2020 WL 5553312, at *4. In the Order Preliminarily Approving Settlement, the Court set the deadline for class members' objections to the settlement as March 1, 2021, the deadline for the attorneys' fees motion as March 16, 2021, and the deadline for responses to the motion as March 31, 2021. (Doc. 102 at 11, 13). To avoid confusion and ensure compliance with <u>Johnson</u>'s requirements, the Court grants the parties' request to change the attorneys' fees motion deadline but establishes the deadline of **February 8, 2021**.

Accordingly, it is hereby

**ORDERED**:

Class Counsel shall file the Motion for Attorneys' Fees, Costs, and Expenses no later than **February 8, 2021**. All other deadlines and provisions in the Order Preliminarily Approving Settlement (Doc. 102) remain in effect, including the March 1, 2021 deadline to file objections.

**DONE AND ORDERED** in Jacksonville, Florida the 6th day of November, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record