# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISIOIN

| | |
|---|---|
| TROY SMITH, individually and on behalf of all others similarly situated, BRENDAN C. HANEY, individually and on behalf of all others similarly situated, and GERALD E. REED IV, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COSTA DEL MAR, INC., a Florida Company,<br><br>    Defendant. | Case No. 3:18-cv-01011-TJC-JRK |

## NOTICE OF APPEARANCE

Notice is hereby given that Bradley G. Bodiford, Esq. of Terrell Hogan Yegelwel, P.A. enters his appearance as counsel for Plaintiff Austin Valls in the instant case. All pleadings, papers, and correspondence in this matter should be served upon the undersigned counsel.

Dated: March 1, 2021   **TERRELL HOGAN & YEGELWEL, P.A**

By: */s/ Bradley G. Bodiford*
Bradley G. Bodiford
Florida Bar. No. 84897
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
Telephone: (904) 632-2424
Facsimile: (888) 575-3241
Primary Email: bodiford@terrellhogan.com
Secondary Email: kdavid@terrellhogan.com

*Counsel for Plaintiff Austin Valls*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by Electronic Mail on March 1, 2021 to the following:

Peter P. Hargitai, Esq.
peter.hargitai@hklaw.com
Joshua H. Roberts, Esq.
joshua.roberts@hklaw.com
Laura B. Renstrom, Esq.
laura.renstrom@hklaw.com
Michael M. Gropper, Esq.
michael.gropper@hklaw.com
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Attorneys for Plaintiff Troy Smith

Sara F. Holladay-Tobias, Esq.
stobias@mcguirewoods.com
Justin R. Opitz, Esq.
jopitz@mcguirewoods.com
Mark E. Anderson, Esq.
manderson@mcguirewoods.com
Jocelyn M. Mallette, Esq.
jmallette@mcguirewoods.com
Emily Y. Rottmann, Esq.
erottmann@mcguirewoods.com
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Attorneys for Defendant Costa Del Mar, Inc.

/s/ Bradley Bodiford
Bradley Bodiford, Esq.