## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BRENDAN HANEY, GERALD REED, and
TROY SMITH, individually and on behalf
of all others similarly situated,
    Plaintiffs,
v.                                          Case No.: 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC.,
a Florida corporation,
    Defendant.
_____/

### NOTICE OF FILING THE DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION OF SETTLEMENT NOTICE PLAN

Plaintiffs hereby give notice of filing the Declaration of Cameron R. Azari, Esq. on Implementation of Proposed Settlement Notice Plan, which is attached hereto as **Exhibit 1**.

Dated: March 1, 2021                  **HOLLAND & KNIGHT LLP**

                                             /s/ Peter P. Hargitai
                                             Peter P. Hargitai (FBN 85375)
                                             peter.hargitai@hklaw.com
                                             Joshua H. Roberts (FBN 042029)
                                             joshua.roberts@hklaw.com
                                             Laura B. Renstrom (FBN 108019)
                                             laura.renstrom@hklaw.com
                                             Michael M. Gropper (FBN 105959)
                                             michael.gropper@hklaw.com
                                             50 North Laura Street, Suite 3900
                                             Jacksonville, Florida 32202
                                             Telephone: (904) 353-2000
                                             Facsimile: (904) 358-1872

                                             *Attorneys for Plaintiffs and the Class*

#82429313_v1