# EXHIBIT 1

DICK'S SPORTING GOODS
Daytona Beach, FL
(386) 255-95..

09/22/15    11:02 AM
RECEIPT EXPIRES ON 12/21/15

S10082 R11    T 2085 A 0/0532/0017

Your associate today is: Jackie

Customer Copy

09/06.17/4027    BRINETORIC B    159.00

ITEM TOTAL                         159.00

SUBTOTAL                           159.00
TAX                                 10.34
TOTAL                              169.34

MASTERCARD                         169.34
  ACCOUNT #: ************5710
  AUTH# 434016
CHANGE DUE                           0.00

Costa Del Mar
Sunglasses



It's FREE! Score one point for every
$1 of merchandise purchased.
300 points = $10 Reward
Visit MyDicksSportingGoods.com for more
information.

****************************

Which fans rule the NFL?

Find out how at daggerSquared.com,
where fans like you
can find real-time
NFL team power rankings,
as well as the standings for offense,
defense and rookies.

****************************

Free Shipping and Returns
on Apparel & Footwear
Online only

****************************