# EXHIBIT 2

# CHASE

Manage your account online: | Customer Service: | Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| **PURCHASE** | | |
| 09/20 | COSTA SUNGLASSES COSTA 386-274-4000 FL | 12.97 |

JOHN DAVIS                Page 2 of 3                Statement Date: 10/03/19