# EXHIBIT 4

# Smith v. Costa Del Mar, Inc. (/)

Case No. 3:18-cv-01011-TJC-JRK

## Submit a Claim - Confirmation

Thank you for your submission. Your Confirmation Code is: **CDKW1953**.

Please keep this code for your records and refer to it if you ever have questions about your Claim Form for the Settlement Administrator.

### What Happens Next?

Now that your claim is submitted, it will be reviewed for validity by the Settlement Administrator. If your claim is deemed to be eligible, you may receive benefits, depending on the results of the Fairness Hearing and any appeals that might occur.

The Court in charge of this case still has to decide whether to approve the Settlement. Payments will not be made until the Court grants final approval and after any appeals are resolved.

Accurate processing of claims may take significant time. Thank you in advance for your patience.

If you change your mailing address or email address, it is your responsibility to inform the Settlement Administrator of your updated information. You may notify the Settlement Administrator of any changes by calling 1-855-917-3479 or by writing to:

*Smith v. Costa Del Mar, Inc.* Settlement
Settlement Administrator
P.O. Box 3259
Portland, OR 97208-3259

Please include your Confirmation Code and Unique ID with your correspondence.

Contact Us (/Home/ContactUs)     Privacy Policy (/Home/Privacy)

Terms of Use (http://www.epiqglobal.com/terms-of-use)

Questions? Contact the Settlement Administrator at 1-855-917-3479 (Toll-Free).

Case 3:18-cv-01011-TJC-JRK   Document 113-4   Filed 03/01/21   Page 3 of 3 PageID 14581

© 2020 Epiq (http://www.epiqglobal.com) All rights reserved | | Version: 1.0.0.11 | Updated: 9/25/2020 10:48:22 AM