# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| TROY SMITH, individually and on behalf of all others similarly situated, BRENDAN C. HANEY,  individually and on behalf of all others similarly situated, and GERALD E. REED IV, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-01011-TJC-JRK |
| Plaintiffs, | |
| v. | |
| COSTA DEL MAR, INC., a Florida Company, | |
| Defendant. | |

## DECLARATION OF AUSTIN VALLS

Comes now Austin Valls and states the following under oath and under penalty of perjury in support of his objection:

1.      My name is Austin Valls. I am over the age of eighteen (18) years. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge.

2.      My current address is 201 Leming Avenue, Corpus Christi, Texas 78404. My current phone number is (956) 285-5926. I have never filed an objection to a class action settlement.

3.      Based on my recollection, on or around December of 2014, I purchased Costa Fathom sunglasses from Academy Sports + Outdoors in Corpus Christi, Texas. I sent these glasses to Costa for repair on or about November 16, 2016. Attached hereto as Exhibit 1-B is a true and correct copy of email correspondence sent from Costa to me acknowledging the same. Costa assigned this transaction Order Number RI2225134 and charged me a $109.28 repair fee, that on information and belief, was based on their conclusion that the sunglasses were damaged by accident, normal wear and tear, or misuse. Attached hereto as Exhibit 1-A is a true and correct copy of a print-out from my online Costa account showing Order Number RI2225134 and the $109.28 repair fee. It also lists the Order Status as "Service completed and shipped" and indicates that they recorded the order as placed on December 14, 2016.

4.      On or about June 7, 2017 I sent the same Costa Fathom sunglasses to Costa for another repair. Attached hereto as Exhibit 1-B is a true and correct copy of email correspondence sent from Costa to me acknowledging the same. Costa assigned this transaction Order Number RI2382994 and charged me another $109.28 repair fee that, on information and belief, was based on their conclusion that the

sunglasses were damaged by accident, normal wear and tear, or misuse. Attached hereto as Exhibit 1-A is a true and correct copy of a print-out from my online Costa account showing Order Number RI2382994 with the additional $109.28 repair fee. It also lists the Order Status as "Service completed and shipped" and indicates that they recorded the order as placed on June 24, 2017.

5.     Based on my recollection, I also purchased Costa Harpoon sunglasses on or around May 2016 from Academy Sports + Outdoors in Corpus Christi, Texas. I sent these glasses to Costa for repair on or about November 6, 2016. Attached hereto as Exhibit 1-B is a true and correct copy of email correspondence sent from Costa to me acknowledging the same. Costa assigned this transaction Order Number RI2218330 and charged me a $160.16 repair fee that, on information and belief, was based on their conclusion that the sunglasses were damaged by accident, normal wear and tear, or misuse. Attached hereto as Exhibit 1-A is a true and correct copy of a print-out from my online Costa account showing Order Number RI2218330 and the $160.16 repair fee. It also lists the Order Status as "Service completed and shipped" and indicates that they recorded the order as placed on November 11, 2016.

6.     Based on my recollection, I also purchased Costa Jose sunglasses on or around January of 2016 from Academy Sports + Outdoors in Corpus Christi, Texas. I sent these glasses to Costa for repair on or about November 6, 2016. Attached hereto as Exhibit 1-B is a true and correct copy of email correspondence sent from Costa to

me acknowledging the same. Costa assigned this transaction Order Number RI2218341 and charged me a $68.13 repair fee that, on information and belief, was based on their conclusion that the sunglasses were damaged by accident, normal wear and tear, or misuse. Attached hereto as Exhibit 1-A is a true and correct copy of a print-out from my online Costa account showing Order Number RI2218341 and the $68.13 repair fee. It also lists the Order Status as "Service completed and shipped" and indicates that they recorded the order as placed on November 11, 2016.

7.      The email correspondence and the order history in Exhibits 1-A and 1-B also indicate that I sent in sunglasses to Costa in 2019 (assigned Order Number RI12995181) for which I was charged $12.94. I cannot recall which glasses I sent in for this charge, and so far have been unable to get this information from Costa.

8.      Based on the foregoing, I am a member of the settlement class as described in the class notice, specifically the Nationwide Repair Class. That is, I am a citizen of the United States (not from Florida) who (1) purchased Costa plano sunglasses before January 1, 2018, and (ii) was charged a repair fee by Costa from April 3, 2015 through the date of the entry of the Court's Final Order, to repair or replace my Costa plano sunglasses damaged by accident, normal wear and tear, or misuse.

9.      Although as of present I have been unable to get a breakdown of charges from Costa and am unable to recollect which sunglasses I sent in for the $12.94 fee for Order in 2019, I believe I may also be a member of the Nationwide Warranty Class.

That is, I am a citizen of the United States who (1) purchased non-prescription Costa sunglasses prior to January 1, 2016, and believe that I (2) paid Costa a warranty fee to repair or replace non-prescription sunglasses damaged by a manufacturer's defect from August 20, 2013 through the date of entry of the Court's Final Order.

10.     I am filing this objection to improve the settlement benefits for the entire class. I will not settle my objection without approval of this Court.

Dated this the 1st day of March 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Austin Valls*
Austin Valls

# Exhibit 1-A

# ORDER HISTORY

| NUMBER | STATUS | PLACED ON | TOTAL |
|---|---|---|---|
| RI2995181 | Service completed and shipped | June 25, 2019 | $12.94 |
| RI2382994 | Service completed and shipped | June 24, 2017 | $109.28 |
| RI2225134 | Service completed and shipped | December 14, 2016 | $109.28 |
| RI2218330 | Service completed and shipped | November 11, 2016 | $160.16 |
| RI2218341 | Service completed and shipped | November 11, 2016 | $68.13 |
| WEB100107571 | Shipped | June 9, 2014 | $285.17 |

**CUSTOMER CARE**

**SHOW US HOW YOU #SEEWHATSOUTTHERE**

Exhibit 1-B

**Rob Clore**

| | |
|---|---|
| **From:** | Costa Repair Shop <repair@costadelmar.com> |
| **Sent:** | Wednesday, November 16, 2016 7:53 AM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Repair |



## WE HAVE RECEIVED YOUR REPAIR ORDER

Hi Austin,

We have received your repair request and all we need now are your Costas. Please use the address label generated when you submitted your repair request. (Sorry, this is not a prepaid shipping label) Once your glasses have arrived in Daytona Beach, please allow 12-15 business days for one of our team members to contact you. In case your address label doesn't print, our address is:

Costa Repair Shop
2361 Mason Avenue
Suite 150
Daytona Beach, FL 32117-5165

repair@costadelmar.com

Your order number is **RI2225134**. You may access your original order summary and address label here:

RI2225134: Order Summary and Address Label

Unlike most sunglass companies, we edge and hand fit almost every pair of lenses right here in Daytona Beach, Florida. Once we've assessed what repairs your Costas need, we'll send you an assessment email, or you'll receive a phone call that will outline your repair needs, options, and cost. If valid credit card information wasn't included with your repair request, please expect an email and or phone call from one of our Consumer Care representatives.

Thanks for being part of the Costa family. Keep an eye out for more information about the status of your repair in the coming days.

costadelmar.com  |  contact us  |  privacy policy

1

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

**From:** Costa Repair Shop <repair@costadelmar.com>
**Sent:** Thursday, December 1, 2016 8:40 AM
**To:** austin.valls@vallsgroup.com
**Subject:** Your Costas are being assessed by a technician



Hi Austin,

We have received your Costas at the Repair Shop and have sent them to a technician for evaluation. Please allow 12-15 business days for the technician to assess your glasses. If your sunglasses are covered under warranty or you pre-authorized repairs, you will receive an email letting you know they have been sent to a repair technician. If we need additional approvals from you, we will contact you after the assessment.

www.costadelmar.com/account/repairs/RI2225134

If you are experiencing problems with the link, or need to speak with someone directly, please contact the Costa Repair Shop at 855-MY-COSTA (855-692-6782).

Your order number is **RI2225134**.

costadelmar.com | contact us | privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

**From:** Costa Repair Shop <repair@costadelmar.com>
**Sent:** Wednesday, December 14, 2016 11:17 AM
**To:** austin.valls@vallsgroup.com
**Subject:** Your Costa Repair Update



Hi Austin,

There's nothing like a brand new pair of Costa sunglasses. Except maybe the freshly repaired, ready to hit the water pair you've loved since day one. And, since you took the time to enter your repair request at www.costadelmar.com, we've begun making the repairs your Costas need. (Please contain your excitement.)

Your Costas are currently in our repair lab being fixed. Sometimes, sunglasses needing these kinds of repairs require a few additional days to be completed. Every pair is a unique combination of technology and craftsmanship, and when a pair leaves our lab, whether new or repaired, they have to live up to this standard. So bear with us. Perfection takes time.

Your order number is **RI2225134**.

To check the status of your repair, use this link:

www.costadelmar.com/account/repairs/RI2225134

For answers to other questions, please see the Frequently Asked Questions section of our website.

Thanks for being part of the Costa family. We'll be in touch by em ail when your sunglasses are repaired and shipped back to you.

costadelmar.com  |  contact us  |  privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

**From:** Costa Repair Shop <repair@costadelmar.com>
**Sent:** Tuesday, December 27, 2016 4:49 PM
**To:** austin.valls@vallsgroup.com
**Subject:** Your Costa Repair: Sunglasses Have Shipped



Hi Austin,

Your prized pair of Costa sunglasses have been repaired and shipped. Thanks for your patience. We're sure when you get your Costas back, you'll see they were worth the wait.

Your order number is **RI2225134**.

If you want to track the shipment of your sunglasses, you can find the tracking information on our website:

www.costadelmar.com/account/repairs/RI2225134

Your tracking number is: 9400110200986491779225
(https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9400110200986491779225)

For answers to other questions, please see the Frequently Asked Questions section of our website.

costadelmar.com  |  contact us  |  privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

**Rob Clore**

| | |
|---|---|
| **From:** | Costa Repair Shop <repair@costadelmar.com> |
| **Sent:** | Wednesday, June 7, 2017 8:55 AM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Repair |



## WE HAVE RECEIVED YOUR REPAIR ORDER

Hi Austin,

We have received your repair request and all we need now are your Costas. Please use the address label generated when you submitted your repair request. (Sorry, this is not a prepaid shipping label) Once your glasses have arrived in Daytona Beach, please allow 12-15 business days for one of our team members to contact you. In case your address label doesn't print, our address is:

Costa Repair Shop
2361 Mason Avenue
Suite 150
Daytona Beach, FL 32117-5165

repair@costadelmar.com

Your order number is **RI2382994**. You may access your original order summary and address label here:

RI2382994: Order Summary and Address Label

Unlike most sunglass companies, we edge and hand fit almost every pair of lenses right here in Daytona Beach, Florida. Once we've assessed what repairs your Costas need, we'll send you an assessment email, or you'll receive a phone call that will outline your repair needs, options, and cost. If valid credit card information wasn't included with your repair request, please expect an email and or phone call from one of our Consumer Care representatives.

Thanks for being part of the Costa family. Keep an eye out for more information about the status of your repair in the coming days.

costadelmar.com | contact us | privacy policy

Feel free to call us at: 855–MY–COSTA (855–692–6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

**From:** Costa Repair Shop <repair@costadelmar.com>
**Sent:** Monday, June 12, 2017 2:42 PM
**To:** austin.valls@vallsgroup.com
**Subject:** Your Costas are being assessed by a technician



Hi Austin,

We have received your Costas at the Repair Shop and have sent them to a technician for evaluation. Please allow 12-15 business days for the technician to assess your glasses. If your sunglasses are covered under warranty or you pre-authorized repairs, you will receive an email letting you know they have been sent to a repair technician. If we need additional approvals from you, we will contact you after the assessment.

https://www.costadelmar.com/us/en/orders

If you are experiencing problems with the link, or need to speak with someone directly, please contact the Costa Repair Shop at 855-MY-COSTA (855-692-6782).

Your order number is **RI2382994**.

costadelmar.com  |  contact us  |  privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

**Rob Clore**

**From:** Costa Repair Shop <repair@costadelmar.com>
**Sent:** Friday, June 16, 2017 1:37 PM
**To:** austin.valls@vallsgroup.com
**Subject:** Your Costa Repair Update



Hi Austin,

Now that we have your Costas, we need your help! Please use the link below where you'll see the status of your service request, repairs needed, and a place for you to tell us how you'd like to proceed.

https://www.costadelmar.com/on/demandware.store/Sites-costa_us-Site/en_US/Repairs-Approve/?uid=e3ef0726-e520-4b4c-9c91-330ba0fabaf3

If you are experiencing problems with the link, or need to speak with someone directly, please contact the Costa Repair Shop at 855-MY-COSTA (855-692-6782).

Your order number is **RI2382994**.

costadelmar.com   |   contact us   |   privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

**Rob Clore**

---

| | |
|---|---|
| **From:** | Costa Repair Shop <repair@costadelmar.com> |
| **Sent:** | Friday, June 30, 2017 1:34 PM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Repair: Sunglasses Have Shipped |



Hi Austin,

Your prized pair of Costa sunglasses have been repaired and shipped. Thanks for your patience. We're sure when you get your Costas back, you'll see they were worth the wait.

Your order number is **RI2382994**.

Your tracking number is: 92748926997520553000486549 (https://www.ups-mi.net/packageID/PackageID.aspx?PID=92748926997520553000486549)

For answers to other questions, please see the Frequently Asked Questions section of our website.

---

costadelmar.com   |   contact us   |   privacy policy

Feel free to call us at: 855–MY–COSTA (855–692–6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

1

**Rob Clore**

| | |
|---|---|
| **From:** | Costa Repair Shop <repair@costadelmar.com> |
| **Sent:** | Sunday, November 6, 2016 12:37 PM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Repair |



## WE HAVE RECEIVED YOUR REPAIR ORDER

Hi Austin,

We have received your repair request and all we need now are your Costas. Please use the address label generated when you submitted your repair request. (Sorry, this is not a prepaid shipping label) Once your glasses have arrived in Daytona Beach, please allow 12-15 business days for one of our team members to contact you. In case your address label doesn't print, our address is:

Costa Repair Shop
2361 Mason Avenue
Suite 150
Daytona Beach, FL 32117-5165

repair@costadelmar.com

Your order number is **RI2218330**. You may access your original order summary and address label here:

RI2218330: Order Summary and Address Label

Unlike most sunglass companies, we edge and hand fit almost every pair of lenses right here in Daytona Beach, Florida. Once we've assessed what repairs your Costas need, we'll send you an assessment email, or you'll receive a phone call that will outline your repair needs, options, and cost. If valid credit card information wasn't included with your repair request, please expect an email and or phone call from one of our Consumer Care representatives.

Thanks for being part of the Costa family. Keep an eye out for more information about the status of your repair in the coming days.

costadelmar.com | contact us | privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

**From:** Costa Repair Shop <repair@costadelmar.com>
**Sent:** Friday, November 11, 2016 10:25 AM
**To:** austin.valls@vallsgroup.com
**Subject:** Your Costa Repair Update



Hi Austin,

There's nothing like a brand new pair of Costa sunglasses. Except maybe the freshly repaired, ready to hit the water pair you've loved since day one. And, since you took the time to enter your repair request at www.costadelmar.com, we've begun making the repairs your Costas need. (Please contain your excitement.)

Your Costas are currently in our repair lab being fixed. Sometimes, sunglasses needing these kinds of repairs require a few additional days to be completed. Every pair is a unique combination of technology and craftsmanship, and when a pair leaves our lab, whether new or repaired, they have to live up to this standard. So bear with us. Perfection takes time.

Your order number is **RI2218330**.

To check the status of your repair, use this link:

www.costadelmar.com/account/repairs/RI2218330

For answers to other questions, please see the Frequently Asked Questions section of our website.

Thanks for being part of the Costa family. We'll be in touch by em ail when your sunglasses are repaired and shipped back to you.

costadelmar.com  |  contact us  |  privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

**From:**       Costa Repair Shop <repair@costadelmar.com>
**Sent:**        Tuesday, December 6, 2016 4:48 PM
**To:**          austin.valls@vallsgroup.com
**Subject:**     Your Costa Repair: Sunglasses Have Shipped



Hi Austin,

Your prized pair of Costa sunglasses have been repaired and shipped. Thanks for your patience. We're sure when you get your Costas back, you'll see they were worth the wait.

Your order number is **RI2218330**.

If you want to track the shipment of your sunglasses, you can find the tracking information on our website:

www.costadelmar.com/account/repairs/RI2218330

Your tracking number is: 9400110200986481281639
(https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9400110200986481281639)

For answers to other questions, please see the Frequently Asked Questions section of our website.

costadelmar.com  |  contact us  |  privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

| | |
|---|---|
| **From:** | Costa Repair Shop <repair@costadelmar.com> |
| **Sent:** | Sunday, November 6, 2016 12:45 PM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Repair |



## WE HAVE RECEIVED YOUR REPAIR ORDER

Hi Austin,

We have received your repair request and all we need now are your Costas. Please use the address label generated when you submitted your repair request. (Sorry, this is not a prepaid shipping label) Once your glasses have arrived in Daytona Beach, please allow 12-15 business days for one of our team members to contact you. In case your address label doesn't print, our address is:

Costa Repair Shop
2361 Mason Avenue
Suite 150
Daytona Beach, FL 32117-5165

repair@costadelmar.com

Your order number is **RI2218341**. You may access your original order summary and address label here:

RI2218341: Order Summary and Address Label

Unlike most sunglass companies, we edge and hand fit almost every pair of lenses right here in Daytona Beach, Florida. Once we've assessed what repairs your Costas need, we'll send you an assessment email, or you'll receive a phone call that will outline your repair needs, options, and cost. If valid credit card information wasn't included with your repair request, please expect an email and or phone call from one of our Consumer Care representatives.

Thanks for being part of the Costa family. Keep an eye out for more information about the status of your repair in the coming days.

costadelmar.com  |  contact us  |  privacy policy

Feel free to call us at: 855–MY–COSTA (855–692–6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

**From:** Costa Repair Shop <repair@costadelmar.com>
**Sent:** Friday, November 11, 2016 10:22 AM
**To:** austin.valls@vallsgroup.com
**Subject:** Your Costa Repair Update



Hi Austin,

Now that we have your Costas, we need your help! Please use the link below where you'll see the status of your service request, repairs needed, and a place for you to tell us how you'd like to proceed.

www.costadelmar.com/account/repairs/RI2218341

If you are experiencing problems with the link, or need to speak with someone directly, please contact the Costa Repair Shop at 855-MY-COSTA (855-692-6782).

Your order number is **RI2218341**.

costadelmar.com  |  contact us  |  privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

| | |
|---|---|
| **From:** | Costa Repair Shop <repair@costadelmar.com> |
| **Sent:** | Friday, November 11, 2016 10:29 AM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Repair Update |



Hi Austin,

Thanks for taking the time to enter your repair request at www.costadelmar.com. (We're sure your sunglasses will appreciate it.) We'll be making the selected repairs in the next few business days. How long will it take? That depends on how much work needs to be done and how many other repairs we have in-house. If your repair is going to be delayed for any reason, we'll let you know via email.

Our goal with every pair of Costas that come in for repairs is to send back a pair of sunglasses that perform as well as they did the day you took them out of the box. To do this takes time. We'd rather have the repairs done right than done quickly. We're sure you feel the same way.

Your order number is **RI2218341**.

To check the status of your repair, use this link:

www.costadelmar.com/account/repairs/RI2218341

For answers to other questions, please see the Frequently Asked Questions section of our website.

Thanks for being part of the Costa Del Mar family. We'll be in touch by email when your sunglasses are repaired and shipped back to you.

---

costadelmar.com   |   contact us   |   privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

## Rob Clore

| | |
|---|---|
| **From:** | Costa Repair Shop <repair@costadelmar.com> |
| **Sent:** | Monday, November 21, 2016 5:03 PM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Repair: Sunglasses Have Shipped |



Hi Austin,

Your prized pair of Costa sunglasses have been repaired and shipped. Thanks for your patience. We're sure when you get your Costas back, you'll see they were worth

Your order number is **RI2218341**.

If you want to track the shipment of your sunglasses, you can find the tracking information on our website:

www.costadelmar.com/account/repairs/RI2218341

Your tracking number is: 1Z3747760101360212
(http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&loc=en_US&Requester=UPSHome&tracknum=1Z3747760101360212&AgreeToTerm

For answers to other questions, please see the Frequently Asked Questions section of our website.

costadelmar.com  |  contact us  |  privacy policy

Feel free to call us at: 855-MY-COSTA (855-692-6782)

Costa, 2361 Mason Avenue, Suite 150, Daytona Beach, FL 32117, United States.

The information provided in this email is private.

**Rob Clore**

**From:** Costa Service Center <service@emails.costasunglasses.com>
**Sent:** Tuesday, June 18, 2019 2:30 PM
**To:** austin.valls@vallsgroup.com
**Subject:** Your Costa Service Order

 

Hi Austin,

**We have received your service order.** Now we just need your Costas. Please send them to us using the address label generated when you submitted your order (please note that this is not a prepaid shipping label). If you have difficulties printing the address label, you can send them directly to:

Costa Service Center
2361 Mason Avenue
Suite 150
Daytona Beach, FL 32117-5165

**Your order number is RI2995181.** View Order Summary

You can print your address label here.

Once we've assessed your Costas, we'll send you an email that will explain your next steps.

Thank you for choosing Costa!

**NEED HELP?**
View our most Frequently Asked Questions or Contact Us

**COSTA SERVICE CENTER HOURS:**
Monday - Friday, 8am - 6pm Eastern Time

Costa Inc, 2361 Mason Avenue, Suite 100 Daytona Beach, FL, 32117, US
This is an automatically generated email, please do not reply.
©2019 Costa Sunglasses. All rights reserved.

**Rob Clore**

| | |
|---|---|
| **From:** | Costa Service Center <service@emails.costasunglasses.com> |
| **Sent:** | Friday, June 21, 2019 7:16 AM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Service Order is being assessed |



Hi Austin,

**We have received your sunglasses at the Costa Consumer Care Service Center.** One of our technicians will soon assess your sunglasses, and we will email you the details of the evaluation.

**Your order number is RI2995181.** View Order Summary

- If we determine that your sunglasses are covered under warranty, or if you pre-approved non-warranty service, you will receive an email letting you know that your sunglasses have been sent to the lab for service.
- If we determine that your sunglasses are not covered under warranty or you did NOT pre-approve non-warranty service, you will receive an email letting you know that **your approval is required before your sunglasses can be sent to the lab for service**. Please read the email and respond promptly. We can only keep your sunglasses for a limited time before they are returned to you in the condition that we received them.

Thank you for choosing Costa!

**NEED HELP?**

View our most Frequently Asked Questions or Contact Us

**COSTA SERVICE CENTER HOURS:**

Monday - Friday, 8am - 6pm Eastern Time

Costa Inc, 2361 Mason Avenue, Suite 100 Daytona Beach, FL, 32117, US

This is an automatically generated email, please do not reply.

©2019 Costa Sunglasses. All rights reserved.

**Rob Clore**

| | |
|---|---|
| **From:** | Costa Service Center <service@emails.costasunglasses.com> |
| **Sent:** | Tuesday, June 25, 2019 2:36 PM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Service Order Update |

  

Hi Austin,

**Your Costas have been sent to the lab for service.** Since every pair is a unique combination of technology and craftsmanship, it will take some time for a technician to work on your sunglasses.

**Your order number is RI2995181.** View Order Summary

Once your Costas are ready to be shipped back to you, we'll send you an email with a summary and tracking number.

Thank you for choosing Costa!

**NEED HELP?**

View our most Frequently Asked Questions or Contact Us

**COSTA SERVICE CENTER HOURS:**

Monday - Friday, 8am - 6pm Eastern Time

Costa Inc, 2361 Mason Avenue, Suite 100 Daytona Beach, FL, 32117, US

This is an automatically generated email, please do not reply.

©2019 Costa Sunglasses. All rights reserved.

**Rob Clore**

| | |
|---|---|
| **From:** | Costa Service Center <service@emails.costasunglasses.com> |
| **Sent:** | Wednesday, June 26, 2019 5:53 PM |
| **To:** | austin.valls@vallsgroup.com |
| **Subject:** | Your Costa Service Order: Sunglasses Have Shipped! |

 

Hi Austin,

**Your Costa service order has been completed**, and your prized pair of Costa sunglasses have been shipped. Upon receipt of your glasses, you have 10 days to report any discrepancies.

**Your order number is RI2995181.** View Order Summary

**Your tracking number is:** 9400110205849004509939.

When you get your Costas back, you'll see why they were worth the wait. Thank you for choosing Costa!

**NEED HELP?**

View our most Frequently Asked Questions or Contact Us

**COSTA SERVICE CENTER HOURS:**

Monday - Friday, 8am - 6pm Eastern Time

Costa Inc, 2361 Mason Avenue, Suite 100 Daytona Beach, FL, 32117, US

This is an automatically generated email, please do not reply.

©2019 Costa Sunglasses. All rights reserved.