# EXHIBIT "B"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TROY SMITH, individually and on
behalf of all others similarly situated,
BRENDAN C. HANEY, individually and
on behalf of all others similarly situated, and
GERALD E. REED IV, individually and
on behalf of all others similarly situated

      Plaintiffs,

v.                                       Case No.: 3:18-cv-1011-TJC-JRK

COSTA DEL MAR, INC., a Florida
corporation,

      Defendant.

_____

**DECLARATION OF AMANDA STERNBERG ON CLASS MEMBER STATISTICS**

I, Amanda Sternberg, hereby declare and state as follows:

1.    I am a Project Director employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The statements of fact in this declaration are based on my personal knowledge and information received by me in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

2.    I submit this declaration to supplement the March 1, 2021, *Declaration of Cameron R. Azari, Esq. on Implementation of Settlement Notice Plan* to provide additional information regarding the total number of Class Members in each of the four subclasses[1] as defined in Paragraph II.8.a-d of the *Amended and Restated Settlement Agreement*.

---

[1] The four subclasses are the Nationwide Repair Class, Florida Repair Class, Warranty Class, and Florida Purchase Class.

1

3. As of March 15, 2021, the Class Data and submitted claim information reflects the following Class Member counts for each Class:

    a. The **Nationwide Repair Class** contains 334,092 Class Members with a total of 532,616 eligible repairs. A total of 99,933 Class Members received more than one repair in this Class.

    b. The **Florida Repair Class** contains 146,938 Class Members with a total of 267,012 eligible repairs. A total of 51,902 Class Members received more than one repair in this Class.

    c. The **Warranty Class** contains 534,432 Class Members with a total of 834,657 eligible warranty claims. A total of 148,689 Class Members showed more than one warranty occurrence in this Class.

    d. For the **Florida Purchase Class**, Epiq received a total of 29,872 eligible Claims. Following initial review of the submitted claim information, including proof of purchase documentation for those that claimed more than five (5) purchases, as well as deducting eligible repairs from members of the Florida Purchase Class where repair information was provided in the Class Data, the Florida Purchase Class is estimated to receive at least 110,452 vouchers.[2] A total of 26,214 Class Members in the Florida Purchase Class claimed more than one eligible purchase of Costa sunglasses.

4. Below is a chart reflecting the information set forth in Paragraph 3(a)-(d):

---

[2] Deficiency notifications were sent to Class Members in March 2021 where proof of purchase documentation was insufficient to support their Claims of more than five (5) purchases. Epiq anticipates the number of eligible Florida Purchase Class purchases may increase dependent upon Class Member responses.

| Class | Class Member Count | Total Count of Repair/Warranty/Purchase | Class Members with More than one Repair/Warranty/Purchase |
|---|---|---|---|
| Nationwide Repair | 334,092 | 532,616 | 99,933 |
| Florida Repair | 146,938 | 267,012 | 51,902 |
| Warranty | 534,432 | 834,657 | 148,689 |
| Florida Purchase | 29,872 | 110,452 | 26,214 |

5. Based on the available claims data to date, I understand that the new estimated minimum value of each Product Voucher by class is as follows:

| Class | Prior Estimated Minimum Product Voucher Value (at the time of Preliminary Approval) | New Estimated Minimum Product Voucher Value (based on claims data to date) |
|---|---|---|
| **Florida Repair Class** | $19.99 | $22.99 |
| **Nationwide Repair Class** | $19.99 | $22.99 |
| **Florida Purchase Class** | $10.00 | $12.00 |
| **Warranty Class** | $8.99 | $8.99 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 17, 2021.

_____
Amanda Sternberg
Project Director
Epiq Class Action & Claims Solutions, Inc. ("Epiq")

3