# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

TROY SMITH, individually and
on behalf of all others similarly situated

    Plaintiff,

v.     Case No. 3:18-cv-1011-TJC-JRK

COSTA DEL MAR, INC., a Florida corporation,

    Defendant.

---

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy: Marielena Diaz          Court Reporter: Shannon Bishop

Counsel for plaintiff:
Peter P. Hargitai
Michael Manuel Gropper
Laura Beard Renstrom
Joshua H. Roberts

Counsel for defendant:
Sara F. Holladay-Tobias
Justin R. Opitz
Emily Yandle Rottmann

Counsel for objectors:
Bradley Graham Bodiford and Mikell A. West (for Valls)
Eric Alan Isaacson via telephone (for Davis)
Sam Andrew Miorelli (for Miorelli)

---

## CLERK'S MINUTES

PROCEEDINGS:   Final Fairness Hearing

- Order to enter.

DATE:  April 20, 2021          TIME: 2:02 p.m. – 4:22 p.m.