# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BRENDAN HANEY, GERALD REED, and
TROY SMITH, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.   Case No.: 3:18-cv-1011-TJC-LLL

COSTA DEL MAR, INC.,
a Florida corporation,

    Defendant.

_____/

## PLAINTIFFS' RESPONSE IN OPPOSITION TO VALLS' MOTION FOR LEAVE TO FILE A REPLY

Plaintiffs oppose Valls' Motion for Leave to File a Reply in Support of his Motion for Attorneys' Fees [Doc. 171; Motion for Leave]. Valls should not be permitted to file another brief—for which he will seek additional attorneys' fees from the class—to simply reiterate the same arguments that he (and the other two Objectors) have already made to this Court in numerous prior filings including in the argument-laden Motion for Leave. The Court is well equipped to determine whether any of Valls' objections to the settlement "were adopted by the Court," as he contends in the Motion, without the need for yet another brief. The proposed reply from Valls would simply not "aid the Court" in determining the reasons for the Court's prior order. Accordingly, the Motion for Leave should be denied.

Respectfully submitted this 1st day of December, 2021.

**HOLLAND & KNIGHT LLP**

<u>/s/ Peter P. Hargitai</u>
Peter P. Hargitai (FBN 85375)
peter.hargitai@hklaw.com
Joshua H. Roberts (FBN 042029)
joshua.roberts@hklaw.com
Laura B. Renstrom (FBN 108019)
laura.renstrom@hklaw.com
Michael M. Gropper (FBN 105959)
michael.gropper@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

*Attorneys for Plaintiffs and the Class*