**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TROY SMITH, individually and on behalf of all others similarly situated, BRENDAN C. HANEY, individually and on behalf of all others similarly situated, and GERALD E. REED, IV, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.                                        Case No. 3:18-cv-1011-TJC-LLL

COSTA DEL MAR, INC., a Florida corporation,

    Defendant.

## FINAL JUDGMENT

The Court has issued a final Order (Doc. 181) regarding approval of the settlement in this case, ordering that the parties execute the terms of the Settlement Agreement (Doc. 98-1), subject to adjustments in the Court's original approval Order (Doc. 151) and the final Order (Doc. 181).

Class Counsel shall recover **$7,949,000.00** as attorneys' fees and costs from the settlement fund; Objectors Austin Valls, Mitchell George Miorelli, and John W. Davis shall recover **$17,000.00** each as attorneys' fees from the settlement fund. (Docs. 151, 181). Additionally, Defendant shall deposit

**$30,000.00** from the settlement fund into the registry of the Court no later than **March 1, 2022**, to be distributed as incentive payments for the three named Plaintiffs only if Johnson v. NPAS Solutions, LLC, 975 F.3d 1244 (11th Cir. 2020), is vacated by the Eleventh Circuit. The parties should notify the Court once Johnson is final and seek further instructions.

The settlement having been approved subject to modifications, and the Court having retained jurisdiction to implement, administer, consummate, and enforce the Settlement Agreement (Doc. 98-1), the original approval Order (Doc. 151), the final approval Order (Doc. 181), and this Final Judgment, this case is **DISMISSED with prejudice**. The Clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 27th day of January, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record

2