**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRENDAN HANEY, GERALD REED, and
TROY SMITH, individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.                                                              Case No.: 3:18-cv-1011-J-32JRK

COSTA DEL MAR, INC.,
a Florida corporation,

      Defendant.

_____/

## PLAINTIFFS' SUPPLEMENT TO THEIR MOTION FOR APPEAL BOND

      Plaintiffs hereby supplement their Time-Sensitive Motion for Appeal Bond [Doc. 190; Bond Motion] as follows:

      1.    On March 17, 2022, Objector Miorelli's counsel sent Class Counsel a letter under Rule 11 and draft motion styled "Objector Miorelli's *Time-Sensitive* Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11(c)," threatening to seek sanctions against Class Counsel.  The letter and draft motion take issue with certain statements in the Bond Motion (including the collective use of the term "Objectors") because Objector Miorelli believes they suggest that he, and not just his counsel, is a "professional objector."  In the Rule 11 letter, Objector Miorelli's counsel states: "Objector Miorelli is not a 'professional Objector' notwithstanding whatever you may think of his counsel."

2.      Plaintiffs do not believe there is any legitimate confusion about the identity of the "professional objectors" referenced in the Bond Motion. (Order, Doc. 151 at 25) ("All three Objectors or their counsel have a history as 'serial objectors.'"). Nevertheless, Plaintiffs have agreed to clarify that, while Objector Miorelli's brother and counsel has been appropriately labeled a "professional objector" by numerous courts, Plaintiffs do not contend that Mitchell Miorelli is himself a professional objector.

Respectfully submitted this 23rd March, 2022.

**HOLLAND & KNIGHT LLP**

/s/ Michael M. Gropper
Peter P. Hargitai (FBN 85375)
peter.hargitai@hklaw.com
Joshua H. Roberts (FBN 042029)
joshua.roberts@hklaw.com
Laura B. Renstrom (FBN 108019)
laura.renstrom@hklaw.com
Michael M. Gropper (FBN 105959)
michael.gropper@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

*Attorneys for Plaintiffs and the Class*

2