UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRENDAN HANEY, GERALD REED, and TROY SMITH, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

COSTA DEL MAR, INC., a Florida Corporation

Defendant.

Case No.: 3:18-cv-1011-TJC-LLL

**JOHN W. DAVIS'S *TIME SENSITIVE* MOTION TO APPEAR TELEPHONICALLY AT MAY 2, 2022 HEARING**

This is a time sensitive motion because the hearing on Plaintiff's motion to require an appellate bond is set for May 2, 2022. Pursuant to Local Rule 3.01(e), movant John W. Davis respectfully requests a ruling by April 26, 2022, so that his counsel will have time to make appropriate arrangements for the May 2, 2022, hearing if this motion is denied.

Plaintiffs have moved for an appellate bond under Fed. R. Civ. P. 7 and 8. DE190 (motion) and DE197 (supplement). The appealing objectors submitted their oppositions March 25, 2022. DE199 (Davis and Miorelli); DE198 (Valls). In order to conserve resources and eliminate needless duplication, objector John W. Davis and objector Mitchell George Miorelli filed a joint opposition. DE199. The Court set a hearing for May 2, 2022 to resolve

1

the motion. DE191 (ORDER setting in-person hearing on 190 Plaintiffs' Time-Sensitive Motion for Appeal Bond for 5/2/2022 at 2:00 PM).

For the reasons set forth here, and in the accompanying Declaration of Eric Alan Isaacson, objector John W. Davis requests that his counsel be permitted to attend the May 2, 2022, hearing telephonically, or by whatever other remote means the Court might prefer. Alternatively, since Mr. Davis and objector Mitchell George Miorelli filed a joint opposition to the bond motion, if the Court is disinclined to accept remote argument from Mr. Davis's counsel, Mr. Davis requests that his counsel be excused from attendance and that Sam A. Miorelli be permitted to present argument on his behalf.

Mr. Davis has two lawyers in this case, both admitted pro hac vice. As this case is on appeal, Davis's counsel did not anticipate intensive motion practice before this Court. The bond motion was unexpected in scale: it asks this Court to impose a supersedeas bond under Fed. R. App. P. 8 to secure prospective attorneys' fees and interest. DE190:12, *et seq*. The request is far higher than if it were limited to seeking a cost bond under Fed. R. App. P. 7 for the de minimis costs potentially recoverable under Fed. R. App. P. 39(c) and 11th Cir. R. 39-1. *See* DE199:5-6 (ECF pp. 6-7) (Joint Opposition [to Appeal Bond Motion]). For either of Mr. Davis's lawyers, the cost for travel and accommodations for to attend in person would far exceed the amount reasonably in controversy. *See* DE199:5-8.

Davis's lawyer C. Benjamin Nutley resides in Hawai'i; his physical presence at the hearing would require extensive travel. Davis's lawyer Eric

2

Alan Isaacson, who is currently enrolled as a graduate student at the Harvard Divinity School in Cambridge, Massachusetts, also has an argument before the United States Court of Appeals in Boston, Massachusetts, that is calendared for the morning of May 3, 2022, the very day after the hearing in this Court set for the afternoon of May 2, 2022. *See* Declaration of Eric A. Isaacson filed herewith at ¶3. Travel logistics make it impossible for him to adequately prepare for and attend both hearings; indeed, attending a hearing on the afternoon of May 2 in Jacksonville, Florida, might prevent him from appearing before the First Circuit in Boston the next morning. Isaacson Decl. ¶¶4-5.

Isaacson also has to deal with a full academic load as he endeavors to complete his graduate studies at the Harvard Divinity School in order to graduate on schedule in May 2022. Lecturer Lael Weinberger scheduled for May 6, 2022, and a public presentation on May 12, 2022. Isaacson also has three final papers due May 2, 2022, and an eight-hour take-home exam for a Harvard Law School course in which he is cross-registered that must be completed on a date between April 27, 2022, when his final MRPL project is due, and May 6, 2022, when he must sit for his MRPL oral examination.

This Court has previously permitted Mr. Isaacson to appear telephonically for the hearing on the final-approval motion. *See* DE150 (ENDORSED ORDER granting Objector John W. Davis's motion for Eric Alan Isaacson to appear telephonically at the 4/20/2021 fairness hearing).

Additionally, Mr. Davis filed his opposition to the bond motion jointly with another objector-appellant, Mitchell George Miorelli, who is represented

3

in this case by Sam A. Miorelli. *See* DE199, n.1. Therefore, if the Court is disinclined to accept remote argument from Mr. Davis's counsel, Mr. Davis requests that his counsel be excused from attendance and that Sam A. Miorelli be permitted to present argument on his behalf.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that I as counsel for John W. Davis conferred with counsel for Plaintiffs, Defendant, and Objectors regarding the relief sought herein. Counsel for Plaintiffs stated: "We believe that your presence will be helpful to the Court -- which is why the Court schedule[d] this hearing in-person. That is our position (which should be recited in your motion); however, we will defer to the Court as to its preference." Counsel for Defendant stated: "Costa is not opposed." Counsel for Objectors Mitchell George Miorelli and Austin Valls both indicated that they do not oppose this motion.

Date:  April 18, 2022               Respectfully submitted,

                                    /s/ Eric Alan Isaacson
                                    Eric Alan Isaacson (pro hac vice)
                                    (CA #120584)
                                    LAW OFFICE OF ERIC ALAN
                                    ISAACSON
                                    6580 Avenida Mirola
                                    La Jolla, CA 92037
                                    Telephone: (858) 263-9581
                                    E-Mail: ericalanisaacson@icloud.com

4

                    C. Benjamin Nutley (pro hac vice)
(CA #177431)
C. BENJAMIN NUTLEY,
ATTORNEY AT LAW
75-5915 Walua Rd
Kailua Kona, HI 96740
Telephone: 808-238-8783
E-Mail: nutley@zenlaw.com

*Attorneys for Objector John Davis*