UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRENDAN HANEY, GERALD REED,
and TROY SMITH, individually and on
behalf of all others similarly situated,

Plaintiffs,

v.

COSTA DEL MAR, INC., a Florida
Corporation

Defendant.
_____

Case No.: 3:18-cv-1011-TJC-LLL

**DECLARATION OF ERIC ALAN ISAACSON IN SUPPORT OF
JOHN W. DAVIS'S *TIME SENSITIVE* MOTION TO APPEAR
TELEPHONICALLY AT MAY 2, 2022 HEARING**

I, Eric Alan Isaacson, hereby declare as follows:

1. I am counsel of record for class member and objector John W. Davis.

2. I am a member of the California bar, licensed to practice law before all courts in the State of California, and am admitted to practice pro hac vice in this case.

3. I am over the age of 21, of sound mind, and fully competent to make this Declaration. I have personal knowledge of the facts stated herein, and if called as a witness could and would testify competently to them.

3. In addition to being counsel for John W. Davis in this case, I am counsel of record for the appellant in *Murray v. Grocery Delivery E-Services USA Inc., dba HelloFresh,* No. 21-1931, which is calendared for oral argument before the United States Court of Appeals for the First Circuit in Boston, Massachusetts, on the morning of March 3, 2022. I have been told that I must be in court by 8:45 a.m. that morning.

4. I do not believe that I can adequately prepare for and attend both a hearing in the Middle District of Florida on the afternoon of May 2, 2022, and the First Circuit oral argument in Boston the next morning, on May 3, 2022.

1

5. Travel logistics between Jacksonville, Florida and Boston, Massachusetts, and my recent experience with cancelled flights and missed connections, leaves me doubtful that I will even be able to make it to Boston in time for the May 3, 2022, hearing if I must attend the hearing on the afternoon of May 2, 2022, at Jacksonville in person.

6. Assuming I am able to catch an evening flight from Jacksonville to Boston, moreover, I am likely to arrive at my apartment in Cambridge after midnight, making it impossible for me to be well-rested before my May 3, 2022, argument before the First Circuit.

7. In addition to my professional responsibilities, I also have to deal with a full academic load as I endeavor to complete my graduate studies at the Harvard Divinity School in order to graduate with a Master of Religion and Public Life (MRPL) as scheduled in May 2022.

8. Among other things, I have a MRPL final project that is due April 27, 2022, with an oral examination by Harvard Divinity School Professors Ann D. Braude and David F. Holland and Harvard Law School Lecturer Lael Weinberger scheduled for May 6, 2022, and a public presentation for May 12, 2022.

9. I also have three final papers due May 2, 2022, and an eight-hour take-home exam, for a Harvard Law School course in which I am cross-registered, that must be completed on a date between April 27, 2022, when

my final MRPL project is due, and May 6, 2022, when I must sit for my MRPL oral examination.

10. My co-counsel in representing Davis before this Court, C. Benjamin Nutley, has relocated from the continental United States, and currently resides in Hawai'i.

11. This Court has previously permitted me to appear telephonically in this matter, for the April 20, 2021, hearing on the final-approval motion. *See* DE150 (ENDORSED ORDER granting Objector John W. Davis's motion for Eric Alan Isaacson to appear telephonically at the 4/20/2021 fairness hearing).

12. Finally, I note that Mr. Davis filed his opposition to the bond motion jointly with another objector-appellant, Mitchell George Miorelli, who is represented in this case by Sam A. Miorelli. See DE199, n.1. Therefore, if the Court is disinclined to accept remote argument from Mr. Davis's counsel, Mr. Davis requests that his counsel be excused from attendance and that Mr. Sam A. Miorelli be permitted to present argument on his behalf.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of April, 2022.

_____
Eric Alan Isaacson

3