# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10663

_____

TROY SMITH,

individually and on behalf of all others similarly situated,

BRENDAN C. HANEY,

individually and on behalf of all others similarly situated,

GERALD E. REED, IV,

individually and on behalf of all others similarly situated,

                                                         Plaintiffs-Appellees,

COSTA DEL MAR, INC.,

a Florida corporation,

                                                         Defendant-Appellee,

*versus*

MITCHELL GEORGE MIORELLI,

AUSTIN VALLS,

JOHN W. DAVIS,

Case 3:18-cv-01011-TJC-LLL  Document 219  Filed 03/26/24  Page 2 of 3 PageID 16752
USCA11 Case: 22-10663  Document: 130-2  Date Filed: 03/26/2024  Page: 2 of 2

2                                                                                         22-10663

Interested Parties-Appellants.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:18-cv-01011-TJC-LLL

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 26, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: March 26, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 26, 2024

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 22-10663-DD
Case Style: Troy Smith, et al v. Mitchell Miorelli, et al
District Court Docket No: 3:18-cv-01011-TJC-LLL

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate