# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __22-10663-E__

Troy Smith, et. al (Appellees) v. Mitch Miorelli, et. al (Appellants) vs. Costa Del Mar, Inc. (Appellee)

<span style="color:red">A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.</span>

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | $505.00 | $500.00 |
| Appellant's Brief | X |  | 70 | 5 | 350 | $52.50 | $52.50 |
| Appendix |  | X | 1402 | 5 | 7010 | $584.17 | $584.17 |
| Appellee's Brief |  |  |  |  |  |  |  |
| Reply Brief | X |  | 23 | 5 | 115 | $17.25 | $17.25 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. Appx Repro split 1/3 ea between objectors. | | | | | TOTAL | $1158.92 REQUESTED | $ $1,153.92 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: **Sam Miorelli** (Digitally signed by Sam Miorelli Date: 2024.03.11 22:57:56 -04'00') Date Signed: 3/11/2024

Attorney Name: Sam Miorelli (Type or print your name)    Attorney for: Mitchell George Miorelli (Type or print name of client)

E-mail: sam.miorelli@gmail.com    Phone: 352-458-4092

Street Address/City/State/Zip: 1141 Mission Ridge Court, Orlando, FL 32835

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$1,153.92__ against __Appellees__

and are payable directly to __Appellants__

David J. Smith, Clerk of Court

Issued on: ISSUED AS MANDATE: 3/26/24    By: /S/ Tresa A. Raines, Deputy Clerk    DATE: 3/15/2024

BOC Rev.: 6/17

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019
Phone: (800) 427-7325

Invoice Number: 0009148020
Date: 05/04/2023
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

## Sold To

Law Office of Sam Miorelli, P.A.

Orlando, FL 32804   USA

Attention: Sam A. Miorelli, Esq.

File No.: 808875
Court: USCOA - 11TH
Case Name: Troy Smith v. Mitchell Miorelli

| | | | | Amount |
|---|---|---|---|---|
| | APPENDIX | | | |
| 1.00 | Preparation of Appendix - 7 Volumes | @ | $0.00 | |
| 4206.00 | Page(s) | @ | $0.33 | $1,387.98 |
| 192.00 | Tabs | @ | $3.00 | $576.00 |
| 21.00 | Volumes Bound | @ | $10.00 | $210.00 |
| 1.00 | Filing of Documents | @ | $100.00 | $100.00 |
| 1.00 | Shipping & Handling | @ | $459.00 | $459.00 |

Invoice reflected 2/3 charges billed to Bandas Law Firm, P.C. and Law Office of Eric Alan Isaacson.

**12-RH**
03/10/2024 16:41 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

Subtotal   $2,732.98
Sales Tax   $0.00
   $1,821.81
Payment/Credit   $911.17
Balance   $0.00

Page 1 of 1